IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| ANTHONY BARASKY, | No. 4:21-CV-02041 |
| Plaintiff, | (Chief Judge Brann) |
| v. | |
| KEVIN DENT, TYSON HAVENS, JOSHUA BELL, CLINTON GARDNER, CHRISTOPHER KRINER, JOSEPH HOPE, LYCOMING COUNTY, OLD LYCOMING TOWNSHIP, and CITY OF WILLIAMSPORT | |
| Defendants. | |

## ORDER

### OCTOBER 25, 2022

In accordance with the accompanying Memorandum Opinion, **IT IS HEREBY ORDERED** that:

1. Motion to Dismiss of Defendants Christopher Kriner, Joseph Hope, and Old Lycoming Township (Doc. 24) as to Counts I, III, and IV is **GRANTED** without prejudice.

2. Motion to Dismiss of Defendants Kevin Dent, Tyson Havens, and Lycoming County (Doc. 23) is **GRANTED IN PART** and **DENIED IN PART**:

    a.    As to Defendant Kevin Dent, the Motion to Dismiss Counts I, II, and IV is **DENIED**.

    b.    As to Defendants Tyson Havens and Lycoming County, the Motion to Dismiss Counts I and IV is **GRANTED** without prejudice.

    c.    As to Defendants Kevin Dent, Tyson Havens, and Lycoming County, the Motion to Dismiss Count III is **GRANTED** without prejudice.

3. Motion to Dismiss of Defendants Joshua Bell, Clinton Gardner, and the City of Williamsport (Doc. 25) as to Counts I, III, and IV is **GRANTED** without prejudice.

4. Plaintiff may file a Second Amended Complaint in conformity with this Order on or before November 15, 2022.

                                              BY THE COURT:

                                              *s/ Matthew W. Brann*
                                              Matthew W. Brann
                                              Chief United States District Judge