IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| ANTHONY BARASKY, | No. 4:21-CV-02041 |
| Plaintiff, | (Chief Judge Brann) |
| v. | |
| KEVIN DENT, TYSON HAVENS, JOSHUA BELL, CLINTON GARDNER, CHRISTOPHER KRINER, JOSEPH HOPE, LYCOMING COUNTY, OLD LYCOMING TOWNSHIP, and CITY OF WILLIAMSPORT | |
| Defendants. | |

## ORDER

**APRIL 4, 2023**

In accordance with the accompanying Memorandum Opinion, **IT IS HEREBY ORDERED** that:

1. Defendants' motions to dismiss (Docs. 45, 47, 48) are **DENIED**.

2. Defendants shall file Answers to Barasky's Second Amended Complaint on or before **April 18, 2023**.

BY THE COURT:

*s/ Matthew W. Brann*
Matthew W. Brann
Chief United States District Judge