# IN THE UNITED STATES DISTRICT COURT
# MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| ANTHONY BARASKY,<br>*Plaintiff* | JURY TRIAL DEMANDED |
| | CIVIL ACTION |
| v. | |
| | CASE NO. 4:21-cv-02041 |
| KEVIN DENT et al. | |
| | ELECTRONICALLY FILED |
| *Defendants*. | |

## ORDER

**AND NOW**, this 28th day of November 2023, upon consideration of Plaintiff's Unopposed Motion to Extend Deadlines, **IT IS HEREBY ORDERED** that the motion is **GRANTED**. The Case Management Order (Doc. 70) is hereby modified as follows:

1. All additional parties shall be joined by April 2, 2024.

2. Amended pleadings are due by April 9, 2024.

3. Fact discovery shall be completed by April 2, 2024.

4. Dispositive Motions shall be filed by June 4, 2024.

5. All expert report deadlines are **CANCELLED** and will be rescheduled, if necessary, upon resolution of any filed dispositive motion.

6. All trial and pretrial deadlines are **CANCELLED** and will be rescheduled, if necessary, upon resolution of any filed dispositive motion.

BY THE COURT:

*s/ Matthew W. Brann*
Matthew W. Brann
Chief United States District Judge