# EXHIBIT A

**Page 1**

IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

ANTHONY BARASKY,                          :
     Plaintiff            :
                        :
   vs.                            :
                        :
KEVIN DENT, TYSON HAVENS,   CASE NO. 4:21-CV-02041
JOSHUA BELL, CLINTON          :
GARDNER, CHRISTOPHER
KRINER, JOSEPH HOPE,          :
LYCOMING COUNTY, OLD
LYCOMING TOWNSHIP; and        :
CITY OF WILLIAMSPORT,
     Defendants      :

Deposition of:   TYSON HAVENS

Taken by     :   Plaintiff

Before       :   Ervin S. Blank
               Reporter-Notary Public

Beginning    :   March 22, 2024; 11:50 a.m.

Place        :   McCormick Law Firm
               835 West Fourth Street
               Williamsport, Pennsylvania

COUNSEL PRESENT:

LEONARD GRYSKEWICZ, JR., ESQUIRE
Lampman Law
2 Public Square
Wilkes-Barre, Pennsylvania  18701
     For - Plaintiff

**Page 2**

COUNSEL PRESENT:  (CONTINUED)

AUSTIN WHITE, ESQUIRE
McCormick Law Firm
835 West Fourth Street
Williamsport, Pennsylvania 17701
     For - Defendants Kevin Dent and Tyson Havens

SHAWNA R. LAUGHLIN, ESQUIRE
William J. Ferren & Associates
P.O. Box 2903
Hartford, Connecticut  06104-2903
     For - Defendants Joshua Bell, Clinton Gardner
     and City of Williamsport

MARK J. KOZLOWSKI, ESQUIRE
Marshall Dennehey
P.O. Box 3118
Moosic, Pennsylvania  18507
     For - Defendants Old Lycoming Township,
     Joseph Hope and Christopher Kriner

**Page 3**

INDEX TO WITNESSES

| TYSON HAVENS | DIRECT | CROSS | REDIRECT | RECROSS |
|---|---|---|---|---|
| Examination by: | | | | |
| Mr. Gryskewicz | 4 | -- | -- | -- |
| Mr. White | -- | 51 | -- | -- |

INDEX TO EXHIBITS

| FOR - PLAINTIFF | MARKED | ADMITTED |
|---|---|---|
| Plaintiff's Exhibit No. 1 | 24 | -- |

**Page 4**

STIPULATION

     It is hereby stipulated by and between
counsel for the respective parties that signing,
sealing, certification and filing are hereby waived;
and that all objections except as to the form of the
question are reserved to the time of trial.

            *   *   *

     TYSON HAVENS, called as a witness, having
been duly sworn or affirmed, testified as follows:

DIRECT EXAMINATION

BY MR. GRYSKEWICZ:

     Q     Have you ever been deposed before, Detective
Havens?

     A     We went through this.  I think maybe, but --

     Q     Okay.

     A     -- it's been a long time.

     Q     I just always give you like some
instructions.  I'm sure Attorney White already gave
them to you.  If you don't understand a question I
ask, tell me, I can rephrase it.  I'm going to give
you the courtesy of not interrupting you and allowing
you to fully answer my questions.  If you could
provide me with the same courtesy when I ask

5

1   questions.  If you need a break or anything in any

2   point, just let us know.  Other than that, do you have

3   any questions?

4       A    Nope.

5       Q    Okay.  Could you state and spell your name

6   for the record for us?

7       A    Tyson Havens.  H-A-V-E-N-S.

8       Q    Where are you currently employed?

9       A    The Lycoming County Narcotics Enforcement

10  Unit.

11      Q    And you would agree that's referred to

12  oftentimes as the NEU?

13      A    Yes.

14      Q    And you can feel free to refer to it as the

15  NEU throughout your testimony.  How old are you right

16  now?

17      A    51.

18      Q    How were you employed on October 1st of 2020?

19      A    With the NEU.

20      Q    How long have you been a police officer, as

21  you sit here today?

22      A    Thirty years.

23      Q    And what's your rank with the NEU today?

24      A    Detective.

25      Q    And what was your rank with the NEU in

6

1   October of 2020?

2      A    Detective.

3      Q    And when did you obtain the rank of detective

4  with the NEU?

5      A    Upon hire in 2018.

6      Q    Who was your supervisor in October of 2020

7  with the NEU?

8      A    Josh Bell and Mike Simpler.

9      Q    Did you have any subordinates at the NEU in

10  October of 2020?

11      A    No.

12      Q    Can you describe how you would involve a

13  local police department, such as Old Lycoming

14  Township, in an NEU investigation typically?

15      A    Oftentimes when we conduct investigations in

16  an area where there is a local police department who

17  might have interest in what we're doing, we involve

18  them.  And sometimes they choose to come out and

19  assist, sometimes they don't.

20           In a case where we are going to potentially

21  do a buy bust or a search warrant or something like

22  that and we're looking for manpower, we'll oftentimes

23  go to the local police department first, since it's in

24  their area, and say do you want to send anybody with

25  us.  And in this particular case, Old Lycoming was

7

1   interested in what we were doing and wanted to assist.

2      Q    Okay.  And when you do involve the local

3  police department, do they ever conduct the

4  investigation with you or is it more of a you need

5  extra manpower?

6      A    It's more we need extra manpower.

7      Q    Was Joshua Bell a full-time member of the NEU

8  in October of 2020?

9      A    Yes.  As I recall it, then he was the

10  coordinator.  He was a member of Williamsport City

11  Police Department.

12      Q    Um-hum.

13      A    Detached from them and attached to us.

14      Q    Um-hum.

15      A    As the coordinator, essentially he was in

16  charge of the narcotics side of the house.

17      Q    Okay.  And what were your normal duties as a

18  detective with the NEU in 2020?

19      A    Drug investigations.  Running informants.  We

20  got -- we get involved in just about anything the

21  District Attorney's Office wants us to get involved

22  in.  Homicides, gun related cases, high risk warrant

23  services.  A whole slew of things, but the majority of

24  what we do for -- on a day-to-day basis is drug

25  investigations.

8

1      Q    Okay.  I'm going to direct your attention to

2  April 15th of 2020.  According to a report I read from

3  Detective Anderson, you were involved in a controlled

4  buy on that date wherein Matthew Sumpter sold eight

5  suspected Gabapentin pills and three suspected

6  Suboxone pills to a confidential informant.  Do you

7  remember being involved in that controlled buy?

8      A    No.  And I believe that in that case, my

9  name's listed at the top --

10      Q    Um-hum.

11      A    -- but I don't recall being part of that.  I

12  reviewed that report, and I didn't see that I had any

13  involvement in it.

14      Q    That is correct.  Would it be this -- I'll

15  show it to you.  I only brought a copy to refresh your

16  recollection -- the report dated April 15th, 2020?

17      A    Yes.

18      Q    And you're referring to the top portion of

19  that report where it says your name, Havens there?

20      A    Law enforcement personnel involved, and I'm

21  listed as one of the law enforcement personnel

22  involved.

23      Q    You don't have any independent recollection

24  of that date?

25      A    No.  And you should know that when we -- when

**9**

1  we prepared these old style reports, at least when I
2  do, I go to the last report, pull it up and then I
3  change all the blocks and make it fit for my new
4  report.
5      Q    Um-hum.
6      A    So it's -- I'm guilty of it.  It's not
7  uncommon that we don't change the --
8      Q    Okay.
9      A    -- the names of the people involved at the
10  top.
11      Q    So it could be -- I guess let me ask you
12  this.  Do you just not remember being involved in it
13  or are you saying you weren't involved in it at all on
14  April 15th?
15      A    I'm saying I don't remember being involved in
16  it, and I reviewed the report and it didn't refresh my
17  recollection --
18      Q    Okay.
19      A    -- so I don't believe I was involved in it.
20      Q    Okay.  On September 23rd, 2020, Detective
21  Dent interviewed a confidential informant that
22  provided him with information about Matthew Sumpter
23  that was then used for a search warrant of Matthew
24  Sumpter's house the next day.  Were you involved in
25  that interview of the confidential informant with

**10**

1  Detective Dent at all on September 23rd?
2      A    No.
3      Q    Then on September 24th of 2020, there was a
4  search warrant served at Matthew Sumpter's house at
5  416 Brentwood Drive.  Were you involved in that
6  search?
7      A    Yes.
8      Q    Did you have any involvement in drafting the
9  search warrant application for 416 Brentwood Drive for
10  that day?
11      A    No.
12      Q    Could you tell us what your role was in the
13  search then on September 24th, 2020?
14      A    Executing the search warrant.  I think
15  detaining him.  I remember making entry into the
16  house.  I assisted in the search.  I don't know
17  whether I found any of the pertinent items that were
18  found or not.  It would be documented on the search
19  warrant inventory receipt with my -- with 512 beside
20  it if I actually found any of the pertinent items.
21      Q    Did you have any involvement in the interview
22  of Matthew Sumpter on September 24th, 2020?
23      A    Not to my recollection.
24      Q    Okay.  Would you agree with me that it's
25  common practice of the NEU to run a criminal

**11**

1  background check of the person whose house they intend
2  to search?
3      A    Usually.
4      Q    Do you recall reviewing Mr. Sumpter's
5  criminal background before searching his house on
6  September 24th?
7      A    No.
8      Q    Prior to September 24th, do you recall having
9  any interactions with Mr. Sumpter?
10      A    No.
11      Q    To the best of your recollection, did the
12  police have any concerns for their safety out of the
13  normal when they were going to search Sumpter's house
14  on September 24th?
15      A    We did not.
16      Q    If you found a burglary conviction on
17  somebody's criminal record, prior to serving a search
18  warrant on their house, would that give you any
19  concern for your safety in serving that search
20  warrant?
21      A    No.
22      Q    Do you recall what police officers were
23  involved at the search of 416 Brentwood Drive on
24  September 24th?
25      A    I do not.

**12**

1      Q    You said you recalled you might have detained
2  Sumpter with Detective Dent during that search?
3      A    It -- I don't want to mislead you.
4      Q    Um-hum.
5      A    I feel like I did, but I can't be certain.
6      Q    Okay.  Did Detective Dent ever inform you of
7  what Mr. Sumpter told him when he interviewed him?
8      A    Not directly, I don't believe.
9      Q    Okay.  So -- and definitely not on September
10  24th, you would think?
11      A    September 24th, is that the date of the --
12      Q    That's the date that you and other served the
13  search warrant on Mr. Sumpter's house.
14      A    We may have talked about it.
15      Q    Um-hum.
16      A    You know, we sit down at a table afterward
17  and you have lunch and whatever.  I'm sure we talked
18  about it.  But as far as me being officially briefed
19  on what he said, there would be no reason for me to be
20  officially briefed.
21      Q    Understood.  So outside of some like
22  unofficial just small talk conversation, there
23  wouldn't have been any like briefing on September
24  24th, 2020 about it?
25      A    No, it just basically keeping everybody in

13

1    the loop.

2        Q       Okay.  Do you know what was seized from

3    Matthew Sumpter's house on September 24th?

4        A       Not without looking at the report.

5        Q       Okay.

6        A       That page right there.

7        Q       I will -- you say it would refresh your

8    recollection if I showed you the report?

9        A       Um-hum.

10       Q       Feel free to page through it.  Let me know

11   when you're done.

12       A       Do you want me to read off the inventory

13   receipt to tell you what we seized?

14       Q       You don't have to read off of it, sir.  Just

15   take a look through it, let me know if that refreshes

16   your recollection at all.

17       A       Yes.

18       Q       And you said your number you would have wrote

19   next to any of those items would have been 512?

20       A       Correct.

21       Q       So my look at this, it looks like 515 is the

22   one who seized all the items.  Would you agree with

23   that?

24       A       I do.

25       Q       Okay.  So you wouldn't have seized any of the

14

1    items from Mr. Sumpter's house?

2        A       No, sir.

3        Q       Would you have been aware that they seized

4    Fentanyl from the house?

5        A       Yes.

6        Q       From the reports it appeared that there was

7    roughly three grams of Fentanyl in total confiscated

8    from Mr. Sumpter's house.  In your experience as a

9    police officer, is three grams of Fentanyl a

10   distribution quantity of Fentanyl?

11       A       You can't call something a distribution

12   quantity without more details.  Just -- because when

13   it comes to having a certain amount, where your -- if

14   you have a lot of money, per se, you may have personal

15   use amount that's far more than my personal use amount

16   if I'm -- if I live in low income housing and I don't

17   have a job and I have to steal every day to get my

18   Fentanyl.  If your family takes care of you, you may

19   be able to have more.

20       Q       Okay.

21       A       It depends on who the person is that's in

22   possession of the three grams, and there's so many

23   other factors that come into play.  I couldn't say

24   whether it's distribution or not, based on three

25   grams.

15

1        Q       Okay.  And would you determine three grams to

2    be a large quantity of Fentanyl or a small quantity of

3    Fentanyl?

4        A       Neither.

5        Q       Neither.  Somewhere in between?

6        A       Yes.

7        Q       Would you agree with me that no human could

8    ingest three grams of Fentanyl in one day and live?

