# EXHIBIT E

**Page 1**

IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

ANTHONY BARASKY,                          :
          Plaintiff      :
                    :
    vs.                                   :
                    :
KEVIN DENT, TYSON HAVENS,   CASE NO. 4:21-CV-02041
JOSHUA BELL, CLINTON                      :
GARDNER, CHRISTOPHER
KRINER, JOSEPH HOPE,               :
LYCOMING COUNTY, OLD
LYCOMING TOWNSHIP; and          :
CITY OF WILLIAMSPORT,
          Defendants     :

Deposition of:   JOSEPH W. HOPE

Taken by      :   Plaintiff

Before        :   Ervin S. Blank
             Reporter-Notary Public

Beginning     :   March 21, 2024; 9:09 a.m.

Place         :   McCormick Law Firm
             835 West Fourth Street
             Williamsport, Pennsylvania

COUNSEL PRESENT:

LEONARD GRYSKEWICZ, JR., ESQUIRE
Lampman Law
2 Public Square
Wilkes-Barre, Pennsylvania  18701
    For - Plaintiff

**Page 2**

COUNSEL PRESENT:  (CONTINUED)

AUSTIN WHITE, ESQUIRE
McCormick Law Firm
835 West Fourth Street
Williamsport, Pennsylvania 17701
    For - Defendants Kevin Dent and Tyson Havens

SHAWNA R. LAUGHLIN, ESQUIRE
William J. Ferren & Associates
P.O. Box 2903
Hartford, Connecticut  06104-2903
    For - Defendants Joshua Bell, Clinton Gardner
    and City of Williamsport

MARK J. KOZLOWSKI, ESQUIRE
Marshall Dennehey
P.O. Box 3118
Moosic, Pennsylvania  18507
    For - Defendants Old Lycoming Township,
    Joseph Hope and Christopher Kriner

**Page 3**

INDEX TO WITNESSES

| JOSEPH W. HOPE | DIRECT | CROSS | REDIRECT | RECROSS |
|---|---|---|---|---|
| Examination by: | | | | |
| Mr. Gryskewicz | 4 | -- | 47 | -- |
| Ms. Laughlin | -- | 46 | -- | -- |

INDEX TO EXHIBITS

| FOR - PLAINTIFF | MARKED | ADMITTED |
|---|---|---|
| Plaintiff's Exhibit No. 1 | 42 | -- |

**Page 4**

STIPULATION

It is hereby stipulated by and between
counsel for the respective parties that signing,
sealing, certification and filing are hereby waived;
and that all objections except as to the form of the
question are reserved to the time of trial.

         *   *   *

JOSEPH W. HOPE, called as a witness, having
been duly sworn or affirmed, testified as follows:

DIRECT EXAMINATION

BY MR. GRYSKEWICZ:

    Q    Chief Hope, have you ever been deposed
before?

    A    Yes.

    Q    Okay.  I'm going to give you some, you know,
just general instructions.  I'm sure your attorney has
already told you and, you know, you probably heard
before.  If you don't understand a question I ask you,
let me know.  I will rephrase it.  If you don't know
the answer to a question, that's also a perfectly
acceptable answer.  If at any time you need a break
or, you know, something comes up, just let us know.
And do you have any questions before we start?

5

1   A   No, sir.

2   Q   Okay.  Could you state and spell your name

3 for the record?

4   A   Joseph W. Hope.  J-O-S-E-P-H, W., Hope,

5 H-O-P-E.

6   Q   And where are you currently employed?

7   A   Lycoming County central processing part time.

8   Q   And how old are you today?

9   A   61.

10  Q   How were you employed on October 1st of 2020?

11  A   I was the chief of police for Old Lycoming

12 Township Police Department.

13  Q   And when did you stop being the chief of

14 police for Old Lycoming Township?

15  A   I retired March 31st of 2021.  Or, I'm sorry.

16 Yes, 2021.  Yes.

17  Q   How long were you the chief of the Old

18 Lycoming Township Police Department in total?

19  A   Five years.

20  Q   So then you would have been about -- chief

21 for about four years in October of 2020, roughly?

22  A   Roughly, yes.

23  Q   How long have you been a police officer?

24  A   It was just shy of 25 years.  Probably about

25 24 years and two months, three months.

6

1   Q   Okay.  And do you still consider yourself a

2 police officer or did that end when you retired as

3 chief?

4   A   Well, I think that's always in your -- in

5 your blood, but I mean, it's not -- I don't have

6 any -- you know, I'm not employed as a police officer,

7 no.

8   Q   Okay.  I wasn't sure if they would still deem

9 you a police officer in the central processing unit.

10  A   No, no.

11  Q   Okay.  In October of 2020, was the Old

12 Lycoming Township Police Department working with the

13 Lycoming County Narcotics Enforcement Unit?

14  A   When was that?

15  Q   October of 2020.

16  A   Working with?

17  Q   Yes.

18  A   We were -- we had a request from Lycoming

19 County Narcotics Unit --

20  Q   And would you agree --

21  A   -- for assistance.  I'm sorry.  For

22 assistance.

23  Q   No, that's okay.  Yep.  And if at any time,

24 you know, you need to finish your question or

25 something --

7

1   A   Yes.

2   A   -- just let know, I will stop talking and let

3 you finish your answer.

4       The Lycoming County Narcotics Enforcement

5 Unit is often referred to as the NEU.  Is that right?

6   A   That is correct.

7   Q   So could you describe for me how the Old

8 Lycoming Township Police Department would work with

9 the NEU in the area of October of 2020?

10      MR. KOZLOWSKI:  Object to the form.  You can

11 answer.

12      THE WITNESS:  That day Sergeant Kriner, who

13 was my sergeant, approached me and said that he

14 received a -- it was actually, I believe, on the 2nd

15 of October.  He received a phone call from Detective

16 Bell, who was part of the NEU -- is that okay if I use

17 NEU?

18 BY MR. GRYSKEWICZ:

19  Q   Yes, that's why I set it up that way.

20  A   Who was part of the NEU, and that they had a

21 controlled buy that they were going to do -- an arrest

22 for a controlled buy within our jurisdiction, and they

23 wanted us to assist them in stopping the vehicle.

24  Q   Okay.  Now, in general would the -- not

25 necessarily specifically to Anthony Barasky's case,

8

1 but in general, would -- how often do you think the

2 Lycoming Township -- the Old Lycoming Township Police

3 Department would work with the NEU in 2020?

4   A   In 2020?  I don't recall.  In other words,

5 it's not like a daily basis or anything or weekly.

6   Q   Okay.

7   A   Generally whenever they would request our

8 assistance because it's our jurisdiction.  And pretty

9 much in Lycoming County, even if we were to go

10 somewhere -- being Old Lycoming Township Police

11 Department would go somewhere to serve a warrant or do

12 something --

13  Q   Um-hum.

14  A   -- we would notify that agency so that they

15 had somebody present.

16  Q   Okay.  And I know you said you're offering

17 assistance to the NEU.  Could you describe what that

18 assistance would be generally?

19  A   On that date?

20  Q   Just in general in 2020, if the NEU called

21 you up and said, hey, we need your help with

22 something, what would your police department normally

23 do?

24  A   Normally we would have a briefing to see

25 what -- what the incident or -- the incident consisted

**Page 9**

1  of.

2  Q    Would your police department be in more of a

3  support role providing like extra manpower or would

4  you actually be conducting investigations with them?

5  A    No, we don't do the investigations with them.

6  It's totally separate from Old Lycoming.  We would

7  just be in a support role.

8  Q    Okay.  And then you said on October 2nd you

9  believe Officer Kriner was contacted by Detective Bell

10  of the NEU?

11  A    Yes.  And he approached me and said that they

12  wanted the assistance -- or some assistance from us

13  because it was in our jurisdiction.

14  Q    And that was Officer Kriner that approached

15  you?

16  A    Yeah.  He was sergeant at that time.  He was

17  my sergeant.

18  Q    Prior to October 2nd of 2020, did you have

19  any involvement with the NEU's investigation into a

20  person Matthew Sumpter?

21  A    The NEU's investigation?  No, I did not.

22  Q    And to the best of your knowledge, did the

23  Old Lycoming Township Police Department have any

24  involvement prior to October 2nd into -- in the

25  investigation into Matthew Sumpter?

**Page 10**

1  A    No.  For the NEU's case?

2  Q    Yes.

3  A    No.

4  Q    When was the first time you learned of an

5  Anthony Barasky?

6  A    The day of the briefing.

7  Q    And that would have been October 2nd?

8  A    October 2nd.  Yes, I'm sorry.

9  Q    So -- just so I have my timeline right here,

10  I guess.  Detective Bell would have called Officer

11  Kriner first and approached him about getting

12  assistance from your police department?

13  A    Officer Bell contact -- yes.  I was

14  approached by Sergeant Kriner who received a phone

15  call from Detective Bell of the NEU requesting

16  assistance, yes, because it was in our jurisdiction.

17  Q    Okay.  And then after officer -- or Sergeant

18  Kriner approached you, what did you do in response?

19  A    Oh, he asked if it was okay if -- you know,

20  if they would come up and do a briefing on what they

21  had with Mr. -- well, we didn't know at that time it

22  was Mr. Barasky, but on the case.  And I said, yes,

23  we'll see if we can assist them.

24  Q    And where -- where did that briefing take

25  place?

**Page 11**

1  A    At the Old Lycoming Township Police

2  Department in the patrol room which we used for a

3  briefing room also.

4  Q    And who was present at that briefing?

5  A    I recall Sergeant Kriner and myself.  Officer

6  Brown and Officer Engel were on patrol that day.  I

7  believe we brought them in because -- and Detective

8  Bell, Detective Havens, and Detective Gardner, I

9  believe.  I know Detective Dent was involved, but I'm

10  not sure he was at the briefing.  I don't recall that.

11  Q    And Officers Hope and Engel, they were

12  members of the Old Lycoming Township Police

13  Department?

14  A    Brown and Engel.

15  Q    Brown and Engel?

16  A    Yes.

17  Q    Sorry.

18  A    They were both patrolmen.

19  Q    And who was leading that briefing?

20  A    Detective Bell.

21  Q    And what was said at that briefing?

22  A    Detective Bell advised us that the

23  narcotic -- the NEU had a controlled buy.  They were

24  attempting to set up a controlled buy for the arrest

25  of Mr. Barasky, and it was located in our jurisdiction

**Page 12**

1  of Hepburn Township, which we contracted police

2  services to, in a housing development on Brentwood

3  Drive.  Mr. -- the CI in the case, they identified as

4  Matthew Sumpter who lives in that development on

5  Brentwood Drive.

6  Detective Bell at that point proceeded to

7  provide us with information that they had other buys

8  from Mr. Barasky, and they did present us with his

9  photograph and a criminal history for him.  His

10  criminal history did show convictions of drug arrests

11  and delivery.  And one of the concerns they had with

12  Mr. Sumpter's -- with the location or the prescribed

13  location of where the past purchases have been made to

14  Mr. Sumpter from Mr. Barasky, was at the development

15  in front of his house.

16  They were concerned because Mr. Barasky had

17  fled police previously and actually crashed into a

18  building during the day.  And to get to Mr. Sumpter's

19  house, you had to go up to -- up Lycoming Creek Road,

20  which obviously you're not familiar with, but it is

21  a -- it is a four-lane road.  It's the main artery

22  that leads north from the City of Williamsport all the

23  way up to Trout Run.  That has multiple businesses,

24  side streets, residential -- residential homes and

25  supermarkets, et cetera, almost the full length of

13

1  that.

