# EXHIBIT F

**LYCOMING COUNTY NARCOTICS ENFORCEMENT UNIT**
**NARCOTICS INVESTIGATION REPORT PAGE #**

**ORIGINAL DATE OF INCIDENT:** 4/15/2020          **CASE NUMBER:** 20-03528
**OFFICER SUBMITTING REPORT:** Detective Anderson          **BUY NUMBER:** 1
**DATE OF INCIDENT:** 4/15/2020
**TOTAL RESTITUTION:** 0.00
**LAW ENFORCEMENT PERSONNEL  INVOLVED** Loudenslager, Dent, Havens, Edkin, Caschera

**CLASSIFICATION OF REPORT:**  ☒ INITIAL  ☐ SUPPRESSION  ☐ SENTENCING
                              ☐ SUPPLEMENTAL  ☐ TRIAL  ☐ CLOSED
                              ☐ ARREST  ☐ FORFEITURE  ☐ DESTRUCTION
                              ☐ PRELIM. HEARING

☐ SCHOOL ZONE     ☐ PROB/PAROLE     ☐ FIRE ARMS ENHANCEMENT     ☐ FORFEITURE
REQUIRED

**Synopsis:** This report involves the illegal sale and distribution of narcotics. On Wednesday April 15, 2020, Matthew Sumpter delivered (8) suspected Gabapentin pills and (3) suspected Suboxone pills to a confidential informant at 2034 Lycoming Creek Road in Old Lycoming Township.

**Suspect and Subject Information:**
Matthew Thomas Sumpter
416 Brentwood Drive, Cogan Station, P.A. 17728
DOB ███████
OLN 27719040
SOC ███████
SID 348-14-34-1
PHONE 484-725-0846

**OTN/LTN:**

**Evidence:**          ☐ LAB REQUEST  SUBMITTED     ☐ LAB ANALYSIS RECEIVED
See attached Spillman report.

**Attachments:** ☒ SPILLMAN  ☐ LAB REPORT  ☐ CRIMINAL COMPLAINT  ☐ SEARCH WARRANT
                 ☒ PHOTOS/ AUDIO/ VIDEO  ☐ STATEMENTS  ☐ RIGHTS WAIVERS
                 ☒ OTHER  Criminal History

#515
4/16/20                              4/17/20

## LYCOMING COUNTY NARCOTICS ENFORCEMENT UNIT
## NARCOTICS INVESTIGATION REPORT PAGE #

**NARRATIVE:**

On Wednesday April 15, 2020 Detective Loudenslager and myself, through the use of confidential informant 20-16 (referred hereon as CI) arranged for the controlled purchase of narcotics on Lycoming Creek Road, in Old Lycoming Township. The following times are approximate.

1258 hours- Detective Loudenslager and I met the CI at a predetermined location. I then strip-searched the CI (nothing found). Detective Loudenslager searched the CI's vehicle (nothing found). CI advised us that the CI contacted the target, who the CI identified as Matthew Sumpter, by calling 484-725-0846 at 1125 hours on this date. CI advised that SUMPTER agreed to be picked up by the CI and said he would take the CI to purchase Xanax pills. SUMPTER then told the CI that he would be waiting for him at the Dollar General, 2062 Lycoming Creek Road.

1302 hours- Detective Loudenslager and I followed the CI vehicle as it traveled from the predetermined location to Dollar General.

1311 hours- CI vehicle stopped on Greene Avenue. Detective Loudenslager installed and initiated the audio and video recording device in the CI vehicle.

1309 hours- CI provided detectives with a description of SUMPTER. CI described him as a white male with blonde hair and stalky build and always wears a sweatshirt with the hood up. Detective Dent relayed that there was a male matching that description at the HR Block parking lot. Detective Dent advised that the male was wearing a camouflaged sweatshirt with the hood up. The male was also wearing a ball cap and black sweatpants and orange shoes.

1314 hours- Detective Loudenslager and I followed the CI vehicle from Greene Ave, toward Dollar General. The CI vehicle then entered the rear of the Right Aid parking lot and continued to the front, toward Dollar General.

