# EXHIBIT G

# POLICE CRIMINAL COMPLAINT
## COMMONWEALTH OF PENNSYLVANIA VS.

**COMMONWEALTH OF PENNSYLVANIA**
**COUNTY OF: LYCOMING**

Magisterial District Number: 29-3-04
MDJ: Hon. WILLIAM C. SOLOMON
Address: 1965 LYCOMING CREEK RD
WILLIAMSPORT, PA 17701
Telephone: (570)323-9982

**DEFENDANT:** (NAME and ADDRESS):
First Name: MATTHEW
Middle Name: THOMAS
Last Name: SUMPTER

416 BRENTWOOD DRIVE
COGAN STATION, PA 17728

### NCIC Extradition Code Type

- ☐ 1-Felony Full
- ☐ 2-Felony Ltd.
- ☒ 3-Felony Surrounding States
- ☐ 4-Felony No Ext.
- ☐ 5-Felony Pend.
- ☐ 6-Felony Pend. Extradition Determ.
- ☐ A-Misdemeanor Full
- ☐ B-Misdemeanor Limited
- ☐ C-Misdemeanor Surrounding States
- ☐ D-Misdemeanor No Extradition
- ☐ E-Misdemeanor Pending
- ☐ F-Misdemeanor Pending Extradition Determ.
- ☐ Distance: ___

### DEFENDANT IDENTIFICATION INFORMATION

| Docket Number | Date Filed | OTN/LiveScan Number | Complaint/Incident Number | Request Lab Services? |
|---|---|---|---|---|
| CR-124-70 | 10/02/2020 | U916851:3 | 20-03528 | ☐ YES ☐ NO |

| GENDER | DOB [redacted] | POB CALIFORNIA | Add'l DOB / / | Co-Defendant(s) ☐ |
|---|---|---|---|---|
| ☒ Male | First Name | Middle Name | Last Name | Gen. |
| ☐ Female | AKA | | | |

| RACE | ☒ White | ☐ Asian | ☐ Black | ☐ Native American | ☐ Unknown |
| ETHNICITY | ☐ Hispanic | | ☒ Non-Hispanic | | ☐ Unknown |

**HAIR COLOR:** ☐ GRY (Gray) ☐ RED (Red/Aubn.) ☐ SDY (Sandy) ☐ BLU (Blue) ☐ PLE (Purple) ☒ BRO (Brown) ☐ BLK (Black) ☐ ONG (Orange) ☐ WHI (White) ☐ XXX (Unk./Bald) ☐ GRN (Green) ☐ PNK (Pink) ☐ BLN (Blonde / Strawberry)

**EYE COLOR:** ☐ BLK (Black) ☒ BLU (Blue) ☐ BRO (Brown) ☐ GRN (Green) ☐ GRY (Gray) ☐ HAZ (Hazel) ☐ MAR (Maroon) ☐ PNK (Pink) ☐ MUL (Multicolored) ☐ XXX (Unknown)

| DNA | ☐ YES ☐ NO | DNA Location | | WEIGHT (lbs.) |
|---|---|---|---|---|
| FBI Number | 273115TC9 | | MNU Number | 160 |
| Defendant Fingerprinted | ☐ YES ☐ NO | | | Ft. HEIGHT In. |
| Fingerprint Classification: | | | | |

### DEFENDANT VEHICLE INFORMATION

| Plate # | State | Hazmat ☐ | Registration Sticker (MM/YY) / | Comm'l Veh. Ind. ☐ | School Veh. ☐ | Oth. NCIC Veh. Code | Reg. same as Def. ☐ |
| VIN | | Year | Make | Model | Style | Color | |

Office of the attorney for the Commonwealth ☒ Approved ☐ Disapproved because: ___

(The attorney for the Commonwealth may require that the complaint, arrest warrant affidavit, or both be approved by the attorney for the Commonwealth prior to filing. See Pa.R.Crim.P. 507).

