# EXHIBIT H

## LYCOMING COUNTY NARCOTICS ENFORCEMENT UNIT
## NARCOTICS INVESTIGATION REPORT PAGE #

**ORIGINAL DATE OF INCIDENT:** 10/2/2020  **CASE NUMBER:** 20-10100
**OFFICER SUBMITTING REPORT:** Detective Dent  **BUY NUMBER:** Arrest
**DATE OF INCIDENT:** 10/2/2020
**TOTAL RESTITUTION:** 0.00
**LAW ENFORCEMENT PERSONNEL INVOLVED:** Detective Dent

**CLASSIFICATION OF REPORT:**
- ☒ INITIAL
- ☐ SUPPLEMENTAL
- ☐ ARREST
- ☐ PRELIM. HEARING
- ☐ SUPPRESSION
- ☐ TRIAL
- ☐ FORFEITURE
- ☐ SENTENCING
- ☐ CLOSED
- ☐ DESTRUCTION

☐ SCHOOL ZONE REQUIRED   ☐ PROB/PAROLE   ☐ FIRE ARMS ENHANCEMENT   ☐ FORFEITURE

**Synopsis:** This report involves the arrest of Anthony BARASKY.

**Suspect and Subject Information:**
Anthony Marcus BARASKY
1534 Louisa Street
Williamsport, PA 17701
SID: 34846618
SSN: [redacted]
Phone: 215-301-0606

**OTN/LTN:**

**Evidence:**  ☐ LAB REQUEST SUBMITTED   ☐ LAB ANALYSIS RECEIVED
See attached Spillman report.

**Attachments:** ☒ SPILLMAN  ☐ LAB REPORT  ☒ CRIMINAL COMPLAINT  ☒ SEARCH WARRANT
☐ PHOTOS/ AUDIO/ VIDEO  ☐ STATEMENTS  ☐ RIGHTS WAIVERS
☐ OTHER

*[signature]* #508
10/8/20

## LYCOMING COUNTY NARCOTICS ENFORCEMENT UNIT
## NARCOTICS INVESTIGATION REPORT PAGE #

**NARRATIVE:**

On Friday, October 2, 2020, I met with a Confidential Source (CS) who stated that they have bought suspected Heroin/Fentanyl from Anthony BARASKY approximately 100 times in the past. BARASKY is a well-known drug dealer in the Williamsport Area and has been arrested by members of the Lycoming County Narcotics Enforcement Unit (NEU) in the past. The CS stated they would contact BARASKY on telephone number 215-301-0606 to set up the deals. The CS stated that BARASKY would travel to the CS house and meet them approximately 1 block away from the house to sell them the Heroin/Fentanyl. The CS stated that BARASKY would contact them as he entered the housing development instructing the CS to "head out," meaning to leave their house to meet BARASKY. The CS stated that BARASKY has never come to the meeting without any drugs to sell.

The following events occurred on October 2, 2020. All times are approximate:

At approximately 1400: I met with the CS who provided the above information regarding Anthony BARASKY. The CS agreed to contact BARASKY to have him travel to the normal meeting spot.

At approximately 1500: Members of the NEU briefed on a potential buy bust. The plan was to have BARASKY travel to the CS location and have a marked patrol car traffic stop him in route before he was able to make it there.

At approximately 1508: The CS reached out by text to BARASKY saying "yo bro." This is a typical way that a drug user would reach out to drug dealers via text.

At approximately 1511: BARASKY responded "sup bro."

At approximately 1519: The CS texted "got your bread plus money 3." The CS was indicating they wanted 3 grams of Fentanyl, a typical amount that they usually would buy.

At approximately 1529: The CS contacted BARASKY via phone call. BARASKY told the CS that he was on his way to meet the CS. Members of the NEU and Old Lycoming Township Police Department (OLPD) traveled to their locations for the buy bust.

At approximately 1546: BARASKY contacted the CS via phone call instructing them to "Head out."

At approximately 1547: PO Bell relayed that he had visual of BARASKY driving on Eckard Road from Lycoming Creek Road. BARASKY was stopped at the intersection of Eckard Road and Miller Road by members of the NEU and OLPD and taken into custody. BARASKY was read his Miranda Rights by Detective Havens. BARASKY stated he wanted to exercise his Miranda Rights. BARASKY was then transported to the Williamsport Bureau of Police (WBP) Headquarters for processing. BARASKY's vehicle was towed from the scene to the WBP impound by Wood's Garage Towing and Recovery.

At approximately 1626: I called phone number 215-301-0606 from my work phone. The phone that was recovered from BARASKY during the traffic stop rang displaying my phone number.

At approximately 1715: BARASKY was arraigned before MDJ Biichle on (1) Count of Criminal Use of a Communication Facility. Biichle set bail at $85,000 and remanded him to the Lycoming County Prison (LCP). PO Bell contacted LCP and requested that BARASKY be placed in a dry cell so that anything that he dispense from his body he would not be able rid of.

On Tuesday, October 6, 2020, I contacted LCP and the informed me that they did not recover any contraband from BARASKY's cell. I applied for a Search Warrant for BARASKY's vehicle that was in WBP impound. A search of the vehicle yielded nothing.

**SIGNATURE OF REPORTING OFFICER:** *[signature]* #508

**DATE:** 10/8/20

**SUPERVISOR INITIALS /DATE:** *[initials]* 10-9-20