# EXHIBIT I

| SP 7-0050 (12-94) **PENNSYLVANIA STATE POLICE** **INCIDENT REPORT** | REPORT TYPE: ☒ INITIAL ☐ CONTINUATION ☐ SUPPLEMENTAL | DATE OF INCIDENT 03/24/07 Sat. TIME(S) OF INCIDENT 1633 hrs. | JUVENILE ☒ DOMESTIC VIOLENCE ☐ | INCIDENT NO. F1-930370 |
|---|---|---|---|---|

**ATTACHMENTS:**
- ☐ MISSING PERSON CHECKLIST
- ☐ FELONY CRIMES AGAINST THE PERSON
- ☐ STATEMENT FORM(S)
- ☐ VICTIM/WITNESS ASSISTANCE GUIDE RECEIPT
- ☒ RIGHTS WARNING AND WAIVER
- ☒ PROPERTY RECORD
- ☒ OTHER Juvenile Petition

**DISP.:** ☒ CLEARED BY ARREST ☐ UNFOUNDED ☐ EXCEPTIONALLY CLEARED- DATE
- A ☐ DEATH OF ACTOR
- B ☐ PROSECUTION DECLINED
- C ☐ EXTRADITION DENIED
- D ☐ VICTIM REFUSED TO COOPERATE
- E ☐ JUVENILE/NO CUSTODY
- N ☐ NOT APPLICABLE
- ☐ MULTIPLE CLEAR-UP

| 1. ORI/STATION | 2. LOCATION | | ZONE |
|---|---|---|---|
| PAPSP6000/Montoursville | 600 block of Cherry St | | 99 |
| 3. CITY/TWP/BORO City of Williamsport | CODE 301 | 4. COUNTY Lycoming | CODE 41 |

| 5. VICTIM NO. 1 | NAME Society | ADDRESS | HOME PHONE |
|---|---|---|---|
| 6. EMPLOYER NAME | | ADDRESS | WORK PHONE |

| 7. RACE/ETHY. / | 8. SEX | 9. DOB | 10. AGE | 11. RES. STAT. | 12. REL. TO OFFENDER(S) S | 13. TYPE INJ. | 14. CIRC. | 15. CON. TO OFF. 1 | 16. TYPE VICT. S | 17. OFF. NO. REL. 1 |

| 5. VICTIM NO. 2 | NAME | ADDRESS | HOME PHONE |
|---|---|---|---|
| 6. EMPLOYER NAME | | ADDRESS | WORK PHONE |

| 7. RACE/ETHY. / | 8. SEX | 9. DOB | 10. AGE | 11. RES. STAT. | 12. REL. TO OFFENDER(S) | 13. TYPE INJ. | 14. CIRC. | 15. CON. TO OFF. | 16. TYPE VICT. | 17. OFF. NO. REL. |

**18. OFFENSE**
- ___ SIMPLE ASSAULT
- ___ CRIMINAL MISCHIEF
- ___ TERRORISTIC THREATS
- ___ THEFT BY UNLAWFUL TAKING OR DISPOSITION
- ___ BURGLARY
- ___ MISSING PERSON
- ___ HARASSMENT
- 1 CONTROLLED SUBSTANCE, DRUG, DEVICE AND COSMETIC ACT
- ___ ESCAPE
- ___ AGGRAVATED ASSAULT
- ___ ARSON BY RELATED OFFENSES
- ___ HARASSMENT BY COMMUNICATION OR ADDRESS
- ___ OTHER

| 19. NO. | 20. STATUTE | 21. SECTION NO. | 22. UCR | 23. HATE/BIAS | 24. OFF. USED | 25. OFF. LOC | 26. ETY. METH. | NO. | 27. ACTY. TYPE | 28. WPN/FC | A |
|---|---|---|---|---|---|---|---|---|---|---|---|
| 1 | CS | 780-113a16 | 186 | 88 | N | 13 | | | P | | |
| | | | | | | | | | | | |
| | | | | | | | | | | | |

