# EXHIBIT J

# PENNSYLVANIA STATE POLICE
## INCIDENT REPORT

SP 7-0050 (12-2011)

**REPORT TYPE:** ☒ INITIAL  ☐ CONTINUATION  ☐ SUPPLEMENTAL
**DATE(S)/DAY(S) OF INCIDENT:** 09/19/16 Mon
**TIME(S) OF INCIDENT:** 1225 hrs
**INCIDENT NO.:** PA2016-662364
**JUVENILE:** ☐
**DOMESTIC VIOLENCE:** ☐

**ATTACHMENTS:**
- ☐ INTOXICATION WORK SHEET
- ☐ FELONY CRIMES AGAINST THE PERSON
- ☐ VICTIM/WITNESS ASSISTANCE GUIDE RECEIPT
- ☒ PROPERTY RECORD
- ☒ OTHER: criminal complaint
- ☐ MISSING PERSON CHECKLIST
- ☐ STATEMENT FORM(S)
- ☐ RIGHTS WARNING AND WAIVER

**DISP.:** ☒ CLEARED BY ARREST  ☐ UNFOUNDED  ☐ EXCEPTIONALLY CLEARED - DATE
- A ☐ DEATH OF ACTOR
- B ☐ PROSECUTION DECLINED
- C ☐ EXTRADITION DENIED
- D ☐ VICTIM REFUSED TO COOPERATE
- E ☐ JUVENILE/NO CUSTODY
- N ☒ NOT APPLICABLE
- ☐ MULTIPLE CLEAR-UP

**1. ORI/STATION:** PAPSP6000/Montoursville
**2. LOCATION:** Homewood Ave at the Kmart parking lot
**ZONE:** 10
**3. CITY/TWP/BORO:** Loyalsock Twp  **CODE:** 219
**4. COUNTY:** Lycoming  **CODE:** 41

**5. VICTIM NO. 1  NAME:** Society
**ADDRESS:** —
**HOME TELEPHONE NO.:** —

| 7. RACE/ETHY. | 8. SEX | 9. DOB | 10. AGE | 11. RES. STAT. | 12. REL. TO OFFENDER(S) | 13. TYPE INJ. | 14. CIRC. | 15. CON. TO OFF. | 16. TYPE VICT. | 17. OFF. NO. REL. |
|---|---|---|---|---|---|---|---|---|---|---|
| / |  |  |  |  | ST |  |  | 1 | S | 1 |

**5. VICTIM NO. 2  NAME:** [REDACTED] CRUMM
**ADDRESS:** 4729 Perkiomen Ave Reading, PA 19606
**HOME TELEPHONE NO.:** [REDACTED]
**6. EMPLOYER NAME:** reg prop manager: Excel Trust
**ADDRESS:** 4729 Perkiomen Ave Reading, PA 19606
**WORK TELEPHONE NO:** 609-678-5011

| 7. RACE/ETHY. | 8. SEX | 9. DOB | 10. AGE | 11. RES. STAT. | 12. REL. TO OFFENDER(S) | 13. TYPE INJ. | 14. CIRC. | 15. CON. TO OFF. | 16. TYPE VICT. | 17. OFF. NO. REL. |
|---|---|---|---|---|---|---|---|---|---|---|
| W / N | M | [REDACTED] | 36 | N | ST |  |  | 3 | I | 1 |

**18. OFFENSE:**
- SIMPLE ASSAULT
- BURGLARY
- ESCAPE
- CRIMINAL MISCHIEF
- MISSING PERSON
- AGGRAVATED ASSAULT
- TERRORISTIC THREATS
- HARASSMENT
- ARSON AND RELATED OFF.
- THEFT BY UNLAWFUL TAKING OR DISPOSITION
- 1,2 CONTROLLED SUB., DRUG, DEVICE & COSMETIC ACT
- DRIVING UNDER INFLUENCE OF ALCOHOL/CONTROLLED SUB.
- 3 OTHER: Criminal Mischief

| 19. NO. | 20. STATUTE | 21. SECTION NO. | 22. UCR | 23. HATE/BIAS | 24. OFF. USED | 25. OFF. LOC. | 26. ETY. METH. | NO. | 27. ACTY. TYPE | 28. WPN/FC | A |
|---|---|---|---|---|---|---|---|---|---|---|---|
| 1 | CS | 780-113a30 | 18A |  | 88 | N | 13 |  | T |  |  |
| 2 | CS | 780-113a16 | 18E |  | 88 | N | 13 |  | P |  |  |
| 3 | CC | 3304 | 140 |  | 88 | N | 13 |  |  |  |  |

