# EXHIBIT N



Dent and Havens Production 138

**(32)**



Dent and Havens Production 139

**(33)**



Dent and Havens Production 140

**(34)**



Dent and Havens Production 141

(35)



Dent and Havens Production 142

**(36)**



Dent and Havens Production 143

**(37)**



Dent and Havens Production 144

**(38)**



Dent and Havens Production 145

(39)



Dent and Havens Production 146

**(40)**



< **Plug**   

listen bro, that's fine if you don't want to fuck with me anymore, but I at least want to take care of the balance

10:44 AM



 If you're up in the am jus give me a shout

6:28 PM

6:30 PM    ok



Thursday, October 1, 2020

I can get with you between 12-1 today

8:50 AM

ok that works. I'll take my break then

8:51 AM

Friday, October 2, 2020

3:08 PM    yo bro



Sup bro    3:11 PM



3:19 PM    got your bread bro plus money 3

+    Enter message     

Dent and Havens Production 147

(41)