# EXHIBIT O

OCT/05/2020/MON 10:29 AM   DJ PAGE                           FAX No. 570 327 2426                    P. 004

| COMMONWEALTH OF PENNSYLVANIA COUNTY OF LYCOMING | | **POLICE CRIMINAL COMPLAINT** COMMONWEALTH OF PENNSYLVANIA VS. |
|---|---|---|

Magisterial District Number: 29-3-04
MDJ: Hon. WILLIAM C. SOLOMON
Address: 1965 LYCOMING CREEK RD
WILLIAMSPORT, PA 17701
Telephone: (570)323-9982

DEFENDANT:                    (NAME and ADDRESS):
ANTHONY          MARCUS          BARASKY
*First Name*          *Middle Name*          *Last Name*          *Gen.*
1534 LOUISA STREET
WILLIAMSPORT, PA 17701

### NCIC Extradition Code Type

| | | | |
|---|---|---|---|
| ☐ 1-Felony Full | ☐ 5-Felony Pend. | ☐ C-Misdemeanor Surrounding States | ☐ Distance: ___ |
| ☐ 2-Felony Ltd. | ☐ 6-Felony Pend. Extradition Determ. | ☐ D-Misdemeanor No Extradition | |
| ☒ 3-Felony Surrounding States | ☐ A-Misdemeanor Full | ☐ E-Misdemeanor Pending | |
| ☐ 4-Felony No Ext. | ☐ B-Misdemeanor Limited | ☐ F-Misdemeanor Pending Extradition Determ. | |

### DEFENDANT IDENTIFICATION INFORMATION

| Docket Number | Date Filed | OTN/LiveScan Number | Complaint/Incident Number | Request Lab Services? |
|---|---|---|---|---|
| CR 179-20 | 10/02/2020 | 4867121-3 | 20-10100 | ☐ YES ☐ NO |

| GENDER | DOB ▓▓▓ | POB PENNSYLVANIA | Add'l DOB / / | Co-Defendant(s) ☐ |
|---|---|---|---|---|
| ☒ Male | First Name | Middle Name | Last Name | Gen. |
| ☐ Female | AKA | | | |

| RACE | ☐ White | ☐ Asian | ☒ Black | ☐ Native American | ☐ Unknown |
|---|---|---|---|---|---|
| ETHNICITY | ☐ Hispanic | | ☒ Non-Hispanic | ☐ Unknown | |

| HAIR COLOR | ☐ GRY (Gray) | ☐ RED (Red/Aubn.) | ☐ SDY (Sandy) | ☐ BLU (Blue) | ☐ PLE (Purple) | ☐ BRO (Brown) |
|---|---|---|---|---|---|---|
| | ☒ BLK (Black) | ☐ ONG (Orange) | ☐ WHI (White) | ☐ XXX (Unk./Bald) | ☐ GRN (Green) | ☐ PNK (Pink) |
| | ☐ BLN (Blonde / Strawberry) | | | | | |

| EYE COLOR | ☐ BLK (Black) | ☐ BLU (Blue) | ☒ BRO (Brown) | ☐ GRN (Green) | ☐ GRY (Gray) |
|---|---|---|---|---|---|
| | ☐ HAZ (Hazel) | ☐ MAR (Maroon) | ☐ PNK (Pink) | ☐ MUL (Multicolored) | ☐ XXX (Unknown) |

| DNA | ☐ YES ☐ NO | DNA Location | | WEIGHT (lbs.) |
|---|---|---|---|---|
| FBI Number | 371883TC6 | | MNU Number | 175 |
| Defendant Fingerprinted | ☐ YES ☐ NO | | | Ft. HEIGHT In. |
| Fingerprint Classification: | | | | |

### DEFENDANT VEHICLE INFORMATION

| Plate # | State | Hazmat ☐ | Registration Sticker (MM/YY) / | Comm'l Veh. Ind. ☐ | School Veh. ☐ | Oth. NCIC Veh. Code | Reg. same as Def. |
|---|---|---|---|---|---|---|---|
| VIN | | Year | Make | Model | Style | Color | ☐ |

Office of the attorney for the Commonwealth ☒ Approved ☐ Disapproved because: _____

(The attorney for the Commonwealth may require that the complaint, arrest warrant affidavit, or both be approved by the attorney for the Commonwealth prior to filing. See Pa.R.Crim.P. 507).