9                MR. WHITE:  Objection to form.

10               MR. KOZLOWSKI:  Same.

11               THE WITNESS:  Not necessarily.  Oftentimes

12   Fentanyl is cut as much as ten times, ten to one.  If

13   it's cut really, really hard you probably -- it

14   depends on your level, but it's possible, I guess.  I

15   wouldn't want to try it.

16   BY MR. GRYSKEWICZ:

17       Q       But it would depend on the actual, I guess,

18   drug seized and the person that took them?

19       A       Yes, and how -- how much the drugs were cut.

20       Q       Okay.  Did you know that Sumpter was involved

21   in selling Fentanyl after searching the house on

22   September 24th, 2020?

23               MR. WHITE:  Objection to form.  You can

24   answer.

25               THE WITNESS:  I don't know that.

16

1    BY MR. GRYSKEWICZ:

2        Q       Okay.  So I -- did you know Anthony Barasky

3    prior to September 24th, 2020?

4        A       Yes.

5        Q       Could you tell us how you knew Anthony?

6        A       I met Anthony in 2007 when I attempted to

7    traffic stop him and he fled from me.  And ultimately

8    I traffic stopped him and had contact with him, and

9    arrested him for the traffic violations, and he was in

10   possession of marihuana and a large amount of cash.

11       Q       And that would have been when Mr. Barasky was

12   a juvenile?

13       A       Yes.

14       Q       And I believe we saw -- I saw a report from

15   that where you discovered the marihuana under the

16   driver's seat of the police vehicle in that case --

17       A       Yes.

18       Q       -- after Anthony was transported in the back

19   seat?

20       A       Yes.

21       Q       After 2007, when's the next time you had

22   contact with Anthony Barasky?

23       A       I'm -- I'm confident I had contact with

24   Anthony Barasky on and off after 2007 as well.  I just

25   wasn't an arresting officer in any of his cases.

17

```
1      Q     Um-hum.
2      A     But the next time I had contact with him
3  where I arrested him was 2016.
4      Q     And what happened in 2016 when you arrested
5  him?
6      A     I was working criminal interdiction, like
7  crime suppression, full uniform in a marked state
8  police vehicle.  I was on High Street facing west at
9  Campbell, and Mr. Barasky was at the stop light at
10 Campbell facing me, and I saw it was Mr. Barasky.  And
11 he was in a vehicle with heavy window tint.  Having
12 probable cause to stop the vehicle, I attempted to
13 stop the vehicle as Barasky went north on Campbell.
14     Q     Um-hum.
15     A     I went north on Campbell behind it.  And as
16 soon as I got behind him, he took off.  He -- he
17 accelerated.  He turned west on Louisa and he
18 proceeded to travel at speeds easily in excess of 80
19 miles an hour and he went through every stop sign the
20 whole length of Louisa.  And somewhere around the area
21 of Fifth or Sixth he actually went airborne.
22     Q     Um-hum.
23     A     We did not -- my partner and I at the time
24 did not pursue.  We might have went two or three
25 blocks, but it was too dangerous to even pursue him at
```

18

```
1  that point because he wasn't -- he was blowing stop
2  signs.
3            We radioed out who he was, what he was
4  driving and to be looking for him, but -- and we
5  continued to go in the direction where he fled.  If
6  you follow Louisa all the way to Cemetery, you can
7  either go north or south.  We went north on Cemetery
8  on a whim, just to see.
9      Q     Um-hum.
10     A     That takes you up to Wildwood Cemetery.  And
11 when we got to Wildwood Cemetery, there were some
12 workers at the intersection of Cemetery and Wildwood,
13 and they were just saying he went that way.
14     Q     Um-hum.
15     A     So we continued north on Cemetery to Blooming
16 Grove, and there was somebody at Blooming Grove that
17 said their car just went flying up Blooming Grove, so
18 we wen north on Blooming Grove.  When we got to the
19 area of Northway Extension, I could literally see yaw
20 marks in the road where --
21     Q     I don't mean to interrupt you.  What do you
22 mean by yaw marks?
23     A     When a car slides sideways like this, it
24 leaves like striations.  Like instead of like a skid
25 mark that's the width of the tire, when the tire
```

19

```
1  slides sideways when it goes around a turn, it
2  leaves -- it -- instead of the width of the tire, it
3  stretches that out.
4      Q     Okay.
5      A     So I could clearly see somebody recently came
6  off of Blooming Grove and put yaw marks on Northway
7  Extension.  Now, mind you, we don't even see him at
8  this point.  We're not following him, we're not --
9  we're not chasing him.  Our lights are not even on.
10           I radioed ahead.  And knowing that Northway
11 Extension comes out at Northway Road, I radioed ahead
12 to another unit that was in the Northway Road area to
13 say, be on the lookout for this vehicle.  And within
14 second of that -- that trooper's name is Tyler Morris,
15 he was calling out the pursuit as well.  He was now
16 chasing Barasky.  Barasky went south on Northway Road.
17 Mind you, this is around noon.
18     Q     Um-hum.
19     A     Blew a red light across Four Mile Drive, at
20 which time Corporal Morris terminated the pursuit
21 because it was too dangerous, but he continued to go
22 in that direction.
23           When he got to Homewood Ave, there were
24 firefighters at the fire station saying the car went
25 this way on Homewood.  Trooper Morris went east on
```

20

```
1  Homewood and ultimately found Barasky's vehicle
2  crashed through the block wall of Kmart.  The vehicle
3  was -- half of the vehicle was through the wall and
4  Barasky was no longer in it.
5            Witness testimony led us to where Barasky had
6  fled and his flight path.  There were multiple bags of
7  heroin found in the flight path stamped with the name
8  purge and a firearm in blue.
9      Q     And the firearm in blue, that was the stamp
10 on the bag, not an actual firearm?
11     A     Correct.
12     Q     Okay.  Sorry.  Go ahead.
13     A     Ultimately we captured Barasky near
14 Westminster Boulevard jumping a fence by Willard's
15 Leather Store.
16     Q     Um-hum.
17     A     And I arrested him for that.  The vehicle was
18 towed from the scene.  I got a search warrant for the
19 vehicle.  Hidden in the dashboard in a natural void I
20 found a block of heroin, double sealed.  We call it
21 double sealed when it's in a plastic bag.  Each
22 individual bag is in a -- in a blue glassine bag and
23 then double sealed in a plastic bag.
24     Q     Um-hum.
25     A     They were double sealed bags stamped purge
```

21

1    with a -- with a blue firearm stamp, exactly the same
2    as the bags found in his flight path, and I charged
3    him with that.
4        Q    Okay.  And to the best of your knowledge, was
5    Anthony convicted of crimes for that offense?
6        A    He was.
7        Q    Was he sentenced to state prison for that?
8        A    As far as I know.
9        Q    After 2016 when you arrested Anthony for
10   that, did you have any other contact with Anthony?
11       A    I'm trying to think of the date.  I think it
12   was -- I think the next time probably was this.
13       Q    This, I would represent to you, happened on
14   October 2nd, 2020.  Does that sound like --
15       A    Yeah.
16       Q    -- the last time you had contact with him
17   then?
18       A    Yeah, it would be this.
19       Q    Okay.  In discovery we were given some text
20   messages from Matthew Sumpter's phone between Matthew
21   Sumpter and allegedly Anthony Barasky.  Did you ever
22   review any of those text messages?
23       A    No.
24       Q    Did Detective Dent ever relay to you what the
25   contents of those messages were?

22

1        A    No.
2        Q    Take you to October 2nd of 2020, then.
3    Between September 24th of 2020, until October 2nd of
4    2020, did you personally have any contact with Matthew
5    Sumpter?
6        A    No.
7        Q    Do you know if Detective Dent had any contact
8    with Matthew Sumpter between September 24th and
9    October 2nd?
10       A    I don't know.
11       Q    And how did you become aware that Detective
12   Dent was planning an operation to arrest Barasky using
13   Sumpter as an informant on October 2nd, 2020?
14           MR. WHITE:  Objection to form.  You can
15   answer.
16           THE WITNESS:  I -- we were part of it.  We
17   were -- oftentimes when we go out to do jobs, we go as
18   an entire unit.  And although we don't sit down at a
19   table and brief every time, we do say this is --
20   whoever's running the operation usually says this is
21   what we're doing, this is what I'd like for you to do,
22   and that's how we do it.
23   BY MR. GRYSKEWICZ:
24       Q    I know Captain Josh Bell described for us a
25   meeting that would have happened at the NEU office

23

1    prior to the meeting at the Old Lycoming Township
2    Police Department.  Do you recall that meeting at the
3    NEU?
4        A    Not really, but is that -- I'm assuming
5    that's the meeting to go out to grab Sumpter.
6        Q    Well, I think from what's been described to
7    me so far, there is two meetings.  There was one at
8    the NEU with just the NEU officers like yourself, and
9    then there was one at the Old Lycoming Township police
10   station and that involved the local police as well.
11       A    I'd only be speculating if I told you what
12   happened at the NEU.
13       Q    So you just don't remember that meeting, you
14   don't have an independent recollection of it?
15       A    I do not.
16       Q    Okay.  Do you recall that meeting at the Old
17   Lycoming Township Police Department?
18       A    Yes.
19       Q    Okay.  Could you tell us what occurred at
20   that meeting at the Old Lycoming Township Police
21   Department?
22       A    We had learned through Detective Dent that
23   Sumpter had arranged for a heroin delivery with
24   Anthony Barasky, and that Anthony Barasky was going to
25   be delivering heroin to Sumpter's residence in the

24

1    development -- I don't know the name of the
2    development, but it's on Miller Road.  Because of my
3    past experience with Barasky and others that were
4    there that were familiar with Barasky, knowing his
5    propensity to flee, we had fear that if he got into
6    the neighborhood -- could I use your map?
7        Q    Yeah, I was going to present it to you,
8    honestly, later in the -- I would just -- I'm going to
9    use your map.  I think it's better, Attorney White.
10   That would just be identified as Plaintiff's Exhibit
11   1.
12           (Whereupon, a document was produced and
13   marked as Plaintiff's Exhibit No. 1 for
14   identification.)
15           THE WITNESS:  Our fear was that when Barasky
16   went on Miller Road and then turned into the
17   development, this Brentwood Road development, if we
18   were to allow the heroin transaction to take place,
19   and then -- because that's the normal way we do a buy
20   bust.  We let the transaction take place, and as the
21   person's driving away, we attempt to stop them.
22   BY MR. GRYSKEWICZ:
23       Q    Um-hum.
24       A    We felt that if we let him get into this
25   residential neighborhood and we attempted to stop him

25

1  and he fled, there was a good chance that he could
2  crash into someone's house or harm somebody, and we
3  felt that we couldn't let that happen.
4      Q     Um-hum.
5      A     So rather than do the buy bust like we
6  normally would because of who we're dealing with, the
7  meeting was to try to figure out how to best take
8  Barasky into custody prior to the heroin transaction
9  and arrest him for that.
10     Q     Okay.  So at the meeting you would have
11 discussed, you know, we don't want him to go into this
12 development, we want to arrest him prior?
13     A     So at the meeting we would have discussed
14 where we're going to attempt to stop him --
15     Q     Um-hum.
16     A     -- to minimize his ability to flee.
17     Q     Um-hum.
18     A     Who was going to stop him.  Where the
19 undercover units were going to be stationed along the
20 way to spot him as he got there, and what roads we're
21 going to have officers on to make sure that if he did
22 somehow flee, that we could box him in that no
23 civilian gets harmed in the process.
24     Q     Okay.  What officers were at that meeting at
25 the Old Lycoming Township Police Department?