2        So they were concerned about -- they were

3  concerned about doing a stop on Mr. Barasky in that

4  location for safety reasons, so they asked us if there

5  was someplace else that there was a possibility we

6  would stop him that might be a little bit safer.

7  Weren't sure at that time, but we knew that there was

8  only one road that led to Mr. Sumpter's development.

9  That road is just a two-lane road, rural, wooded.  Has

10 some residents, but most of them are back off the

11 roadway, you know, access by driveways.  And then you

12 got up -- as you got about a half mile up that road,

13 you turn into the development.

14        Q    Um-hum.  So let me back you up and ask you.

15 So Detective Bell said that they had past buys between

16 Barasky and Sumpter, is that right?

17        A    That is correct.

18        Q    Could you describe what he told you about

19 those past buys, how frequently they were, when they

20 happened, et cetera?

21        A    Alls I recall is that they had -- can you ask

22 that again?

23        Q    Yes.  Absolutely.

24        A    I want to make sure I understand it.

25        Q    So could you describe how Detective Bell

14

1  presented the past buys he said he knew of between

2  Anthony Barasky and Matthew Sumpter?

3        A    He said -- I think I stated, but he said that

4  basically Mr. Sumpter would make a phone call for

5  heroin, and he would contact Mr. Barasky by phone.

6  Mr. Barasky then would come and deliver the drugs at

7  his residence in the development.

8        Q    Did Detective Bell present that to you in a

9  way that made it seem like it was a controlled buy

10 that police observed it or something that just Matthew

11 Sumpter reported to police?

12        A    He didn't really say, that I recall, anyhow.

13        Q    Did he say how often that the buys would have

14 happened in the past?

15        A    No, he didn't.

16        Q    And did he tell you when the last alleged buy

17 occurred?

18        A    No, I don't believe so.

19        Q    Okay.  And I know you were describing

20 Lycoming Creek Road for us.

21        A    Yes.

22        Q    That's the four-lane road, correct?

23        A    That's a four-lane road.

24        Q    Is that the area they were originally

25 planning on stopping Mr. Barasky?

15

1        A    No, they did not want to stop him because

2  that would have been the route that went to this road

3  that led to the development.  He would have had to

4  take that route.  They did not want to stop him there

5  due to the past with the fleeing of officers and the

6  safety of everybody, so they wanted to know if there's

7  someplace else that they could do it before he

8  actually got to the development.

9        Q    Okay.  Did they say -- strike that.  Was

10 there a reason they didn't want to stop him on

11 Brentwood Drive inside the development by where

12 Sumpter lived?

13        A    I think because of safety issues.  I mean,

14 it's a development.  It's a common develop -- I don't

15 want to say common, but it would be common as you can

16 go into a development, have houses with small yards.

17 It wasn't like spread out.  So I believe it was more

18 probably a safety issue.

19        Q    Okay.  And inside that development on

20 Brentwood Drive, would there be lines painted on those

21 roads?

22        A    No.

23        Q    Okay.  So a lane big enough for two cars to

24 pass each other --

25        A    Yes.

16

1        Q    -- but still no lines painted.  It's a

2  narrow --

3        A    Correct.  And they are all paved.

4        Q    And then you said you don't remember

5  Detective Dent being at that briefing.  Is that right?

6        A    I don't recall him being there.

7        Q    Do you know if he was on the phone or

8  communicating with officers in some other way there?

9        A    During the briefing?

10       Q    Yes.

11       A    I don't know.

12       Q    Did Detective Bell tell you where he got the

13 information he was presenting to you during that

14 briefing?

15       A    Just in general, as I already stated, that

16 they had buys from him before, and that Mr. Sumpter

17 had purchased drugs from him and it usually occurs in

18 the development.

19       Q    Did Detective Bell present you with Matthew

20 Sumpter's criminal history?

21       A    We were aware of Mr. Sumpter's.  I can't

22 remember if he did.  We were familiar with Mr.

23 Sumpter's -- Old Lycoming had had some arrests that we

24 were involved in with Mr. Sumpter.

25       Q    Okay.  So you and Officer Kriner would have

**17**

1  been aware of Mathew Sumpter's criminal record?

2      A    Yes, to an extent. I mean, I don't know if

3  he had anything outside of that, out of our arrests

4  or --

5      Q    Okay. Were you ever involved personally in

6  arresting Matthew Sumpter?

7      A    Not -- I was familiar with some of the

8  investigations. He supported his drug habit with

9  breaking into cars in his neighborhood and stuff, and

10  pretty much he was the go to if something happened in

11  the neighborhood. But he was always up front with us.

12  We never had an issue with him. He always seemed to

13  be -- he was your drug addict. He had an issue with

14  drugs and -- but, you know, when you approached him,

15  he didn't lie to us or anything like that.

16      Q    Did -- at the briefing on October 2nd, who

17  did you believe was the lead investigator on the

18  Barasky investigation?

19      A    The lead investigator?

20      Q    Um-hum.

21      A    I think it was probably Officer -- or

22  Detective Dent, and Officer Bell was just leading the

23  briefing.

24      Q    Prior to arresting Anthony Barasky on October

25  2nd, did you have any contact directly with Detective

**18**

1  Dent about the Barasky investigation?

2      A    I did not. This was the first we heard

3  anything, was at that briefing.

4      Q    Okay. At that briefing did you also discuss

5  a plan to stop Anthony Barasky's car and arrest him?

6      A    As I stated, Detective Bell was concerned,

7  obviously for the safety, as we would be, too, after

8  seeing, you know, his prior history and what had

9  happened with the fleeing. It would -- Officer Bell

10  said that he and Officer -- or I'm sorry. I keep

11  getting officer -- I'm not used to Detective.

12      He and Detective Gardner would go in their

13  undercover vehicle with me to a location to try to

14  find somewhere on that road where we could post, so

15  that if the -- you know, if the deal was going through

16  and Mr. Barasky was arriving to the location, that we

17  could -- they could intercept him before he would

18  reach the residence of Mr. Sumpter.

19      Q    And just so I make sure I have the names

20  right, too. When you refer to Detective Bell, do you

21  mean Joshua Bell?

22      A    Yes.

23      Q    And when you refer to Officer Gardner or

24  Detective Gardner, are you referring to Clinton

25  Gardner?

**19**

1      A    Correct.

2      Q    And the same, I know we talked about Officer

3  Kriner. Are you referring to Christopher Kriner?

4      A    That's correct.

5      Q    So after the briefing, did you go with

6  Gardner and Bell in their undercover car to find a

7  place to stop Anthony?

8      A    I did. I didn't go in their car. I went in

9  my car. They -- okay. We went to an area. But what

10  I wanted to add to that is Officer Havens was going to

11  be surveillance -- and that would be Tyson Havens,

12  would be a surveillance -- in a surveillance vehicle

13  undercover somewhere on that route of Lycoming Creek

14  Road to notify us if, in fact, Mr. Barasky was on his

15  way.

16      And then to follow up with your question on

17  going to the location, yes, we did go up, turned onto

18  Eckard Road, which is the road that leads to the

19  development. Approximately a hundred to 150 feet off

20  of Lycoming Creek Road on Eckard Road we located a

21  gravel lot that belonged to the Roan RV travel trailer

22  for their storage lot.

23      Q    Um-hum.

24      A    We thought that would -- they felt that that

25  would give us enough time. You know, he first would

**20**

1  have to commit to turning onto that road to head to

2  the development from Lycoming Creek Road. Plus it

3  would give us an opportunity to get out -- you know,

4  to attempt to stop him before he actually reached the

5  development. Which I stated was like -- it's like

6  four tenths of a mile from Lycoming Creek Road to

7  where you turn into the development on Eckard Road.

8      Q    Okay. Now, when you got in the cars to go

9  and find this location to stop Mr. Barasky, did you go

10  back to the police station then to discuss it again --

11      A    No.

12      Q    -- or you just stayed there and carried out

13  the plan?

14      A    We stayed there. And part of that -- because

15  of the fleeing and the concern and that being that

16  road did continue past the development, so we were

17  going to put a marked unit at the development entrance

18  with Officers Engel and Officer Brown with the stop

19  sticks. Just in case he would attempt to flee, we

20  could stop him and create a safe and -- you know, not

21  have any safety issues. Sergeant Kriner was actually

22  just a little bit past them on that road in case -- to

23  intercept Mr. Barasky if he would flee, but still

24  close enough if we needed assistance of any kind.

25      Q    Prior to arresting Anthony Barasky, did you

21

1  know or were you told if Matthew Sumpter ever worked
2  as an informant for the NEU previously?
3      A   No.
4      Q   I know you're a police officer for 25 years.
5  I'm sure you have extensive training and experience in
6  your career.  Have you ever used informants before in
7  drug investigations?
8      A   No, I haven't.
9      Q   Did you receive any like trainings in using
10 informants before?
11     A   We -- I did have some training, both state,
12 local, federal, you know, in drug investigations and
13 arrests.  That -- I was more the patrol guy coming up
14 through the ranks, and my -- in Old Lycoming Township
15 Police Department, we tried to get officers that
16 specialized in various -- various things they wanted
17 to do.
18         For instance, I'm a certified fire
19 investigator, so that was my -- I had 48 years in the
20 fire service, so that was my -- the volunteer fire
21 service, so that was my -- that's what I inspired to
22 do, is to assist in that.  There was others that were
23 involved in -- in drug investigations.
24     Q   Through any of your training and experience,
25 did you learn that it would be important if you were

22

1  using an informant to know if they provided accurate
2  information previously?
3      A   Yes.
4      Q   Is that, yes, you were taught that?
5      A   Yes.
6      Q   Okay.  I'm sorry.  Sometimes it doesn't come
7  out right on the transcript, so I just clarify the
8  question.
9      A   Yes.
10     Q   I'm not trying to be a wise guy.
11         Do you remember filling out interrogatories
12 in this case, written responses with your attorney?
13     A   Yes.
14     Q   In response to Interrogatory 12 you wrote
15 that you were informed that a phone call between the
16 Plaintiff and the confidential informant was made
17 corroborating the details of a controlled sale of
18 heroin.  Do you remember that?  If you don't, I could
19 show it to you.
20     A   No, just repeat it again.
21     Q   Yeah.  Do you want to read your response?
22     A   No, I want you to -- the question.
23     Q   So in response to Interrogatory 12, you wrote
24 that you were informed that a phone call between the
25 Plaintiff, Anthony Barasky, and the confidential

23

1  informant, Matthew Sumpter, was made corroborating the
2  details of the controlled sale of heroin.
3      A   That was -- yes, that's when we were on site
4  in that gravel lot.
5      Q   Okay.  Do you --
6      A   We were notified via radio.
7      Q   Do you know who notified you via radio of
8  that?
9      A   I don't.  It was one of the NEU guys.  I
10 don't know if somebody relayed it to Bell and -- and
11 Gardner.  I just -- they just said that the phone call
12 had been made and Mr. Barasky was on his way.
13     Q   Okay.  And was that almost like the exact
14 language they relayed?  Like there's a phone call made
15 and Mr. Barasky's on his way.  Was it any more
16 specific than that?
17     A   Well, I think they said that he is en route
18 to do the -- with drugs to do the deal, something to
19 that effect.  I mean, I don't recall exactly what was
20 said.
21     Q   Did the NEU officers ever tell you that they
22 had no way of identifying Anthony Barasky's voice on
23 that phone call?
24     A   No.
25     Q   Did you ever ask them how they knew it was

24

1  Anthony Barasky on the other side of the phone call?
2      A   No, not -- not at that point.  I mean, we
3  were in the field and --
4      Q   So it would have been unusual, I guess, if
5  you picked up the radio and, you know, questioned them
6  how they knew it?
7      A   Correct.  Yes.
8      Q   Were you told how many phone calls were made
9  between the informant and Anthony Barasky that day?
10     A   No, I was not.
11     Q   And I believe from your previous answer, they
12 didn't tell you specifically what was said on the
13 phone call, that was more just, you know, he's on his
14 way?
15     A   That's correct.
16     Q   And I know you said previously in your
17 testimony that the NEU officers informed you and you
18 knew of Anthony Barasky's criminal record, that there
19 was a fleeing accusation previously?
20     A   Correct.
21     Q   Did you know what the specifics of that
22 fleeing was?
23     A   Well, actually until they brought it up that
24 day --
25     Q   Um-hum.