1315 hours- Detective Dent advised that he was able to see the CI vehicle. He advised the CI vehicle pulled into the parking lot of Dollar General and the male in the camouflaged sweatshirt entered the front passenger seat of the vehicle.

1316 hours- Detective Dent advised that the CI vehicle traveled north on Lycoming Creek Road and that he was following it.

1321 hours- CI vehicle traveled east on Eckard Road. Detective Loudenslager and I continued to follow the CI vehicle.

1323 hours- CI vehicle traveled onto Miller Road, which advised that it had no outlet. Detective Loudenslager and I staged at the bottom of Miller Road and waited for contact from the CI.

1325 hours- The CI contacted Detective Loudenslager by phone and advised that SUMPTER had provided the CI with prescription pills. The CI advised that SUMPTER was dropped off at a residence and the CI was traveling back to Eckard Road.

1326 hours- The CI emerged at the intersection of Miller Road and Eckard Road.

1327 hours- CI vehicle puled over on Eckard Road near Lycoming Creek Road. Detective Loudenslager confiscated the prescription pills from the CI. The CI advised that SUMPTER did not charge the CI any money for the pills. SUMPTER told the CI that the CI took too long to contact him, which resulted in the Xanax dealer running out of pills to sell. SUMPTER delivered the CI eight white pills stamped "NT 151" and three orange pills stamped "970" instead. The CI advised that the CI then dropped SUMPTER off at his residence. We then followed the CI back to the predetermined location.

1338 hours- CI arrived at the predetermined location. I then searched the CI (nothing found). Detective Loudenslager searched the CI vehicle (nothing found).

(Continued)

**SIGNATURE OF REPORTING OFFICER:** _____ #515

**DATE:** 4/16/20

**SUPERVISOR INITIALS /DATE:** _____ 4/17/20

Dent and Havens Production 023

**LYCOMING COUNTY NARCOTICS ENFORCEMENT UNIT**
**NARCOTICS INVESTIGATION REPORT PAGE #**

**Continued:**

1352 hours- Detective Loudenslager and I conducted a CI debrief with the CI. The following is a synopsis of the debrief. The CI advised that when he first arranged the deal with SUMPTER over the phone it was for as many Xanax or any type of prescription drug they could get. SUMPTER told the CI that he was going to pay $2.00 per pill and was going to charge the CI $4.00 per pill. SUMPTER told the CI to pick him up at the Dollar General and the CI could drive SUMPTER to purchase the Xanax from a person near Dunkin Donuts in Newberry. The CI said that when he picked SUMPTER up, SUMPTER told the CI that the dealer no longer had anymore Xanax. SUMPTER then directed the CI to drive him to his residence on Brentwood Drive, in Cogan Station. The CI said that once they arrived at the residence SUMPTER first provided the CI with $10.00 for gas. The CI told SUMPTER that the CI did not want gas money. The CI said SUMPTER then provided the CI with eight suspected Gabapentin pills and three suspected Suboxone pills. Refer to the CI debrief audio for the entire debrief.

At the conclusion of the debrief, Detective Loudenslager and myself than transported the CI, so the CI could identify the residence that SUMPTER was taken too. The CI identified the residence as 416 Brentwood Drive, Cogan Station. The CI was then paid $40.00 and released.

Using the physical description of the prescription pills and the stamped identifiers, we were able to identify them as Gabapentin and Suboxone. The prescription pills were photographed and entered into evidence following agency policies and procedures and will be sent for testing to confirm their identity. I was provided the video and audio from Detective Loudenslager. The male seated in the passenger seat of the CI vehicle matched the photograph of Matthew Sumpter. Previous incidents involving SUMPTER show his address to be 416 Brentwood Drive. A photograph of SUMPTER and his criminal history are attached to this report.

During the course of the controlled buy the CI did have on their person electronic surveillance equipment. This investigation yielded (1) piece of electronic surveillance evidence; both audio and video. This evidence was collected in accordance with Title 18, Chapter 57 and entered into evidence          .
The images and audio from that equipment were transferred to DVD and added to this report; see for additional details. |

Nothing further.