MARTIN WADE — APPROVED VIA TELEPHONE — 10/2/2020
(Name of the attorney for the Commonwealth) (Signature of the attorney for the Commonwealth) (Date)

I, DETECTIVE DENT — 301041 / #508
(Name of the Affiant) (PSP/MPOETC-Assigned Affiant ID Number & Badge #)

of LYCOMING COUNTY DISTRICT ATTORNEY — PA0411300
(Identify Department or Agency Represented and Political Subdivision) (Police Agency ORI Number)

do hereby state: (check appropriate box)

1. ☒ I accuse the above named defendant who lives at the address set forth above
   ☐ I accuse the defendant whose name is unknown to me but who is described as ___

☐ I accuse the defendant whose name and popular designation or nickname are unknown to me and whom I have therefore designated as John Doe or Jane Doe
with violating the penal laws of the Commonwealth of Pennsylvania at [230] 2000 BLOCK OLD LYCOMING TOWNSHIP
(Subdivision Code) (Place-Political Subdivision)

in LYCOMING County [41] on or about 4/15/2020 - 9/24/2020
(County Code) (Offense Date)

AOPC 412A – Rev. 07/18                                     Page 1 of

Dent and Havens Production 053

# POLICE CRIMINAL COMPLAINT

| Docket Number: | Date Filed: 10/02/2020 | OTN/LiveScan Number | Complaint/Incident Number 20-03528 |
|---|---|---|---|
| Defendant Name | First: MATTHEW | Middle: THOMAS | Last: SUMPTER |

The acts committed by the accused are described below with each Act of Assembly or statute allegedly violated, if appropriate. When there is more than one offense, each offense should be numbered chronologically.
(Set forth a *brief* summary of the facts sufficient to advise the defendant of the nature of the offense(s) charged. A citation to the statute(s) allegedly violated, without more, is not sufficient. In a summary case, you must cite the specific section(s) and subsection(s) of the statute(s) or ordinance(s) allegedly violated.)

Inchoate Offense: ☐ Attempt 18 901 A   ☐ Solicitation 18 902 A   ☐ Conspiracy 18 903   Number of Victims Age 60 or Older _____

| Lead? | Offense# | Section | Subsection | of the | PA Statute (Title) | Counts | Grade | NCIC Offense Code | UCR/NIBRS Code |
|---|---|---|---|---|---|---|---|---|---|
| ☒ | 1 | 780-113 | A30 | of the | TITLE 35 | 1 | UFEL | 3530 | 18A/35A |

PennDOT Data (if applicable) ___   Accident Number ___   ☐ Interstate   ☐ Safety Zone   ☐ Work Zone

Statute Description (include the name of statute or ordinance): The Controlled Substance Drug, Device, and Cosmetic Act: Delivery of a Control Substance

Acts of the accused associated with this Offense: IN THAT, on 4/15/2020, the defendant did deliver a controlled substance being SUBOXONE. TO WIT: On 4/15/2020 the defendand did deliver 3 suspected SUBOXONE (Schedule III) pills to a confidential informant in the 2000 block of Lycoming Creek Road in Old Lycoming Township, PA, 17701, Lycoming County.

Inchoate Offense: ☐ Attempt 18 901 A   ☐ Solicitation 18 902 A   ☐ Conspiracy 18 903   Number of Victims Age 60 or Older _____

| Lead? | Offense# | Section | Subsection | of the | PA Statute (Title) | Counts | Grade | NCIC Offense Code | UCR/NIBRS Code |
|---|---|---|---|---|---|---|---|---|---|
| ☐ | 2 | 7512 | A | of the | TITLE 18 | 1 | FEL 3 | | |

PennDOT Data (if applicable) ___   Accident Number ___   ☐ Interstate   ☐ Safety Zone   ☐ Work Zone

Statute Description (include the name of statute or ordinance): Criminal use of a communication facility.

Acts of the accused associated with this Offense: IN THAT, on 4/15/2020, the defendant did use a communication facility to commit, cause, or facilitate the commission or the attempt therof of any crime which constitutes a felony under this title or under the act of April 14, 1972 known as The Controlled Substance, Drug, Device and Cosmetic Act. TO WIT: On 4/15/2020 the defendant did utilize cellular telephone number (484) 725-0846 to facilitate the delivery of 3 suspected Suboxone (Schedule III) pills in the 2000 block of Lycoming Creek Road in Old Lycoming Township, PA, 17701, Lycoming County.

Inchoate Offense: ☐ Attempt 18 901 A   ☐ Solicitation 18 902 A   ☐ Conspiracy 18 903   Number of Victims Age 60 or Older _____

| Lead? | Offense# | Section | Subsection | of the | PA Statute (Title) | Counts | Grade | NCIC Offense Code | UCR/NIBRS Code |
|---|---|---|---|---|---|---|---|---|---|
| ☐ | 3 | 780-113 | A16 | of the | TITLE 35 | 1 | UMIS | 3512 | 18E/35A |

PennDOT Data (if applicable) ___   Accident Number ___   ☐ Interstate   ☐ Safety Zone   ☐ Work Zone

Statute Description (include the name of statute or ordinance): The Controlled Substance Drug, Device, and Cosmetic Act: Possession of a Controlled Substance.