**29. VEHICLE:** ☐ STOLEN ☐ RECOVERED ☒ SUSPECT ☐ OTHER

| 30. LIC [redacted] | 31. LIS PA | 32. LIY 08 | 33. LIT PC | 34. VIN 1B3XC46R6MD215188 | 35. VYR 1991 | 36. VMA Dodge |
| 37. VMO Dynasty | 38. VST SDN | 39. VCO Gray | 40. DOT | 41. MIS | | 42. MILEAGE |

| 43. NO. | 44. PROPERTY DESCRIPTION | 45. PRD. DESC. | 46. TYPE LOSS | 47. QTY. | 48. VALUE | 49. DATE REC. |
|---|---|---|---|---|---|---|
| | | | | | | |

**50.**
| | YES | NO | | YES | NO |
|---|---|---|---|---|---|
| INCIDENT PROMPTLY REPORTED BY VICTIM | ☒ | ☐ | NEIGHBORHOOD/AREA CANVASS | ☐ | ☒ |
| CAN A SUSPECT BE NAMED | ☒ | ☐ | ANY WITNESSES LOCATED | ☒ | ☐ |
| EVIDENCE AT SCENE TO LINK OFFENDER | ☒ | ☐ | OFFENDER INFORMATION AVAILABLE | ☒ | ☐ |
| CAN A VEHICLE BE IDENTIFIED WITH CRIME | ☒ | ☐ | IDENTIFIABLE/TRACEABLE PROPERTY | ☒ | ☐ |
| SCENE PROCESSED FOR LATENT PRINTS | ☐ | ☒ | UNIQUE/UNUSUAL METHOD OF OPERATION | ☐ | ☒ |
| LATENT PRINTS DISCOVERED | ☐ | ☒ | THOUGHT TO BE CONNECTED WITH KNOWN CRIME PATTERN | ☐ | ☒ |
| SCENE CHECKED FOR WITNESSES | ☐ | ☒ | CLEAN/STATISTICAL NARCOTICS MESSAGE SENT | ☒ | ☐ |

| 51. DATE/TIME OFFICER ARRIVED 03/24/07 / 1633 | 52. DATE/TIME OFFICER DEPARTED 03/24/07 / 1813 | 53. DATE OF REPORT 03/30/07 | 54. PART ONE ONLY ☐ | 55. LCE NOTIFIED ☐ YES ☒ NO | 56. SUPV. INIT./BADGE NO. |
|---|---|---|---|---|---|
| 57. OFFICER'S NAME/SIGNATURE Tpr.T.R.HAVENS | | | BADGE NO. 7355 | 58. INVES. RECM. ☒ CONT. ☐ TERM. | 59. ☐ CONCUR ☐ NONCONCUR | 60. PAGE 1 |

**STATION**

Dent and Havens Production 001

| SP 7-0050 A (12-94) | REPORT TYPE | DATE(S)/DAY(S) OF INCIDENT | INCIDENT NO. |
|---|---|---|---|
| PENNSYLVANIA STATE POLICE | ☒ INITIAL ☐ CONTINUATION | 03/24/07 Sat. | F1-930370 |
| INCIDENT REPORT – PART II | ☐ SUPPLEMENTAL | TIME(S) OF INCIDENT 1633 hrs. | JUVENILE ☒ | DOMESTIC VIOLENCE ☐ |

**ATTACHMENTS:**
- ☐ MISSING PERSON CHECKLIST
- ☐ FELONY CRIMES AGAINST THE PERSON
- ☐ STATEMENT FORM(S)
- ☐ VICTIM/WITNESS ASSISTANCE GUIDE RECEIPT ☒ RIGHTS WARNING AND WAIVER
- ☒ PROPERTY RECORD ☒ OTHER Juvenile Petition