**29. VEHICLE:** ☐ STOLEN  ☐ RECOVERED  ☒ SUSPECT  ☐ OTHER
**30. LIC:** [REDACTED]  **31. LIS:** PA  **32. LIY:** 2016  **33. LIT:** PC  **34. VIN:** 1C4SDJTCT4DC556969  **35. VYR:** 2013  **36. VMA:** Dodge
**37. VMO:** Durango  **38. VST:** SW  **39. VCO:** black  **40. DOT:**  **41. MIS:** registered to Arthur MCCOY  **42. MILEAGE:**

| 43. NO. | 44. PROPERTY DESCRIPTION | 45. PRD. DESC. | 46. TYPE LOSS | 47. QTY. | 48. VALUE | 49. DATE REC. |
|---|---|---|---|---|---|---|
| 1 | concrete block wall and interior studs and drywall damaged by offender vehicle driving through the building | 31 | 04 | 1 | 12000 |  |
|  | **Total Damage:** |  |  |  | 12000 |  |

**50.**

| | YES | NO | | YES | NO |
|---|---|---|---|---|---|
| INCIDENT PROMPTLY REPORTED BY VICTIM | ☒ | ☐ | NEIGHBORHOOD/AREA CANVAS | ☒ | ☐ |
| CAN A SUSPECT BE NAMED | ☒ | ☐ | ANY WITNESSES LOCATED | ☒ | ☐ |
| EVIDENCE AT SCENE TO LINK OFFENDER | ☒ | ☐ | OFFENDER INFORMATION AVAILABLE | ☒ | ☐ |
| CAN A VEHICLE BE IDENTIFIED WITH CRIME | ☒ | ☐ | IDENTIFIABLE/TRACEABLE PROPERTY | ☒ | ☐ |
| SCENE PROCESSED FOR LATENT PRINTS | ☐ | ☒ | UNIQUE/UNUSUAL METHOD OF OPERATION | ☐ | ☒ |
| LATENT PRINTS DISCOVERED | ☐ | ☒ | THOUGHT TO BE CONNECTED WITH KNOWN CRIME PATTERN | ☐ | ☒ |
| SCENE CHECKED FOR WITNESSES | ☒ | ☐ | CLEAN MESSAGE/NCIC ENTRY |  |  |

**51. DATE/TIME OFFICER ARRIVED:** 09/19/16 / 1225
**52. DATE/TIME OFFICER DEPARTED:** 09/19/16 / 2100
**53. DATE OF REPORT:** 09/27/16
**54. PART ONE ONLY:** ☐
**55. LCE NOTIFIED:** ☐ YES  ☒ NO
**56. SUPV. INIT./BADGE NO.:**
**57. OFFICER'S NAME/SIGNATURE:** Tpr.T.R.HAVENS
**BADGE NO.:** 7355
**58. INVES. RECM.:** ☒ CONT.  ☐ TERM.
**59.** ☐ CONCUR  ☐ NONCONCUR
**60. PAGE:** 1

DEPARTMENT HEADQUARTERS

# PENNSYLVANIA STATE POLICE
## INCIDENT REPORT – PART II

SP 7-0050A (12-2011)

- REPORT: ☒ INITIAL ☒ CONTINUATION ☐ SUPPLEMENTAL
- DATE/TIME OF INCIDENT: 09/19/16 Mon.
- TIME(S) OF INCIDENT: 1225 hrs.
- JUVENILE: ☐
- DOMESTIC VIOLENCE: ☐
- INCIDENT NO.: PA2016-662364

**ATTACHMENTS:**
- ☐ INTOXICATION WORK SHEET
- ☐ FELONY CRIMES AGAINST THE PERSON
- ☐ VICTIM/WITNESS ASSISTANCE GUIDE RECEIPT
- ☒ PROPERTY RECORD
- ☒ OTHER criminal complaint
- ☐ MISSING PERSON CHECKLIST
- ☐ STATEMENT FORM(S)
- ☐ RIGHTS WARNING AND WAIVER