RYAN GARDNER                          VIA PHONE                          10/2/2020
(Name of the attorney for the Commonwealth)   (Signature of the attorney for the Commonwealth)   (Date)

I, DETECTIVE DENT _____          301041 / #508
(Name of the Affiant)                                         (PSP/MPOETC -Assigned Affiant ID Number & Badge #)

of LYCOMING COUNTY DISTRICT ATTORNEY          PA0411300
(Identify Department or Agency Represented and Political Subdivision)   (Police Agency ORI Number)
do hereby state: (check appropriate box)

1. ☒ I accuse the above named defendant who lives at the address set forth above
   ☐ I accuse the defendant whose name is unknown to me but who is described as _____

☐ I accuse the defendant whose name and popular designation or nickname are unknown to me and whom I have therefore designated as John Doe or Jane Doe
with violating the penal laws of the Commonwealth of Pennsylvania at [2141 _____ LYCOMING CREEK ROAD AND
                                                                       (Subdivision Code)   (Place-Political Subdivision).
ECKARD ROAD, HEPBURN TOWNSHIP

In LYCOMING County   [41] _____   on or about 4/15/2020 – 9/24/2020
                     (County Code)                  (Offense Date)

Dent and Havens Production 060

Case 4:21-cv-02041-KM   Document 92-15   Filed 07/09/24   Page 3 of 6

## POLICE CRIMINAL COMPLAINT

| Docket Number) 02·124·20 | Date Filed: 10/02/2020 | OTN/LiveScan Number | | Complaint/Incident Number 20-10100 |
|---|---|---|---|---|
| Defendant.Name | First: ANTHONY | Middle: MARCUS | | Last: BARASKY |

The acts committed by the accused are described below with each Act of Assembly or statute allegedly violated, if appropriate. When there is more than one offense, each offense should be numbered chronologically.
(Set forth a brief summary of the facts sufficient to advise the defendant of the nature of the offense(s) charged. A citation to the statute(s) allegedly violated, without more, is not sufficient. In a summary case, you must cite the specific section(s) and subsection(s) of the statute(s) or ordinance(s) allegedly violated.)

| Inchoate Offense | ☐ Attempt 18 901 A | ☐ Solicitation 18 902 A | ☐ Conspiracy 18 903 | | | Number of Victims Age 60 or Older _____ | |
|---|---|---|---|---|---|---|---|

| ☒ | 1 | 7512 | A | of the | TITLE 18 | 1 | FEL3 | | |
|---|---|---|---|---|---|---|---|---|---|
| Lead? | Offense# | Section | Subsection | | PA Statute (Title) | Counts | Grade | NCIC Offense Code | UCR/NIBRS Code |

| PennDOT Data (if applicable) | Accident Number | | ☐ Interstate | ☐ Safety Zone | ☐ Work Zone |
|---|---|---|---|---|---|

Statute Description (Include the name of statute or ordinance): Criminal use of a communication facility

Acts of the accused associated with this Offense: IN THAT, on 10/2/2020, the defendant did use a communication facility to commit, cause, or facilitate the commission or the attempt therof of any crime which constitutes a felony under this title or under the act of April 14, 1972 known as The Controlled Substance, Drug, Device and Cosmetic Act. TO WIT: On 10/2/2020 the defendant did utilize cellular telephone number (215) 301-0606 to facilitate the attempted delivery suspected Fentanyl (Schedule II) in area of Cogan Station, PA, 17728, Lycoming County.

| Inchoate Offense | ☐ Attempt 18 901 A | ☐ Solicitation 18 902 A | ☐ Conspiracy 18 903 | | | Number of Victims Age 60 or Older _____ | |
|---|---|---|---|---|---|---|---|

| ☐ | | | | of the | | | | | |
|---|---|---|---|---|---|---|---|---|---|
| Lead? | Offense#. | Section | Subsection | | PA Statute (Title) | Counts | Grade | NCIC Offense Code | UCR/NIBRS Code |

| PennDOT Data (if applicable) | Accident Number | | ☐ Interstate | ☐ Safety Zone | ☐ Work Zone |
|---|---|---|---|---|---|

Statute Description (include the name of statute or ordinance):

Acts of the accused associated with this Offense:

| Inchoate Offense | ☐ Attempt 18 901 A | ☐ Solicitation 18 902 A | ☐ Conspiracy 18 903 | | | Number of Victims Age 60 or Older _____ | |
|---|---|---|---|---|---|---|---|

| ☐ | | | | of the | | | | | |
|---|---|---|---|---|---|---|---|---|---|
| Lead? | Offense# | Section | Subsection | | PA Statute (Title) | Counts | Grade | NCIC Offense Code | UCR/NIBRS Code |

| PennDOT Data (if applicable) | Accident Number | | ☐ Interstate | ☐ Safety Zone | ☐ Work Zone |
|---|---|---|---|---|---|