26

1      A     Bell was there, Gardner, Kriner.  There were
2  more -- there are plenty of --
3      Q     Do you remember if Chief Joseph Hope was
4  there?
5      A     I believe so, yeah.
6      Q     What about Detective Dent?
7      A     I feel like Detective Dent was waiting with
8  Sumpter.
9      Q     Okay.  I'm going to give you my pen.  Could
10 you mark on that map where you were sitting when you
11 were waiting for Anthony Barasky to come?  Just put
12 like a circle and an H where you were sitting.
13     A     I'm not 100 percent sure, but in this general
14 area at the base of Eckard Road and Lycoming Creek
15 Road.
16     Q     Okay.
17     A     I was somewhere -- somewhere in there.
18     Q     Could you put an H in the middle that circle
19 for me?
20     A     Yeah.  (Witness complied.)
21     Q     And then do you -- who was supposed to, as
22 part of the plan, actually stop Anthony Barasky's
23 vehicle?
24     A     Not sure which person it was, but we had two
25 unmarked police unit with lights and sirens --

27

1      Q     Um-hum.
2      A     -- it was going to be their job.  And we
3  might even had more than two.  And some of them were
4  in this area over here on the -- on the northwest side
5  of Eckard Road, just -- just to the east of Lycoming
6  Creek Road.
7      Q     Could you put a circle in that area for me?
8      A     (Witness complied.)  And then we had units on
9  Miller Road.  When you turn off of Eckard Road onto
10 Miller Road, there's a small bridge.  And my
11 recollection is the bridge is somewhere right near
12 Eckard Road.  I'll put a little mark like that.
13     Q     Okay.
14     A     We had a unit on the east side of the bridge
15 on Miller Road to make sure that if Barasky fled, that
16 he could not get into the development.  And then we
17 had a unit on the north side of -- or we had a unit on
18 Eckard Road just north of Miller Road so that if for
19 some reason Barasky could get turned around in here,
20 he couldn't flee north on Eckard Road.  And obviously
21 once Barasky committed to Eckard Road, there were a
22 number of units -- I think there were probably four or
23 five of us, following him up Eckard Road until he
24 committed to Miller Road.
25     Q     Okay.  And you say you don't remember which

28

1  specific officers were stationed where?
2      A     No, I do not.
3      Q     Okay.  Did you personally see or meet Matthew
4  Sumpter at all on October 2nd?
5      A     I don't recall.
6      Q     Were you present when Sumpter made any of the
7  phone calls or text messages to who he alleged was
8  Anthony Barasky?
9      A     I don't recall.
10     Q     How was it decided what role you would play
11 in arresting Anthony Barasky on October 2nd?
12     A     As these things play out and we -- we all
13 talk them through, we often choose who does what.
14 Like I probably said I will do this.
15     Q     Okay.
16     A     So Bell was the coordinator, but in our unit
17 the coordinator doesn't necessarily say you're doing
18 this and you're doing that and you're doing this.
19 Oftentimes we'll -- I'll say, I got this part.
20     Q     Um-hum.
21     A     Somebody else will say, I got this part, and
22 we put it all together that way.  There's jobs that
23 are put out there, guys will say, I'll take this job,
24 I'll take this job, I'll take that job.
25     Q     So it's more of a collaborative effort?

29

1    A    It's definitely a collaborative effort.

2    Q    Okay.  And would you -- and that -- is this

3  collaborative effort confined to just the NEU officers

4  or would it also include the Old Lycoming Township

5  officers?

6    A    No, it would include them, too.

7    Q    Okay.  And would you rely on Old Lycoming

8  Township's expertise in the local area where they're

9  from?

10    A    Expertise in what?

11    Q    The geography of the area.

12    A    I don't think that really came into play.

13    Q    Okay.  Do you recall if Detective Dent might

14  have been on the phone relaying any information or

15  instructions to the individuals at the meeting at the

16  Old Lycoming Township Police Department?

17    A    That's my recollection, yes.

18    Q    And then when -- I guess you all eventually

19  left the Old Lycoming Township Police Department to

20  take your positions?

21    A    Yes.

22    Q    How were you in communication with each other

23  at that point?

24    A    Police radio.

25    Q    Okay.  Was Detective Dent also included on

30

1  that police radio?

2    A    Yes.

3    Q    So would Detective Dent have been relaying

4  what he was learning from the text messages or Mr.

5  Sumpter?

6    A    Yes.

7    Q    Now, do you remember if you were the first

8  officer to spot Anthony Barasky coming to that area

9  that day?

10    A    I don't recall if I was or not.

11    Q    Could you tell us what happened when the

12  traffic stop was initiated on Anthony's vehicle?

13    A    I observed Anthony traveling west on Lycoming

14  Creek Road and I -- obviously I called it out.  And

15  Anthony turned north on Eckard Road.  I followed, but

16  I gave enough space for the unmarked police vehicles

17  to get in front of me.  Those vehicles came out of the

18  area that I described on Exhibit 1 and started to

19  follow Barasky north on Eckard Road.  The plan was to

20  traffic stop -- to wait until Barasky committed to

21  Miller Road and was committed to crossing the bridge

22  to initiate the traffic stop on him.

23         So I followed him north on Eckard Road

24  possibly two or three cars back.  And when he got to

25  Miller Road, he turned east.  And as he went to cross

31

1  the bridge, the marked cars activated their lights.

2  And as I recall it, the cars that were on the other

3  side of the bridge moved in.  The cars to the north

4  moved in.  I parked as close as I could.  I got out of

5  the car as a hands free guy, and we proceeded to take

6  Mr. Barasky out of the vehicle and place him under

7  arrest.

8    Q    Could you put the map back in front of you,

9  sir.  Could you mark on that map where the traffic

10  stop of Anthony's vehicle occurred?  Where the vehicle

11  actually stopped, I should say.

12    A    To the best of my recollection --

13    Q    Um-hum.

14         And it depends on where the bridge is in

15  here, but it's really close to Eckard Road.  So I'm

16  just going to make a big circle.

17    Q    Okay.  Do you remember if Anthony's vehicle

18  actually turned onto Miller Road or if it was on

19  Eckard Road when it stopped?

20    A    No, it turned onto Miller Road.  We wanted --

21  we wanted to make sure that Anthony was heading to

22  Sumpter's house.

23    Q    Um-hum.

24    A    If Anthony would have went north, we would

25  have let him go.

32

1    Q    Okay.  And you would agree if he went north,

2  you wouldn't have known if he was going to Mr.

3  Sumpter's house?

4    A    He couldn't have gone to Mr. Sumpter's house

5  if he went north.  If he went north, then we'd have to

6  think that he's going either to do another drug

7  delivery or he's going to collect the drugs before he

8  goes to Sumpter's house.

9    Q    Okay.  Now, you said you got out of your

10  vehicle as the hands free officer.  Could you tell us

11  what that means?

12    A    It just means that if other officers go to a

13  firearm, they can give verbal commands to somebody and

14  they're -- you need to have somebody that doesn't have

15  a firearm in their hand to place handcuffs or use

16  hands to detain and arrest a person.

17    Q    Okay.  So when you got out of your car, did

18  the other officers have their firearms drawn?

19    A    I don't recall if they did or they did not.

20    Q    Do you recall if they were shouting commands

21  at Barasky to get out or anything else?

22    A    I know they were shouting commands.

23    Q    And then what did you do at that point?

24    A    I opened up Mr. Barasky's car door and I

25  removed him from the vehicle and I placed him under

33

1  arrest, and I advised him of his Miranda rights.

2  Q   Was the door unlocked and you opened it or

3  did Anthony open it?

4  A   I don't recall.

5  Q   Do you recall anybody trying to smash a

6  window on Mr. Barasky's car?

7  A   No.

8  Q   Did Barasky resist you at all when you were

9  placing him in handcuffs?

10  A   He did not.

11  Q   Did Barasky say anything to you when you were

12  arresting him?

13  A   I think he invoked his right to have an

14  attorney, I believe.

15  Q   Okay.  And then at that point did you not ask

16  him questions?

17  A   I passed him off.  He was -- he was passed

18  off to somebody in a police vehicle and they

19  transported him away.

20  Q   Do you recall who you passed him off to?

21  A   I do not.

22  Q   And do you recall if he would have been

23  placed in a NEU vehicle or an Old Lycoming Township

24  police vehicle?

25  A   I don't know that, either.  NEU has -- we

34

1  have unmarked police vehicles, too, and it's likely

2  that we had one of ours there as well.

3  Q   Do you recall what parts the other officers

4  would have taken in arresting Anthony Barasky?

5  A   As far as what?

6  Q   Like, for example, do you know if Joshua Bell

7  pointed his firearm at Anthony or anything like that?

8  A   I don't have any recollection of firearms

9  being pointed.

10  Q   Okay.  How long do you believe you waited at

11  your staging point on Lycoming Creek Road before you

12  saw Barasky in his vehicle?

13  A   It's tough to say.  It's been a long time.

14  20 minutes.

15  Q   Okay.

16  A   It wasn't long.

17  Q   How did you know it was Barasky driving the

18  vehicle?

19  A   Well, I know him.

20  Q   So it's just you saw his actual face and

21  that's how you identified him?

22  A   I definitely saw his face and identified him

23  that way.  Is it possible that we were given

24  information what he might be driving?  Yes.

25  Q   Okay.

35

1  A   But I can tell you that I confirmed that it

2  was him before we all jumped out on the car and

3  started heading it north on Eckard Road.

4  Q   And then the set plan, once you were

5  following him, was to stop him once he got to the

6  correct point on Miller Road?

7  A   We wanted him to commit to Miller Road

8  because he would have no other reason to go into that

9  development other than to meet with Sumpter.

10  Q   Do you recall Chief Hope ever calling out

11  over the radio that he didn't think Barasky was going

12  to stop for him?

13  A   I don't.

14  Q   And you said you would have been behind the

15  two other vehicles when the traffic stop was

16  initiated?

17  A   Yes.

18  Q   So if there is a line of cars, it would have

19  been Barasky, one police vehicle, another police

20  vehicle and then yours?

21  A   Well, as we're driving north on Eckard Road,

22  that's -- that would've been the lineup.

23  Q   Um-hum.

24  A   But once the traffic stop -- once the lights

25  lit up, more than likely I would have driven out

36

1  around and positioned my car as close to the traffic

2  stop as possible.

3  Q   Okay.  And that would have been to block

4  Barasky in so he couldn't leave?

5  A   For anything that I might need to be close

6  for.

7  Q   Did you search Barasky's person at all when

8  you arrested him?

9  A   I don't recall.

10  Q   Were you informed that no drugs were found on

11  Barasky's person on October 2nd, 2020?

12  A   At some point I was, yes.

13  Q   Did you know that Officer Bell called ahead

14  to the Lycoming County Prison to make sure Barasky was

15  placed in a dry cell?

16  A   I did.

17  Q   Did you have any involvement in that

18  discussion?

19  A   I don't recall if I did or not.

20  Q   Did you or any of the other NEU officers have

21  any theories for why no drugs were found on Anthony

22  Barasky?

23  A   Sure.

24  Q   What were they?

25  A   Could have been a number of things.  In the

**37**

case in 2016, had I not observed a piece of plastic
loose on the dashboard of the car and a tool laying in
the back of his car, I may have never found the nearly
200 bags of heroin that was concealed in the dash.
That's 2016. That was four years before this
happened.

Q    Um-hum.

A    He could have upped his game. I know
there's -- I don't know if you ever heard the term
trap, vehicles are trapped out.

Q    I'd like you to explain that term to us, sir.

A    You can take a vehicle to a shop that can put
a hydraulic trap in a car, and if they're
professionals at it, it's very difficult for you to
discover where that trap is. And a trap is a hidden
box that's operated by a hydraulic pump.

And for instance, one that I found was
mounted in the upholstery in a seat -- in the driver's
seat, and when you -- we never found out -- we never
fingered out how to operate it. It was a series of
buttons on the dash. Like you turn the light on, you
turn the radio on and you hit this button, and the
back of the seat will go (indicating) and open up and
there's a whole compartment in there.

Q    Okay.

**38**

A    The way I discovered it was I found some
wires and I cut the wires and I put power, positive
and negative to the wires, and then switched it and
then it opened.

Q    Okay.

A    If they're done really professionally, you
don't even see the wires. And then you also run into
these risks of how much of this car do I want to tear
apart and be liable for the damages to the car. So we
try our best to try to see if there's any of these
traps in the car, but I'm certain throughout the
course of my career I probably missed many, many,
many, many traps.

We looked for traps in that car. We didn't
find any traps. So a trap -- my first theory is he
had a good enough trap in that car that we never found
the dope.

Q    Um-hum.

A    And I should also state that if you're not
familiar with drug work, you might think, well, let's
put a drug dog in the car and the dog will show us
where the stuff is.

Q    Um-hum.

A    Not true at all. The dog's going to show you
that the stuff's in car. It's not going to tell you

**39**

where. Because when you turn on the ventilation, if
the trap's in the ventilation somewhere, the drug
scent is going to be throughout the car. The dog
might hit in the back window of the car, and yet the
drugs are up in the dashboard. So you can't use a dog
to pinpoint where the trap is.

Q    Okay.

A    Barasky could have changed his MO.

Q    Um-hum.

A    It's not uncommon for these drug dealers to
go to the drug buyer, collect the money, leave, go get
the drugs and bring them back. Now, I know in this
case, according to Sumpter -- and this is not --
Sumpter didn't tell me this. I know this by reading
Dent's report, that Sumpter said that he dealt with
Barasky approximately a hundred times and Barasky
always does it the same way. He drives to the house,
he meets him near the house, and Sumpter walks out of
the house and meets him on street and the transaction
happens.

That doesn't mean that we got unlucky in this
case and Barasky decided to do it different, and this
time he was going to go meet with Sumpter, collect the
money and go someplace to get it.

Q    Um-hum.

**40**

A    That's an option. The other option is when
he saw the two police cars -- this is quite a distance
from -- I say quite a distance. It's probably half a
mile or so, from Lycoming Creek Road to Miller Road.
Right when he turns onto Eckard Road, two unmarked
police cars get out behind him. Now, he's going to
know, having been involved with law enforcement since
at least 2007, he's going to know the cops are behind
me.