**25**

1    A    -- I was actually working that day, but it
2 was away from our jurisdiction, but I remember when he
3 crashed into the side of the Kmart.
4    Q    Okay.  And I guess that would have been a big
5 deal in this area --
6    A    Oh, yeah.
7    Q    -- if somebody crashes into the side of a
8 Kmart?
9    A    Yeah.  And then fled across parking lots and
10 there was a foot pursuit and -- but, yeah, we weren't
11 involved in it.  But once they had said that this is
12 the guy that fled, and then I recall that happening.
13    Q    Okay.
14    A    I think it was a year or so before, whatever.
15 It wasn't --
16    Q    If I told you it was around 2016, would that
17 sound right?  If you don't remember, that's fine.
18    A    I don't remember.
19    Q    And you said they actually -- the NEU
20 officer, Detective Bell, I believe you said, showed
21 you a copy of Anthony's criminal history --
22    A    That's correct.
23    Q    -- that would have listed that?
24    A    I don't know.  I don't recall if that listed
25 it or not.  I just know that when they stated it, you

**26**

1 know, I remember seeing the drug charges.
2    Q    So I know you took us to the point where you
3 selected a location for the traffic stop by that
4 gravel lot.  What was the plan once Anthony Barasky's
5 vehicle came into the area to, you know, execute the
6 traffic stop?
7    A    The reason that officer -- or Detective Bell
8 and Detective Gardner were with me is so they could
9 point out the vehicle so that I could stop it.
10    Q    Okay.  And were they in the same car as you
11 or a different vehicle?
12    A    They were directly behind me in an undercover
13 car.
14    Q    Okay.  And you said Tyson Havens was located
15 somewhere on Lycoming Creek Road to spot Anthony
16 Barasky's car earlier?
17    A    If he was en route via that way, yes, he
18 would be able to -- would be able to identify the car
19 and give us information that he was on the way.  Yes.
20 I don't know where on Lycoming Creek Road --
21    Q    Okay.
22    A    -- but I know it was Lycoming Creek Road.
23    Q    Would you agree with me that all the officers
24 at that briefing worked together to create the plan to
25 stop Anthony Barasky's car?

**27**

1    A    I think the plan was already from the NEU to
2 provide the safest stop we could for -- you know, Mr.
3 Barasky and all the residents in the township.  We
4 just went, you know, with the plan as far as where we
5 could.  I mean, obviously they didn't work in our
6 jurisdiction a lot so they didn't have ideas where to
7 park, where to --
8    Q    So you would say that the general plan came
9 from the NEU that, you know, we want to stop him in a
10 location before the development because of the fleeing
11 concern?
12    A    But not on Lycoming Creek Road.
13    Q    But not --
14    A    Someplace where it could be managed.
15    Q    But then I suppose you lended your local
16 expertise to select the specific location for the
17 stop?
18    A    Well, we went up -- we went to that area
19 along -- myself along with officer -- or Detective
20 Bell and Gardner and we found that gravel lot.  It
21 was -- it was far enough off Lycoming Creek Road to
22 know that if Mr. Barasky would turn onto there, it was
23 more than likely not heading to the development.  We
24 had that short distance before he got to the
25 development to stop him.  I don't recall who placed

**28**

1 the Officers Engel and Brown with the stop sticks past
2 the development.  It was just a general consensus, but
3 they went there and that's where they were, so the
4 marked car would be there.
5    Q    Um-hum.
6    A    And then they were behind their car with the
7 stop sticks, if, in fact, we couldn't stop him.
8    Q    And were you parked in that gravel lot
9 waiting for Mr. Barasky to show up?
10    A    Yes.
11    Q    How long do you think you waited in that
12 gravel lot before you were told Barasky was on his way
13 in that radio communication you discussed?
14    A    I hate to speculate, but it wasn't very long.
15 But I don't know.
16    Q    How -- and an estimate it was fine, too,
17 between when, you know, it gets -- I guess strike
18 that.
19         Did Tyson Havens call out over the radio that
20 he observed Anthony Barasky on Lycoming County Creek
21 Road at some point?
22    A    We first -- we first got the notification,
23 and as I stated before, I don't recall who.
24    Q    Okay.
25    A    Who -- it came over the radio that the phone

29

```
1   call had been made and Mr. Barasky was on his way --
2       Q   Um-hum.
3       A   -- to that.
4       Q   Um-hum.
5       A   You know. It was a short time later --
6       Q   Um-hum.
7       A   -- when we were notified that -- and I don't
8   recall again if it was Havens or -- or if they radioed
9   or -- to Gardner and Bell or who it was, but said that
10  he had just passed the location of Trooper Havens.
11      Q   Okay.
12      A   And he was on his way north on Lycoming Creek
13  Road, which was consistent with the route he would
14  take to get to the Eckard Road and go to the
15  development.
16      Q   How were you informed of which car to stop
17  then?
18      A   By Bell. Bell and Gardner. I don't even
19  remember which one it was, but it was one of them in
20  the car said, that's the car, stop it.
21      Q   Okay. And then what did you do in response
22  when you heard that communication over the radio?
23      A   I pulled out of my location. They were right
24  behind me.
25      Q   Um-hum.
```

30

```
1       A   Bell and Gardner. I immediately turned on my
2   lights and siren and was behind the vehicle as it
3   proceeded. It would be probably -- without a compass
4   heading -- probably east just because Lycoming Creek
5   Road runs north and south. So it was heading towards
6   the development.
7       Q   And how far did Barasky's car travel once you
8   had your lights and siren on until he stopped?
9       A   Well, it took me just a short time to catch
10  up to him, but he went the full four-tenths of a mile
11  from Lycoming Creek Road to the development. As a
12  matter of fact, I had radioed that he's not stopping
13  because he gave no indication. There was a couple
14  spots for him to pull over, including a couple
15  driveways that led back to houses, and a berm on the
16  road. He actually got to the development entrance,
17  turned onto the entrance and immediately turned back
18  onto the road and then stopped.
19      Q   Okay.
20      A   I believe that's probably when he saw the
21  marked car, because there's a slight hill there.
22      Q   Now, during that time, in that four-tenths of
23  a mile stretch, did Mr. Barasky accelerate at a rapid
24  rate?
25      A   I don't believe so, no.
```

31

```
1       Q   Did his driving change in any way that you
2   can remember?
3       A   I don't recall.
4       Q   Okay.
5       A   I just -- it just appeared that he was -- he
6   was continuing without yielding or stopping.
7       Q   After Barasky stopped his vehicle, what
8   happened then?
9       A   He stopped the vehicle sort of like on a
10  little bit of angle. Like I said, he came back out on
11  the road and the marked car was there. Immediately I
12  had -- I know that Gardner and Bell were on my left
13  side, and another car pulled up, which it was
14  Detective Havens.
15      Q   Um-hum.
16      A   They immediately got out of the car and
17  approached the car, shouting orders for Mr. Barasky.
18  I didn't have a chance to even get out of my car at
19  that point.
20      Q   Did they have their firearms drawn --
21      A   Yes.
22      Q   -- when they approached the car?
23      A   Yes, they did.
24      Q   And do you remember what orders they were
25  shouting at him?
```

32

```
1       A   I know it was see my hands -- want to see
2   your hands. Get out of the car. Open the door,
3   something -- to that effect. I mean, you know, it --
4   there was enough going on that I just at that point
5   stayed back because, obviously, didn't want to -- you
6   know, we didn't need anybody else there in cross fire
7   situations and stuff, so I just stayed at my car in
8   case I needed to get back into it for either cover or
9   if Mr. Barasky would take off, you know.
10      Q   Now, did you see anybody try to break a
11  window on Mr. Barasky's car?
12      A   I did not.
13      Q   How did they get Mr. Barasky out of his car?
14      A   The door opened.
15      Q   Um-hum.
16      A   Officer Bell was in front of the driver's
17  door at the fender.
18      Q   Um-hum.
19      A   And Detective Havens was behind the driver's
20  door, and the other side was Detective Gardner.
21      Q   Um-hum.
22      A   When the door opened, I saw Detective Havens
23  reach in, pull Mr. Barasky out, put him up against
24  his -- Mr. Barasky's car that he was driving, right at
25  the passenger -- rear -- driver's side passenger door,
```

33

1   rear door.

2       Q      Okay.

3       A      Okay.

4       Q      Were you able to see if Barasky opened the

5   car door himself or police had to forcibly open it?

6       A      I don't recall them forcibly opening it.  I

7   don't know how it got open.  I mean, it wasn't like

8   they were prying or anything on it --

9       Q      Okay.

10      A      -- that I saw.

11      Q      Aside -- and then you said Detective Havens

12  pulled him out of the car by his arm?

13      A      Yeah.  Took him by the arm.  Controlled him,

14  brought him out, up against the car.

15      Q      Did it look to you like it was forcible pull

16  or more just guiding him?  How would you describe it?

17      A      I think it was more of a controlled, get my

18  hands on you, control you and get you out of the car.

19  They didn't throw him to the ground or nothing like

20  that or --

21      Q      And you would agree like Mr. Barasky didn't

22  resist at that point or fight Detective Havens?

23      A      No.

24      Q      Did you observe Detective Havens place

25  handcuffs on Mr. Barasky then?

34

1       A      I did.

2       Q      Did you get out of your vehicle at any point

3   during that --

4       A      I was out of my vehicle.  I was at my door.

5   I didn't -- so I had -- I had the undercover that Bell

6   and Gardner were in.

7       Q      Um-hum.

8       A      I was able to open my door.  I stood there.

9   I wasn't going to sit in my car, obviously, but I did

10  not approach the vehicle.

11      Q      Did you have your firearm drawn at that

12  point?

13      A      No, I did not.

14      Q      And would that have been for essentially

15  safety reasons because there were police officers in

16  front of you?

17      A      There was police officers in front and

18  they -- you know, their guns were drawn and I felt

19  that it was under control at that point.

20      Q      Did you have any cause to shout orders or

21  anything at Mr. Barasky?

22      A      No, sir.

23      Q      After Mr. Barasky was in handcuffs, what

24  happened next?

25      A      Well, within a minute or so, Gardner

35

1   actually -- or I'm sorry.  Detective Bell approached

2   and said we were good to go.

3       Q      Okay.  And did you in that minute or so

4   between when Mr. Barasky was arrested, you were told

5   you were good to go, did you observe police search Mr.