**MONEY EXPENDED DURING INVESTIGATION:**

**DATE OF EXPENDITURE:** 04/15/2020

**AMOUNT OF EXPENDITURE:** $40.00

**REASON FOR EXPENDITURE:** Paid CI 20-16

**SIGNATURE OF REPORTING OFFICER:** | #515

**DATE:** | 4/16/20

**SUPERVISOR INITIALS /DATE:** | 4/17/20

Dent and Havens Production 024

## LYCOMING COUNTY NARCOTICS ENFORCEMENT UNIT
## CONTINUATION REPORT

**CASE NUMBER**     : 20-003528
**DATE**              : 4/15/20
**OFFICERS PRESENT**   : Loudenslager

### Synopsis:

On Wednesday, April 15, 2020, I Detective Loudenslager, employed by the Lycoming County District Attorney's Office Narcotics Enforcement Unit, did assist Detective Anderson with a controlled buy of prescription pills.

At approximately 13:11: I equipped CI 20-16 with an electronic surveillance device and activated said device.

At approximately 13:28: I met with CI 20-16 and deactivated the electronic surveillance equipment.

The recording from the electronic surveillance device was downloaded and entered into evidence as per PA Title 18 Chapter 57.

Nothing Further.

OFFICER NAME/SIGNATURE:

Page # 1

4/17/20

Dent and Havens Production 025

## LYCOMING COUNTY NARCOTICS ENFORCEMENT UNIT
## CONTINUATION REPORT

**CASE NUMBER**     : 20-03528
**DATE**                     : 4/15/2020
**OFFICERS PRESENT**  : DET. DENT

### Synopsis:

On Thursday, April 15, 2020, I Detective Dent, employed by the Lycoming County District Attorney's Office Narcotics Enforcement Unit, did conduct surveillance of a controlled buy in the area of Lycoming Creek Road, Old Lycoming Township. A confidential informant was utilized during the controlled buy, hereinafter referred to as CI.

At approximately 1309: I pulled into the Dollar General parking lot on Lycoming Creek Road and viewed a white male matching the description that Detective Loudenslager had given out. The male was wearing a camouflage hooded sweatshirt, black sweatpants, and orange shoes.

At approximately 1315: I observed the CI vehicle pull into the Dollar General parking lot and pick up the white male. The CI vehicle then proceeded to pull out to Lycoming Creek Road and travel northbound. I left my surveillance position and followed the CI vehicle northbound on Lycoming Creek Road. I maintained a constant visual of the vehicle.

At approximately 1321: I observed the CI vehicle turn eastbound on Eckard Road. I relayed this to surveillance units behind me and they followed the CI vehicle. I continued north on Lycoming Creek Road.

Nothing Further.

OFFICER NAME/SIGNATURE:        #508

Page # 1 of 1

4/17/20

Dent and Havens Production 026

## LYCOMING COUNTY NARCOTICS ENFORCEMENT UNIT
## NARCOTICS INVESTIGATION REPORT PAGE #

**ORIGINAL DATE OF INCIDENT:** 4/15/2020          **CASE NUMBER:** 20-03528
**OFFICER SUBMITTING REPORT:** Detective Dent          **BUY NUMBER:** Not Applicable
**DATE OF INCIDENT:** 9/24/2020
**TOTAL RESTITUTION:** 0.00
**LAW ENFORCEMENT PERSONNEL INVOLVED** Det. Dent

**CLASSIFICATION OF REPORT:**

☒ INITIAL          ☐ SUPPRESSION          ☐ SENTENCING
☐ SUPPLEMENTAL     ☐ TRIAL                ☐ CLOSED
☐ ARREST           ☐ FORFEITURE           ☐ DESTRUCTION
☐ PRELIM. HEARING

☐ SCHOOL ZONE          ☐ PROB/PAROLE          ☐ FIRE ARMS ENHANCEMENT          ☐ FORFEITURE
REQUIRED

**Synopsis** This report involves the application of and execution of a Search Warrant at 416 Brentwood Drive, Cogan Station, PA 17728, Lycoming County.