Acts of the accused associated with this Offense: IN THAT, on 9/24/2020, the defendant did knowingly, intentionally, and unlawfully possess a controlled substance being suspected FENTANYL (Schedule II). TO WIT: On 9/24/2020 the defendant did possess approximately 3 grams of suspected FENTANYL (Schedule II) at 416 Brentwood Drive, Cogan Station, PA 17728.



# POLICE CRIMINAL COMPLAINT

| Docket Number: | Date Filed: 10/02/2020 | OTN/LiveScan Number | | Complaint/Incident Number 20-03528 |
|---|---|---|---|---|
| Defendant Name | First: MATTHEW | Middle: THOMAS | | Last: SUMPTER |

2. I ask that a warrant of arrest or a summons be issued and that the defendant be required to answer the charges I have made.

3. I verify that the facts set forth in this complaint are true and correct to the best of my knowledge or information and belief. This verification is made subject to the penalties of Section 4904 of the Crimes Code (18 Pa.C.S. § 4904) relating to unsworn falsification to authorities.

4. This complaint consists of the preceding page(s) numbered ___ through ___.

5. I certify that this filing complies with the provisions of the *Case Records Public Access Policy of the Unified Judicial System of Pennsylvania* that require filing confidential information and documents differently than non-confidential information and documents.

The acts committed by the accused, as listed and hereafter, were against the peace and dignity of the Commonwealth of Pennsylvania and were contrary to the Act(s) of the Assembly, or in violation of the statutes cited.
**(Before a warrant of arrest can be issued, an affidavit of probable cause must be completed, sworn to before the issuing authority, and attached.)**

OCTOBER  2  2020                            /s/ ALd
(Date)          (Year)                      (Signature of Affiant)

AND NOW, on this date  10/2/2020   I certify that the complaint has been properly completed and verified.

An affidavit of probable cause must be completed before a warrant can be issued.

29-1-02                       _____ SB _____
(Magisterial District Court Number)   (Issuing Authority)

AOPC 412A -- Rev. 07/18

Page    of

Dent and Havens Production 055

# POLICE CRIMINAL COMPLAINT

| Docket Number: | Date Filed: 10/02/2020 | OTN/LiveScan Number | Complaint/Incident Number 20-03528 |
|---|---|---|---|
| Defendant Name | First: MATTHEW | Middle: THOMAS | Last: SUMPTER |

## AFFIDAVIT of PROBABLE CAUSE

SEE ATTACHED

I, DETECTIVE DENT, BEING DULY SWORN ACCORDING TO THE LAW, DEPOSE AND SAY THAT THE FACTS SET FORTH IN THE FOREGOING AFFIDAVIT ARE TRUE AND CORRECT TO THE BEST OF MY KNOWLEDGE, INFORMATION AND BELIEF.

I CERTIFY THAT THIS FILING COMPLIES WITH THE PROVISIONS OF THE *CASE RECORDS PUBLIC ACCESS POLICY OF THE UNIFIED JUDICIAL SYSTEM OF PENNSYLVANIA* THAT REQUIRE FILING CONFIDENTIAL INFORMATION AND DOCUMENTS DIFFERENTLY THAN NON-CONFIDENTIAL INFORMATION AND DOCUMENTS.

(Signature of Affiant)

Sworn to me and subscribed before me this __2__ day of __October__ __2020__

Date _____ Magisterial District Judge

My commission expires first Monday of January, __2026__

## Affidavit of Probable Cause

This drug investigation involves a successful delivery of suspected SUBOXONE and a Search Warrant resulting in the seizure of suspected FENTANYL from suspect Matthew SUMPTER.