**DISP.:** ☒ CLEARED BY ARREST ☐ UNFOUNDED ☐ EXCEPTIONALLY CLEARED - DATE
- A ☐ DEATH OF ACTOR   D ☐ VICTIM REFUSED TO COOPERATE
- B ☐ PROSECUTION DECLINED   E ☐ JUVENILE/NO CUSTODY
- C ☐ EXTRADITION DENIED   N ☐ NOT APPLICABLE   ☐ MULTIPLE CLEAR-UP

| 61. ORI/STATION | 62. DATE OF REPORT | 63. OFFENSE |
|---|---|---|
| PAPSP6000/Montoursville | 03/30/07 | Possession of a Controlled Substance |

| 64. ☒ ACCUSED ☐ SUSPECT | 65. OFFENDER NO. 1 | NAME Anthony MNU BARASKY | 66. ADDRESS 634 Cherry St Williamsport, PA 17701 |
|---|---|---|---|

| 67. HOME PHONE 570-327-1445 | 68. NICKNAMES/ALIAS | 69. HEIGHT 510 | 70. WEIGHT 160 | 71. HAIR BLK | 72. EYES BRO | 73. MARITAL STATUS single |
|---|---|---|---|---|---|---|

| 74. RACE/ETHY. B / H | 75. SEX M | 76. DOB ▓ | 77. AGE 17 | 78. RES. STAT. R | 79. OFF. CODE 186 | 80. TYPE ARREST T | 81. DATE OF ARREST 03/30/07 | 82. ARMED WITH | A | 83. OTN/NON-TRAFFIC CIT. NO. JUV PETIT |
|---|---|---|---|---|---|---|---|---|---|---|

| 84. FINGERPRINTED ☐ YES ☒ NO | 85. PHOTOGRAPHED ☐ YES ☒ NO | 86. DISP. UNDER 18 R | 87. VIC. NO. REL 1 | 88. SSN | 89. OLN 29044053 | STATE PA |
|---|---|---|---|---|---|---|

| 90. BIRTHPLACE Pennsylvania | 91. EMPLOYER/SCHOOL Williamsport High School dropout/ unemployed | 92. MISC. NO. |
|---|---|---|

| 64. ☐ ACCUSED ☐ SUSPECT | 65. OFFENDER NO. | NAME | 66. ADDRESS |
|---|---|---|---|

| 67. HOME PHONE | 68. NICKNAMES/ALIAS | 69. HEIGHT | 70. WEIGHT | 71. HAIR | 72. EYES | 73. MARITAL STATUS |
|---|---|---|---|---|---|---|

| 74. RACE/ETHY. / | 75. SEX | 76. DOB | 77. AGE | 78. RES. STAT. | 79. OFF. CODE | 80. TYPE ARREST | 81. DATE OF ARREST | 82. ARMED WITH | A | 83. OTN/NON-TRAFFIC CIT. NO. |
|---|---|---|---|---|---|---|---|---|---|---|

| 84. FINGERPRINTED ☐ YES ☐ NO | 85. PHOTOGRAPHED ☐ YES ☐ NO | 86. DISP. UNDER 18 | 87. VIC. NO. REL | 88. SSN | 89. OLN | STATE |
|---|---|---|---|---|---|---|

| 90. BIRTHPLACE | 91. EMPLOYER/SCHOOL | 92. MISC. NO. |
|---|---|---|

**93. NARRATIVE**

Lat: 41 14:56.54   Long: -77 00:43.80

In the commission of this crime, Accused: BARASKY was found to be in possession of a controlled substance during a traffic stop.