**DISP.:** ☒ CLEARED BY ARREST ☐ UNFOUNDED ☐ EXCEPTIONALLY CLEARED- DATE
- A ☐ DEATH OF ACTOR
- B ☐ PROSECUTION DECLINED
- C ☐ EXTRADITION DENIED
- D ☐ VICTIM REFUSED TO COOPERATE
- E ☐ JUVENILE/NO CUSTODY
- N ☒ NOT APPLICABLE
- ☐ MULTIPLE CLEAR-UP

| 61. ORI/STATION | 62. DATE OF REPORT | 63. OFFENSE |
|---|---|---|
| PAPSP6000/Montoursville | 09/30/16 | PWID heroin |

| 64. ☒ ACCUSED ☐ SUSPECT | 65. OFFENDER NO. 1 | NAME: Anthony Marcus BARASKY | 66. ADDRESS: 1703 South Taylor St Philadelphia, PA 19145 |
|---|---|---|---|

| 67. HOME TELEPHONE NO. | 68. NICKNAMES/ALIAS | 69. HEIGHT | 70. WEIGHT | 71. HAIR | 72. EYES | 73. MARITAL STATUS |
|---|---|---|---|---|---|---|
| - - | | 600 | 185 | BLK | BRO | single |

| 74. RACE/ETHY. | 75. SEX | 76. DOB | 77. AGE | 78. RES. STAT. | 79. OFF. CODE | 80. TYPE ARREST | 81. DATE OF ARREST | 82. ARMED WITH | A | 83. OTN/NON-TRAFFIC CIT. NO. |
|---|---|---|---|---|---|---|---|---|---|---|
| B / | M | | 26 | N | 18A | O | 09/19/16 | 01 | | X 049643-6 |

| 84. FINGERPRINTED ☒ YES ☐ NO | 85. PHOTOGRAPHED ☒ YES ☐ NO | 86. DISP. UNDER 18 | 87. VIC. NO. REL. 1 | 88. SSN | 89. OLN 29284197 | STATE PA |
|---|---|---|---|---|---|---|

| 90. BIRTHPLACE: Pennsylvania | 91. EMPLOYER/SCHOOL: unemployed | 92. MISC. NO. |
|---|---|---|

| 64. ☐ ACCUSED ☐ SUSPECT | 65. OFFENDER NO. 2 | NAME | 66. ADDRESS |
|---|---|---|---|

| 67. HOME TELEPHONE NO. | 68. NICKNAMES/ALIAS | 69. HEIGHT | 70. WEIGHT | 71. HAIR | 72. EYES | 73. MARITAL STATUS |
|---|---|---|---|---|---|---|
| - - | | | | | | |

| 74. RACE/ETHY. | 75. SEX | 76. DOB | 77. AGE | 78. RES. STAT. | 79. OFF. CODE | 80. TYPE ARREST | 81. DATE OF ARREST | 82. ARMED WITH | A | 83. OTN/NON-TRAFFIC CIT. NO. |
|---|---|---|---|---|---|---|---|---|---|---|
| / | | | | | | | | | | |

| 84. FINGERPRINTED ☐ YES ☐ NO | 85. PHOTOGRAPHED ☐ YES ☐ NO | 86. DISP. UNDER 18 | 87. VIC. NO. REL. | 88. SSN | 89. OLN | STATE |
|---|---|---|---|---|---|---|

| 90. BIRTHPLACE | 91. EMPLOYER/SCHOOL | 92. MISC. NO. |
|---|---|---|

## DOMESTIC VIOLENCE/PFA CHECKLIST

**93. PREVIOUS EVENTS** ☐ YES ☐ NO (EXPLAIN IN NARRATIVE)

| 94. COMPLAINANT NAME (LAST, FIRST, MIDDLE) | VICTIM IS COMPLAINANT ☐ | R/S/A |
|---|---|---|

| 95. ADDRESS | TELEPHONE NO. - - |
|---|---|

| 96. CONTACT PERSON NAME (LAST, FIRST, MIDDLE) | VICTIM'S TEMPORARY ADDRESS ☐ | R/S/A |
|---|---|---|

| 97. ADDRESS | TELEPHONE NO. - - |
|---|---|

98. VICTIM'S INJURIES (OBSERVED)

99. VICTIM'S INJURIES (REPORTED)

| 100. INJURIES PHOTOGRAPHED ☐ YES ☐ NO | 101. VICTIM INTERVIEWED ☐ YES ☐ NO | 102. STATEMENT ☐ SIGNED WRITTEN ☐ TAPED | 103. VICTIM IS ALSO AN ACTOR ☐ YES ☐ NO ☐ ARRESTED | (EXPLAIN IN NARRATIVE) |
|---|---|---|---|---|

| 104. ARRAIGNED DATE/TIME ☐ YES ☐ NO | 105. VICTIM INFORMED OF ARREST/BAIL ☐ YES ☐ NO DATE/TIME | 106. WEAPONS USED/THREATENED (INCLUDE DETAILS IN NARRATIVE) ☐ YES ☐ NO |
|---|---|---|

107. LIST ALL CHILDREN'S NAME(S), R/S/A, ADDRESS(ES), TELEPHONE NUMBER(S), AND TEMPORARY ADDRESS(ES) (LIST ADDITIONAL CHILDREN IN NARRATIVE).