Statute Description (include the name of statute or ordinance):

Acts of the accused associated with this Offense:

AOPC 412A — Rev. 07/18

Dent and Havens Production 061

## ⚜ POLICE CRIMINAL COMPLAINT

| Docket Number: <br> *CR. 174·10* | Date Filed: <br> 10/02/2020 | OTN/LiveScan Number | | Complaint/Incident Number <br> 20-10100 |
|---|---|---|---|---|
| Defendant Name | First: <br> ANTHONY | Middle: <br> MARCUS | Last: <br> BARASKY | |

2. I ask that a warrant of arrest or a summons be issued and that the defendant be required to answer the charges I have made.

3. I verify that the facts set forth in this complaint are true and correct to the best of my knowledge or information and belief. This verification is made subject to the penalties of Section 4904 of the Crimes Code (18 Pa.C.S. § 4904) relating to unsworn falsification to authorities.

4. This complaint consists of the preceding page(s) numbered ___ through ___.

5. I certify that this filing complies with the provisions of the *Case Records Public Access Policy of the Unified Judicial System of Pennsylvania* that require filing confidential information and documents differently than non-confidential information and documents.

The acts committed by the accused, as listed and hereafter, were against the peace and dignity of the Commonwealth of Pennsylvania and were contrary to the Act(s) of the Assembly, or in violation of the statutes cited.
(Before a warrant of arrest can be issued, an affidavit of probable cause must be completed, sworn to before the issuing authority, and attached.)

OCTOBER    2ND            2020                           _(signature)_
_____    _____    _____
(Date)                   (Year)          (Signature of Affiant)

AND NOW, on this date   10/2/2020      I certify that the complaint has been properly completed and verified.

An affidavit of probable cause must be completed before a warrant can be issued.

29 - 1 - 02            _(signature)_   S/A
_____    _____
(Magisterial District Court Number)    (Issuing Authority)

AOPC 412A – Rev. 07/18

Page ___ of ___

Dent and Havens Production 062

Case 4:21-cv-02041-KM   Document 92-15   Filed 07/09/24   Page 5 of 6

## POLICE CRIMINAL COMPLAINT

| Docket Number: CR.179.10 | Date Filed: 10/02/2020 | OTN/LiveScan Number | Complaint/Incident Number 20-10100 | | |
|---|---|---|---|---|---|
| Defendant Name | First: ANTHONY | | Middle: MARCUS | | Last: BARASKY |

## AFFIDAVIT of PROBABLE CAUSE

SEE ATTACHED

I, DETECTIVE DENT, BEING DULY SWORN ACCORDING TO THE LAW, DEPOSE AND SAY THAT THE FACTS SET FORTH IN THE FOREGOING AFFIDAVIT ARE TRUE AND CORRECT TO THE BEST OF MY KNOWLEDGE, INFORMATION AND BELIEF.

I CERTIFY THAT THIS FILING COMPLIES WITH THE PROVISIONS OF THE *CASE RECORDS PUBLIC ACCESS POLICY OF THE UNIFIED JUDICIAL SYSTEM OF PENNSYLVANIA* THAT REQUIRE FILING CONFIDENTIAL INFORMATION AND DOCUMENTS DIFFERENTLY THAN NON-CONFIDENTIAL INFORMATION AND DOCUMENTS.

_____
(Signature of Affiant)

Sworn to me and subscribed before me this  **2**  day of  **October**  **2020**

_____  Date_____, Magisterial District Judge

My commission expires: first Monday of January,  **2026**

CR.179.20                                    U 867121.3

# Affidavit of Probable Cause

This drug investigation involves an attempted delivery of suspected Fentanyl from Anthony BARASKY.

On October 2, 2020 I met with a Confidential Source (CS) who told me that have purchased suspected Fentanyl from Anthony BARASKY approximately 100 times. It should be noted BARASKY is a known narcotics dealer in the Williamsport Area. The CS stated that BARASKY would usually come to their house and deliver the suspected Fentanyl. In my presence the CS contacted BARASKY on telephone number (215) 301-0606 and asked BARASKY for "3", meaning 3 grams of Fentanyl. BARASKY then contacted the CS to let them know that he was almost there at which point BARASKY was traffic stopped and taken into custody by members of the Lycoming County Narcotics Enforcement Unit. Once BARASKY was in custody I contacted phone number (215) 301-0606 and the phone that was taken off his person rang displaying my phone number.

10/2/2020

Dent and Havens Production 064