Now, according to everybody there, nobody saw
anything fly out the window, but it's -- it's -- it's
a possibility that he chucked it out the window. I
walked this whole section, along with other officers,
and I didn't see anything, but it's wooded. And three
grams of Fentanyl in a little bag, it's not very big.
We could have easily missed it.

Q    How long did you spend walking the whole
section looking for any discarded drugs?

A    Enough time to walk from Miller Road down to
the bottom and then turn around and walk back up.

Q    Okay. So you didn't do multiple passes, it
was one pass on each side of the road, essentially?

A    My recollection was I was on the -- I was on
the east side of Eckard Road and then somebody was on
the west side of Eckard Road.

41

1 Q Okay.

2 A And it might have been multiple -- might have

3 been four of us, but I know there was at least one on

4 one side and one on the other, and we walked all the

5 way down and we walked all the way back.

6 Q Okay.

7 A But again, you're talking this is a small

8 road. It's wooded. It's dirt on the sides. It's

9 vegetation on the sides. We -- and again, when we

10 walked this, we didn't know that Barasky didn't have

11 it tucked underneath his testicles or in his buttocks.

12 That's very common for drug dealers and you don't find

13 it until you strip search them.

14 Q Um-hum.

15 A We don't know that it's in the car.

16 Q Um-hum.

17 A So we did our search. We did our due

18 diligence to make sure it wasn't in there, and we

19 didn't see it.

20 Q Okay. I know that you described a search of

21 the vehicle some. Based on your experience with him

22 in 2016 and how well the drugs were hidden, would you

23 agree you did a more thorough search of the vehicle

24 you seized that day because of that?

25 A I'm sure we did, yes. But that doesn't --

42

1 that doesn't mean we're going to find it. I mean,

2 these -- I've gone to training with -- I think it was

3 a hid-a-training where they had some of these traps.

4 And quite frankly, you're not going to find them.

5 You -- you have to be lucky to see a mistake or to be

6 smart tough to recognize some -- a particular type of

7 tape that doesn't belong.

8 Q Um-hum.

9 A You know. That's why I say, I promise you

10 over the years I've probably missed more traps and

11 hidden compartments than I found.

12 Q Okay. After you handed off Barasky when he

13 was arrested on October 2nd, did you have any move

14 involvement with the investigation beyond that?

15 A I went back to city hall and I was at city

16 hall with Barasky's property, which included a

17 cellular telephone. And while I was there, Detective

18 Dent called the number that Sumpter said he spoke to

19 Barasky on, and I observed Barasky's phone ring with

20 Detective Dent's phone number on it.

21 Q And would Detective Bent have been on a

22 different phone speaking with you at that time when

23 you were doing it?

24 A Either he said over police radio -- and when

25 I say police radio, we use our phones for that, but he

43

1 might have said over -- we carry two phones.

2 Q Um-hum.

3 A One phone we talk police radio stuff, the

4 other phone we can make calls.

5 Q Okay.

6 A He probably said over the police radio, hey,

7 watch the -- we call it the buy phone.

8 Q Um-hum.

9 A Watch the buy phone, I'm going to call it. I

10 watched the buy phone and his number showed up on the

11 phone.

12 Q Okay. And you took a picture of that, in

13 fact, then, right?

14 A Yes.

15 Q After that phone call, did you have any other

16 involvement in the investigation?

17 A No.

18 Q Did you have any involvement in Barasky's

19 arraignment?

20 A No.

21 Q And you would agree you weren't present at

22 the preliminary hearing?

23 A I don't recall.

24 Q Now, you would agree with me as part drug

25 investigations, many times police will observe a drug

44

1 transaction that a confidential informant makes and

2 then arrest the drug dealer at a later time?

3 A Yes.

4 Q And even sometimes you don't arrest a drug

5 dealer until many months later?

6 A It works that way sometimes.

7 Q Why wasn't that type of option chosen for

8 Anthony Barasky in this case?

9 A I can only speculate that it had something to

10 do with Sumpter.

11 Q And I guess Detective Dent would be the

12 person to ask that?

13 A Yes.

14 Q In your experience as a police officer, how

15 many arrests have you made?

16 A I mean, it can be as many as 2,000.

17 Q And how many of those arrests would you

18 estimate are for drug crimes, understanding it's an

19 estimation?

20 A It's probably more than -- it's probably more

21 than 2,000. My drug arrests are probably 1,500 or

22 more. I've been part of the NEU for -- coming up on

23 six years now and we average 200, 250 a year.

24 Q Okay.

25 A So, I mean, it's a lot.

45

1 Q Okay. So I would assume you're familiar with
2 criminal use of a communicate facility charge under
3 Section 7512 of the Crimes Code?
4 A I am.
5 Q Could you explain to us when you, as a police
6 officer, would believe that charge should be filed
7 against a person?
8 A In this case where Barasky and Sumpter used
9 telephones to arrange for a drug transaction, and then
10 the drug transaction was agreed that it was going to
11 occur on Brentwood Drive, when Barasky drove from
12 wherever he drove from up the creek road, up Eckard
13 Road and committed to Miller Road, he's essentially
14 making a step to commit that violation, I believe that
15 that charge was correctly charged and I disagree with
16 Judge Butts' ruling in the case.
17 Q Okay. In your career as a police officer,
18 have you ever charged someone with criminal use of a
19 communication facility and no other crime?
20 A I have not.
21 Q Have you ever charged someone with the
22 attempted delivery of a controlled substance?
23 A I have.
24 Q And this would be different than just
25 possession with intent to distribute, it would

46

1 actually be an attempted delivery?
2 A Yes.
3 Q Yes. Okay. And you have charged that?
4 A Yes.
5 Q Okay. How many times would you estimate you
6 charged that, if you can?
7 A I would have no idea.
8 Q You've used confidential informants before in
9 your career as a police officer, is that right?
10 A Yes.
11 Q What are you taught through your training and
12 experience to use those informants that you must do to
13 make sure the informant is reliable in a drug case?
14 A You could establish reliability with an
15 informant during the interview. If the informant has
16 information that can be corroborated through other
17 confidential informants, other police officers
18 personally observed things, personal knowledge. But
19 oftentimes we build their credibility through drug
20 buys. Information that they provide us, where we go
21 out and act on the information and we see what they
22 say we're going to see or we seize what they say we're
23 going to seize.
24 Q Okay. And that might be a reason you have an
25 informant do three or four buys before you actually

47

1 arrest a dealer?
2 A Not necessarily. Three or four buys may be
3 to establish where the dealer is coming and going
4 from, establish their -- their -- the way they operate
5 so that we can possibly get to where they -- their
6 distribution point so we can seize their drugs and
7 their proceeds.
8 Q Okay. When you placed Anthony Barasky into
9 handcuffs on October 2nd, 2020, what do you believe
10 the probable cause was at that point to support your
11 arrest?
12 MR. WHITE: Objection to form. You can
13 answer.
14 THE WITNESS: Attempted delivery of a
15 controlled substance, that substance being Fentanyl.
16 BY MR. GRYSKEWICZ:
17 Q And would you refer back, then, to your
18 previous answer where you said the transaction was
19 arranged to turn onto Miller Road, et cetera?
20 A Yes.
21 Q And I don't want to put words in your mouth.
22 Is that previous answer you gave, I guess, the full
23 listing of what you believe to be probable cause at
24 the time?
25 MR. WHITE: Same objection. You can answer.

48

1 THE WITNESS: I believe that when Anthony
2 Barasky -- by Anthony Barasky agreeing to deliver the
3 drugs to Sumpter, and the fact that Barasky committed
4 to Miller Road, that that act in and of itself was the
5 probable cause.
6 BY MR. GRYSKEWICZ:
7 Q Okay. So from your -- your opinion after no
8 drugs were found in any of the searches, that would
9 have no bearing on whether he committed the criminal
10 use of a communication facility?
11 MR. WHITE: Same objection. You can answer.
12 THE WITNESS: No, I feel like the criminal
13 use of a communication facility should have stood. I
14 feel like that's -- it was charged properly in this
15 case. I think that we could easily put Sumpter on the
16 witness stand and say, what did -- have you ever
17 bought from Barasky before? Yes, I have. What have
18 you bought? Fentanyl. When you were calling Barasky
19 on the phone, was there any doubt in your mind that
20 you were going to be -- when you ordered three, that
21 it was three grams of Fentanyl? No.
22 So in this case we have a guy ordering
23 Fentanyl on the phone. We got a guy saying he'll
24 deliver the Fentanyl, and then we got a guy showing
25 up.

BY MR. GRYSKEWICZ:

Q    Um-hum.

A    I feel that's a solid case of criminal use of a communication facility.

Q    Okay.

A    And again, I disagree with Judge Butts's ruling.

Q    Would you agree with me that the NEU has regulations for using confidential informants and sources?

A    Yes.

Q    Is there a difference between a confidential informant and a confidential source?

A    Yes.

Q    Could you tell us what that is?

A    Oftentimes a confidential source is somebody that gives us information but does not take an active role.  So they may say, I was at so and so's house last night and I saw such and such on the table.

Q    Um-hum.

A    If that confidential source has built reliability with us, I'll put their information in a search warrant and we'll go and serve a search warrant on the house.  That confidential source didn't necessarily come in, get strip searched by us, receive money from us, get transported to a place where the confidential informant or source goes in and makes a purchase, comes back out, gives us the drugs, gets strip searched again and gets debriefed.

Q    Um-hum.

A    That's the role of a confidential informant.  Confidential source is more an informational role, and they can arrange, for instance, for an undercover to go meet somebody.  But they don't take -- they don't take the steps that a confidential informant might take, where a confidential informant's going to do everything.  Or they'll take -- they'll take an undercover with him and both will do everything.

Q    Okay.  And were you aware of Mr. Sumpter's criminal record before the -- Anthony Barasky's arrest on October 2nd, 2020?

A    No.

Q    Were you aware that Mr. Sumpter never provided information to law enforcement prior to October 2nd, 2020?

A    No.

Q    Did you know Mr. Sumpter was using Fentanyl on October 2nd, 2020?  Actually, strike that.  Do you know that Mr. Sumpter was using some type of intoxicant on October 2nd, 2020?

A    No, I never met with him so I wouldn't know.

Q    Okay.  Was your employment as a police officer your only source of income in 2020?

A    Yes.

Q    What was your annual salary in 2020?

A    This is a retirement job.  I have no idea.

MR. GRYSKEWICZ:  Okay.  I don't have any other questions.  Thank you, Detective.

MS. LAUGLIN:  I don't have an questions.

MR. KOZLOWSKI:  I don't have any questions for him.

CROSS-EXAMINATION

BY MR. WHITE:

Q    I might have just a couple, Detective Havens.  When you were -- you were testifying about how long it took between something happening and you seeing Mr. Barasky traveling.  Do you know how -- what was the event that occurred that that clock started ticking, so to speak?

A    That a phone call or a text message was made that Barasky was on his way.

Q    And so that -- that was communicated to you from Detective Dent?

A    Correct.  Dent -- Detective Dent was with Sumpter, and Sumpter was communicating with Barasky, and Detective Dent was giving us the blow by blow as it was happening.  So we knew to be in our locations.  We -- and we knew when to start looking.

Q    So that 20 minutes or so that you estimated, that would be from the point that Detective Dent said he's on his way and then to when you actually had a visual on Barasky?

A    Correct.

MR. WHITE:  I don't have any further questions.

MR. GRYSKEWICZ:  I don't have any follow up.

MS. LAUGLIN:  I don't have anything.

MR. WHITE:  All right.  You're done.

THE WITNESS:  Thanks.

(Whereupon, the deposition was concluded at 12:44 p.m.)

53

1    COUNTY OF UNION          :

2    COMMONWEALTH OF PENNSYLVANIA

3

4            I, Ervin S. Blank, the undersigned Notary

5    Public, do hereby certify that personally appeared

6    before me, TYSON HAVENS; the witness, being by me

7    first duly sworn to testify the truth, the whole truth

8    and nothing but the truth, in answer to the oral

9    questions propounded to him by the attorneys for the

10   respective parties, testified as set forth in the

11   foregoing deposition.

12           I further certify that before the taking of

13   said deposition, the above witness was duly sworn,

14   that the questions and answers were taken down

15   stenographically by the said Ervin S. Blank, Court

16   Reporter, Lewisburg, Pennsylvania, approved and agreed

17   to, and afterwards reduced to typewriting under the

18   direction of the said Reporter.

19           In testimony whereof, I have hereunto

20   subscribed my hand this 28th day of March, 2024.