6   Barasky or search of his vehicle at all?

7       A      I think they patted him down or -- I don't

8   know of it was a search, a frisk incident.  I don't

9   recall.  But, yes, I believe it was trooper -- or

10  Trooper Havens -- I believe it was Detective Havens

11  that did that.

12      Q      Okay.  Did they tell you that no drugs were

13  found on Mr. Barasky?

14      A      No, they did not.

15      Q      When you were told you were free to go, what

16  did you do next?

17      A      I just made sure my guys were all right,

18  because they were still at their vehicle.

19      Q      Um-hum.

20      A      They did not approach, either.  Basically

21  we're taught if you're going to deploy the sticks, to

22  have a safety barrier between you and the fleeing

23  vehicle, whether it be guard rails.  And I believe

24  they positioned themselves properly there.

25      Q      Um-hum.

36

1       A      So they both got in their car.  And by then

2   Sergeant Kriner came driving down, because I think

3   there was a radio communication he was in custody

4   or --

5       Q      Um-hum.

6       A      -- or detained or something to that effect.

7   Because I know Sergeant Kriner arrived and that's when

8   we left.

9       Q      Okay.  So Officers Brown and Engel would have

10  left at the same time you did --

11      A      As far as I --

12      Q      -- roughly?

13      A      Well, yeah.  I mean, there was --

14      Q      Within a couple minutes of each other?

15      A      Until we got cars moved around and stuff,

16  yes, I believe so.

17      Q      Did Sergeant Kriner stay at the scene or did

18  he leave with you guys?

19      A      I believe he left with us, too.

20      Q      After Barasky was arrested, you were told you

21  were free to leave, did you have any involvement in

22  the investigation or criminal charges?

23      A      No, I did not.

24      Q      Do you know where Mr. Barasky was taken after

25  he was arrested?

37

1    A    I do not.

2    Q    And do you know -- do you even know if his

3  vehicle was towed after he was arrested?

4    A    I do not.  I think they mentioned they were

5  getting a tow, but --

6    Q    But you weren't there when the tow truck

7  arrived --

8    A    No.

9    Q    -- or anything like that?

10   A    Huh-uh.

11   Q    I'm going to show you a map here.  Take one

12  and pass it down.

13        MR. KOZLOWSKI:  Sure.

14  BY MR. GRYSKEWICZ:

15   Q    Take a minute and look at it.  So is this --

16  would you agree with me that this is an accurate

17  depiction of the Brentwood Drive area where the

18  vehicle stop occurred where Mr. Sumpter's house is?

19   A    That is correct.

20   Q    Okay.  Would you agree with me that that

21  little red marker towards the bottom of the map would

22  be roughly where 416 Brentwood Drive is where Mr.

23  Sumpter lived?

24   A    I would say approximately.  It looks a little

25  bit -- it looks like it might be closer to that

38

1  intersection than it would be.  It's -- I know there's

2  three or four houses right in here.  But, yeah, that's

3  general location.

4    Q    Okay.

5    A    On that -- yeah, Brentwood Drive and he came

6  around and out Rick Lane.

7    Q    Now, so we could see on this map, it appears

8  Miller Road goes into that development.

9    A    Correct.

10   Q    Is that what you were discussing earlier?

11   A    That's where Mr. Barasky pulled in and then

12  immediately pulled out back onto Eckard Road.  Eckard

13  Road would be that -- is it Route -- Township Route

14  128 or whatever?

15   Q    I believe if you're looking, Eckard Road is

16  listed on --

17   A    Oh, is it listed?

18   Q    Over on this side of the map, but you have to

19  follow it all the way around.

20   A    Yeah, yeah.  It would be right here

21  (indicating).  Yes.

22   Q    Okay.  I'm going to give you my pen, if you

23  don't mind, if you want to mark up the map in

24  correspondence to my questions.  Could you -- could

25  you circle the area on the map about where you were

39

1  staged waiting for Mr. Barasky?

2        MR. KOZLOWSKI:  What do you want him to put

3  there, an X or --

4        MR. GRYSKEWICZ:  Or a circle, I think.  Yeah.

5        THE WITNESS:  It would probably -- let's see.

6  There's Roan's RV.  This would be the lot.  Probably

7  in here somewhere (indicating).

8  BY MR. GRYSKEWICZ:

9    Q    And could you put an X on the map where Mr.

10  Barasky stopped his vehicle?

11   A    It would have been right in here

12  (indicating).

13   Q    And could you put a square on the map where

14  Officers Brown and Engel had the tack strips set up?

15   A    It would have been just past.

16   Q    Okay.  So that -- I know that looks like it

17  might be farther down the road.  Is it like -- basically

18  like right beyond the intersection?

19   A    Yeah, it's just beyond the intersection.

20  Right when you come here, there's just a little bit of

21  a hill and a turn.  They would have been right there

22  so they were -- you could see them from where Mr.

23  Barasky stopped.  So, yeah, maybe -- can I cross that

24  out and initial it?

25   Q    Yeah, yeah.  Please do.

40

1    A    It would probably have been like -- probably

2  right in here (indicating).

3    Q    Okay.  And then you would agree with me on

4  this map, once Mr. Barasky turned onto Miller Road,

5  there would have been no other outlet besides Miller

6  Road from that development?

7    A    That's correct.  He had to circle all the way

8  back around throughout that development to get back.

9    Q    Okay.  And once you're on Miller Road, he

10  would have still had to make, it looks like two turns

11  to me before he would have got to Brentwood Drive?

12   A    Yeah.  It's actually six-tenths of a mile

13  from that intersection of Miller Road and Eckard Road

14  to Mr. -- to Mr. Sumpter's house.  Yes, he would have

15  come up -- would have come up Miller to Airline.

16   Q    Um-hum.

17   A    Airline probably a hundred feet.

18   Q    Um-hum.

19   A    And then turn onto Brentwood and then go

20  around there.  So he would have had to come up here,

21  turn onto Airline, then onto Brentwood to come around.

22   Q    Okay.  And you said that was about .6 miles?

23   A    Yes.  I checked it.  It's .6 miles.

24   Q    Okay.  Could you put another X on the map

25  where you think you turned on your lights and sirens?

41

1    A    I turned them on before I was out of the lot.

2    Q    Okay.  So basically where that circle is you

3    drew?

4    A    Yeah.  As soon as they -- as soon as they

5    identified the vehicle to me, I immediately turned

6    them on and pulled out.

7    Q    Okay.  Now, you would -- you would agree with

8    me that absent, you know, Officer Brown and Engel

9    being stationed on Eckard Road with the tack strips,

10   Mr. Barasky could have driven straight past Miller

11   Road?

12   A    Correct.

13   Q    And --

14   A    That was one of the concerns, I believe, you

15   know, if he would have got past that.

16   Q    And you would agree with me, you don't know

17   if Mr. Barasky was turning onto Miller Road to go to

18   Brentwood Drive or if he made that loop because he saw

19   Officer Brown and Engel?

20   A    I do not know.

21   Q    And you would agree with me if he went

22   straight past Miller Road, there's, you know, a

23   multitude of areas he could have went to?

24   A    Yes.  He did put his turn signal on for

25   Miller Road, though.

42

1    Q    Okay.  And did he have his turn signal on

2    after you were already behind him with your lights and

3    sirens?

4    A    No.

5    Q    So --

6    A    Not until we got to Miller Road.

7    Q    Okay.

8    A    As I said, he gave no indication that he was

9    going to pull over or anything.  I actually radioed my

10   concerns that he's not stopping, and he put his turn

11   signal on for Miller Road.  So as you started to turn,

12   he then turned back out into the road.

13   Q    Okay.  So, yeah, maybe I poorly worded that

14   question.  So you -- you would have been behind him

15   with your lights and sirens on when the turn signal

16   was actually activated?

17   A    Yes.

18   Q    Okay.  So -- but you followed him for, you

19   know, a certain distance before that turn signal was

20   activated as well with your lights and sirens?

21   A    Yes.

22        MR. GRYSKEWICZ:  Okay.  I would just mark

23   that map as Plaintiff's Exhibit 1 and have it attached

24   to the transcript.

25        (Whereupon, a document was produced and

43

1    marked as Plaintiff's Exhibit No. 1 for

2    identification.)

3         MS. LAUGHLIN:  Can I see that, please?

4         MR. GRYSKEWICZ:  Yeah.  Absolutely.

5         THE WITNESS:  Sorry about the scribbling.  Do

6    you want me to sign it or anything?

7         MR. GRYSKEWICZ:  I don't think you have to

8    sign it.  I think the transcript will be clear you

9    wrote on it.

10        THE WITNESS:  Okay.

11        MS. LAUGHLIN:  Thank you.

12   BY MR. GRYSKEWICZ:

13   Q    Now, as part of -- Chief Hope, you saw me

14   write.  I wrote Plaintiff Exhibit 1 on the top of

15   that.  Right?  You didn't write that, right?  I did?

16   A    Correct.  Yeah.

17   Q    How many arrests do you believe you made in

18   your career as a police officer?

19   A    Few hundred.

20   Q    Were some of those for drug crimes?

21   A    Yeah.  If I was on patrol and, you know,

22   stopped a vehicle and had drugs on them or -- but, you

23   know, usually if it -- if it was a drug arrest, it was

24   something like that.  You know, a stop of somebody and

25   found drugs on them or -- a vehicle stop, something

44

1    like that.  Yes.  Nothing really involved with search

2    warrants, and that was a lot bigger and others handled

3    that.

4    Q    And you said previously you didn't really use

5    informants in your career?

6    A    No, I did not.

7    Q    Are you familiar with criminal use of a

8    communication facility charge under Section 7512 of

9    the Crimes Code?

10   A    I'm aware of it, yes.

11   Q    Have you ever charged that in your career?

12   A    No, I haven't.

13   Q    Okay.  Have you ever charged somebody with

14   the attempted delivery of a controlled substance in

15   your career?

16   A    No, I have not.

17   Q    Now, as part of your training and experience

18   as a police officer, when another department or

19   officer tells you they need assistance with your

20   arrest -- or with their arrest, what are you trained

21   to do in response?