**Suspect and Subject Information:**
Matthew SUMPTER
416 Brentwood Drive
Cogan Station, PA 17728
DOB: ▮▮▮▮▮▮
SID: 34814341
SSN: ▮▮▮▮▮▮
Phone: (484) 725-0846

**OTN/LTN:**

**Evidence:**          ☐ LAB REQUEST SUBMITTED     ☐ LAB ANALYSIS RECEIVED
See attached Spillman report.

**Attachments:** ☒ SPILLMAN  ☐ LAB REPORT  ☐ CRIMINAL COMPLAINT  ☐ SEARCH WARRANT
☐ PHOTOS/ AUDIO/ VIDEO  ☐ STATEMENTS  ☐ RIGHTS WAIVERS
☐ OTHER

*#508*
*9/28/20*

Dent and Havens Production 044

**LYCOMING COUNTY NARCOTICS ENFORCEMENT UNIT**
**NARCOTICS INVESTIGATION REPORT PAGE #**

<u>NARRATIVE:</u>

On September 23, 2020 NEU CI 20-16, contacted me with information regarding Matthew SUMPTER, a known Heroin/Fentanyl user in the Williamsport Area. SUMPTER lives with his parents at 416 Brentwood Drive, Cogan Station, PA 17728.

CI 20-16 stated that SUMPTER had made several trips to Philadelphia in the past few weeks and had been there as recently as the morning of September 23rd. CI 20-16 stated that SUMPTER had recently started to sell Fentanyl in the Williamsport Area and SUMPTER would ask CI 20-16 to try and find him customers. CI 20-16 stated they were asked by SUMPTER to come to SUMPTER's house on the evening of September 23rd to see what he had brought back from Philadelphia. SUMPTER had a pill bottle full of what he said was Fentanyl and had said he had just spent $1600 on the drug while in Philadelphia. CI 20-16 was able to take pictures of the pill bottle and send them to me. CI 20-16 stated that SUMPTER indicated that he had more than just the pill bottle of Fentanyl and said that SUMPTER would usually keep it in a room in the basement area of his residence.

On September 24, 2020 I applied for a Sealed Search Warrant for 416 Brentwood Drive based on the information that CI 20-16 had provided to me and was approved by President Judge Butts.

At approximately 1430: Members of the NEU traveled to 416 Brentwood Drive where SUMPTER's mother was encountered in the open garage. When asked where her son Matt was, she indicated that he was in the basement. Detective Havens and myself went to the basement where SUMPTER was encountered laying on the couch. SUMPTER was placed in handcuffed and searched. I then took SUMPTER out to my unmarked police car and placed him in the back seat.

At approximately 1438: I provided SUMPTER with his Miranda Rights in which he understood and agreed to speak to me. SUMPTER said that there was small bags of Fentanyl in his closet in his bedroom as well as personal use Marijuana. SUMPTER indicated that he gets his Fentanyl from a black male in Williamsport named Anthony BARASKY. SUMPTER stated that he can call BARASKY at any time and was able to meet him shortly after to purchase the Fentanyl.

At approximately 1525: The Search Warrant was completed and SUMPTER was released on his own recognizance. A copy of the front page of the warrant and the Receipt/Inventory of Seized Property form was left on the dining room table. Notable items found during the search are:

1) SW1: Small plastic bag containing suspected Fentanyl found by #515 in Room#1 on the top closet shelf inside a prescription pill bottle. Approximately .6 grams.
2) SW2: Small plastic bag containing suspected Fentanyl found by #515 in Room #1 on the top closet shelf inside a prescription pill bottle. Approximately 2.42 grams.
3) SW3: Small amount of Marijuana by #515 in Room#1 on top of a book shelf inside a prescription pill bottle. Approximately 1.59 grams.

All evidence was photographed in place. Evidence was then weighed, photographed, and entered into evidence once back at NEU Headquarters.

Nothing Further.

**SIGNATURE OF REPORTING OFFICER:** *KM* #508
**DATE:** 9/28/20
**SUPERVISOR INITIALS /DATE:**

Dent and Havens Production 045

A COPY OF THIS FORM, WHEN COMPLETED, IS TO BE ATTACHED TO EACH COPY OF THE SEARCH WARRANTS/AFFIDAVIT

**Commonwealth of Pennsylvania**

**RECEIPT / INVENTORY**
**OF SEIZED PROPERTY**

**COUNTY OF** Lycoming

| Docket Number (Issuing Authority): | Police Incident Number: ~~20~~ 03528 | Warrant Control Number: |
|---|---|---|

| Date of Search: 9-04-20 | Time of Search: 1500 | Inventory Page Number: of     Pages |
|---|---|---|