The delivery on April 15, 2020 included: (1) Detectives meeting the CI at a pre-determined location; (2) Searching the CI to negate the presence of any controlled substances, US Currency, or contraband; (3) The CI contacted Matthew SUMPTER on cellular telephone number (484) 725-0846 to arrange the delivery of Xanax pills and SUMPTER indicating an agreement to deliver them; (4) Detectives following the CI to the area of the 2000 block of Lycoming Creek Road (5) The CI meeting SUMPTER in the 2000 block of Lycoming Creek Road; (6) SUMPTER providing the CI with three Suboxone pills; (7) The CI turning over the three Suboxone pills to detectives; (8) Searching the CI to negate the presence of any controlled substances, US Currency, or contraband; (9) Debriefing the CI in which the CI confirmed SUMPTER delivered three Suboxone pills to the CI. It should be noted that SUMPTER provided Suboxone because he ran out of Xanax.

On September 24, 2020 a Sealed Search Warrant was granted by President Judge Butts for 416 Brentwood Drive, Cogan Station, PA 17728, SUMPTER's residence. Upon entry of the residence SUMPTER was located in the basement on the couch. SUMPTER was taken into custody and read his Miranda Rights which he understood and agreed to answer questions. When I asked SUMPTER if there was any Fentanyl in the house he told me that there was a bag in his bedroom that belonged to him. Detectives located 2 small bags of suspected Fentanyl in the closet area of SUMPTER's bedroom. SUMPTER indicated that both bags belonged to him.

*[signature]*
10/2/2020

Dent and Havens Production 057

```
3502234Y00                                                                    P.01/01

TRANSACTION REPORT
                                              OCT/05/2020/MON 04:31 PM
FAX(TX)
 #   DATE    START T.  RECEIVER        COM.TIME PAGE TYPE/NOTE              FILE
 001 OCT/05  04:29PM   915703984855    0:01:55   2   MEMORY    OK        SG3 2492
```

OCT/05/2020/MON 02:04 PM   Dist Court 29-3-01      FAX No. 570 398 4855     P. 003/004
OCT/05/2020/MON 02:55 PM   Dist Court 29-3-04      FAX No. 570 323 9015     P. 001

**BAIL BOND**                      Commonwealth of Pennsylvania
                                                v.
                                        Matthew Thomas Sumpter

| OTN: U 918851-3 | Docket No: MJ-29304-CR-0000124-2020 | Date of Charges: 04/15/2020 |
|---|---|---|
| | Court No: MDJ-29-3-04 | |

| Def Name/Address: Matthew Thomas Sumpter | Next Court Action: | Magisterial District Court 29-3-04, |
| 416 Brentwood Dr | Preliminary Arraignment | Williamsport |
| Cogan Station, PA 17728 | 10/06/2020 8:30 pm | 1965 Lycoming Creek Road |
| | | Williamsport, PA 17701 |
| | | 570-323-9982 |

**LEAD OFFENSE**

35 § 780-113 §§ A30 Manufacture, Delivery, or Possession With Intent to Manufacture or Deliver

ADDITIONAL CHARGES MAY EXIST, PLEASE SEE ADDITIONAL CHARGES PAGE

**TYPE(S) OF RELEASE:**
- ☐ ROR                ☒ Unsecured Bail           ☐ Nonmonetary Condition(s) (see additional page(s))
- ☐ Nominal Bail       ☐ Monetary Condition(s) in the amount of _____

THE CONDITIONS OF THIS BAIL BOND ARE AS FOLLOWS:
1. The defendant must appear at all times required until full and final disposition of the case(s).
2. The defendant must obey all further orders of the bail authority.
3. The defendant must provide a current address and must give written notice to the bail authority, the clerk of courts, the district attorney, and the court bail agency or other designated court bail officer, of any change of address within 48 hours of the date of the change.
4. The defendant must neither do, nor cause to be done, nor permit to be done on his or her behalf, any act as proscribed by Section 4952 of the Crimes Code (relating to intimidation of witnesses or victims) or by Section 4953 (relating to retaliation against witnesses or victims), 18 Pa.C.S. § 4952; 4953.
5. The defendant must refrain from criminal activity.
6. The defendant must comply with any fingerprint order, if any is issued by this court.

I verify that the above conditions of bail have been imposed.

_____                          _____
Date                                              (Signature of Issuing Authority)

**TYPES OF SECURITY:**
- ☐ Cash/Equivalent     ☐ Gov't Bearer Bond        ☐ Realty within Commonwealth
- ☐ _____ % Cash        ☐ Surety Bond              ☐ Realty outside Commonwealth

TOTAL AMOUNT BAIL SET (IF ANY): $25,000.00   (see sureties page)

**BAIL DEPOSITOR(S)**

Depositor Name _____          Amount _____

This bond is valid for the entire proceedings and until full and final disposition of the case including all avenues of direct appeal to the Supreme Court of Pennsylvania.