On 03/24/07 at 1633 hrs, I observed a gray in color Dodge Dynasty PA Reg#GPZ5377 traveling NB on Walnut St in the City of Williamsport, without having its headlights activated while its windshield wipers were on. I immediately turned my vehicle around, at which time the same vehicle increased speed significantly, in an apparent attempt elude me. The same vehicle, turned east onto Memorial Ave, and then north on Cherry St, without activating the appropriate turn signal. When I finally caught up with the same vehicle, it was attempting to park on the east side of Cherry St in front of a van. I immediately pulled in behind the vehicle (my lights had already been activated from Walnut St at Little League Blvd). I approached the driver's side of the vehicle and observed BARASKY as the driver. I immediately instructed BARASKY to turn the vehicle off and remove the keys. BARASKY then put the car in drive, pulled forward, and then parked the vehicle, turned it off and handed me the keys. I informed BARASKY why he was being stopped and asked for his license, registration and insurance. BARASKY complained that I had no reason to stop him, stated that he did not have a license and refused to tell me his name and date of birth. BARASKY was then removed from the vehicle and taken into custody to be positively identified. Prior to placing BARASKY inside the cage of my marked Patrol vehicle (#12), I patted him down for weapons. No weapons were discovered, however, I observed a large amount of cash protruding from a pocket on the right leg of his jeans. The cash was immediately secured, at which time BARASKY related that the money was his mother's. BARASKY was then secured inside the rear cage area of my Patrol Unit. It should be noted that the rear seat area, including under both driver and passenger seats of the vehicle were searched prior to the start of my shift and were clear of any contraband.

Upon securing BARASKY, I returned to the vehicle and asked the front seat passenger: Marvin Lee RICHARDSON Jr b/m-dob 10/02/82 of 116 Centre Line Ave Williamsport to exit the vehicle. RICHARDSON was patted down for weapons. No weapons or contraband was discovered. Due to the fact that BARASKY attempted to elude me, he was traveling through a high crime area, and he was found to be in possession of a large amount of cash, I contacted Williamsport Bureau of Police

-continued-

| 94. OFFICER'S NAME/SIGNATURE Tpr.T.R.HAVENS | BADGE NO. 7355 | 95. INVES. RECM. ☒ CONT. ☐ TERM. | 96. SUPV. INIT./BADGE NO. | 97. ☐ CONCUR ☐ NONCONCUR | 98. PAGE 2 |
|---|---|---|---|---|---|

STATION

Dent and Havens Production 002

| | | | | |
|---|---|---|---|---|
| SP 7-0051 (3-96) | REPORT TYPE | | DATE(S)/DAY(S) OF INCIDENT 03/24/07 Sat. | INCIDENT NO. F1-930370 |
| PENNSYLVANIA STATE POLICE  CONTINUATION SHEET ☒  SUPPLEMENTAL INVESTIGATION REPORT ☐ | ☒ INCIDENT  ☐ OTHER | | TIME(S) OF INCIDENT 1633 hrs | JUVENILE ☒ / DOMESTIC VIOLENCE ☐ |

ATTACHMENTS: ☐ MISSING PERSON CHECKLIST   DISP.: ☒ CLEARED BY ARREST  ☐ UNFOUNDED  ☐ EXCEPTIONALLY CLEARED- DATE
☐ FELONY CRIMES AGAINST THE PERSON   ☐ STATEMENT FORM(S)   A ☐ DEATH OF ACTOR   D ☐ VICTIM REFUSED TO COOPERATE
☐ VICTIM/WITNESS ASSISTANCE GUIDE RECEIPT   ☒ RIGHTS WARNING AND WAIVER   B ☐ PROSECUTION DECLINED   E ☐ JUVENILE/NO CUSTODY
☒ PROPERTY RECORD   ☒ OTHER Juvenile Petition   C ☐ EXTRADITION DENIED   N ☐ NOT APPLICABLE   ☐ MULTIPLE CLEAR-UP

**1. ORI/STATION:** PAPSP6000/Montoursville
**2. DATE OF REPORT:** 03/30/07
**3. OFFENSE:** Possession of a Controlled Substance
**4. VICTIM:** Society

**5. NARRATIVE**

Cpl. Timothy MILLER and requested that he utilize his certified drug detection K-9 "Alex" to conduct an exterior sniff of BARASKY's vehicle.

On the same date at 1659 hrs, Cpl. MILLER arrived at the scene and utilized Alex to conduct an exterior sniff of the vehicle. Alex indicated the presence of a controlled substance in between the front and rear doors on both sides of the vehicle. As a result, the vehicle was secured and towed to PSP Montoursville by Dincher's garage pending application for search warrant. I followed the vehicle to PSP Montoursville along with transporting BARASKY. Tpr Edward DAMMER secured detained RICHARDSON and transported him to PSP Montoursville.