108. ACTOR'S INJURIES (OBSERVED)

109. ACTOR'S INJURIES (REPORTED)

| 110. INJURIES PHOTOGRAPHED ☐ YES ☐ NO | 111. ACTOR INTERVIEWED ☐ YES ☐ NO | 112. STATEMENT ☐ SIGNED WRITTEN ☐ TAPED | 113. ACTOR IS ALSO A VICTIM (EXPLAIN IN NARRATIVE) ☐ YES ☐ NO ☐ ARRESTED |
|---|---|---|---|

| 114. ARRAIGNED DATE/TIME ☐ YES ☐ NO | 115. VICTIM INFORMED OF ARREST/BAIL ☐ YES ☐ NO DATE/TIME | 116. WEAPONS USED/THREATENED (INCLUDE DETAILS IN NARRATIVE) ☐ YES ☐ NO |
|---|---|---|

| 117. OFFICER'S NAME/SIGNATURE: Tpr.T.R.HAVENS | BADGE NO. 7355 | 118. INVES. RECM. ☒ CONT. ☐ TERM. | 119. SUPV. INIT./BADGE NO. / | 120. ☐ CONCUR ☐ NONCONCUR | 121. PAGE 2 |
|---|---|---|---|---|---|

DEPARTMENT HEADQUARTERS

Dent and Havens Production 008

| SP 7-0051 (3-96) | REPORT TYPE | DAY OF WEEK/DATE | INCIDENT NO. |
|---|---|---|---|
| PENNSYLVANIA STATE POLICE | ☒ INCIDENT | 09/19/16 Mon. | PA2016-662364 |
| CONTINUATION SHEET ☒ | ☐ OTHER | TIME(S) OF INCIDENT | JUVENILE ☐  DOMESTIC VIOLENCE ☐ |
| SUPPLEMENTAL INVESTIGATION REPORT ☐ | | 1225 hrs. | |

**ATTACHMENTS:**
- ☐ MISSING PERSON CHECKLIST
- ☐ FELONY CRIMES AGAINST THE PERSON
- ☐ STATEMENT FORM(S)
- ☐ VICTIM/WITNESS ASSISTANCE GUIDE RECEIPT
- ☐ RIGHTS WARNING AND WAIVER
- ☒ PROPERTY RECORD
- ☒ OTHER criminal complaints

**DISP.:** ☒ CLEARED BY ARREST  ☐ UNFOUNDED  ☐ EXCEPTIONALLY CLEARED-DATE
- A ☐ DEATH OF ACTOR
- B ☐ PROSECUTION DECLINED
- C ☐ EXTRADITION DENIED
- D ☐ VICTIM REFUSED TO COOPERATE
- E ☐ JUVENILE/NO CUSTODY
- N ☒ NOT APPLICABLE
- ☐ MULTIPLE CLEAR-UP

| 1. ORI/STATION | PAPSP6000/Montoursville | 2. DATE OF REPORT 09/27/16 |
|---|---|---|
| 3. OFFENSE | PWID-Heroin | 4. VICTIM Society |

**5. NARRATIVE**

**SYNOPSIS:** Anthony BARASKY was observed operating a black Dodge Durango with illegal window tint in the City of Williamsport. A traffic stop was attempted and BARASKY fled in the same vehicle. A pursuit was initiated and terminated due to risk of public safety. A second traffic stop was attempted on BARASKY in the same vehicle in Loyalsock Twp and he fled a second time. A pursuit was initiated and terminated again due to risk of public safety. BARASKY ultimately crashed his vehicle through the block wall of the Kmart shopping center, fled on foot and was later captured. He was found to have discarded heroin on Northway Rd and inside a garbage can in the Kmart Plaza during his flight. An additional amount of heroin was found in his vehicle upon execution of a search warrant.