21

22

23   _____

24   Ervin S. Blank
     Reporter-Notary Public
25   My Commission Expires
     January 28, 2025

**- 0 -**

**06104-2903** [1]
2:6

**- 1 -**

**1,500** [1]  44:21
**15th** [3]     8:2,
16;  9:14
**17701** [1]  2:3
**18507** [1]  2:10
**18701** [1]  1:24

**- 2 -**

**2,000**     [2]
44:16, 21
**2007** [4]  16:6,
21, 24;  40:8
**2016** [6]  17:3,
4;  21:9;  37:1,
5;  41:22
**2018** [1]  6:5
**2020** [28]  5:18;
6:1, 6, 10;  7:8,
18;    8:2, 16;
9:20;  10:3, 13,
22;     12:24;
15:22;     16:3;
21:14;  22:2, 3,
4, 13;   36:11;
47:9;     50:16,
20,  23,  25;
51:3, 5
**2024** [2]  1:16;
53:20
**2025** [1]  53:25
**21-cv-02041** [1]
1:6
**23rd** [2]  9:20;
10:1
**24th** [15]  10:3,
13, 22;    11:6,
8,  14,  24;
12:10, 11,  24;
13:3;    15:22;
16:3;  22:3, 8
**28th** [1]  53:20

**2903** [1]  2:6

**- 3 -**

**3118** [1]  2:9

**- 7 -**

**7512** [1]  45:3

**- A -**

**a.m.** [1]  1:16
**ability**     [1]
25:16
**able** [1]  14:19
**above**     [1]
53:13
**accelerated** [1]
17:17
**according**   [3]
8:2,     39:13;
40:10
**activated** [1]
31:1
**active**     [1]
49:17
**actual**     [3]
15:17;  20:10;
34:20
**admitted**   [1]
3:14
**advised**   [1]
33:1
**affirmed**   [1]
4:11
**afterward**   [1]
12:16
**afterwards** [1]
53:17
**again** [4]  41:7,
9;  49:6;  50:4
**against**   [1]
45:7
**agree** [9]  5:11;
10:24;   13:22;
15:7;    32:1;
41:23;  43:21,
24;  49:8

**agreed**    [2]
45:10;  53:16
**agreeing**   [1]
48:2
**ahead**     [4]
19:10,   11;
20:12;  36:13
**airborne**   [1]
17:21
**alleged**   [1]
28:7
**allegedly**  [1]
21:21
**allow** [1]  24:18
**allowing**   [1]
4:23
**along**     [2]
25:19;  40:13
**always**    [2]
4:19;  39:17
**amount**     [4]
14:13,   15;
16:10
**anderson**   [1]
8:3
**annual**     [1]
51:5
**answer**     [9]
4:24;   15:24;
22:15;  47:13,
18,  22,  25;
48:11;  53:8
**answers**   [1]
53:14
**anthony**   [31]
1:2;  16:2, 5, 6,
18,  22,  24;
21:5, 9, 10, 21;
23:24;   26:11,
22;  28:8, 11;
30:8,  13,  15;
31:21,    24;
33:3;    34:4;
36:21;   44:8;
47:8;  48:1, 2;
50:15
**anthony's**  [3]
30:12;   31:10,
17
**apart** [1]  38:9

**appeared**  [2]
14:6;  53:5
**application** [1]
10:9
**approved**   [1]
53:16
**april** [3]   8:2,
16;  9:14
**area** [12]  6:16,
24;    17:20;
18:19;   19:12;
26:14;  27:4, 7;
29:8, 11;  30:8,
18
**arraignment** [1]
43:19
**arrange**   [2]
45:9;  50:8
**arranged**  [2]
23:23;  47:19
**arrest**    [11]
22:12;  25:9,
12;     31:7;
32:16;    33:1;
44:2;  47:1, 11;
50:15
**arrested**   [7]
16:9;  17:3, 4;
20:17;   21:9;
36:8;  42:13
**arresting**  [4]
16:25;  28:11;
33:12;  34:4
**arrests**    [3]
44:15, 17, 21
**assist**    [2]
6:19;  7:1
**assisted**   [1]
10:16
**associates** [1]
2:5
**assume**     [1]
45:1
**assuming**   [1]
23:4
**attached**   [1]
7:13
**attempt**    [2]
24:21;  25:14

**attempted** [6] 16:6; 17:12; 24:25; 45:22; 46:1; 47:14
**attention** [1] 8:1
**attorney** [3] 4:20; 24:9; 33:14
**attorney's** [1] 7:21
**attorneys** [1] 53:9
**austin** [1] 2:2
**average** [1] 44:23
**aware** [4] 14:3; 22:11; 50:14, 18
**away** [2] 24:21; 33:19

- B -

**background** [2] 11:1, 5
**bags** [4] 20:6, 25; 21:2; 37:4
**barasky** [62] 1:2; 16:2, 11, 22, 24; 17:9, 10, 13; 19:16; 20:4, 5, 13; 21:21; 22:12; 23:24; 24:3, 4, 15; 25:8; 26:11; 27:15, 19, 21; 28:8, 11; 30:8, 19, 20; 31:6; 32:21; 33:8, 11; 34:4, 12, 17; 35:11, 19; 36:4, 14, 22; 39:8, 16, 22; 41:10; 42:12, 19; 44:8; 45:8, 11; 47:8; 48:2, 3, 17, 18;

51:17, 21, 25; 52:7
**barasky's** [10] 20:1; 26:22; 32:24; 33:6; 36:7, 11; 42:16, 19; 43:18; 50:15
**base** [1] 26:14
**based** [2] 14:24; 41:21
**basis** [1] 7:24
**bearing** [1] 48:9
**become** [1] 22:11
**beginning** [1] 1:16
**behind** [5] 17:15, 16; 35:14; 40:6, 8
**bell** [9] 1:6; 2:7; 6:8; 7:7; 22:24; 26:1; 28:16; 34:6; 36:13
**belong** [1] 42:7
**bent** [1] 42:21
**beside** [1] 10:19
**best** [5] 11:11; 21:4; 25:7; 31:12; 38:10
**better** [1] 24:9
**between** [7] 4:2; 15:5; 21:20; 22:3, 8; 49:12; 51:16
**beyond** [1] 42:14
**blank** [4] 1:15; 53:4, 15, 23
**blew** [1] 19:19
**block** [3] 20:2, 20; 36:3
**blocks** [2] 9:3; 17:25

**blooming** [5] 18:15, 16, 17, 18; 19:6
**blow** [2] 52:1
**blowing** [1] 18:1
**blue** [4] 20:8, 9, 22; 21:1
**bottom** [1] 40:20
**bought** [2] 48:17, 18
**boulevard** [1] 20:14
**break** [1] 5:1
**brentwood** [5] 10:5, 9; 11:23; 24:17; 45:11
**bridge** [7] 27:10, 11, 14; 30:21; 31:1, 3, 14
**brief** [1] 22:19
**briefed** [2] 12:18, 20
**briefing** [1] 12:23
**bring** [1] 39:12
**brought** [1] 8:15
**build** [1] 46:19
**built** [1] 49:21
**burglary** [1] 11:16
**bust** [3] 6:21; 24:20; 25:5
**buttocks** [1] 41:11
**button** [1] 37:22
**buttons** [1] 37:21
**butts** [1] 45:16
**butts's** [1] 49:6
**buyer** [1] 39:11
**buys** [3] 46:20, 25; 47:2

- C -

**calls** [2] 28:7; 43:4
**campbell** [4] 17:9, 10, 13, 15
**captain** [1] 22:24
**captured** [1] 20:13
**care** [1] 14:18
**career** [3] 38:12; 45:17; 46:9
**carry** [1] 43:1
**cars** [7] 30:24; 31:1, 2, 3; 35:18; 40:2, 6
**case** [15] 1:6; 6:20, 25; 8:8; 16:16; 37:1; 39:13, 22; 44:8; 45:8, 16; 46:13; 48:15, 22; 49:3
**cases** [2] 7:22; 16:25
**cash** [1] 16:10
**cell** [1] 36:15
**cellular** [1] 42:17
**cemetery** [6] 18:6, 7, 10, 11, 12, 15
**certain** [3] 12:5; 14:13; 38:11
**certification** [1] 4:4
**certify** [2] 53:5, 12
**cetera** [1] 47:19
**chance** [1] 25:1
**change** [2] 9:3, 7
**changed** [1] 39:8

**charge** [4] 7:16; 45:2, 6, 15

**charged** [7] 21:2; 45:15, 18, 21; 46:3, 6; 48:14

**chasing** [2] 19:9, 16

**check** [1] 11:1

**chief** [2] 26:3; 35:10

**choose** [2] 6:18; 28:13

**chosen** [1] 44:7

**christopher** [2] 1:7; 2:11

**chucked** [1] 40:12

**circle** [4] 26:12, 18; 27:7; 31:16

**city** [5] 1:9; 2:7; 7:10; 42:15

**civilian** [1] 25:23

**clearly** [1] 19:5

**clinton** [2] 1:6; 2:7

**clock** [1] 51:18

**close** [4] 31:4, 15; 36:1, 5

**code** [1] 45:3

**collaborative** [3] 28:25; 29:1, 3

**collect** [3] 32:7; 39:11, 23

**coming** [3] 30:8; 44:22; 47:3

**commands** [3] 32:13, 20, 22

**commission** [1] 53:24

**commit** [2] 35:7; 45:14

**committed** [7] 27:21, 24; 30:20, 21; 45:13; 48:3, 9

**common** [2] 10:25; 41:12

**commonwealth** [1] 53:2

**communicate** [1] 45:2

**communicated** [1] 51:22

**communicating** [1] 51:25

**communication** [5] 29:22; 45:19; 48:10, 13; 49:4

**compartment** [1] 37:24

**compartments** [1] 42:11

**complied** [2] 26:20; 27:8

**concealed** [1] 37:4

**concern** [1] 11:19

**concerns** [1] 11:12

**concluded** [1] 52:15

**conduct** [2] 6:15; 7:3

**confident** [1] 16:23

**confidential** [17] 8:6; 9:21, 25; 44:1; 46:8, 17; 49:9, 12, 13, 16, 21, 24; 50:2, 6, 7, 10, 11

**confined** [1] 29:3

**confirmed** [1] 35:1

**confiscated** [1] 14:7

**connecticut** [1] 2:6

**contact** [8] 16:8, 22, 23; 17:2; 21:10, 16; 22:4, 7

**contents** [1] 21:25

**continued** [4] 2:1; 18:5, 15; 19:21

**controlled** [4] 8:3, 7; 45:22; 47:15

**conversation** [1] 12:22

**convicted** [1] 21:5

**conviction** [1] 11:16

**coordinator** [4] 7:10, 15; 28:16, 17

**cops** [1] 40:8

**copy** [1] 8:15

**corporal** [1] 19:20

**correct** [6] 8:14; 13:20; 20:11; 35:6; 51:24; 52:8

**correctly** [1] 45:15

**corroborated** [1] 46:16

**counsel** [3] 1:22; 2:1; 4:3

**county** [4] 1:8; 5:9; 36:14; 53:1

**couple** [1] 51:14

**course** [1] 38:12

**court** [2] 1:1; 53:15

**courtesy** [2] 4:23, 25

**crash** [1] 25:2

**crashed** [1] 20:2

**credibility** [1] 46:19

**creek** [6] 26:14; 27:6; 30:14; 34:11; 40:4; 45:12

**crime** [2] 17:7; 45:19

**crimes** [3] 21:5; 44:18; 45:3

**criminal** [10] 10:25; 11:5, 17; 17:6; 45:2, 18; 48:9, 12; 49:3; 50:15

**cross** [2] 3:2; 30:25

**cross-examination** [1] 51:12

**crossing** [1] 30:21

**custody** [1] 25:8

- D -

**damages** [1] 38:9

**dangerous** [2] 17:25; 19:21

**dash** [2] 37:4, 21

**dashboard** [3] 20:19; 37:2; 39:5

**date** [5] 8:4, 24; 12:11, 12; 21:11

**dated** [1] 8:16

**day-to-day** [1] 7:24

**dealer** [4] 44:2, 5; 47:1, 3

**dealers** [2] 39:10; 41:12

**dealing** [1]
25:6
**dealt** [1] 39:15
**debriefed** [1]
50:4
**decided** [2]
28:10; 39:22
**defendants** [4]
1:9; 2:4, 7, 10
**definitely** [3]
12:9; 29:1;
34:22
**deliver** [2]
48:2, 24
**delivering** [1]
23:25
**delivery** [5]
23:23; 32:7;
45:22; 46:1;
47:14
**dennehey** [1]
2:9
**dent** [22] 1:6;
2:4; 9:21;
10:1; 12:2, 6;
21:24; 22:7,
12; 23:22;
26:6, 7; 29:13,
25; 30:3;
42:18; 44:11;
51:23, 24;
52:1, 5
**dent's** [2]
39:15; 42:20
**department**
[11] 6:13, 16,
23; 7:3, 11;
23:2, 17, 21;
25:25; 29:16,
19
**depend** [1]
15:17
**deposed** [1]
4:14
**deposition** [4]
1:13; 52:15;
53:11, 13
**describe** [1]
6:12