22   A    I'm not sure I understand your question.

23   Q    Yeah.  That's fine.  It's probably poorly

24   worded.  So if, for example, another police department

25   contacted you for assistance in their investigation

45

1    with making an arrest, what does your training tell
2    you you should do in response to that?
3        A    In their investigation?
4        Q    Um-hum.
5        A    Or just to assist them?  Basically --
6        Q    Let's say -- let me just completely reword
7    the question --
8        A    Yeah.
9        Q    -- because I can see how that would be
10   confusing to you.  So if another police department
11   contacted you for assistance, what are you trained to
12   do in response?
13       A    Basically to do a briefing, like we did, and
14   see what -- what they -- first of all, what they want
15   from us --
16       Q    Um-hum.
17       A    -- and if we can provide that.
18       Q    As part of that, do you make an analysis of
19   whether, you know, your conduct is in correspondence
20   with the law?
21       A    Yes.
22       Q    In 2020 was the chief of police your only
23   job?
24       A    Yes.
25       Q    What was your annual pay from your job as

46

1    chief of police in 2020?
2        A    2020.  I retired in '21.  Like 65,000.
3            MR. GRYSKEWICZ:  That's all the questions I
4    have.  Thank you, Chief.
5            THE WITNESS:  Um-hum.
6            MR. GRYSKEWICZ:  I appreciate your
7    cooperation.
8            THE WITNESS:  Yep.
9                    CROSS-EXAMINATION
10   BY MS. LAUGHLIN:
11       Q    Chief, I just had a couple of questions.  My
12   name is Shawna Laughlin and I represent the City,
13   Captain Bell and Officer Gardner.  The development
14   where Sumpter lived, was there only one way in and one
15   way out?
16       A    Yes.  Yes, yes, yes.  It just circled around
17   the development.  Miller Road was the only access in
18   off of Eckard.
19       Q    And the stop strip, did the other officers
20   actually have that out on the road --
21       A    No, sir.
22       Q    -- are it was just there in case it was
23   needed?
24       A    No, ma'am.  They just had it there.  They did
25   not have them deployed.  No.  They never deployed

47

1    them.
2            MS. LAUGHLIN:  Thank you.  That's all the
3    questions I have.
4            MR. WHITE:  I don't have any questions.
5            MR. KOZLOWSKI:  I don't have any questions,
6    either.  Anybody else?
7            MR. GRYSKEWICZ:  I have one follow-up
8    question --
9            MR. KOZLOWSKI:  Sure.
10           MR. GRYSKEWICZ:  -- based on Attorney
11   Laughlin's question.
12                   REDIRECT EXAMINATION
13   BY MR. GRYSKEWICZ:
14       Q    When Officer Brown and Engel were stationed
15   there, did they have their police vehicle blocking the
16   road?
17       A    No.
18       Q    Okay.
19       A    It was beside the road that they can maintain
20   behind it.  It was -- that's hard to tell even on a
21   map.
22       Q    Um-hum.
23       A    But there was enough area there that they had
24   it parked and then they were behind it, because there
25   was no guide rail right there.  There is a guard rail

48

1    on Miller, but not there on Eckard at that point.  So
2    they had it there that they could deploy them but
3    still had the coverage of their -- I know there was a
4    steep back there, too, so -- but, no, it was not
5    blocking the road at all.
6        Q    So if they were told they had to deploy it,
7    they could have deployed it and hid, essentially?
8        A    Correct.  We -- we don't block roads.
9        Q    Okay.
10       A    We don't block roads.  I mean, that's just
11   common.  You know, you don't block a road.  You're
12   just creating more of an issue by blocking a road.
13   So, you know, you give them a means -- I don't want to
14   say -- not really a means of escape, but you do give
15   him that thoroughfare there that they can, but we had
16   the stop sticks to be deployed in case he tried.
17           MR. GRYSKEWICZ:  That's the only question I
18   had.  Thank you.
19           MS. LAUGHLIN:  Nothing.
20           MR. KOZLOWSKI:  All right.  We're all set.
21           (Whereupon, the deposition was concluded at
22   9:58 a.m.)
23
24
25

1   COUNTY OF UNION              :

2   COMMONWEALTH OF PENNSYLVANIA

3

4           I, Ervin S. Blank, the undersigned Notary

5   Public, do hereby certify that personally appeared

6   before me, JOSEPH W. HOPE; the witness, being by me

7   first duly sworn to testify the truth, the whole truth

8   and nothing but the truth, in answer to the oral

9   questions propounded to him by the attorneys for the

10  respective parties, testified as set forth in the

11  foregoing deposition.

12          I further certify that before the taking of

13  said deposition, the above witness was duly sworn,

14  that the questions and answers were taken down

15  stenographically by the said Ervin S. Blank, Court

16  Reporter, Lewisburg, Pennsylvania, approved and agreed

17  to, and afterwards reduced to typewriting under the

18  direction of the said Reporter.

19          In testimony whereof, I have hereunto

20  subscribed my hand this 27th day of March, 2024.

21

22

23          _____

24          Ervin S. Blank
            Reporter-Notary Public
25          My Commission Expires
            January 28, 2025

**- 0 -**

**06104-2903** [1]
2:6

**- 1 -**

**17701** [1]  2:3
**18507** [1]  2:10
**18701** [1]  1:24

**- 2 -**

**2016** [1]  25:16
**2020** [12]  5:10,
21;   6:11,  15;
7:9;  8:3, 4, 20;
9:18;     45:22;
46:1, 2
**2021** [2]   5:15,
16
**2024** [2]   1:16;
49:20
**2025** [1]  49:25
**21-cv-02041** [1]
1:6
**27th** [1]  49:20
**2903** [1]  2:6

**- 3 -**

**3118** [1]  2:9
**31st** [1]  5:15

**- 6 -**

**65,000** [1]  46:2

**- 7 -**

**7512** [1]  44:8

**- A -**

**a.m.** [2]   1:16;
48:22
**able** [4]  26:18;
33:4;  34:8

**above**     [1]
49:13
**absent**    [1]
41:8
**absolutely**  [2]
13:23; 43:4
**accelerate**  [1]
30:23
**acceptable**  [1]
4:23
**access**    [2]
13:11; 46:17
**accurate**   [2]
22:1; 37:16
**accusation** [1]
24:19
**activated**  [2]
42:16, 20
**addict**    [1]
17:13
**admitted**   [1]
3:14
**advised**    [1]
11:22
**affirmed**   [1]
4:11
**afterwards** [1]
49:17
**again**     [4]
13:22;   20:10;
22:20; 29:8
**against**   [2]
32:23; 33:14
**agency**    [1]
8:14
**agree** [9] 6:20;
26:23;   33:21;
37:16,    20;
40:3;  41:7, 16,
21
**agreed**    [1]
49:16
**airline**   [3]
40:15, 17, 21
**alleged**   [1]
14:16
**alls** [1] 13:21
**almost**    [2]
12:25;  23:13

**along**     [2]
27:19
**always** [3]  6:4;
17:11, 12
**analysis**   [1]
45:18
**angle** [1] 31:10
**annual**    [1]
45:25
**answer**    [6]
4:22, 23;   7:3,
11;     24:11;
49:8
**answers**   [1]
49:14
**anthony**   [17]
1:2;      7:25;
10:5;     14:2;
17:24;   18:5;
19:7;    20:25;
22:25;   23:22;
24:1,  9,   18;
26:4,  15,   25;
28:20
**anthony's**  [1]
25:21
**anyhow**    [1]
14:12
**appeared**   [2]
31:5; 49:5
**appreciate** [1]
46:6
**approach**   [2]
34:10; 35:20
**approached**
[10]     7:13;
9:11,    14;
10:11, 14, 18;
17:14;   31:17,
22; 35:1
**approved**   [1]
49:16
**area** [9]  7:9;
14:24;    19:9;
25:5;     26:5;
27:18;    37:17;
38:25; 47:23
**areas** [1] 41:23
**arrest**    [7]
7:21;    11:24;

18:5;    43:23;
44:20;  45:1
**arrested**   [4]
35:4;     36:20,
25;  37:3
**arresting**  [3]
17:6, 24;  20:25
**arrests**    [5]
12:10;   16:23;
17:3;     21:13;
43:17
**arrived**    [2]
36:7;  37:7
**arriving**   [1]
18:16
**artery**    [1]
12:21
**aside** [1] 33:11
**assist**    [4]
7:23;     10:23;
21:22;  45:5
**assistance** [13]
6:21,  22;    8:8,
17,  18;   9:12;
10:12,    16;
20:24;   44:19,
25;  45:11
**associates** [1]
2:5
**attached**   [1]
42:23
**attempt**    [2]
20:4, 19
**attempted**  [1]
44:14
**attempting**  [1]
11:24
**attorney**   [3]
4:18;    22:12;
47:10
**attorneys**  [1]
49:9
**austin** [1]  2:2
**aware**     [3]
16:21;    17:1;
44:10
**away** [1]  25:2

**- B -**

**barasky** [54]
1:2; 10:5, 22;
11:25; 12:8,
14, 16; 13:3,
16; 14:2, 5, 6,
25; 17:18, 24;
18:1, 16;
19:14; 20:9,
23, 25; 22:25;
23:12; 24:1, 9;
27:3, 22; 28:9,
12, 20; 29:1;
30:23; 31:7,
17; 32:9, 13,
23; 33:4, 21,
25; 34:21, 23,
35:4, 6, 13;
36:20, 24;
38:11; 39:1,
10, 23; 40:4;
41:10, 17
**barasky's** [11]
7:25; 18:5;
23:15, 22;
24:18; 26:4,
16, 25; 30:7;
32:11, 24
**barrier** [1]
35:22
**based** [1]
47:10
**basis** [1] 8:5
**beginning** [1]
1:16
**behind** [9]
26:12; 28:6;
29:24; 30:2;
32:19; 42:2,
14; 47:20, 24
**bell** [35] 1:6;
2:7; 7:16; 9:9;
10:10, 13, 15;
11:8, 20, 22;
12:6; 13:15,
25; 14:8;
16:12, 19;
17:22; 18:6, 9,
20, 21; 19:6;
23:10; 25:20;
26:7; 27:20;

29:9, 18; 30:1;
31:12; 32:16;
34:5; 35:1;
46:13
**belonged** [1]
19:21
**berm** [1] 30:15
**beside** [1]
47:19
**best** [1] 9:22
**between** [9]
4:2; 13:15;
14:1; 22:15,
24; 24:9;
28:17; 35:4, 22
**beyond** [2]
39:18, 19
**bigger** [1] 44:2
**blank** [4] 1:15;
49:4, 15, 23
**block** [3] 48:8,
10, 11
**blocking** [3]
47:15; 48:5, 12
**blood** [1] 6:5
**bottom** [1]
37:21
**break** [2] 4:23;
32:10
**breaking** [1]
17:9
**brentwood** [11]
12:2, 5; 15:11,
20; 37:17, 22;
38:5; 40:11,
19, 21; 41:18
**briefing** [19]
8:24; 10:6, 20,
24; 11:3, 4,
10, 19, 21;
16:5, 14;
17:16, 23;
18:3, 4; 19:5;
26:24; 45:13
**brought** [3]
11:7; 24:23;
33:14
**brown** [10]
11:6, 14, 15;
20:18; 28:1;

36:9; 39:14;
41:8, 19; 47:14
**building** [1]
12:18
**businesses** [1]
12:23
**buys** [6] 12:7;
13:15, 19;
14:1, 13; 16:16

- C -

**calls** [1] 24:8
**captain** [1]
46:13
**career** [5]
21:6; 43:18;
44:5, 11, 15
**carried** [1]
20:12
**cars** [4] 15:23;
17:9; 20:8;
36:15
**case** [11] 1:6;
7:25; 10:1, 22;
12:3; 20:19,
22; 22:12;
32:8; 46:22;
48:16
**catch** [1] 30:9
**central** [2]
5:7; 6:9
**certain** [1]
42:19
**certification**
[1] 4:4
**certified** [1]
21:18
**certify** [2]
49:5, 12
**cetera** [2]
12:25; 13:20
**chance** [1]
31:18
**change** [1]
31:1
**charge** [1]
44:8
**charged** [2]
44:11, 13