~~Patrolman~~ Dent

*Affiant*

**Williamsport Bureau of Police**

*Agency or Address if private affiant*     *Badge No.*

The following property was taken / seized and a copy of this Receipt / Inventory with a copy of the Search Warrant and affidavit(s)  (if not sealed) was

☐ personally served on (name of person) _____

☐ was left at (describe the location) _____

| Item Number | Quantity | Item Description | Make, Model, Serial No., Color, etc. |
|---|---|---|---|
| Sw 1 | 1 | Small Plastic Bag Containing Fentanyl Rx 1 in closet top shelf ask prescription Pill Bottle #515 | |
| Sw 2 | 1 | Small Plastic Bag Containing Fentanyl Rx 1 in Closet top shelf inside Prescription Pill Bottle #515 | |
| Sw 3 | 1 | Small Amount marijuana Zn 1 on top of Bookshelf Inside Pill Bottle #515 | |
| Sw 4 | 1 | Fentanyl Paraphernalia - Needles, spoons (Destroyed) | |

I/we do hereby state that this Inventory is to the best of my/our knowledge and belief a true and correct listing of all items seized, and that I/we sign this Receipt / Inventory subject to the penalties and provisions of Title 18 Pa.C.S. 4904(b)—Unsworn Falsification to Authorities.

| _____ | _____ | _____ | _____ |
|---|---|---|---|
| **Signature of person issuing Receipt / Inventory** | **Printed Name** | **Affiliation** | **Badge or Title** |
| _____ | _____ | _____ | _____ |
| **Signature of Witness** | **Printed Name** | **Affiliation** | **Badge or Title** |
| _____ | _____ | _____ | _____ |
| **Signature of person making Search** | **Printed Name** | **Affiliation** | **Badge or Title** |

AOPC 413B 12-09-98

ISSUING AUTHORITY- CANARY   TO WHOM RECEIPT ISSUED - GOLDENROD   REPORT COPY - PINK

Dent and Havens Production 046

**LYCOMING COUNTY NARCOTICS ENFORCEMENT UNIT**
**NARCOTICS INVESTIGATION REPORT PAGE #**

**ORIGINAL DATE OF INCIDENT:** 4/15/2020          **CASE NUMBER:** 20-03528
**OFFICER SUBMITTING REPORT:** Detective Dent          **BUY NUMBER:** Not Applicable
**DATE OF INCIDENT:** 10/5/2020
**TOTAL RESTITUTION:** 0.00
**LAW ENFORCEMENT PERSONNEL INVOLVED** Det. Dent

**CLASSIFICATION OF REPORT:**

☐ INITIAL          ☐ SUPPRESSION          ☐ SENTENCING
☒ SUPPLEMENTAL          ☐ TRIAL          ☐ CLOSED
☐ ARREST          ☐ FORFEITURE          ☐ DESTRUCTION
☐ PRELIM. HEARING

☐ SCHOOL ZONE          ☐ PROB/PAROLE          ☐ FIRE ARMS ENHANCEMENT          ☐ FORFEITURE
REQUIRED

**Synopsis** This report involves the arrest of Matthew SUMPTER. SUMPTER was arraigned in front of MDJ Lepley and was given $25,000 signature bail.

**Suspect and Subject Information:**
Matthew SUMPTER
416 Brentwood Drive
Cogan Station, PA 17728
DOB: ▮▮▮▮▮▮▮
SID: 34814341
SSN: ▮▮▮▮▮▮
Phone: (484) 725-0846

**OTN/LTN:**

**Evidence:**          ☐ LAB REQUEST SUBMITTED          ☐ LAB ANALYSIS RECEIVED
See attached Spillman report.

**Attachments:** ☐ SPILLMAN   ☐ LAB REPORT   ☒ CRIMINAL COMPLAINT   ☐ SEARCH WARRANT
☐ PHOTOS/ AUDIO/ VIDEO   ☐ STATEMENTS   ☐ RIGHTS WAIVERS
☐ OTHER

#508
10/7/20

Dent and Havens Production 047