I AGREE THAT I WILL APPEAR AT ALL SUBSEQUENT PROCEEDINGS AS REQUIRED AND COMPLY WITH ALL THE CONDITIONS OF THE BAIL BOND.

THIS BOND SIGNED ON  Oct 5 , 2020
at  Jersey Shore , Pennsylvania

X _____
Signature of Defendant

Signature of Witness _____
(Surety)

Defendant's Address: _____

_____
(Surety)

Dent and Havens Production 058

OCT/05/2020/MON 02:04 PM   Dist Court 29-3-01         FAX No. 570 398 4855          P. 003/004
OCT/05/2020/MON 02:55 PM   Dist Court 29-3-04         FAX No. 570 323 9015          P. 001

## BAIL BOND

Commonwealth of Pennsylvania
v.
Matthew Thomas Sumpter

| OTN: U 918851-3 | Docket No: MJ-29304-CR-0000124-2020 | Date of Charges: 04/15/2020 |
|---|---|---|
| | Court No: MDJ-29-3-04 | |

| Def Name/Address: Matthew Thomas Sumpter, 416 Brentwood Dr, Cogan Station, PA 17728 | Next Court Action: Preliminary Arraignment 10/06/2020 3:30 pm | Magisterial District Court 29-3-04, Williamsport, 1965 Lycoming Creek Road, Williamsport, PA 17701, 570-323-9982 |

**LEAD OFFENSE**
35 § 780-113 §§ A30 Manufacture, Delivery, or Possession With Intent to Manufacture or Deliver

ADDITIONAL CHARGES MAY EXIST, PLEASE SEE ADDITIONAL CHARGES PAGE

**TYPE(S) OF RELEASE:**
- [ ] ROR
- [X] Unsecured Bail
- [ ] Nonmonetary Condition(s) (see additional page(s))
- [ ] Nominal Bail
- [ ] Monetary Condition(s) in the amount of _____

**THE CONDITIONS OF THIS BAIL BOND ARE AS FOLLOWS:**
1. The defendant must appear at all times required until full and final disposition of the case(s).
2. The defendant must obey all further orders of the bail authority.
3. The defendant must provide a current address and must give written notice to the bail authority, the clerk of courts, the district attorney, and the court bail agency or other designated court bail officer, of any change of address within 48 hours of the date of the change.
4. The defendant must neither do, nor cause to be done, nor permit to be done on his or her behalf, any act as proscribed by Section 4952 of the Crimes Code (relating to intimidation of witnesses or victims) or by Section 4953 (relating to retaliation against witnesses or victims), 18 Pa.C.S. § 4952, 4953.
5. The defendant must refrain from criminal activity.
6. The defendant must comply with any finger/print order, if any is issued by this court.

I verify that the above conditions of bail have been imposed.

_____        _____
Date                            (Signature of Issuing Authority)

**TYPES OF SECURITY:**
- [ ] Cash/Equivalent
- [ ] Gov't Bearer Bond
- [ ] Realty within Commonwealth
- [ ] ____ % Cash
- [ ] Surety Bond
- [ ] Realty outside Commonwealth

TOTAL AMOUNT BAIL SET (IF ANY): $25,000.00   (see sureties page)

**BAIL DEPOSITOR(S)**

Depositor Name                                  Amount

This bond is valid for the entire proceedings and until full and final disposition of the case including all avenues of direct appeal to the Supreme Court of Pennsylvania.

I AGREE THAT I WILL APPEAR AT ALL SUBSEQUENT PROCEEDINGS AS REQUIRED AND COMPLY WITH ALL THE CONDITIONS OF THE BAIL BOND.

THIS BOND SIGNED ON  Oct 5 , 2020
at  Jersey Shore , Pennsylvania

X _____
Signature of Defendant

Signature of Witness
_____ (Surety)

_____ (Surety)

Defendant's Address: _____

PLEASE SEE ATTACHED PAGES FOR ADDITIONAL INFORMATION.

MDJS 414
Printed: 10/05/2020 2:50:51PM
Received Time Oct. 5. 2020 3:35PM No. 2263

FREE INTERPRETER
www.pacourts.us/language-rights
570-327-6700


Dent and Havens Production 059