While en route to PSP Montoursville, BARASKY provided his name and date of birth, at which time it was determined that BARASKY was a juvenile. As a result, BARASKY's mother: Kimberly BARASKY w/f-dob 08/12/71, same address, 570-327-1445 was notified and asked to report to PSP Montoursville. BARASKY also related that he had about $1000.00 in his pocket that belonged to his mother. He also related that the only money that he had on him that belonged to him was $1.00. At PSP Montoursville, the money was counted and totaled $1970.00, not counting Anthony's $1.00.

On 03/24/07 at 1745 hrs, Kimberly BARASKY arrived at PSP Montoursville and was informed why her son was currently in custody. I also advised Kimberly BARASKY that I was in the process of making application for a search warrant for her vehicle because I suspected that it contained a controlled substance. Kimberly BARASKY related that she would consent to the search of her vehicle. Kimberly BARASKY then was read the attached Waiver of Rights and Consent to Search form which she subsequently signed. A search of the vehicle was then conducted. The only contraband discovered inside the vehicle was a tiny piece of suspected marijuana found in the carpet in the rear of the vehicle. After searching the vehicle, both BARASKY and RICHARDSON were released to Kimberly BARASKY. I informed Kimberly BARASKY that Anthony would be receiving various traffic citations in the mail. Kimberly BARASKY asked for the money that I had taken from Anthony. I asked her to tell me how much money she had given to Anthony. She related that she gave him about $1000.00. Then she said she thought it might be $1300.00. She advised that it was part of her income tax return and that she was going to use it as a down payment on an apartment. She advised that she gave it to Anthony to deposit for her in a bank. It should be noted that Anthony BARASKY was thoroughly searched at PSP Montoursville and had no identification, bank deposit slips or envelopes. It should also be noted that there were no banks in the area where BARASKY was observed, or in the direction that he was traveling prior to the traffic stop, and it was a Saturday at 1600 hrs. I told Kimberly BARASKY that Anthony had more than $1300.00 with him, and asked her who it belonged to. She advised that if he had more that $1300.00, she didn't know whose money he had. I informed BARASKY that I was going to keep the money at PSP Montoursville pending additional investigation.

After releasing Anthony BARASKY and RICHARDSON, I checked the rear of my patrol vehicle and smelled a strong odor of marijuana in the cage area. I began to seat my vehicle at which point I was called away. I then asked Tpr. DAMMER to continue the search. Tpr. DAMMER then discovered a plastic bag with suspected marijuana concealed under the driver's seat of my vehicle. The marijuana (approximately ½ oz) field tested positive and was entered into evidence at PSP Montoursville, along with the $1970.00, reference property record# F1-16883. A lab request will be submitted if needed for court.

Kimberly BARASKY's vehicle was returned to her on 03/24/07 at approximately 1800 hrs, after she paid Dincher's garage for the tow bill. See attached receipt.

A juvenile petition was prepared for BARASKY and filed along with this report through the Lycoming County Office of Juvenile Probation. See attached petition. This case was brought to the attention of PSP Montoursville Youth Aid Officer Cpl. John MCDERMOTT on 03/30/07 at 1500 hrs, in writing. Disposition of this case will be handled in accordance with the established procedures of Lycoming County.

See attached J-net certified copy of Anthony BARASKY's driver's history showing that he does not have a license and is currently under suspension.

This report shall remain open pending final disposition of charges and a forfeiture petition being prepared for the $1970.00 seized from BARASKY.

**6. OFFICER'S NAME/SIGNATURE:** Tpr.T.R.HAVENS
**BADGE NO.:** 7355
**7. INVEST. RECM.:** ☒ CONT. ☐ TERM.
**8. SUPV. INIT./BADGE NO.:**
**9.** ☐ CONCUR ☐ NONCONCUR
**10. PAGE:** 3

STATION

Dent and Havens Production 003