**PHYSICAL EVIDENCE:** MVR video
219 blue glassine bags of heroin, stamped with a blue handgun and the word "Purged", in clear zip lock bags
Drugswipe from BARASKY's hands showing trace amounts of opiates and cocaine

**DETAILS:** On 09/19/16, Tpr. Edward DAMMER and I were in full uniform, operating a marked State Police vehicle, on patrol in Loyalsock Twp and the City of Williamsport in Lycoming County. On the same date at 1225 hrs, I observed Anthony BARASKY operating a black in color Dodge Durango PA Reg#KBB4957, with illegal window tint, eastbound on High St near Herdic Pl in the City of Williamsport. I am familiar with BARASKY and immediately recognized him. I was further aware that BARASKY was recently involved in a vehicle pursuit in the City of Williamsport in the same vehicle and that he did not have a valid license. I immediately turned around and activated my emergency lights and sirens and attempted to stop BARASKY. BARASKY turned north on Campbell St and accelerated while passing vehicles on the left in a no passing zone toward oncoming traffic (vehicle/s had to move out of his way). He then turned east onto Louisa St and traveled at speeds in excess of 80 mph as he ran through the stops signs at 1st through 7th St. At 7th St, BARASKY's vehicle went airborne due to his high rate of speed. Due to the high rates of speed and the time of day, we terminated the pursuit in fear of innocent persons being hurt or killed by BARASKY's actions.

We traveled east on Louisa St to Cemetery St and then north on Cemetery where we were advised by some City workers that a black Dodge Durango traveled at a high rate of speed north on Cemetery St. We then traveled to Cemetery St and Bloomingrove Rd in Loyalsock Twp where another witness advised that the same vehicle traveled north on Bloomingrove Rd. We then traveled to Bloomingrove Rd and Northway Extension where I observed yaw marks coming from Bloomingrove Rd to Northway Extension. I radioed ahead and asked for another PSP Unit to look for the same vehicle at Northway Rd and Northway Extension. We did not stop long enough to identify any of the witnesses.

A few minutes later, Tpr. Tyler MORSE advised via police radio that he tried to stop the same vehicle on Northway Rd near Northway Rd Extension and it was also fleeing from him. Tpr. MORSE pursued the vehicle as it ran through the solid red light at Northway Rd and Four Mile Dr (causing vehicles approaching the intersection to scatter). Tpr. MORSE also had to abandon the pursuit do to BARASKY's high rates of speed and the danger to the public. Tpr. MORSE observed BARASKY travel south on Northway Rd past the Loyalsock High St and then lost sight of him. He observed him again near Sheridan St and lost sight of him a second time. EMS workers at the Loyalsock Fire hall then informed Tpr. MORSE that the same vehicle fled east on Homewood Ave. Tpr. MORSE traveled east on Homewood Ave until he found the same vehicle crashed through the concrete block western wall of the Kmart on East 3rd St in Loyalsock Twp. The entire front half of the vehicle crashed through the block wall into the children's department of the store. BARASKY was observed by a witness (who later identified him) flee from the crash scene, south and then east through the Kmart/Giant Plaza toward Staples.

A short time later, BARASKY was observed by Tpr. Jessica NASCHKE jumping a fence at the rear of Willard's on Westminster Dr and was taken into custody in their parking lot by Tpr's NASCHKE, DAMMER and Rich HOLZ.

-continued-

| 6. OFFICER'S NAME/SIGNATURE | BADGE NO. | 7. INVEST. RECM. | 8. SUPV. INIT./BADGE NO. | 9. ☐ CONCUR ☐ NONCONCUR | 10. PAGE |
|---|---|---|---|---|---|
| Tpr. T.R. HAVENS | 7355 | ☒ CONT. ☐ TERM. | | | 3 |

**DEPARTMENT HEADQUARTERS**

Dent and Havens Production 009

| SP 7-0051 (3-96) | REPORT TYPE | | INCIDENT NO. |
|---|---|---|---|
| PENNSYLVANIA STATE POLICE CONTINUATION SHEET ☒ SUPPLEMENTAL INVESTIGATION REPORT ☐ | ☒ INCIDENT ☐ OTHER | DATE(S) OF INCIDENT 09/19/16 Mon. TIME(S) OF INCIDENT 1225 hrs. | PA2016-662364 JUVENILE ☐ DOMESTIC VIOLENCE ☐ |

ATTACHMENTS: ☐ MISSING PERSON CHECKLIST    DISP.: ☒ CLEARED BY ARREST ☐ UNFOUNDED ☐ EXCEPTIONALLY CLEARED-DATE
☐ FELONY CRIMES AGAINST THE PERSON ☐ STATEMENT FORM(S)    A ☐ DEATH OF ACTOR    D ☐ VICTIM REFUSED TO COOPERATE
☐ VICTIM/WITNESS ASSISTANCE GUIDE RECEIPT ☐ RIGHTS WARNING AND WAIVER    B ☐ PROSECUTION DECLINED    E ☐ JUVENILE/NO CUSTODY
☒ PROPERTY RECORD ☒ OTHER criminal complaints    C ☐ EXTRADITION DENIED    N ☒ NOT APPLICABLE    ☐ MULTIPLE CLEAR-UP

| 1. ORI/STATION  PAPSP6000/Montoursville | 2. DATE OF REPORT 09/27/16 |
|---|---|
| 3. OFFENSE  PWID-Heroin | 4. VICTIM  Society |