**described** [4]
22:24; 23:6;
30:18; 41:20
**detached** [1]
7:13
**details** [1]
14:12
**detain** [1]
32:16
**detained** [1]
12:1
**detaining** [1]
10:15
**detective** [29]
4:14; 5:24;
6:2, 3; 7:18;
8:3; 9:20;
10:1; 12:2, 6;
21:24; 22:7,
11; 23:22;
26:6, 7; 29:13,
25; 30:3;
42:17, 20, 21;
44:11; 51:8,
14, 23, 24;
52:1, 5
**determine** [1]
15:1
**development**
[7] 24:1, 2, 17;
25:12; 27:16;
35:9
**difference** [1]
49:12
**different** [3]
39:22; 42:22;
45:24
**difficult** [1]
37:14
**diligence** [1]
41:18
**direct** [3] 3:2;
4:12; 8:1
**direction** [3]
18:5; 19:22;
53:18
**directly** [1]
12:8
**dirt** [1] 41:8

**disagree** [2]
45:15; 49:6
**discarded** [1]
40:18
**discover** [1]
37:15
**discovered** [2]
16:15; 38:1
**discovery** [1]
21:19
**discussed** [2]
25:11, 13
**discussion** [1]
36:18
**distance** [2]
40:2, 3
**distribute** [1]
45:25
**distribution** [4]
14:10, 11, 24;
47:6
**district** [3]
1:1; 7:21
**document** [1]
24:12
**documented** [1]
10:18
**doesn't** [6]
28:17; 32:14;
39:21; 41:25;
42:1, 7
**dog's** [1] 38:24
**done** [3]
13:11; 38:6;
52:13
**door** [2] 32:24;
33:2
**dope** [1] 38:17
**double** [4]
20:20, 21, 23,
25
**doubt** [1]
48:19
**down** [5]
12:16; 22:18;
40:19; 41:5;
53:14
**drafting** [1]
10:8

**drawn** [1]
32:18
**drive** [5] 10:5,
9; 11:23;
19:19; 45:11
**driven** [1]
35:25
**driver's** [2]
16:16; 37:18
**drives** [1]
39:17
**driving** [5]
18:4; 24:21;
34:17, 24;
35:21
**drove** [2]
45:11, 12
**drug** [20] 7:19,
24; 15:18;
32:6; 38:20,
21; 39:2, 11;
41:12; 43:24,
25; 44:2, 4,
18, 21; 45:9,
10; 46:13, 19
**drugs** [12]
15:19; 32:7;
36:10, 21;
39:5, 12;
40:18; 41:22;
47:6; 48:3, 8;
50:3
**duly** [3] 4:11;
53:7, 13
**during** [2]
12:2; 46:15
**duties** [1] 7:17

— E —

**easily** [3]
17:18; 40:16;
48:15
**east** [5] 19:25;
27:5, 14;
30:25; 40:24
**eckard** [19]
26:14; 27:5, 9,
12, 18, 20, 21,
23; 30:15, 19,

23; 31:15, 19; 35:3, 21; 40:5, 24, 25; 45:12

**effort** [3] 28:25; 29:1, 3

**eight** [1] 8:4

**either** [4] 18:7; 32:6; 33:25; 42:24

**employed** [2] 5:8, 18

**employment** [1] 51:2

**enforcement** [5] 5:9; 8:20, 21; 40:7; 50:19

**entire** [1] 22:18

**entry** [1] 10:15

**ervin** [4] 1:15; 53:4, 15, 23

**esquire** [4] 1:23; 2:2, 5, 8

**essentially** [3] 7:15; 40:22; 45:13

**establish** [3] 46:14; 47:3, 4

**estimate** [2] 44:18; 46:5

**estimated** [1] 52:4

**estimation** [1] 44:19

**event** [1] 51:18

**eventually** [1] 29:18

**everybody** [2] 12:25; 40:10

**exactly** [1] 21:1

**examination** [2] 3:3; 4:12

**example** [1] 34:6

**except** [1] 4:5

**excess** [1] 17:18

**executing** [1] 10:14

**exhibit** [4] 3:15; 24:10, 13; 30:18

**exhibits** [1] 3:13

**experience** [5] 14:8; 24:3; 41:21; 44:14; 46:12

**expertise** [2] 29:8, 10

**expires** [1] 53:24

**explain** [2] 37:11; 45:5

**extension** [3] 18:19; 19:7, 11

**extra** [2] 7:5, 6

- F -

**face** [2] 34:20, 22

**facility** [5] 45:2, 19; 48:10, 13; 49:4

**facing** [2] 17:8, 10

**fact** [2] 43:13; 48:3

**factors** [1] 14:23

**familiar** [3] 24:4; 38:20; 45:1

**family** [1] 14:18

**fear** [2] 24:5, 15

**felt** [2] 24:24; 25:3

**fence** [1] 20:14

**fentanyl** [17] 14:4, 7, 9, 10, 18; 15:2, 3, 8, 12, 21; 40:15; 47:15; 48:18,

21, 23, 24; 50:22

**ferren** [1] 2:5

**fifth** [1] 17:21

**figure** [1] 25:7

**filed** [1] 45:6

**filing** [1] 4:4

**fingered** [1] 37:20

**fire** [1] 19:24

**firearm** [7] 20:8, 9, 10; 21:1; 32:13, 15; 34:7

**firearms** [2] 32:18; 34:8

**firefighters** [1] 19:24

**firm** [2] 1:17; 2:2

**first** [4] 6:23; 30:7; 38:15; 53:7

**five** [1] 27:23

**fled** [5] 16:7; 18:5; 20:6; 25:1; 27:15

**flee** [4] 24:5; 25:16, 22; 27:20

**flight** [3] 20:6, 7; 21:2

**flying** [1] 18:17

**follow** [3] 18:6; 30:19; 52:11

**followed** [2] 30:15, 23

**following** [4] 19:8; 27:23; 35:3, 5

**follows** [1] 4:11

**foregoing** [1] 53:11

**form** [5] 4:5; 15:9, 23; 22:14; 47:12

**forth** [1] 53:10

**found** [17] 10:17, 18, 20; 11:16; 20:1, 7, 20; 21:2; 36:10, 21; 37:3, 17, 19; 38:1, 16; 42:11; 48:8

**four** [6] 19:19; 27:22; 37:5; 41:3; 46:25; 47:2

**fourth** [2] 1:18; 2:3

**frankly** [1] 42:4

**free** [4] 5:14; 13:10; 31:5; 32:10

**front** [2] 30:17; 31:8

**full** [2] 17:7; 47:22

**full-time** [1] 7:7

**fully** [1] 4:24

- G -

**gabapentin** [1] 8:5

**game** [1] 37:8

**gardner** [3] 1:7; 2:7; 26:1

**general** [1] 26:13

**geography** [1] 29:11

**given** [2] 21:19; 34:23

**giving** [1] 52:11

**glassine** [1] 20:22

**goes** [3] 19:1; 32:8; 50:2

**gone** [2] 32:4; 42:2

**good** [2] 25:1; 38:16

**grab** [1] 23:5

**grams** [8] 14:7, 9, 22, 25; 15:1, 8; 40:15; 48:21

**grove** [5] 18:16, 17, 18; 19:6

**gryskewicz** [12] 1:23; 3:4; 4:13; 15:16; 16:1; 22:23; 24:22; 47:16; 48:6; 49:1; 51:7; 52:11

**guess** [6] 9:11; 15:14, 17; 29:18; 44:11; 47:22

**guilty** [1] 9:6

**guys** [1] 28:23

**- H -**

**h-a-v-e-n-s** [1] 5:7

**half** [2] 20:3; 40:3

**hall** [2] 42:15, 16

**hand** [2] 32:15; 53:20

**handcuffs** [3] 32:15; 33:9; 47:9

**handed** [1] 42:12

**hands** [3] 31:5; 32:10, 16

**happening** [2] 51:16; 52:2

**hard** [1] 15:13

**harm** [1] 25:2

**harmed** [1] 25:23

**hartford** [1] 2:6

**havens** [10] 1:6, 13; 2:4; 3:2; 4:10, 15;

**5:7;** 8:19; 51:14; 53:6

**heading** [1] 31:21

**heard** [1] 37:9

**hearing** [1] 43:22

**heavy** [1] 17:11

**hereby** [3] 4:2, 4; 53:5

**hereunto** [1] 53:19

**heroin** [7] 20:7, 20; 23:23, 25; 24:18; 25:8; 37:4

**hid-a-training** [1] 42:3

**hidden** [4] 20:19; 37:15; 41:22; 42:11

**high** [2] 7:22; 17:8

**hire** [1] 6:5

**homewood** [3] 19:23, 25; 20:1

**homicides** [1] 7:22

**honestly** [1] 24:8

**hope** [4] 1:7; 2:11; 26:3; 35:10

**hour** [1] 17:19

**house** [24] 7:16; 9:24; 10:4, 16; 11:1, 5, 13, 18; 12:13; 13:3; 14:1, 4, 8; 15:21; 25:2; 31:22; 32:3, 4, 8; 39:17, 18, 19; 49:18, 24

**housing** [1] 14:16

**human** [1] 15:7

**hundred** [1] 39:16

**hydraulic** [2] 37:13, 16

**- I -**

**idea** [2] 46:7; 51:6

**identification** [1] 24:14

**identified** [3] 24:10; 34:21, 22

**include** [2] 29:4, 6

**included** [2] 29:25; 42:16

**income** [2] 14:16; 51:3

**independent** [2] 8:23; 23:14

**index** [2] 3:1, 13

**indicating** [1] 37:23

**individual** [1] 20:22

**individuals** [1] 29:15

**inform** [1] 12:6

**informant** [13] 8:6; 9:21, 25; 22:13; 44:1; 46:13, 15, 25; 49:13; 50:2, 6, 10

**informant's** [1] 50:11

**informants** [5] 7:19; 46:8, 12, 17; 49:9

**information** [9] 9:22; 29:14; 34:24; 46:16, 20, 21; 49:17, 22; 50:19

**informational** [1] 50:7

**informed** [1] 36:10

**ingest** [1] 15:8

**initiate** [1] 30:22

**initiated** [2] 30:12; 35:16

**instance** [2] 37:17; 50:8

**instead** [2] 18:24; 19:2

**instructions** [2] 4:20; 29:15

**intend** [1] 11:1

**intent** [1] 45:25

**interactions** [1] 11:9

**interdiction** [1] 17:6

**interest** [1] 6:17

**interested** [1] 7:1

**interrupt** [1] 18:21

**interrupting** [1] 4:23

**intersection** [1] 18:12

**interview** [3] 9:25; 10:21; 46:15

**interviewed** [2] 9:21; 12:7

**intoxicant** [1] 50:25

**inventory** [2] 10:19; 13:12

**investigation** [4] 6:14; 7:4; 42:14; 43:16

**investigations** [4] 6:15; 7:19, 25; 43:25

**invoked** [1] 33:13

**involve** [3] 6:12, 17; 7:2

**involved** [17]
7:20, 21;   8:3,
7, 20, 22;   9:9,
12, 13, 15, 19,
24;     10:5;
11:23;   15:20;
23:10;   40:7
**involvement** [7]
8:13;   10:8, 21;
36:17;   42:14;
43:16, 18
**items**      [5]
10:17,    20;
13:19, 22;   14:1
**itself** [1]   48:4

- J -

**january**      [1]
53:25
**jobs** [2]   22:17;
28:22
**joseph** [3]   1:7;
2:11;   26:3
**josh** [2]    6:8;
22:24
**joshua** [4]   1:6;
2:7;   7:7;   34:6
**judge**      [2]
45:16;   49:6
**jumped**      [1]
35:2
**jumping**      [1]
20:14
**juvenile**      [1]
16:12

- K -

**keeping**      [1]
12:25
**kevin** [2]    1:6;
2:4
**kmart** [1]   20:2
**knew** [3]   16:5;
52:2, 3
**knowing**    [2]
19:10;   24:4
**knowledge** [2]
21:4;   46:18

**known** [1] 32:2
**kozlowski**    [3]
2:8;      15:10;
51:10
**kriner** [3]   1:7;
2:11;   26:1

- L -

**lampman**    [1]
1:23
**large** [2]   15:2;
16:10
**last** [3]      9:2;
21:16;   49:19
**laughlin**    [1]
2:5
**lauglin**    [2]
51:9;   52:12
**laying** [1]   37:2
**learned**    [1]
23:22
**learning**    [1]
30:4
**least** [3]    9:1;
40:8;   41:3
**leather**    [1]
20:15
**leave** [2]   36:4;
39:11
**leaves**    [2]
18:24;   19:2
**left** [1]   29:19
**length**    [1]
17:20
**leonard**    [1]
1:23
**level** [1]   15:14
**lewisburg**   [1]
53:16
**liable** [1]   38:9
**light** [3]   17:9;
19:19;   37:21
**lights** [4]   19:9;
26:25;      31:1;
35:24
**likely** [2]   34:1;
35:25
**line** [1]   35:18