**charges** [2]
26:1; 36:22
**checked** [1]
40:23
**chief** [11]
4:14; 5:11, 13,
17, 20; 6:3;
43:13; 45:22;
46:1, 4, 11
**christopher** [3]
1:7; 2:11;
19:3
**circle** [4]
38:25; 39:4;
40:7; 41:2
**circled** [1]
46:16
**city** [4] 1:9;
2:7; 12:22;
46:12
**clarify** [1] 22:7
**clear** [1] 43:8
**clinton** [3]
1:6; 2:7;
18:24
**close** [1] 20:24
**closer** [1]
37:25
**code** [1] 44:9
**coming** [1]
21:13
**commission** [1]
49:24
**commit** [1]
20:1
**common** [4]
15:14, 15;
48:11
**commonwealth**
[1] 49:2
**communicating**
[1] 16:8
**communication**
[4] 28:13;
29:22; 36:3;
44:8
**compass** [1]
30:3
**completely** [1]
45:6

concern    [2]
20:15;  27:11
concerned    [4]
12:16;  13:2, 3;
18:6
concerns    [3]
12:11;   41:14;
42:10
concluded   [1]
48:21
conduct    [1]
45:19
conducting   [1]
9:4
confidential  [2]
22:16, 25
confusing    [1]
45:10
connecticut  [1]
2:6
consensus   [1]
28:2
consider    [1]
6:1
consisted   [1]
8:25
consistent   [1]
29:13
contact    [3]
10:13;    14:5;
17:25
contacted   [3]
9:9;     44:25;
45:11
continue   [1]
20:16
continued   [1]
2:1
continuing  [1]
31:6
contracted   [1]
12:1
control    [2]
33:18;  34:19
controlled  [10]
7:21,    22;
11:23,    24;
14:9;    22:17;
23:2;     33:13,
17;  44:14

convictions  [1]
12:10
cooperation  [1]
46:7
copy [1]  25:21
correct    [16]
7:6;      13:17;
14:22;    16:3;
19:1, 4;  24:7,
15, 20;  25:22;
37:19;    38:9;
40:7;    41:12;
43:16;  48:8
correspondenc
e  [2]   38:24;
45:19
corroborating
[2]        22:17;
23:1
counsel    [3]
1:22;  2:1;  4:3
county [8]  1:8;
5:7;   6:13, 19;
7:4;       8:9;
28:20;  49:1
couple    [4]
30:13,    14;
36:14;  46:11
court [2]   1:1;
49:15
cover [1]  32:8
coverage   [1]
48:3
crashed    [2]
12:17;  25:3
crashes    [1]
25:7
create    [2]
20:20;  26:24
creating   [1]
48:12
creek    [15]
12:19;   14:20;
19:13,    20;
20:2, 6;  26:15,
20, 22;  27:12,
21;     28:20;
29:12;  30:4, 11
crimes    [2]
43:20;  44:9

criminal    [8]
12:9,    10;
16:20;    17:1;
24:18;   25:21;
36:22;  44:7
cross [3]   3:2;
32:6; 39:23
cross-examinat
ion [1] 46:9
custody    [1]
36:3

─────────────

- D -

daily [1]  8:5
date [1]  8:19
deal [3]  18:15;
23:18;  25:5
deem [1]  6:8
defendants  [4]
1:9;  2:4, 7, 10
deliver    [1]
14:6
delivery   [2]
12:11;  44:14
dennehey   [1]
2:9
dent [6]   1:6;
2:4;      11:9;
16:5;    17:22;
18:1
department
[16]   5:12, 18;
6:12;  7:8;  8:3,
11,   22;    9:2,
23;      10:12;
11:2,    13;
21:15;    44:18,
24;  45:10
depiction   [1]
37:17
deploy    [3]
35:21;  48:2, 6
deployed   [4]
46:25;  48:7, 16
deposed    [1]
4:14
deposition  [4]
1:13;    48:21;
49:11, 13

describe    [5]
7:7;     8:17;
13:18,    25;
33:16
describing  [1]
14:19
details    [2]
22:17; 23:2
detained   [1]
36:6
detective  [37]
7:15;     9:9;
10:10,    15;
11:7, 8, 9, 20,
22;    12:6;
13:15,    25;
14:8;  16:5, 12,
19;  17:22, 25;
18:6,  11,   12,
20, 24;  25:20;
26:7, 8;  27:19;
31:14;   32:19,
20, 22;  33:11,
22,  24;   35:1,
10
develop    [1]
15:14
development
[32]    12:2, 4,
14;  13:8, 13;
14:7;   15:3, 8,
11, 14, 16, 19;
16:18;   19:19;
20:2, 5, 7, 16,
17;  27:10, 23,
25;     28:2;
29:15;    30:6,
11, 16;  38:8;
40:6, 8;  46:13,
17
different    [1]
26:11
direct [2]  3:2;
4:12
direction   [1]
49:18
directly    [2]
17:25;  26:12
discuss    [2]
18:4;  20:10

discussed [1] 28:13

discussing [1] 38:10

distance [2] 27:24; 42:19

district [2] 1:1

document [1] 42:25

doesn't [1] 22:6

door [10] 32:2, 14, 17, 20, 22, 25; 33:1, 5; 34:4, 8

down [5] 35:7; 36:2; 37:12; 39:17; 49:14

drawn [3] 31:20; 34:11, 18

drew [1] 41:3

drive [9] 12:3, 5; 15:11, 20; 37:17, 22; 38:5; 40:11; 41:18

driven [1] 41:10

driver's [3] 32:16, 19, 25

driveways [2] 13:11; 30:15

driving [3] 31:1; 32:24; 36:2

drug [9] 12:10; 17:8, 13; 21:7, 12, 23; 26:1; 43:20, 23

drugs [7] 14:6; 16:17; 17:14; 23:18; 35:12; 43:22, 25

duly [3] 4:11; 49:7, 13

during [5] 12:18; 16:9; 30:22; 34:3

**- E -**

east [1] 30:4

eckard [11] 19:18, 20; 20:7; 29:14; 38:12, 15; 40:13; 41:9; 46:18; 48:1

effect [3] 23:19; 32:3; 36:6

either [3] 32:8; 35:20; 47:6

employed [3] 5:6, 10; 6:6

enforcement [2] 6:13; 7:4

engel [11] 11:6, 11, 14, 15; 20:18; 28:1; 36:9; 39:14; 41:8, 19; 47:14

entrance [3] 20:17; 30:16, 17

ervin [4] 1:15; 49:4, 15, 23

escape [1] 48:14

esquire [4] 1:23; 2:2, 5, 8

essentially [2] 34:14; 48:7

estimate [1] 28:16

everybody [1] 15:6

exact [1] 23:13

exactly [1] 23:19

examination [3] 3:3; 4:12; 47:12

example [1] 44:24

except [1] 4:5

execute [1] 26:5

exhibit [4] 3:15; 42:23; 43:1, 14

exhibits [1] 3:13

experience [3] 21:5, 24; 44:17

expertise [1] 27:16

expires [1] 49:24

extensive [1] 21:5

extent [1] 17:2

extra [1] 9:3

**- F -**

facility [1] 44:8

fact [3] 19:14; 28:7; 30:12

familiar [4] 12:20; 16:22; 17:7; 44:7

farther [1] 39:17

federal [1] 21:12

feet [2] 19:19; 40:17

felt [2] 19:24; 34:18

fender [1] 32:17

ferren [1] 2:5

field [1] 24:3

fight [1] 33:22

filing [1] 4:4

filling [1] 22:11

fine [3] 25:17; 28:16; 44:23

finish [2] 6:24; 7:3

fire [4] 21:18, 20; 32:6

firearm [1] 34:11

firearms [1] 31:20

firm [2] 1:17; 2:2

first [8] 10:4, 11; 18:2; 19:25; 28:22; 45:14; 49:7

five [1] 5:19

fled [3] 12:17; 25:9, 12

flee [2] 20:19, 23

fleeing [7] 15:5; 18:9; 20:15; 24:19, 22; 27:10; 35:22

follow [2] 19:16; 38:19

follow-up [1] 47:7

followed [1] 42:18

follows [1] 4:11

foot [1] 25:10

forcible [1] 33:15

forcibly [2] 33:5, 6

foregoing [1] 49:11

form [2] 4:5; 7:10

forth [1] 49:10

found [3] 27:20; 35:13; 43:25

four [3] 5:21; 20:6; 38:2

four-lane [3] 12:21; 14:22, 23

four-tenths [2] 30:10, 22

fourth [2] 1:18; 2:3

**free** [2]  35:15;
36:21
**frequently** [1]
13:19
**frisk** [1]  35:8
**front** [5]
12:15;  17:11;
32:16;  34:16,
17
**full** [2]  12:25;
30:10

**- G -**

**gardner** [19]
1:7;  2:7;  11:8;
18:12,  23,  24,
25;    19:6;
23:11;  26:8;
27:20;    29:9,
18;    30:1;
31:12;  32:20;
34:6, 25;  46:13
**general** [8]
4:18;    7:24;
8:1, 20;  16:15;
27:8;    28:2;
38:3
**generally** [2]
8:7, 18
**goes** [1]  38:8
**good** [2]  35:2,
5
**gravel** [6]
19:21;    23:4;
26:4;  27:20;
28:8, 12
**ground** [1]
33:19
**gryskewicz** [17]
1:23;      3:4;
4:13;    7:18;
37:14;    39:4;
42:22;  43:4, 7,
12;   46:3, 6;
47:7,  10,  13;
48:17
**guard** [2]
35:23;  47:25

**guess** [4]
10:10;    24:4;
25:4; 28:17
**guide** [1]
47:25
**guiding** [1]
33:16
**guns** [1]  34:18
**guys** [3]  23:9;
35:17; 36:18

**- H -**

**h-o-p-e** [1]  5:5
**habit** [1]  17:8
**half** [1]  13:12
**hand** [1]  49:20
**handcuffs** [2]
33:25; 34:23
**handled** [1]
44:2
**hands** [3]
32:1, 2;  33:18
**happening** [1]
25:12
**hard** [1]  47:20
**hartford** [1]
2:6
**hate** [1]  28:14
**havens** [17]
1:6;  2:4;  11:8;
19:10,    11;
26:14;  28:19;
29:8,    10;
31:14;    32:19,
22;  33:11, 22,
24;  35:10
**head** [1]  20:1
**heading** [3]
27:23;  30:4, 5
**heard** [3]  4:19;
18:2; 29:22
**help** [1]  8:21
**hepburn** [1]
12:1
**hereby** [3]  4:2,
4;  49:5
**hereunto** [1]
49:19

**heroin** [3]
14:5;  22:18;
23:2
**hill** [2]  30:21;
39:21
**himself** [1]
33:5
**history** [5]
12:9,    10;
16:20;    18:8;
25:21
**homes** [1]
12:24
**hope** [11]  1:7,
13;  2:11;  3:2;
4:10,  14;   5:4;
11:11;    43:13;
49:6
**house** [4]
12:15,    19;
37:18; 40:14
**houses** [3]
15:16;  30:15;
38:2
**housing** [1]
12:2
**hundred** [3]
19:19;   40:17;
43:19

**- I -**

**ideas** [1]  27:6
**identification**
[1]  43:2
**identified** [2]
12:3;  41:5
**identify** [1]
26:18
**identifying** [1]
23:22
**immediately** [6]
30:1,    17;
31:11,    16;
38:12;  41:5
**important** [1]
21:25
**incident** [3]
8:25;  35:8