**5. NARRATIVE**

A canvas of the area was conducted by PSP, Williamsport PD, LCNEU, Montoursville PD and several State Constables. Tpr. DAMMER found a white HTC cellphone behind Willard's where BARASKY was observed jumping the fence. Found inside the top of a garbage can in front of Staples in the Plaza was nine blue double sealed (clear zip lock bags) glassine bags of heroin stamped "purge" with a handgun. Found along Northway Rd in front of the Loyalsock Twp High School was another 70 bags of heroin stamped the same way. The heroin field tested positive. See attached supplemental reports prepared by Tpr. Matthew SWEET and Tpr. DAMMER.

When BARASKY was taken into custody, he was found to be in possession of approximately $500.00, two cellular telephones and two additional cellular telephones inside the crashed Dodge Durango. BARASKY was placed in our State Police patrol vehicle #19 and advised of his Miranda Rights. When asked if he understood his rights, he would not answer, so I advised him of his Miranda Rights a second time. This time he advised that he understood them.

I then transported BARASKY back to the crash scene. Once there, he complained of a neck injury that he alleged by caused by police (and not the crash). BARASKY was then transferred by paramedics from our patrol unit to an ambulance. While this was going on, I met with Joe Elaine RENNER.

**INTERVIEW: Joe Elaine RENNER** w/f-dob ▓▓▓ of ▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓. RENNER advised that she was standing in front of the Kmart, on the west side of the building when she heard the crash. She then looked north along the west side of the store and observed the black Dodge Durango crashed into the building. She advised that she observed a b/m flee from the area of the crash, south and then east in front of the Kmart toward the Staples. RENNER observed BARASKY being loaded into the ambulance and indicated that he was the person who she observed flee from the crash scene and across the Kmart plaza. See supplemental report prepared by Tpr. MORSE for his interview with RENNER.

Sgt James WARNER rode in the ambulance with BARASKY to the Williamsport Hospital. Upon arrival at the hospital, BARASKY refused treatment and was transported back to PSP Montoursville by Sgt WARNER and Tpr. HOLZ. At PSP Montoursville, BARASKY was secured to a bench in the patrol room. Prior to securing BARASKY to the bench, the area was checked/observed for security purposes.

**INTERVIEW: Anthony BARASKY**; At PSP Montoursville on 09/19/16 at approximately 1415 hrs, I attempted to interview BARASKY. BARASKY admitted to driving the black Dodge Durango, but denied ever possessing heroin or discarding any heroin during his flight. BARASKY said that he ran from us because he was tired of being harassed by police (specifically me) and didn't have a driver's license. BARASKY then advised that he'd like to exercise his right to remain silent.

BARASKY was then fingerprinted/photographed before being transported to District Court 29-3-02 for arraignment. BARASKY was arraigned before MDJ Gary WHITEMAN on the listed charges and committed to the Lycoming County Prison on $250,000.00 bail.

Prior to transporting BARASKY to the prison, I brought him back to PSP Montoursville so that I could prepare a search warrant for his hands to be swabbed for trace evidence of opiates. While preparing my search warrant, I was informed that around the time BARASKY was fingerprinted, he was permitted to utilize the restroom, and subsequently washed his hands. Nonetheless, I continued preparing the attached search warrant application. Same search warrant was authorized by Lycoming County ADA Kenneth OSOKOW and issued by MDJ Jerry LEPLEY on 09/19/16 at 1830 hrs. See attached. I served the same search warrant on BARASKY on the same date at 1835 hrs by utilizing a Drugwipe A5 test kit on both BARASKY's hands. The test showed trace evidence of opiates and cocaine on BARASKY's hands. I shared this result with BARASKY who rejected the test results as being a result of his handling of money. He claimed that all money contains trace amounts of drugs and that his hands were contaminated by money. See attached photo of the test results. The test kit was entered into evidence at PSP Montoursville on the same date, reference property record #F1-21917B.