**lineup**      [1]
35:22
**listed** [2]   8:9,
21
**listing**      [1]
47:23
**literally**    [1]
18:19
**live** [2]   14:16;
15:8
**local** [6]    6:13,
16,   23;      7:2;
23:10;   29:8
**locations**    [1]
52:2
**longer** [1]   20:4
**look** [2]   13:15,
21
**looked**      [1]
38:14
**looking**    [5]
6:22;      13:4;
18:4;    40:18;
52:3
**lookout**    [1]
19:13
**looks** [1]   13:21
**loop** [1]   13:1
**loose** [1]   37:2
**louisa**    [3]
17:17, 20;   18:6
**lucky** [1]   42:5
**lunch**      [1]
12:17
**lycoming**   [22]
1:8;   2:10;   5:9;
6:13, 25;   23:1,
9,   17,    20;
25:25;   26:14;
27:5;   29:4, 7,
16, 19;   30:13;
33:23;   34:11;
36:14;   40:4

- M -

**majority**    [1]
7:23
**makes**    [2]
44:1;   50:2

**manpower**    [3]
6:22;   7:5, 6
**march**      [2]
1:16;   53:20
**marihuana** [2]
16:10, 15
**mark** [5]    2:8;
18:25;   26:10;
27:12;   31:9
**marked**    [4]
3:14;      17:7;
24:13;   31:1
**marks**    [3]
18:20, 22;   19:6
**marshall**    [1]
2:9
**matthew**   [11]
8:4;    9:22, 23;
10:4, 22;   13:3;
21:20;   22:4, 8;
28:3
**mccormick** [2]
1:17;   2:2
**mean**      [7]
18:21,    22;
39:21;    42:1;
44:16, 25
**means**    [2]
32:11, 12
**meet** [4]   28:3;
35:9;    39:23;
50:9
**meeting**   [12]
22:25;   23:1, 2,
5, 13, 16, 20;
25:7,   10,   13,
24;   29:15
**meetings**   [1]
23:7
**meets**    [2]
39:18, 19
**member**    [2]
7:7, 10
**message**    [1]
51:20
**messages** [5]
21:20, 22, 25;
28:7;   30:4
**middle** [2]   1:1;
26:18

**might** [15] 6:17; 12:1; 17:24; 27:3; 29:13; 34:24; 36:5; 38:20; 39:4; 41:2; 43:1; 46:24; 50:10; 51:14
**mike** [1] 6:8
**mile** [2] 19:19; 40:4
**miles** [1] 17:19
**miller** [18] 24:2, 16; 27:9, 10, 15, 18, 24; 30:21, 25; 31:18, 20; 35:6, 7; 40:4, 19; 45:13; 47:19; 48:4
**mind** [3] 19:7, 17; 48:19
**minimize** [1] 25:16
**minutes** [2] 34:14; 52:4
**miranda** [1] 33:1
**mislead** [1] 12:3
**missed** [3] 38:12; 40:16; 42:10
**mistake** [1] 42:5
**money** [4] 14:14; 39:11, 24; 50:1
**months** [1] 44:5
**moosic** [1] 2:10
**morris** [3] 19:14, 20, 25
**mounted** [1] 37:18
**mouth** [1] 47:21
**move** [1] 42:13

**moved** [2] 31:3, 4
**multiple** [3] 20:6; 40:21; 41:2
**must** [1] 46:12

- N -

**name** [5] 5:5; 8:19; 19:14; 20:7; 24:1
**name's** [1] 8:9
**names** [1] 9:9
**narcotics** [2] 5:9; 7:16
**natural** [1] 20:19
**near** [3] 20:13; 27:11; 39:18
**nearly** [1] 37:3
**necessarily** [4] 15:11; 28:17; 47:2; 49:25
**need** [5] 5:1; 7:4, 6; 32:14; 36:5
**negative** [1] 38:3
**neighborhood** [2] 24:6, 25
**neither** [2] 15:4, 5
**never** [6] 37:3, 19; 38:16; 50:18; 51:1
**next** [5] 9:24; 13:19; 16:21; 17:2; 21:12
**night** [1] 49:19
**nobody** [1] 40:10
**noon** [1] 19:17
**nope** [1] 5:4
**normal** [3] 7:17; 11:13; 24:19
**normally** [1] 25:6

**north** [19] 17:13, 15; 18:7, 15, 18; 27:17, 18, 20; 30:15, 19, 23; 31:3, 24; 32:1, 5; 35:3, 21
**northway** [6] 18:19; 19:6, 10, 11, 12, 16
**northwest** [1] 27:4
**notary** [1] 53:4
**nothing** [1] 53:8
**number** [6] 13:18; 27:22; 36:25; 42:18, 20; 43:10

- O -

**objection** [6] 15:9, 23; 22:14; 47:12, 25; 48:11
**objections** [1] 4:5
**observe** [1] 43:25
**observed** [4] 30:13; 37:1; 42:19; 46:18
**obtain** [1] 6:3
**obviously** [2] 27:20; 30:14
**occur** [1] 45:11
**occurred** [3] 23:19; 31:10; 51:18
**october** [19] 5:18; 6:1, 6, 10; 7:8; 21:14; 22:2, 3, 9, 13; 28:4, 11; 36:11; 42:13; 47:9; 50:16, 20, 23, 25

**offense** [1] 21:5
**office** [2] 7:21; 22:25
**officer** [11] 5:20; 14:9; 16:25; 30:8; 32:10; 36:13; 44:14; 45:6, 17; 46:9; 51:3
**officers** [13] 11:22; 23:8; 25:21, 24; 28:1; 29:3, 5; 32:12, 18; 34:3; 36:20; 40:13; 46:17
**officially** [2] 12:18, 20
**often** [1] 28:13
**oftentimes** [8] 5:12; 6:15, 22; 15:11; 22:17; 28:19; 46:19; 49:16
**once** [5] 27:21; 35:4, 5, 24
**onto** [5] 27:9; 31:18, 20; 40:5; 47:19
**open** [2] 33:3; 37:23
**opened** [3] 32:24; 33:2; 38:4
**operate** [2] 37:20; 47:4
**operated** [1] 37:16
**operation** [2] 22:12, 20
**opinion** [1] 48:7
**option** [3] 40:1; 44:7
**oral** [1] 53:8
**ordered** [1] 48:20
**ordering** [1] 48:22

**ours** [1] 34:2
**outside** [1]
12:21

─── - P - ───

**p.m.** [1] 52:16
**p.o.** [2] 2:6, 9
**page** [2] 13:6,
10
**parked** [1]
31:4
**part** [7] 8:11;
22:16; 26:22;
28:19, 21;
43:24; 44:22
**particular** [2]
6:25; 42:6
**parties** [2]
4:3; 53:10
**partner** [1]
17:23
**parts** [1] 34:3
**pass** [1] 40:22
**passed** [3]
33:17, 20
**passes** [1]
40:21
**past** [1] 24:3
**path** [3] 20:6,
7; 21:2
**pennsylvania**
[7] 1:1, 18, 24;
2:3, 10; 53:2,
16
**people** [1] 9:9
**percent** [1]
26:13
**person** [9]
11:1; 14:21;
15:18; 26:24;
32:16; 36:7,
11; 44:12;
45:7
**person's** [1]
24:21
**personal** [3]
14:14, 15;
46:18

**personally** [4]
22:4; 28:3;
46:18; 53:5
**personnel** [2]
8:20, 21
**pertinent** [2]
10:17, 20
**phone** [16]
21:20; 28:7;
29:14; 42:19,
20, 22; 43:3,
4, 7, 9, 10, 11,
15; 48:19, 23;
51:20
**phones** [2]
42:25; 43:1
**picture** [1]
43:12
**piece** [1] 37:1
**pills** [2] 8:5, 6
**pinpoint** [1]
39:6
**place** [6] 1:17;
24:18, 20;
31:6; 32:15;
50:1
**placed** [4]
32:25; 33:23;
36:15; 47:8
**placing** [1]
33:9
**plaintiff** [4]
1:3, 14, 25;
3:14
**plaintiff's** [3]
3:15; 24:10, 13
**plan** [3] 26:22;
30:19; 35:4
**planning** [1]
22:12
**plastic** [3]
20:21, 23; 37:1
**play** [4] 14:23;
28:10, 12;
29:12
**plenty** [1] 26:2
**point** [12] 5:2;
18:1; 19:8;
29:23; 32:23;
33:15; 34:11;

35:6; 36:12;
47:6, 10; 52:5
**pointed** [2]
34:7, 9
**police** [41]
5:20; 6:13, 16,
23; 7:3, 11;
11:12, 22;
14:9; 16:16;
17:8; 23:2, 9,
10, 17, 20;
25:25; 26:25;
29:16, 19, 24;
30:1, 16;
33:18, 24;
34:1; 35:19;
40:2, 6; 42:24,
25; 43:3, 6,
25; 44:14;
45:5, 17; 46:9,
17; 51:2
**portion** [1]
8:18
**positioned** [1]
36:1
**positions** [1]
29:20
**positive** [1]
38:2
**possession** [3]
14:22; 16:10;
45:25
**possibility** [1]
40:12
**possible** [3]
15:14; 34:23;
36:2
**possibly** [2]
30:24; 47:5
**potentially** [1]
6:20
**power** [1] 38:2
**practice** [1]
10:25
**preliminary** [1]
43:22
**prepared** [1]
9:1
**present** [5]
1:22; 2:1;

24:7; 28:6;
43:21
**previous** [2]
47:18, 22
**prison** [2]
21:7; 36:14
**probable** [4]
17:12; 47:10,
23; 48:5
**proceeded** [2]
17:18; 31:5
**proceeds** [1]
47:7
**process** [1]
25:23
**produced** [1]
24:12
**professionally**
[1] 38:6
**professionals**
[1] 37:14
**promise** [1]
42:9
**propensity** [1]
24:5
**properly** [1]
48:14
**property** [1]
42:16
**propounded** [1]
53:9
**provide** [2]
4:25; 46:20
**provided** [2]
9:22; 50:19
**public** [4]
1:15, 24; 53:5,
24
**pull** [1] 9:2
**pump** [1] 37:16
**purchase** [1]
50:3
**purge** [2] 20:8,
25
**pursue** [2]
17:24, 25
**pursuit** [2]
19:15, 20

- Q -

**quantity** [4] 14:10, 12; 15:2

**questions** [10] 4:24; 5:1, 3; 33:16; 51:8, 9, 10; 52:10; 53:9, 14

**quite** [3] 40:2, 3; 42:4

- R -

**radio** [8] 29:24; 30:1; 35:11; 37:22; 42:24, 25; 43:3, 6

**radioed** [3] 18:3; 19:10, 11

**rank** [3] 5:23, 25; 6:3

**rather** [1] 25:5

**read** [3] 8:2; 13:12, 14

**reading** [1] 39:14

**really** [6] 15:13; 23:4; 29:12; 31:15; 38:6

**reason** [4] 12:19; 27:19; 35:8; 46:24

**recalled** [1] 12:1

**receipt** [2] 10:19; 13:13

**receive** [1] 49:25

**recently** [1] 19:5

**recognize** [1] 42:6

**recollection** [13] 8:16, 23; 9:17; 10:23; 11:11; 13:8, 16; 23:14;

27:11; 29:17; 31:12; 34:8; 40:23

**record** [3] 5:6; 11:17; 50:15

**recross** [1] 3:2

**redirect** [1] 3:2

**reduced** [1] 53:17

**refer** [2] 5:14; 47:17

**referred** [1] 5:11

**referring** [1] 8:18

**refresh** [3] 8:15; 9:16; 13:7

**refreshes** [1] 13:15

**regulations** [1] 49:9

**related** [1] 7:22

**relay** [1] 21:24

**relaying** [2] 29:14; 30:3

**reliability** [2] 46:14; 49:22

**reliable** [1] 46:13

**rely** [1] 29:7

**remember** [9] 8:7; 9:12, 15; 10:15; 23:13; 26:3; 27:25; 30:7; 31:17

**removed** [1] 32:25

**rephrase** [1] 4:22

**report** [11] 8:2, 12, 16, 19; 9:2, 4, 16; 13:4, 8; 16:14; 39:15

**reporter** [2] 53:16, 18

**reporter-notary** [2] 1:15; 53:24

**reports** [2] 9:1; 14:6

**represent** [1] 21:13

**reserved** [1] 4:6

**residence** [1] 23:25

**residential** [1] 24:25

**resist** [1] 33:8

**respective** [2] 4:3; 53:10

**retirement** [1] 51:6

**review** [1] 21:22

**reviewed** [2] 8:12; 9:16

**reviewing** [1] 11:4

**right** [8] 5:15; 13:6; 27:11; 33:13; 40:5; 43:13; 46:9; 52:13

**rights** [1] 33:1

**ring** [1] 42:19

**risk** [1] 7:22

**risks** [1] 38:8

**road** [50] 18:20; 19:11, 12, 16; 24:2, 16, 17; 26:14, 15; 27:5, 6, 9, 10, 12, 15, 18, 20, 21, 23, 24; 30:14, 15, 19, 21, 23, 25; 31:15, 18, 19, 20; 34:11; 35:3, 6, 7, 21; 40:4, 5, 19, 22, 24, 25; 41:8; 45:12, 13; 47:19; 48:4