**including** [1]
30:14
**index** [2]   3:1,
13
**indicating** [4]
38:21;    39:7,
12;  40:2
**indication** [2]
30:13;  42:8
**informant** [5]
21:2;  22:1, 16;
23:1;  24:9
**informants** [3]
21:6, 10;  44:5
**information** [4]
12:7;    16:13;
22:2;  26:19
**informed** [4]
22:15,    24;
24:17;  29:16
**initial** [1]
39:24
**inside** [2]
15:11, 19
**inspired** [1]
21:21
**instance** [1]
21:18
**instructions** [1]
4:18
**intercept** [2]
18:17;  20:23
**interrogatories**
[1]  22:11
**interrogatory**
[2]  22:14, 23
**intersection** [4]
38:1;      39:18,
19;  40:13
**investigation**
[8]    9:19,  21,
25;    17:18;
18:1;    36:22;
44:25;  45:3
**investigations**
[6]    9:4,   5;
17:8;  21:7, 12,
23

**investigator** [3]
17:17,   19;
21:19
**involved** [6]
11:9;   16:24;
17:5;   21:23;
25:11;  44:1
**involvement** [3]
9:19, 24;  36:21
**issue** [4]
15:18;   17:12,
13;  48:12
**issues** [2]
15:13;  20:21

- J -

**j-o-s-e-p-h** [1]
5:4
**january** [1]
49:25
**joseph** [7]  1:7,
13;  2:11;  3:2;
4:10;   5:4;
49:6
**joshua** [3]  1:6;
2:7;  18:21
**jurisdiction** [7]
7:22;   8:8;
9:13;   10:16;
11:25;   25:2;
27:6

- K -

**keep** [1]  18:10
**kevin** [2]  1:6;
2:4
**kind** [1]  20:24
**kmart** [2]  25:3,
8
**knew** [5]  13:7;
14:1;   23:25;
24:6, 18
**knowledge** [1]
9:22
**kozlowski** [7]
2:8;   7:10;
37:13;   39:2;
47:5, 9;  48:20

**kriner** [16]
1:7;   2:11;
7:12;  9:9, 14;
10:11, 14, 18;
11:5;   16:25;
19:3;   20:21;
36:2, 7, 17

- L -

**lampman** [1]
1:23
**lane** [2]  15:23;
38:6
**language** [1]
23:14
**last** [1]  14:16
**laughlin** [8]
2:5;  3:5;  43:3,
11;  46:10, 12;
47:2;  48:19
**laughlin's** [1]
47:11
**lead** [2]  17:17,
19
**leading** [2]
11:19;  17:22
**leads** [2]
12:22;  19:18
**learn** [1]  21:25
**learned** [1]
10:4
**leave** [2]
36:18, 21
**left** [4]  31:12;
36:8, 10, 19
**lended** [1]
27:15
**length** [1]
12:25
**leonard** [1]
1:23
**lewisburg** [1]
49:16
**lights** [6]  30:2,
8;   40:25;
42:2, 15, 20
**likely** [1]
27:23

**lines** [2]
15:20;  16:1
**listed** [4]
25:23,   24;
38:16, 17
**lived** [3]
15:12;   37:23;
46:14
**lives** [1]  12:4
**local** [2]
21:12;  27:15
**located** [3]
11:25;   19:20;
26:14
**location** [13]
12:12,   13;
13:4;   18:13,
16;   19:17;
20:9;   26:3;
27:10,   16;
29:10, 23;  38:3
**look** [2]  33:15;
37:15
**looking** [1]
38:15
**looks** [4]
37:24,   25;
39:16;  40:10
**loop** [1]  41:18
**lots** [1]  25:9
**lycoming** [37]
1:8;  2:10;  5:7,
11,   14,   18;
6:12,  13,   18;
7:4, 8;   8:2, 9,
10;  9:6;  11:1,
12;   12:19;
14:20;   16:23;
19:13,   20;
20:2, 6;  21:14;
26:15, 20, 22;
27:12,   21;
28:20;   29:12;
30:4, 11

- M -

**ma'am** [1]
46:24
**main** [1]  12:21

**maintain** [1]
47:19
**managed** [1]
27:14
**manpower** [1]
9:3
**march** [3]
1:16;   5:15;
49:20
**mark** [3]  2:8;
38:23;  42:22
**marked** [6]
3:14;   20:17;
28:4;   30:21;
31:11;  43:1
**marker** [1]
37:21
**marshall** [1]
2:9
**matter** [1]
30:12
**matthew** [10]
9:20, 25;  12:4;
14:2,   10;
16:19;  17:1, 6;
21:1;  23:1
**mccormick** [2]
1:17;  2:2
**mean** [11]  6:5;
15:13;   17:2;
18:21;   23:19;
24:2;   27:5;
32:3;   33:7;
36:13;  48:10
**means** [2]
48:13, 14
**members** [1]
11:12
**mentioned** [1]
37:4
**middle** [1]  1:1
**might** [3]  13:6;
37:25;  39:17
**mile** [5]  13:12;
20:6;   30:10,
23;  40:12
**miles** [2]
40:22, 23
**miller** [14]
38:8;   40:4, 5,

9, 13, 15;
41:10, 17, 22,
25; 42:6, 11;
46:17; 48:1
**mind** [1] 38:23
**minute** [3]
34:25; 35:3;
37:15
**minutes** [1]
36:14
**months** [2]
5:25
**moosic** [1]
2:10
**most** [1] 13:10
**moved** [1]
36:15
**multiple** [1]
12:23
**multitude** [1]
41:23

## - N -

**name** [2] 5:2;
46:12
**names** [1]
18:19
**narcotic** [1]
11:23
**narcotics** [3]
6:13, 19; 7:4
**narrow** [1]
16:2
**necessarily** [1]
7:25
**need** [5] 4:23;
6:24; 8:21;
32:6; 44:19
**needed** [3]
20:24; 32:8;
46:23
**neighborhood**
[2] 17:9, 11
**neu's** [3] 9:19,
21; 10:1
**never** [2]
17:12; 46:25
**next** [2] 34:24;
35:16

**normally** [2]
8:22, 24
**north** [3]
12:22; 29:12;
30:5
**notary** [1] 49:4
**nothing** [4]
33:19; 44:1;
48:19; 49:8
**notification** [1]
28:22
**notified** [3]
23:6, 7; 29:7
**notify** [2] 8:14;
19:14

## - O -

**object** [1] 7:10
**objections** [1]
4:5
**observe** [2]
33:24; 35:5
**observed** [2]
14:10; 28:20
**obviously** [5]
12:20; 18:7;
27:5; 32:5;
34:9
**occurred** [2]
14:17; 37:18
**occurs** [1]
16:17
**october** [13]
5:10, 21; 6:11,
15; 7:9, 15;
9:8, 18, 24;
10:7, 8; 17:16,
24
**offering** [1]
8:16
**officer** [33]
5:23; 6:2, 9;
9:9, 14; 10:10,
13, 17; 11:5,
6; 16:25;
17:21, 22;
18:9, 10, 11,
23; 19:2, 10;
20:18; 21:4;

25:20; 26:7;
27:19; 32:16;
41:8, 19;
43:18; 44:18,
19; 46:13;
47:14
**officers** [14]
11:11; 15:5;
16:8; 20:18;
21:15; 23:21;
24:17; 26:23;
28:1; 34:15,
17; 36:9;
39:14; 46:19
**often** [3] 7:5;
8:1; 14:13
**once** [5] 25:11;
26:4; 30:7;
40:4, 9
**onto** [11]
19:17; 20:1;
27:22; 30:17,
18; 38:12;
40:4, 19, 21;
41:17
**open** [4] 32:2;
33:5, 7; 34:8
**opened** [3]
32:14, 22; 33:4
**opening** [1]
33:6
**opportunity** [1]
20:3
**oral** [1] 49:8
**orders** [3]
31:17, 24;
34:20
**originally** [1]
14:24
**outlet** [1] 40:5
**outside** [1]
17:3

## - P -

**p.o.** [2] 2:6, 9
**painted** [2]
15:20; 16:1
**park** [1] 27:7

**parked** [2]
28:8; 47:24
**parking** [1]
25:9
**part** [7] 5:7;
7:16, 20;
20:14; 43:13;
44:17; 45:18
**parties** [2]
4:3; 49:10
**pass** [2] 15:24;
37:12
**passed** [1]
29:10
**passenger** [2]
32:25
**past** [13]
12:13; 13:15,
19; 14:1, 14;
15:5; 20:16,
22; 28:1;
39:15; 41:10,
15, 22
**patrol** [4]
11:2, 6; 21:13;
43:21
**patrolmen** [1]
11:18
**patted** [1] 35:7
**paved** [1] 16:3
**pennsylvania**
[7] 1:1, 18, 24;
2:3, 10; 49:2,
16
**perfectly** [1]
4:22
**person** [1]
9:20
**personally** [2]
17:5; 49:5
**phone** [14]
7:15; 10:14;
14:4, 5; 16:7;
22:15, 24;
23:11, 14, 23;
24:1, 8, 13;
28:25
**photograph** [1]
12:9
**picked** [1] 24:5

**place** [4]   1:17;
10:25;     19:7;
33:24
**placed**     [1]
27:25
**plaintiff** [7]
1:3,  14,  25;
3:14;     22:16,
25;  43:14
**plaintiff's** [3]
3:15;     42:23;
43:1
**plan** [7]  18:5;
20:13;     26:4,
24;  27:1, 4, 8
**planning**     [1]
14:25
**plus** [1]  20:2
**point**     [12]
12:6;     24:2;
26:2, 9;  28:21;
31:19;     32:4;
33:22;     34:2,
12, 19;  48:1
**police**     [36]
5:11,  12,  14,
18, 23;  6:2, 6,
9,   12;    7:8;
8:2,  10,  22;
9:2, 23;  10:12;
11:1, 12;  12:1,
17;  14:10, 11;
20:10;     21:4,
15;     33:5;
34:15,     17;
35:5;   43:18;
44:18,     24;
45:10,     22;
46:1;  47:15
**poorly**     [2]
42:13;  44:23
**positioned** [1]
35:24
**possibility** [1]
13:5
**post** [1]  18:14
**prescribed** [1]
12:12
**present**     [7]
1:22;       2:1;

8:15;       11:4;
12:8;       14:8;
16:19
**presented** [1]
14:1
**presenting** [1]
16:13
**pretty** [2]  8:8;
17:10
**previous**     [1]
24:11
**previously** [6]
12:17;     21:2;
22:2;     24:16,
19;  44:4
**proceeded**   [2]
12:6;  30:3
**processing** [2]
5:7;  6:9
**produced**    [1]
42:25
**properly**    [1]
35:24
**propounded** [1]
49:9
**provide**     [3]
12:7;     27:2;
45:17
**provided**    [1]
22:1
**providing**   [1]
9:3
**prying** [1]  33:8
**public**     [4]
1:15, 24;  49:5,
24
**pull** [4]  30:14;
32:23;  33:15;
42:9
**pulled**     [6]
29:23;   31:13;
33:12;   38:11,
12;  41:6
**purchased**   [1]
16:17
**purchases**   [1]
12:13
**pursuit**     [1]
25:10

**- Q -**

**questioned** [1]
24:5
**questions**   [9]
4:25;     38:24;
46:3, 11;  47:3,
4, 5;  49:9, 14

**- R -**

**radio** [8]  23:6,
7;       24:5;
28:13, 19, 25;
29:22;  36:3
**radioed**     [3]
29:8;     30:12;
42:9
**rail** [2]  47:25
**rails** [1]  35:23
**ranks**       [1]
21:14
**rapid** [1]  30:23
**rate** [1]  30:24
**reach**       [2]
18:18;  32:23
**reached**     [1]
20:4
**read** [1]  22:21
**really**      [4]
14:12;   44:1, 4;
48:14
**rear** [2]  32:25;
33:1
**reason**      [2]
15:10;  26:7
**reasons**     [2]
13:4;  34:15
**receive**     [1]
21:9
**received**    [3]
7:14, 15;  10:14
**record** [3]  5:3;
17:1;  24:18
**recross** [1]  3:2
**redirect**    [2]
3:2;  47:12
**reduced**     [1]
49:17