-continued.-

| 6. OFFICER'S NAME/SIGNATURE Tpr.T.R.HAVENS | BADGE NO. 7355 | 7. INVEST. RECM. ☒ CONT. ☐ TERM. | 8. SUPV. INIT./BADGE NO. | 9. ☐ CONCUR ☐ NONCONCUR | 10. PAGE 4 |

DEPARTMENT HEADQUARTERS

| SP 7-0051 (3-96) | REPORT TYPE | | DATE OF INCIDENT 09/19/16 Mon. | | INCIDENT NO. PA2016-662364 |
|---|---|---|---|---|---|
| PENNSYLVANIA STATE POLICE CONTINUATION SHEET ☒ SUPPLEMENTAL INVESTIGATION REPORT ☐ | ☒ INCIDENT ☐ OTHER | | TIME(S) OF INCIDENT 1225 hrs. | JUVENILE ☐ | DOMESTIC VIOLENCE ☐ |
| ATTACHMENTS: | ☐ MISSING PERSON CHECKLIST | DISP.: ☒ CLEARED BY ARREST ☐ UNFOUNDED ☐ EXCEPTIONALLY CLEARED- DATE | | | |
| ☐ FELONY CRIMES AGAINST THE PERSON ☐ STATEMENT FORM(S) | | A ☐ DEATH OF ACTOR | D ☐ VICTIM REFUSED TO COOPERATE | | |
| ☐ VICTIM/WITNESS ASSISTANCE GUIDE RECEIPT ☐ RIGHTS WARNING AND WAIVER | | B ☐ PROSECUTION DECLINED | E ☐ JUVENILE/NO CUSTODY | | |
| ☒ PROPERTY RECORD ☒ OTHER criminal complaints | | C ☐ EXTRADITION DENIED | N ☒ NOT APPLICABLE | ☐ MULTIPLE CLEAR-UP | |
| 1. ORI/STATION PAPSP6000/Montoursville | | | | 2. DATE OF REPORT 09/27/16 | |
| 3. OFFENSE PWID-Heroin | | | 4. VICTIM Society | | |

**5. NARRATIVE**

BARASKY's hands. The test showed trace evidence of opiates and cocaine on BARASKY's hands. I shared this result with BARASKY who rejected the test results as being a result of his handling of money. He claimed that all money contains trace amounts of drugs and that his hands were contaminated by money. See attached photo of the test results. The test kit was entered into evidence at PSP Montoursville on the same date, reference property record#F1-21917B.

After serving the search warrant on BARASKY, I transported him to the Lycoming County Prison. He also had the attached detainer lodged against him by his Philadelphia County State Parole Officer Anthony MERLINO. While in route to the prison, BARASKY again admitted to driving the black Dodge Durango during the pursuit, and further admitted that it was very dangerous of him to have driven so fast on Louisa St and running stop signs at that time of the day. He acknowledged that he could have killed someone. This conversation occurred with the MVR activated.

The Dodge Durango was towed from the Kmart to PSP Montoursville on the same date and secured in the impound. A custodial inventory search was conducted as required. The only item of value discovered was a pink iPhone. The recovered heroin from the Staples garbage receptacle and from Northway Rd at the Loyalsock High School, along with the iPhone from Barasky's person, his wallet, keys, cash, the iPhone from the Durango and from Willard's was entered into evidence, reference property record#F1-21917/A.

On 09/21/16, I obtained the attached search warrants from MDJ Jon KEMP for the Dodge Durango and for BARASKY's pants in the custody of the prison (to test for trace evidence of opiates).

On the same date at 1130 hrs, I served the search warrant on the black Dodge Durango. I noticed that the plastic housing holding the climate control/radio in the dashboard was loose (I was able to easily remove it with my pocket-knife). The natural voids behind these areas of vehicle dashboards are commonly used to conceal illegal drugs and guns. I also noticed that the housing was held in place at the bottom by two small screws, and there was a small Stanley socket set in the back seat of the vehicle with a socket to fit the same screws. When I removed the housing, I discovered a large brick of heroin in the natural void behind the housing. The brick was packaged with magazine paper and stamped with the same blue "Purge" stamp with gun. Upon opening the brick, I found it to contain the same heroin bags/packaging (double sealed, blue glassine bags stamped "Purge" with a gun) and same colored rubber bands. The brick contained 10 fourteen bag bundles, or 140 bags of heroin. See attached photographs. Also found inside the vehicle in the glove box was a Philadelphia traffic citation issued to Markel RICHARDSON of 1800 Corlies St Philadelphia for window tint on a black Ford sedan PA Reg#JWT1201 on 05/18/16; and a paid receipt for RICHARDSON with PA OLN 28757534. See attached photocopies. The heroin was entered into evidence on 09/21/16, reference property record#F1-21917C. The citation and receipt was entered into evidence on 10/01/16, reference property record#F1-21917D.