**roads** [1] 25:20

**role** [5] 10:12; 28:10; 49:18; 50:6, 7

**roughly** [1] 14:7

**ruling** [2] 45:16; 49:7

**running** [2] 7:19; 22:20

- S -

**safety** [2] 11:12, 19

**salary** [1] 51:5

**says** [2] 8:19; 22:20

**scene** [1] 20:18

**scent** [1] 39:3

**sealed** [4] 20:20, 21, 23, 25

**sealing** [1] 4:4

**search** [24] 6:21; 9:23; 10:4, 6, 9, 13, 14, 16, 18; 11:2, 13, 17, 19, 23; 12:2, 13; 20:18; 36:7; 41:13, 17, 20, 23; 49:23

**searched** [2] 49:25; 50:4

**searches** [1] 48:8

**searching** [2] 11:5; 15:21

**seat** [5] 16:16, 19; 37:18, 19, 23

**second** [1] 19:14

**section** [3] 40:13, 18; 45:3

**seeing** [1]
51:16

**seize** [3]
46:22, 23; 47:6

**seized** [7]
13:2, 13, 22,
25; 14:3;
15:18; 41:24

**selling** [1]
15:21

**send** [1] 6:24

**sentenced** [1]
21:7

**september** [17]
9:20; 10:1, 3,
13, 22; 11:6,
14, 24; 12:9,
11, 23; 13:3;
15:22; 16:3;
22:3, 8

**series** [1]
37:20

**serve** [1] 49:23

**served** [2]
10:4; 12:12

**services** [1]
7:23

**serving** [2]
11:17, 19

**shawna** [1] 2:5

**shop** [1] 37:12

**shouting** [2]
32:20, 22

**show** [3] 8:15;
38:21, 24

**showed** [2]
13:8; 43:10

**showing** [1]
48:24

**side** [9] 7:16;
27:4, 14, 17;
31:3; 40:22,
24, 25; 41:4

**sides** [2] 41:8,
9

**sideways** [2]
18:23; 19:1

**sign** [1] 17:19

**signing** [1] 4:3

**signs** [1] 18:2

**simpler** [1] 6:8

**sirens** [1]
26:25

**sitting** [2]
26:10, 12

**sixth** [1] 17:21

**skid** [1] 18:24

**slew** [1] 7:23

**slides** [2]
18:23; 19:1

**small** [4]
12:22; 15:2;
27:10; 41:7

**smart** [1] 42:6

**smash** [1] 33:5

**so's** [1] 49:18

**sold** [1] 8:4

**solid** [1] 49:3

**someone** [2]
45:18, 21

**someplace** [1]
39:24

**sometimes** [4]
6:18, 19; 44:4,
6

**somewhere** [6]
15:5; 17:20;
26:17; 27:11;
39:2

**soon** [1] 17:16

**sorry** [1] 20:12

**sound** [1]
21:14

**source** [7]
49:13, 16, 21,
24; 50:2, 7;
51:3

**sources** [1]
49:10

**south** [2] 18:7;
19:16

**space** [1]
30:16

**speak** [1]
51:19

**speaking** [1]
42:22

**specific** [1]
28:1

**speculate** [1]
44:9

**speculating** [1]
23:11

**speeds** [1]
17:18

**spell** [1] 5:5

**spend** [1]
40:17

**spoke** [1]
42:18

**spot** [2] 25:20;
30:8

**square** [1]
1:24

**staging** [1]
34:11

**stamp** [2]
20:9; 21:1

**stamped** [2]
20:7, 25

**stand** [1]
48:16

**start** [1] 52:3

**started** [3]
30:18; 35:3;
51:18

**state** [4] 5:5;
17:7; 21:7;
38:19

**states** [1] 1:1

**station** [2]
19:24; 23:10

**stationed** [2]
25:19; 28:1

**steal** [1] 14:17

**stenographical
ly** [1] 53:15

**step** [1] 45:14

**steps** [1] 50:10

**stipulated** [1]
4:2

**stipulation** [1]
4:1

**stood** [1]
48:13

**stop** [20] 16:7;
17:9, 12, 13,
19; 18:1;
24:21, 25;

25:14, 18;
26:22; 30:12,
20, 22; 31:10;
35:5, 12, 15,
24; 36:2

**stopped** [3]
16:8; 31:11, 19

**store** [1] 20:15

**street** [4]
1:18; 2:3;
17:8; 39:19

**stretches** [1]
19:3

**striations** [1]
18:24

**strike** [1]
50:23

**strip** [3]
41:13; 49:25;
50:4

**stuff** [2]
38:22; 43:3

**stuff's** [1]
38:25

**style** [1] 9:1

**subordinates**
[1] 6:9

**suboxone** [1]
8:6

**subscribed** [1]
53:20

**substance** [3]
45:22; 47:15

**such** [3] 6:13;
49:19

**sumpter** [33]
8:4; 9:22;
10:22; 11:9;
12:2, 7; 15:20;
21:21; 22:5, 8,
13; 23:5, 23;
26:8; 28:4, 6;
30:5; 35:9;
39:13, 14, 15,
18, 23; 42:18;
44:10; 45:8;
48:3, 15;
50:18, 22, 24;
51:25

**sumpter's** [15] 9:24; 10:4; 11:4, 13; 12:13; 13:3; 14:1, 8; 21:20; 23:25; 31:22; 32:3, 4, 8; 50:14

**supervisor** [1] 6:6

**support** [1] 47:10

**supposed** [1] 26:21

**suppression** [1] 17:7

**suspected** [2] 8:5

**switched** [1] 38:3

**sworn** [3] 4:11; 53:7, 13

- T -

**table** [3] 12:16; 22:19; 49:19

**takes** [2] 14:18; 18:10

**taking** [1] 53:12

**tape** [1] 42:7

**taught** [1] 46:11

**tear** [1] 38:8

**telephone** [1] 42:17

**telephones** [1] 45:9

**term** [2] 37:9, 11

**terminated** [1] 19:20

**testicles** [1] 41:11

**testified** [2] 4:11; 53:10

**testify** [1] 53:7

**testifying** [1] 51:15

**testimony** [3] 5:15; 20:5; 53:19

**text** [5] 21:19, 22; 28:7; 30:4; 51:20

**thank** [1] 51:8

**thanks** [1] 52:14

**theories** [1] 36:21

**theory** [1] 38:15

**thirty** [1] 5:22

**thorough** [1] 41:23

**three** [14] 8:5; 14:7, 9, 22, 24; 15:1, 8; 17:24; 30:24; 40:14; 46:25; 47:2; 48:20, 21

**through** [11] 4:16; 13:10, 15; 17:19; 20:2, 3; 23:22; 28:13; 46:11, 16, 19

**throughout** [3] 5:15; 38:11; 39:3

**ticking** [1] 51:18

**times** [4] 15:12; 39:16; 43:25; 46:5

**tint** [1] 17:11

**tire** [3] 18:25; 19:2

**today** [2] 5:21, 23

**together** [1] 28:22

**took** [4] 15:18; 17:16; 43:12; 51:16

**tool** [1] 37:2

**total** [1] 14:7

**tough** [2] 34:13; 42:6

**towed** [1] 20:18

**township** [12] 1:8; 2:10; 6:14; 23:1, 9, 17, 20; 25:25; 29:4, 16, 19; 33:23

**township's** [1] 29:8

**traffic** [10] 16:7, 8, 9; 30:12, 20, 22; 31:9; 35:15, 24; 36:1

**training** [2] 42:2; 46:11

**transaction** [8] 24:18, 20; 25:8; 39:19; 44:1; 45:9, 10; 47:18

**transported** [3] 16:18; 33:19; 50:1

**trap** [7] 37:10, 13, 15; 38:15, 16; 39:6

**trap's** [1] 39:2

**trapped** [1] 37:10

**traps** [6] 38:11, 13, 14, 15; 42:3, 10

**travel** [1] 17:18

**traveling** [2] 30:13; 51:17

**trial** [1] 4:6

**trooper** [1] 19:25

**trooper's** [1] 19:14

**true** [1] 38:24

**truth** [3] 53:7, 8

**trying** [2] 21:11; 33:5

**tucked** [1] 41:11

**turn** [7] 19:1; 27:9; 37:21, 22; 39:1; 40:20; 47:19

**turned** [7] 17:17; 24:16; 27:19; 30:15, 25; 31:18, 20

**turns** [1] 40:5

**tyler** [1] 19:14

**type** [3] 42:6; 44:7; 50:24

**typewriting** [1] 53:17

**typically** [1] 6:14

**tyson** [7] 1:6, 13; 2:4; 3:2; 4:10; 5:7; 53:6

- U -

**ultimately** [3] 16:7; 20:1, 13

**uncommon** [2] 9:7; 39:10

**under** [5] 16:15; 31:6; 32:25; 45:2; 53:17

**undercover** [3] 25:19; 50:8, 13

**underneath** [1] 41:11

**undersigned** [1] 53:4

**understand** [1] 4:21

**understood** [1] 12:21

**uniform** [1] 17:7

**union** [1] 53:1

**unit** [8] 5:10; 19:12; 22:18; 26:25; 27:14, 17; 28:16

**united** [1]  1:1
**units**      [3]
25:19;  27:8, 22
**unlocked**      [1]
33:2
**unlucky**      [1]
39:21
**unmarked**      [4]
26:25;    30:16;
34:1;  40:5
**unofficial**      [1]
12:22
**upholstery**      [1]
37:18
**upped** [1]  37:8
**used** [3]    9:23;
45:8;  46:8
**using**      [4]
22:12;    49:9;
50:22, 24
**usually**      [2]
11:3;  22:20

- V -

**vegetation**      [1]
41:9
**vehicle**      [29]
16:16;        17:8,
11,    12,    13;
19:13;  20:1, 2,
3,    17,    19;
26:23;    30:12;
31:6,  10,  17;
32:10,    25;
33:18,  23,  24;
34:12,    18;
35:19,    20;
37:12;    41:21,
23
**vehicles**      [5]
30:16,    17;
34:1;    35:15;
37:10
**ventilation**  [2]
39:1, 2
**verbal**      [1]
32:13
**violation**      [1]
45:14

**violations**  [1]
16:9
**visual** [1]  52:7
**void** [1]  20:19

- W -

**wait** [1]  30:20
**waited**      [1]
34:10
**waiting**      [2]
26:7, 11
**waived** [1]  4:4
**walk** [2]  40:19,
20
**walked**      [4]
40:13;  41:4, 5,
10
**walking**      [1]
40:17
**walks**      [1]
39:18
**wall** [2]    20:2,
3
**wants** [1]  7:21
**warrant**      [13]
6:21;        7:22;
9:23;    10:4, 9,
14,  19;    11:18,
20;        12:13;
20:18;  49:23
**watch** [2]  43:7,
9
**watched**      [1]
43:10
**west** [6]    1:18;
2:3;    17:8,  17;
30:13;  40:25
**westminster** [1]
20:14
**wherein**      [1]
8:4
**whereof**      [1]
53:19
**wherever**      [1]
45:12
**whim** [1]  18:8
**white** [13]    2:2;
3:5;        4:20;
15:9,        23;

22:14;        24:9;
47:12,        25;
48:11;    51:13;
52:9, 13
**whoever's**      [1]
22:20
**whole** [6]    7:23;
17:20;    37:24;
40:13, 17;  53:7
**width**      [2]
18:25;  19:2
**wildwood**      [3]
18:10, 11, 12
**wilkes-barre**
[1]  1:24
**willard's**      [1]
20:14
**william** [1]  2:5
**williamsport**
[5]      1:9,  18;
2:3, 7;  7:10
**window**      [5]
17:11;    33:6;
39:4;  40:11, 12
**wires** [4]  38:2,
3, 7
**within**      [1]
19:13
**without**      [2]
13:4;  14:12
**witness**      [15]
4:10;        15:11,
25;        20:5;
22:16;    24:15;
26:20;    27:8;
47:14;        48:1,
12,  16;  52:14;
53:6, 13
**witnesses**  [1]
3:1
**wooded**      [2]
40:14;  41:8
**words**      [1]
47:21
**workers**      [1]
18:12
**works** [1]  44:6
**would've**  [1]
35:22

**wrote**      [1]
13:18

- Y -

**year** [1]  44:23
**years** [4]    5:22;
37:5;    42:10;
44:23
**yours**      [1]
35:20
**yourself**      [1]
23:8



PLAINTIFF'S
EXHIBIT

3/22/24    58

PENGAD 800-631-6989