**refer**       [2]
18:20, 23
**referred**    [1]
7:5
**referring**   [2]
18:24;  19:3
**relayed**     [2]
23:10, 14
**remember**   [11]
16:4,     22;
22:11,     18;
25:2,  17,  18;
26:1;     29:19;
31:2, 24
**repeat**      [1]
22:20
**rephrase**    [1]
4:21
**reported**    [1]
14:11
**reporter**    [2]
49:16, 18
**reporter-notary**
[2]       1:15;
49:24
**represent**   [1]
46:12
**request**     [2]
6:18;  8:7
**requesting** [1]
10:15
**reserved**    [1]
4:6
**residence**   [2]
14:7;  18:18
**residential** [2]
12:24
**residents**   [2]
13:10;  27:3
**resist**      [1]
33:22
**respective** [2]
4:3;  49:10
**response**    [8]
10:18;     22:14,
21, 23;  29:21;
44:21;  45:2, 12
**responses**   [1]
22:12

**retired** [3] 5:15; 6:2; 46:2
**reword** [1] 45:6
**rick** [1] 38:6
**right** [21] 7:5; 10:9; 13:16; 16:5; 18:20; 22:7; 25:17; 29:23; 32:24; 35:17; 38:12, 20; 39:11, 18, 20, 21; 40:2; 43:15; 47:25; 48:20
**road** [60] 12:19, 21; 13:8, 9, 12; 14:20, 22, 23; 15:2; 18:14; 19:14, 18, 20; 20:1, 6, 7, 16, 22; 26:15, 20, 22; 27:12, 21; 28:21; 29:13, 14; 30:5, 11, 16, 18; 31:11; 38:8, 12, 13, 15; 39:17; 40:4, 6, 9, 13; 41:9, 11, 17, 22, 25; 42:6, 11, 12; 46:17, 20; 47:16, 19; 48:5, 11, 12
**roads** [3] 15:21; 48:8, 10
**roadway** [1] 13:11
**roan** [1] 19:21
**roan's** [1] 39:6
**role** [2] 9:3, 7
**room** [2] 11:2, 3
**roughly** [4] 5:21, 22; 36:12; 37:22
**route** [8] 15:2, 4; 19:13;

23:17; 26:17; 29:13; 38:13
**runs** [1] 30:5
**rural** [1] 13:9

--- - S -

**safe** [1] 20:20
**safer** [1] 13:6
**safest** [1] 27:2
**safety** [8] 13:4; 15:6, 13, 18; 18:7; 20:21; 34:15; 35:22
**sale** [2] 22:17; 23:2
**scene** [1] 36:17
**scribbling** [1] 43:5
**sealing** [1] 4:4
**search** [4] 35:5, 6, 8; 44:1
**section** [1] 44:8
**seeing** [2] 18:8; 26:1
**seem** [1] 14:9
**select** [1] 27:16
**selected** [1] 26:3
**separate** [1] 9:6
**sergeant** [11] 7:12, 13; 9:16, 17; 10:14, 17; 11:5; 20:21; 36:2, 7, 17
**serve** [1] 8:11
**service** [2] 21:20, 21
**services** [1] 12:2
**shawna** [2] 2:5; 46:12

**short** [3] 27:24; 29:5; 30:9
**shout** [1] 34:20
**shouting** [2] 31:17, 25
**show** [4] 12:10; 22:19; 28:9; 37:11
**showed** [1] 25:20
**side** [8] 12:24; 24:1; 25:3, 7; 31:13; 32:20, 25; 38:18
**sign** [2] 43:6, 8
**signal** [5] 41:24; 42:1, 11, 15, 19
**signing** [1] 4:3
**siren** [2] 30:2, 8
**sirens** [4] 40:25; 42:3, 15, 20
**site** [1] 23:3
**situations** [1] 32:7
**six-tenths** [1] 40:12
**slight** [1] 30:21
**small** [1] 15:16
**someplace** [3] 13:5; 15:7; 27:14
**sometimes** [1] 22:6
**somewhere** [6] 8:10, 11; 18:14; 19:13; 26:15; 39:7
**soon** [2] 41:4
**sorry** [8] 5:15; 6:21; 10:8; 11:17; 18:10; 22:6; 35:1; 43:5

**sort** [1] 31:9
**sound** [1] 25:17
**south** [1] 30:5
**specialized** [1] 21:16
**specific** [2] 23:16; 27:16
**specifically** [2] 7:25; 24:12
**specifics** [1] 24:21
**speculate** [1] 28:14
**spell** [1] 5:2
**spot** [1] 26:15
**spots** [1] 30:14
**spread** [1] 15:17
**square** [2] 1:24; 39:13
**staged** [1] 39:1
**start** [1] 4:25
**started** [1] 42:11
**state** [2] 5:2; 21:11
**states** [1] 1:1
**station** [1] 20:10
**stationed** [2] 41:9; 47:14
**stay** [1] 36:17
**stayed** [4] 20:12, 14; 32:5, 7
**steep** [1] 48:4
**stenographically** [1] 49:15
**sticks** [5] 20:19; 28:1, 7; 35:21; 48:16
**still** [7] 6:1, 8; 16:1; 20:23; 35:18; 40:10; 48:3
**stipulated** [1] 4:2

**stipulation** [1] 4:1

**stood** [1] 34:8

**stop** [31] 5:13; 7:2; 13:3, 6; 15:1, 4, 10; 18:5; 19:7; 20:4, 9, 18, 20; 26:3, 6, 9, 25; 27:2, 9, 17, 25; 28:1, 7; 29:16, 20; 37:18; 43:24, 25; 46:19; 48:16

**stopped** [7] 30:8, 18; 31:7, 9; 39:10, 23; 43:22

**stopping** [5] 7:23; 14:25; 30:12; 31:6; 42:10

**storage** [1] 19:22

**straight** [2] 41:10, 22

**street** [2] 1:18; 2:3

**streets** [1] 12:24

**stretch** [1] 30:23

**strike** [2] 15:9; 28:17

**strip** [1] 46:19

**strips** [2] 39:14; 41:9

**stuff** [3] 17:9; 32:7; 36:15

**subscribed** [1] 49:20

**substance** [1] 44:14

**sumpter** [17] 9:20, 25; 12:4, 14; 13:16; 14:2, 4, 11; 15:12; 16:16, 24; 17:6; 18:18; 21:1;

23:1; 37:23; 46:14

**sumpter's** [9] 12:12, 18; 13:8; 16:20, 21, 23; 17:1; 37:18; 40:14

**supermarkets** [1] 12:25

**support** [2] 9:3, 7

**supported** [1] 17:8

**suppose** [1] 27:15

**surveillance** [3] 19:11, 12

**sworn** [3] 4:11; 49:7

- T -

**tack** [2] 39:14; 41:9

**taking** [1] 49:12

**taught** [2] 22:4; 35:21

**tells** [1] 44:19

**tenths** [1] 20:6

**testified** [2] 4:11; 49:10

**testify** [1] 49:7

**testimony** [2] 24:17; 49:19

**thank** [4] 43:11; 46:4; 47:2; 48:18

**themselves** [1] 35:24

**thoroughfare** [1] 48:15

**thought** [1] 19:24

**three** [2] 5:25; 38:2

**through** [3] 18:15; 21:14, 24

**throughout** [1] 40:8

**throw** [1] 33:19

**timeline** [1] 10:9

**today** [1] 5:8

**together** [1] 26:24

**took** [3] 26:2; 30:9; 33:13

**total** [1] 5:18

**totally** [1] 9:6

**towards** [2] 30:5; 37:21

**towed** [1] 37:3

**township** [17] 1:8; 2:10; 5:12, 14, 18; 6:12; 7:8; 8:2, 10; 9:23; 11:1, 12; 12:1; 21:14; 27:3; 38:13

**traffic** [2] 26:3, 6

**trailer** [1] 19:21

**trained** [2] 44:20; 45:11

**training** [5] 21:5, 11, 24; 44:17; 45:1

**trainings** [1] 21:9

**transcript** [3] 22:7; 42:24; 43:8

**travel** [2] 19:21; 30:7

**trial** [1] 4:6

**tried** [2] 21:15; 48:16

**trooper** [3] 29:10; 35:9, 10

**trout** [1] 12:23

**truck** [1] 37:6

**truth** [3] 49:7, 8

**trying** [1] 22:10

**turn** [12] 13:13; 20:7; 27:22; 39:21; 40:19, 21; 41:24; 42:1, 10, 11, 15, 19

**turned** [9] 19:17; 30:1, 17; 40:4, 25; 41:1, 5; 42:12

**turning** [2] 20:1; 41:17

**turns** [1] 40:10

**two-lane** [1] 13:9

**typewriting** [1] 49:17

**tyson** [5] 1:6; 2:4; 19:11; 26:14; 28:19

- U -

**under** [3] 34:19; 44:8; 49:17

**undercover** [5] 18:13; 19:6, 13; 26:12; 34:5

**undersigned** [1] 49:4

**understand** [3] 4:20; 13:24; 44:22

**union** [1] 49:1

**unit** [5] 6:9, 13, 19; 7:5; 20:17

**united** [1] 1:1

**unusual** [1] 24:4

**used** [3] 11:2; 18:11; 21:6

**using** [2] 21:9; 22:1

**usually** [2] 16:17; 43:23

**- V -**

**various** [2] 21:16
**vehicle** [22] 7:23; 18:13; 19:12; 26:5, 9, 11; 30:2; 31:7, 9; 34:2, 4, 10; 35:6, 18, 23; 37:3, 18; 39:10; 41:5; 43:22, 25; 47:15
**voice** [1] 23:22
**volunteer** [1] 21:20

**- W -**

**waited** [1] 28:11
**waiting** [2] 28:9; 39:1
**waived** [1] 4:4
**warrant** [1] 8:11
**warrants** [1] 44:2
**weekly** [1] 8:5
**west** [2] 1:18; 2:3
**whereof** [1] 49:19
**white** [2] 2:2; 47:4
**whole** [1] 49:7
**wilkes-barre** [1] 1:24
**william** [1] 2:5
**williamsport** [5] 1:9, 18; 2:3, 7; 12:22
**window** [1] 32:11
**wise** [1] 22:10
**within** [3] 7:22; 34:25; 36:14

**without** [2] 30:3; 31:6
**witness** [9] 4:10; 7:12; 39:5; 43:5, 10; 46:5, 8; 49:6, 13
**witnesses** [1] 3:1
**wooded** [1] 13:9
**worded** [2] 42:13; 44:24
**words** [1] 8:4
**worked** [2] 21:1; 26:24
**write** [2] 43:14, 15
**written** [1] 22:12
**wrote** [4] 22:14, 23; 43:9, 14

**- Y -**

**yards** [1] 15:16
**year** [1] 25:14
**years** [6] 5:19, 21, 24, 25; 21:4, 19
**yielding** [1] 31:6
**yourself** [1] 6:1



**Google** Maps     416 Brentwood Dr



Map data ©2024     500 ft