I did not serve the warrant on the prison for BARASKY's pants due to finding the large amount of heroin in the dash of the Dodge Durango.

A lab request was submitted on 10/01/16 for the heroin. See attached request.

**INTERVIEW:** ▓▓▓▓ CRUMM w/m-dob ▓▓▓▓ Regional Property Manager for Excel Trust 4729 Perkiomen Ave Reading, PA (609) 678-5011, landlord for Kmart: On 09/29/16, I spoke with CRUMM via telephone. CRUMM advised that the work on the Kmart is not yet complete and all the costs have not yet been reported. He related that he's been given estimates between $10,000 to $12,000 to repair the damage caused by BARASKY. CRUMM will provide receipts/documents upon the completion of the repairs. A Victim Witness Assistance Guide was mailed to CRUMM on 10/01/16.

MVR requests were submitted to Cpl. Travis DOEBLER on 09/21/16.

-continued-

| 6. OFFICER'S NAME/SIGNATURE Tpr.T.R.HAVENS | BADGE NO. 7355 | 7. INVEST. RECM. ☒ CONT. ☐ TERM. | 8. SUPV. INIT./BADGE NO. | 9. ☐ CONCUR ☐ NONCONCUR | 10. PAGE 5 |
|---|---|---|---|---|---|

DEPARTMENT HEADQUARTERS

Dent and Havens Production 011

| SP 7-0051 (3-96) | REPORT TYPE | DATE(S)/DAY(S) OF INCIDENT 09/19/16 Mon. | INCIDENT NO. PA2016-662364 |
|---|---|---|---|
| PENNSYLVANIA STATE POLICE CONTINUATION SHEET ☒ SUPPLEMENTAL INVESTIGATION REPORT ☐ | ☒ INCIDENT ☐ OTHER | TIME(S) OF INCIDENT 1225 hrs. | JUVENILE ☐ DOMESTIC VIOLENCE ☐ |

| ATTACHMENTS: | ☐ MISSING PERSON CHECKLIST | DISP.: ☒ CLEARED BY ARREST ☐ UNFOUNDED ☐ EXCEPTIONALLY CLEARED- DATE |
|---|---|---|
| ☐ FELONY CRIMES AGAINST THE PERSON ☐ STATEMENT FORM(S) | A ☐ DEATH OF ACTOR | D ☐ VICTIM REFUSED TO COOPERATE |
| ☐ VICTIM/WITNESS ASSISTANCE GUIDE RECEIPT ☐ RIGHTS WARNING AND WAIVER | B ☐ PROSECUTION DECLINED | E ☐ JUVENILE/NO CUSTODY |
| ☒ PROPERTY RECORD ☒ OTHER criminal complaints | C ☐ EXTRADITION DENIED | N ☒ NOT APPLICABLE ☐ MULTIPLE CLEAR-UP |

| 1. ORI/STATION PAPSP6000/Montoursville | 2. DATE OF REPORT 09/27/16 |
|---|---|
| 3. OFFENSE PWID-Heroin | 4. VICTIM Society |

**5. NARRATIVE**

On 09/21/16, I was advised by Tpr. Dan KOZAK that on 09/19/16, when we were still attempting to capture BARASKY in the area of the Kmart plaza, a red in color Honda Civic PA reg#KCS8238 arrived at the Sheetz on Westminster Blvd in Loyalsock Twp. Two b/m's exited the vehicle and walked toward the Giant/Kmart plaza. A separate B/M arrived approximately 20 minutes later and drove the vehicle away. The registration for the vehicle showed the owner to be William Oscar THOMAS III of 457 East Indiana Ave Philadelphia. See attached email from Tpr. KOZAK.

On 10/01/16, I prepared the attached asset forfeiture prep form for the seized $506.00 from BARASKY and forwarded same, along with a copy of this report to asset forfeiture Trooper Jeffrey BROCK.

This report shall remain open pending additional investigation and final disposition of charges.

| 6. OFFICER'S NAME/SIGNATURE Tpr.T.R.HAVENS | BADGE NO. 7355 | 7. INVEST. RECM. ☒ CONT. ☐ TERM. | 8. SUPV. INIT./BADGE NO. | 9. ☐ CONCUR ☐ NONCONCUR | 10. PAGE 6 |
|---|---|---|---|---|---|
| | | STATION | | | |

Dent and Havens Production 012








Dent and Havens Production 014





Dent and Havens Production 015













Dent and Havens Production 018





Dent and Havens Production 019









Dent and Havens Production 021