# EXHIBIT Q

1     IN THE UNITED STATES DISTRICT COURT
      FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

2

3 ANTHONY BARASKY,        :
        Plaintiff     :

4                      :

5     vs.             :

6 KEVIN DENT, TYSON HAVENS,   CASE NO. 4:21-CV-02041
JOSHUA BELL, CLINTON     :

7 GARDNER, CHRISTOPHER
KRINER, JOSEPH HOPE,      :

8 LYCOMING COUNTY, OLD
LYCOMING TOWNSHIP; and   :

9 CITY OF WILLIAMSPORT,
        Defendants   :

10

11

12

13         Deposition of:    ANTHONY BARASKY

14         Taken by   :  Defendants

15         Before     :  Ervin S. Blank
                     Reporter-Notary Public

16

17         Beginning  :  March 22, 2024; 1:06 p.m.

18         Place      :  McCormick Law Firm
                     835 West Fourth Street

19                      Williamsport, Pennsylvania

20

21

22 COUNSEL PRESENT:

23     LEONARD GRYSKEWICZ, JR., ESQUIRE
    Lampman Law

24     2 Public Square
    Wilkes-Barre, Pennsylvania 18701

25        For - Plaintiff

---

1 COUNSEL PRESENT: (CONTINUED)

2     AUSTIN WHITE, ESQUIRE
    McCormick Law Firm

3     835 West Fourth Street
    Williamsport, Pennsylvania 17701

4        For - Defendants Kevin Dent and Tyson Havens

5     SHAWNA R. LAUGHLIN, ESQUIRE
    William J. Ferren & Associates

6     P.O. Box 2903
    Hartford, Connecticut 06104-2903

7        For - Defendants Joshua Bell, Clinton Gardner
       and City of Williamsport

8

9     MARK J. KOZLOWSKI, ESQUIRE
    Marshall Dennehey

10    P.O. Box 3118
   Moosic, Pennsylvania 18507

11       For - Defendants Old Lycoming Township,
       Joseph Hope and Christopher Kriner

12

13

14

15

16

17

18

19

20

21

22

23

24

25

---

## INDEX TO WITNESSES

ANTHONY BARASKY

| Examination by: | DIRECT | CROSS | REDIRECT | RECROSS |
|---|---|---|---|---|
| Ms. Laughlin | 5 | -- | -- | -- |
| Mr. White | -- | 134 | -- | -- |
| Mr. Kozlowski | -- | 147 | -- | -- |
| Mr. Gryskewicz | -- | 151 | -- | -- |

---

## INDEX TO EXHIBITS

FOR - DEFENDANTS

| | MARKED | ADMITTED |
|---|---|---|
| Barasky Deposition Exhibit No. 1 | 57 | -- |
| Barasky Deposition Exhibit No. 2 | 74 | -- |
| Barasky Deposition Exhibit No. 3 | 75 | -- |
| Barasky Deposition Exhibit No. 4 | 92 | -- |
| Barasky Deposition Exhibit No. 5 | 93 | -- |
| Barasky Deposition Exhibit No. 6 | 95 | -- |
| Barasky Deposition Exhibit No. 7 | 99 | -- |
| Barasky Deposition Exhibit No. 8 | 102 | -- |
| Barasky Deposition Exhibit No. 9 | 105 | -- |
| Barasky Deposition Exhibit No. 10 | 105 | -- |
| Barasky Deposition Exhibit No. 11 | 107 | -- |
| Barasky Deposition Exhibit No. 12 | 107 | -- |
| Barasky Deposition Exhibit No. 13 | 109 | -- |
| Barasky Deposition Exhibit No. 14 | 109 | -- |
| Barasky Deposition Exhibit No. 15 | 111 | -- |
| Barasky Deposition Exhibit No. 16 | 114 | -- |
| Barasky Deposition Exhibit No. 17 | 116 | -- |
| Barasky Deposition Exhibit No. 18 | 125 | -- |
| Barasky Deposition Exhibit No. 19 | 145 | -- |
| Barasky Deposition Exhibit No. 20 | 145 | -- |

---

**5**

1    STIPULATION
2        It is hereby stipulated by and between
3    counsel for the respective parties that signing,
4    sealing, certification and filing are hereby waived;
5    and that all objections except as to the form of the
6    question are reserved to the time of trial.
7
8                    *   *   *
9
10        ANTHONY BARASKY, called as a witness, having
11    been duly sworn or affirmed, testified as follows:
12                DIRECT EXAMINATION
13    BY MS. LAUGHLIN:
14        Q    Hello, Mr. Barasky.
15        A    Hi.
16        Q    My name is Shawna Laughlin.  I represent
17    Joshua Bell and Clinton Gardner with regard to the
18    lawsuit that you brought.  We're here today to take
19    your deposition.  Can you state your name for the
20    record?
21        A    Yes.  My name is Anthony Barasky.
22        Q    And have you ever participated in a
23    deposition before?
24        A    No, ma'am.
25        Q    Okay.  I'm going to go over some ground rules

**6**

1    to help it run smoothly.  As you can see, we have the
2    court reporter here to your right who's taking down
3    everything that's being said.  For that reason, you
4    will want to make sure that your answers are verbal.
5    You can nod your head, shrug your shoulders, point at
6    something, but I ask that you accompany that with a
7    verbal response.  Okay?
8        A    Yes.
9        Q    I also ask that you try not to answer a
10    question with uh-huh or huh-uh because when we go back
11    to the record, we're not clear on whether that's a yes
12    or a no.  Okay?
13        A    Yes.
14        Q    Now, I know that it's common and when we're
15    having a conversation, one of those things may slip
16    out, an uh-huh, an huh-uh, someone here at this table
17    is going to say to you, was that a yes, was that a no.
18    We don't mean to suggest an answer, we just want to,
19    make sure it's clear for the record.  Okay?
20        A    Yes.
21        Q    If I -- I also ask that you wait until I
22    completely finish the question before you provide your
23    answer because the court reporter can't take down two
24    people talking at the same time.  Okay?
25        A    Yes.

**7**

1        Q    I will try to afford you the same courtesy,
2    let you completely answer the question before I move
3    on to the next one.  However, if you take a break
4    because you're trying to think of something you want
5    to add to your answer, I might mistakenly think that
6    you were done and move on to the next question.  It is
7    not my intent to interrupt you, so if that happens,
8    let me know, we'll go back to that prior question for
9    as long you need.  Okay?
10        A    Yes.
11        Q    If I ask you a question and you don't hear me
12    or you don't understand the question, let me know.
13    I'll repeat it or rephrase it as many times as you
14    need.  Okay?
15        A    Yes.
16        Q    If I ask you a question and you don't know
17    the answer, you don't remember, you don't recall, let
18    me know.  That's a perfectly fine answer.  Okay?
19        A    Yes.
20        Q    I do not want you to guess at an answer.  Is
21    that understood?
22        A    Understood.
23        Q    If you are able to give me an estimate or an
24    average, though, if I'm talking about distance,
25    speeds, something like that and you're comfortable

**8**

1    doing so, you can do that.  Just let me know it's an
2    estimate or an average.  Okay?
3        A    Yes.
4        Q    If you need a break for any reason, let us
5    know.  We'll be able to accommodate that.  I just ask
6    if there's a question pending, that you answer that
7    question before we take the break.  Okay?
8        A    Yes.
9        Q    How old are you today?
10        A    I'm 34 years old.
11        Q    And do you go by other names?
12        A    Tony, Anth, Anthony.
13        Q    Any nicknames?
14        A    No.
15        Q    What's your current address?
16        A    2001 Newberry Street, Apartment 1.
17        Q    And how long have you lived there?
18        A    Approximately three years.
19        Q    And where did you live prior to that?
20        A    1534 Louisa Street.
21        Q    Is that in Williamsport?
22        A    Yes.
23        Q    And how long did you live there?
24        A    Approximately five years.
25        Q    Is that where you were living at the time of

**9**

1     the incident we're here about today?

2     A    Yes.

3     Q    Anybody live there with you?

4     A    My mother.

5     Q    And was she living there also on the date of

6     the incident we're here about today?

7     A    Yes.

8     Q    At the Newberry Street apartment, who lives

9     there with you?

10    A    My mother.

11    Q    Anyone else?

12    A    No.

13    Q    Are you currently on any medications or under

14    the influence of any kind of substance that would

15    affect your ability to participate in this deposition

16    today?  And by participate I mean understand questions

17    and give truthful answers.

18    A    No, I'm not.

19    Q    Are you married?

20    A    No.

21    Q    Have you ever been married?

22    A    No.

23    Q    Do you have any children?

24    A    Yes.

25    Q    How many?

**10**

1     A    I have two sons.

2     Q    Names and ages?

3     A    J██████, 16 years old.  N███.

4     Q    Can you spell that, please?

5     A    N█████.  He's ten right now until tomorrow.

6     Q    Okay.  Happy early birthday.

7     A    So he'll be 11 tomorrow.  Yeah.

8     Q    And the third one?

9     A    S-█████████.

10    Q    And how old is he?

11    A    Ten months.

12    Q    And do you have any child support obligations

13    with regard to any of your three sons?

14    A    Yes, I do.  For N███.

15    Q    Just for N███?

16    A    Yes.

17    Q    Are there any outstanding child support

18    orders with regard to any of your children?

19    A    No.

20    Q    Have you ever been charge or convicted of a

21    crime?

22    A    Yes.

23    Q    Let's go through what crimes have you been

24    charged or convicted.

25    A    Is that a question or a statement?

**11**

1     Q    Correct.  You tell me what crimes you were

2     charged or convicted of.

3     A    I was convicted of a possession with intent

4     to deliver.

5     Q    And what year was that?

6     A    2008.  And I was convicted of possession with

7     intent to deliver.

8     Q    You were convicted?

9     A    Yes.

10    Q    There was a trial?

11    A    It was a plea agreement.

12    Q    And as a result of that conviction, did you

13    serve any time?

14    A    Yes.

15    Q    How much?

16    A    Approximately three years and four months.

17    Q    And where did you do that time?

18    A    In a state facility.

19    Q    I'm sorry?

20    A    State facility.

21    Q    Where was it located?

22    A    In Houtzdale, Pennsylvania.

23    Q    Honesdale?

24    A    Houtzdale.  H-O-U-T-Z-D-A-L-E, Pennsylvania.

25    Q    And what years were you incarcerated in

**12**

1     Houtzdale?

2     A    I believe 2009 was when I got there, until

3     2011, considering I sat in pretrial confinement in the

4     Lycoming County Prison.

5     Q    I'm sorry.  Can you repeat that?

6     A    Considering I sat in pretrial confinement in

7     Lycoming County Prison before the 2009.  So it would

8     have been from 2008 to 2009, and then I finished that

9     sentence at SCI Quehanna.

10    Q    And was there bail set when you were charged

11    with possession with intent to deliver?

12    A    Yes, I believe so.

13    Q    Do you know what the bail was?

14    A    I can't remember the precise number, but it

15    was significantly high.  It was in the six figure

16    range.

17    Q    And you weren't able to post bail and so

18    that's why you were confined pretrial?

19    A    Correct.

20    Q    And what other crimes have you been charged

21    with?

22    A    Possession with intent to deliver.

23    Q    What year?

24    A    2016.

25    Q    And was there a trial?

13

| | |
|---|---|
| 1 | A    There wasn't. |
| 2 | Q    Was there a plea? |
| 3 | A    There was. |
| 4 | Q    And you pled to possession with intent to |
| 5 | deliver? |
| 6 | A    I pled to possession with intent to deliver, |
| 7 | criminal mischief, and fleeing and eluding. |
| 8 | Q    Fleeing and evading? |
| 9 | A    Or evading.  Sorry. |
| 10 | Q    And what was the result of your plea for |
| 11 | that? |
| 12 | A    A period of incarceration. |
| 13 | Q    And how long were you incarcerated? |
| 14 | A    Approximately three years and three months. |
| 15 | Q    And where were you incarcerated? |
| 16 | A    Benner Township. |
| 17 | Q    What township? |
| 18 | A    Benner Township. |
| 19 | Q    Is that where you did all the time? |
| 20 | A    Yes, outside of my pretrial incarceration. |
| 21 | Q    And was there bail set for that -- for those |
| 22 | charges in 2016? |
| 23 | A    Initially, no. |
| 24 | Q    And were you incarcerated during that time? |
| 25 | A    I was. |

14

| | |
|---|---|
| 1 | Q    And so you had no bail set.  At some point |
| 2 | there was a bail that was set? |
| 3 | A    There was a bail modification. |
| 4 | Q    And at that time were you able to post bail? |
| 5 | A    I wasn't. |
| 6 | Q    Do you remember what the bail was at that |
| 7 | modification? |
| 8 | A    150,000. |
| 9 | Q    Do you know if it was secured or unsecured? |
| 10 | A    I can't remember. |
| 11 | Q    The 2016 charges, did that arise out of when |
| 12 | you were fleeing from police and you crashed into the |
| 13 | side of a Kmart building? |
| 14 | A    I don't understand the question. |
| 15 | Q    Those charges in 2016, was that after you had |
| 16 | fled the police and your vehicle ended up in the side |
| 17 | of the Kmart building? |
| 18 | A    That was it, yes.  That was the incident. |
| 19 | Q    Okay.  And then after the vehicle crashed |
| 20 | into the Kmart building, you had also fled on foot |
| 21 | from the police? |
| 22 | A    Yes. |
| 23 | Q    With regard to the 2008 possession charges, |
| 24 | was there any fleeing from the police in that |
| 25 | instance? |

15

| | |
|---|---|
| 1 | A    No. |
| 2 | Q    Was that September 19th of 2016 the incident |
| 3 | that involved the Kmart? |
| 4 | A    Excuse me? |
| 5 | Q    Do you know if it was September 19th of 2016? |
| 6 | A    I can't remember the specific date, but it |
| 7 | was in the year 2016. |
| 8 | Q    I'm looking at your discovery answers, and it |
| 9 | looks like you -- it says I was sentenced to 30 months |
| 10 | to eight years incarceration.  Is that correct?  Is |
| 11 | that what you recall? |
| 12 | A    Yes. |
| 13 | Q    Any other charges that you've been convicted |
| 14 | of or pled to? |
| 15 | A    No. |
| 16 | Q    So how about -- I have one in -- you had |
| 17 | talked about 2008.  Was there just one?  I have |
| 18 | possession of marihuana and drug paraphernalia, |
| 19 | offense date was May 30th, 2008.  Those charges were |
| 20 | dismissed. |
| 21 | A    I can't remember. |
| 22 | Q    Do you recall that? |
| 23 | A    I don't remember having any recollection of |
| 24 | that. |
| 25 | Q    And then there was the possession with intent |

16

| | |
|---|---|
| 1 | to distribute from October 1st of 2008, sentence, four |
| 2 | to eight years.  Is that what we were talking about |
| 3 | when you went to Houtzdale? |
| 4 | A    Yes. |
| 5 | Q    I also show earlier that year in -- oh, we |
| 6 | already talked about that, May 30th.  There was a |
| 7 | simple possession in March of 2007 that may have been |
| 8 | dismissed.  Do you recall that? |
| 9 | A    It's hard for me to remember, honestly.  That |
| 10 | was a period of time where a lot of -- such a long |
| 11 | time ago. |
| 12 | Q    There was -- I also show in your answers |
| 13 | there was a charge of possession with intent to |
| 14 | distribute on June 3rd of 2015 that may have been |
| 15 | dismissed.  Do you recall that? |
| 16 | A    Yes. |
| 17 | Q    Any other times where you've been charged and |
| 18 | it's been dismissed? |
| 19 | A    Not that I can remember. |
| 20 | Q    Other than these two times that we talked |
| 21 | about being incarcerated in 2008 to 2011, and then |
| 22 | after the plea in 2016, have you ever been |
| 23 | incarcerated any other times? |
| 24 | A    After the plea on 2016? |
| 25 | Q    Or before.  Correct. |

17

```
 1     A    Was it after or before?  I'm confused on the
 2  question.
 3     Q    Both.  Either before or after.
 4     A    After, I was incarcerated.  Yes.
 5     Q    Okay.
 6     A    After the 2016.
 7     Q    And is that for the incident we're here about
 8  today?
 9     A    Correct.
10     Q    Other than that, has there been any other
11  periods where you've been incarcerated?
12     A    No.
13     Q    What years were you incarcerated from the
14  2016 plea?
15     A    I was incarcerated from 2016 to 2019.
16     Q    What's your highest level of education?
17     A    I received a certification from an institute
18  for paralegal studies.
19     Q    Which institute?
20     A    Blackstone Career Institute.
21     Q    And where's that located?
22     A    Allentown, Pennsylvania.
23     Q    What years did you attend that?
24     A    2018 to 2020.
25     Q    If your discovery answers indicate 2017 to
```

18

```
 1  2019, are those incorrect or is your recollection
 2  today incorrect?
 3     A    It's a possibility that my memory is hazy on
 4  it.
 5     Q    But somewhere in between 2017 and 2020 is
 6  when you attended and got your paralegal certificate?
 7     A    Correct.  Because it initially started as a
 8  college correspondence while I was incarcerated that I
 9  completed once I was released.  So I could -- I could
10  possibly be mixing the time up a little bit.
11     Q    And was that while you were incarcerated in
12  Benner Township?
13     A    Yes.
14     Q    And was that something that you were able to
15  do online or did somebody come in to teach?
16     A    It was through the educational department
17  there where -- there was correspondence through a
18  professor, but the textbooks had to come through the
19  education department to get them like approved and
20  cleared.
21     Q    Did you actually have to attend classes?
22     A    No, I was -- it wasn't something that I had
23  to attend.
24     Q    And how about after you were released, did
25  you attend classes to finish up that certificate?
```

19

```
 1     A    No, I didn't have to.
 2     Q    So it was the same kind of program where you
 3  were doing instruction from the textbook and had
 4  correspondence in some way with the professor?
 5     A    Correct.
 6     Q    It looks like you got your GED from
 7  Williamsport Area School District?
 8     A    Yes.
 9     Q    What was the last grade you completed?
10     A    Eighth grade.
11     Q    And then at some point it looks like you
12  enrolled at Penn Tech?
13     A    I did.
14     Q    And when did you enroll at Pennsylvania
15  College of Technology?
16     A    Approximately 2020.
17     Q    Would that have been for the fall semester or
18  sometime before that?
19     A    It was for the fall semester.
20     Q    And what kind of classes were you going to
21  take?
22     A    I was taking -- actually enrolled and
23  participating in business management.
24     Q    So you had already started classes at the
25  time of this incident that we're here about?
```

20

```
 1     A    Yes.
 2     Q    And how many classes were you enrolled in at
 3  that time?
 4     A    I can't remember the exact amount.  It was a
 5  few.
 6     Q    Do you know if it was -- did you have a full
 7  schedule of five classes or was it less?
 8     A    It was broken up into different days and
 9  different times.  A lot of it was my first semester.
10  First couple weeks was introductory stuff.
11     Q    And when you enrolled at Penn Tech, did you
12  fill out any applications for financial aid?
13     A    I did.
14     Q    And were you able to secure loans?
15     A    I was.
16     Q    And did they cover your full tuition?
17     A    Not too versed on how tuition works, but I
18  didn't have any obligations for tuition.  Once the
19  loans were approved, I was able to attend.
20     Q    So you didn't owe anything out of pocket?
21     A    No.
22     Q    And did you return to Penn Tech at any point?
23     A    I was unable to.
24     Q    How come?
25     A    Because during my incarceration because of me
```

21

1  not being present in class, my loans were moved into
2  default.  So when I tried to go back to re-enroll,
3  because of that default situation, I was unable to
4  resume my studies.
5      Q    Who were your loans through?
6      A    I can't remember.
7      Q    Did you get any grants that paid for the
8  education that you didn't have to pay back?
9      A    I can't remember, honestly.
10     Q    And these loans that you had, you had an
11 obligation to pay them back while you were still
12 attending school?
13     A    No, there was no obligation as far as the
14 payment goes.  From my understanding, which I could be
15 wrong, was it was to be repaid upon completion of my
16 studies.
17     Q    Okay.
18     A    But I didn't have like a monthly payment or
19 anything, to my knowledge, that I had to -- kind of
20 access to a portal to kind of keep us updated on the
21 status of our loans and such.
22     Q    So when did you first become aware that you
23 had to start paying back these loans?
24     A    I can't remember -- I can't give you a
25 specific date on that, but it was upon my release from

22

1  incarceration when I went to try to get into -- access
2  to my credit report and --
3      Q    Do you -- did they have -- had they sent you
4  any correspondence, any letters, indicating that you
5  needed to make payments for the loan?
6      A    If they did, they never made their way to me,
7  so I can't -- I can't really answer that.
8      Q    Did your mother continue to live at the
9  property where you lived at the time of this incident
10 while you were incarcerated?
11     A    She did.
12     Q    And would you typically get your mail at that
13 property?
14     A    Yes.
15     Q    And was your mother getting your mail at that
16 time?
17     A    Yes.
18     Q    And would she forward you mail to where you
19 were incarcerated?
20     A    No.
21     Q    Do you know why?
22     A    I didn't really communicate with my mother
23 much while I was incarcerated.  I mean, I did, but I
24 can't remember our conversation where -- like that was
25 one of the topics.  So that would maybe be a reason

23

1  why I wasn't forwarded or me even finding out the
2  status of my mail and what exactly came.  I wasn't
3  really thinking about that type of thing.
4      Q    Now, you had been incarcerated two prior
5  times prior to the -- what we're here about today.
6  Now, on those two other occasions did you also have
7  bills that you had to pay during those incarcerations
8  where you'd still be getting letters?
9      A    I can't remember.
10     Q    So would you have a rent payment back in 2008
11 when you were charged with possession with intent to
12 deliver?
13     A    No.
14     Q    Would you have had any car payments?
15     A    No.
16     Q    Any insurance payments?
17     A    No.
18     Q    Utilities?
19     A    No.
20     Q    And is that because you were living with your
21 mother at the time?
22     A    No, it was -- wasn't really a obligation.  I
23 would help out, but it wasn't obligatory, so -- with
24 me being away, it wouldn't be something that like --
25 and I'm very young at this time, so anything like 20

24

1  bucks, it just wasn't really like obligatory though.
2      Q    So then when you were incarcerated from
3  2016 -- or in 2016, did you have any obligations at
4  that point with regard to paying rent or utilities,
5  car payments, anything like that?
6      A    No, not that I can remember.
7      Q    Are you currently employed?
8      A    I am.
9      Q    Where?
10     A    Company called Parratt-Wolff, Incorporated.
11 P-A-R-R-A-T-T.  Wolff with two F's.
12     Q    And where are they located?
13     A    They were initially located in Lewisburg,
14 Pennsylvania, but we recently are transitioning into
15 Watsontown, Pennsylvania.  So that is kind of where
16 the location is now.
17     Q    And how long have you been employed there?
18     A    Approximately a year.  Could be a little over
19 a year, but definitely at least a year.
20     Q    And what do you do there?
21     A    I'm -- it's a variety of things, but
22 basically environmental work.  Drilling.
23     Q    Drilling?
24     A    Yes.
25     Q    Do you have a title?

25

1     A     Assistant driller.

2     Q     Have you held any other positions at

3  Parratt-Wolff in that year you've been employed?

4     A     I think -- my job description encompasses a

5  lot.  Like right now I'm currently -- there's just

6  different softwares and it -- it's extensive as far as

7  we do many things.  I could be installing a monitoring

8  well.  I could be redeveloping a lot.  I could be

9  drilling a well and installing it.  I could be doing

10  contamination remediation as far as -- which is a

11  whole another software.

12        I could be driving.  I can deliver -- it's

13  just a variety.  I don't really have like -- like we

14  all don't have really like a set job title.  Even like

15  per se if you would look up in the company, like it

16  would say assistant driller, but it's just more so

17  because it hasn't been updated.  Like it's not

18  really -- it's kind of like a software update on your

19  phone or something.  As of right now, I'm fulfilling a

20  position of many different things.

21     Q     Okay.  But your title is still assistant

22  driller?

23     A     My title would be assistant driller.

24     Q     And that's what it's been since you were

25  hired?

26

1     A     Yes.

2     Q     Where did you work prior to Parratt-Wolff?

3     A     I worked at Road Safe Traffic.

4     Q     And what years did you work there?

5     A     It was a short period.  My memory's kind of

6  hazy on the time.  I would have to --

7     Q     Okay.

8     A     -- maybe look at my resume.  It's kind of

9  hard me to keep track of those.

10     Q     Your discovery answers indicate you worked

11  there from March, 2022 to early 2023.  Does that sound

12  right?

13     A     March, '22 to --

14     Q     Early 2023.

15     A     That's a possibility.  It sounds like it

16  could be right.

17     Q     Do you recall working with your attorney to

18  answer discovery requests which were called

19  interrogatories to a list of questions?

20     A     Yes.

21     Q     Okay.  And do you recall there being a

22  question about your employment history where you've

23  worked over the past so many years?

24     A     Yes.

25     Q     And where did you get that information to

27

1  help provide those answers?

2     A     Just checking out my resume and trying to

3  reach out to different past employers to try to kind

4  of get the information.

5     Q     Was there a gap between your employment from

6  Road Safe to Parratt-Wolff?

7     A     Yes.

8     Q     Do you know how long?

9     A     I can't give you an exact period off the top

10  of my head.

11     Q     Now, it says at Road Safe, you left there for

12  a better opportunity.

13     A     Yes.

14     Q     And what would that better opportunity have

15  been?

16     A     Better pay.

17     Q     I'm sorry?

18     A     Like better pay.  More money.

19     Q     And there was an amount of time between Road

20  Safe and Parratt-Wolff where you weren't employed.

21     A     Correct.

22     Q     And so what was that better opportunity in

23  between there?

24     A     I wasn't.  I was on unemployment.

25     Q     You were collecting unemployment?

28

1     A     Yes.

2     Q     Were you laid off?  Did you quit?  Were you

3  fired from Road Safe?

4     A     I wouldn't really call it a layoff.  It's

5  seasonal, subcontracted.  It's traffic control, so

6  basically we worked based off of the construction work

7  or highway work through a subcontractor.  So it was

8  like, when we have inclement weather during the

9  wintertimes and that.

10     Q     And you said you did traffic control?

11     A     Yes.

12     Q     So is that like in construction sites when

13  you see people like holding the sign for you to go or

14  slow down or stop?

15     A     Yes.  It was a different variety of -- could

16  have been flagging or it could have been actually

17  setting that pattern, those signs that -- those temp

18  signs that you see.  Or like the light-up boards, and

19  just controlling that traffic in general.

20     Q     And prior to Road Safe you worked at West

21  Pharmaceutical Services?

22     A     I did.

23     Q     And what did you do there?

24     A     I initially got hired on as a production

25  operator, and then I moved into quality assurance as

**29**

1    an inspector.

2        Q    And how long did you work there?

3        A    Again, I can't really provide an answer off

4    the top of my head in order to give you the accurate

5    dates.

6        Q    Did you leave West Pharmaceutical to go to

7    Road Safe Traffic?

8        A    Yes.

9        Q    And if your discovery answers indicate that

10   you worked at West Pharmaceutical from September of

11   2021 to March of 2022, does that sound right?

12       A    It sounds like it could be correct.

13       Q    And prior to West Pharmaceutical Services,

14   what were you doing?

15       A    I had a job at Shop Vac.

16       Q    And what did you do at Shop Vac?

17       A    It was production and forklift operation.

18       Q    And how long did you work there?

19       A    It wasn't very -- it was a brief period.  It

20   wasn't long.

21       Q    Okay.  And you were working there at the time

22   of this incident in 2020?

23       A    It's hard to remember the dates, to be clear

24   and accurate.

25       Q    It looks like at some point you were laid off

**30**

1    from Shop Vac?

2        A    Yes.

3        Q    And collecting unemployment?

4        A    Yes.

5        Q    So would that have been at the time that this

6    incident occurred?

7        A    That's a possibility.

8        Q    Do you know the reason for the layoff?

9        A    From my understanding, kind of like shop

10   talk, they were getting acquired by a bigger company.

11   So it was one of those things where I couldn't tell

12   you if they were like revamping the company or

13   whatever, but it caused for a massive layoff.

14       Q    Prior to Shop Vac, you worked at Paris

15   Healthcare Linen?

16       A    Yes.

17       Q    What did you do there?

18       A    How can I explain?  Like a sorter.  Basically

19   taking the dirty clothes and sorting them for -- to be

20   washed.

21       Q    And how long did you work at Paris Healthcare

22   Linen?

23       A    I can't remember the specific amount of time,

24   but it was another short period.

25       Q    And when you say short period, are you

**31**

1    talking months or a year?

2        A    Less than a year.

3        Q    Did you leave Paris Healthcare to go to Shop

4    Vac or was there a gap in between the employment

5    there?

6        A    Can't remember specifically that period of

7    time.

8        Q    Do you recall how long you were at Shop Vac

9    before you were laid off?

10       A    It was another short -- short period.

11       Q    I want to turn your attention to the date of

12   your arrest, so October of 2020.

13       A    Okay.

14       Q    Do you recall?  Tell me what happened that

15   day.

16            MR. GRYSKEWICZ:  So he's going to exercise

17   his right under the Fifth Amendment to not answer that

18   question.  If you want to ask specific questions, I'm

19   sure he would talk about, you know, certain things

20   that that wouldn't cover, but a broad question like

21   that, he'd assert the Fifth Amendment privilege.

22            MS. LAUGHLIN:  So you're asserting the Fifth

23   Amendment based on my question of what happened that

24   day?

25            MR. GRYSKEWICZ:  Yes.  I think a broad

**32**

1    question like that, that would cover.

2            MS. LAUGHLIN:  Okay.  Can you mark that in

3    the transcript, that there was the instruction not to

4    answer?  Thank you.

5    BY MS. LAUGHLIN:

6        Q    Where were you at the time you were arrested?

7            MR. GRYSKEWICZ:  You can answer that

8    question.

9            THE WITNESS:  I can't tell you the name of

10   the road, but I was on a road off of -- in the

11   Lycoming Creek area.  Not familiar with the townships

12   out that way.

13   BY MS. LAUGHLIN:

14       Q    And where were you coming from and where were

15   you going?

16            MR. GRYSKEWICZ:  He would assert his Fifth

17   Amendment privilege, and I would direct you not to

18   answer that question.

19            MR. WHITE:  Just have a question.  I think

20   it's -- I think he has to assert his Fifth Amendment

21   privilege and not -- and it's just my understanding,

22   because I've been in this situation --

23            MR. GRYSKEWICZ:  No, I understand.  I think

24   you're correct.

25            MR. WHITE:  I think he's the one who has to

33

1  say it rather than it being an objection.  But, look,
2  I'm not --
3       MR. GRYSKEWICZ:  No, I think you're right,
4  Attorney White.  Yeah, so --
5       MR. WHITE:  I think that that's the way it's
6  supposed to --
7       MR. GRYSKEWICZ:  Yeah, I agree with you.  I
8  would direct you to assert your Fifth Amendment
9  privilege and not answer that question.
10      THE WITNESS:  On the advice of my counsel,
11  I'm asserting my Fifth Amendment right.
12  BY MS. LAUGHLIN:
13      Q    What kind of vehicle were you driving on the
14  date that you were arrested?
15      A    I can't remember, honestly, the make and
16  model.  It was a rental.
17      Q    And how long had you had the rental for, as
18  of that date when you were arrested?
19      A    I can't remember.
20      Q    Where did you rent it from?
21      A    Avis.
22      Q    Which Avis?
23      A    From the Philadelphia Airport --
24  International Airport.
25      Q    And did you have your own vehicle at the time

34

1  of this incident?
2       MR. GRYSKEWICZ:  I would direct you not to
3  answer that question and assert your Fifth Amendment
4  privilege.
5       THE WITNESS:  On the advice of counsel, I
6  wish to invoke my Fifth Amendment.
7  BY MS. LAUGHLIN:
8       Q    Are you -- do you know what area you were in
9  when you were pulled over?  If you were near any
10  streets or roads, do you know the names?
11      A    I can't remember.  I couldn't tell you.
12      Q    It's my understanding from the police reports
13  that you were heading from Lycoming Creek Road onto
14  Eckard Road at or near its intersection with Miller
15  Road.  Are you familiar with any of those roads?
16      A    I am not.
17      Q    And at what point did you know you were being
18  pulled over?
19      A    It was kind of simultaneous.  I observed a
20  bunch of officers kind of like cutting off the road in
21  front of me, and there was also what I -- what
22  appeared to be an unmarked police vehicle behind me
23  with its strobe lights activated.
24      Q    When you say strobe lights, are they like the
25  blue and red lights?

35

1       A    Yeah.  Not like on the top of the car.  It
2  was an unmarked vehicle, but they being like the grill
3  of the car, per se.
4       Q    And you said there was one behind you?
5       A    Yes.
6       Q    And then you said you observed officers
7  cutting off the road in front of you.  How many
8  officers?
9       A    I can't remember, but it was a few.
10      Q    Do you know --
11      A    More than one.
12      Q    And were they physically out of vehicles or
13  were they blocking -- how were they blocking the road?
14      A    It was a mixture of both of them.  It was
15  both vehicles and actual police officers on the road.
16      Q    And you had said you had -- it was in the
17  area of Lycoming Creek Road you had turned off.  You
18  don't know what road you were on, correct?
19      A    Correct.
20      Q    And did you make any other turns after making
21  your turn off of Lycoming Creek Road prior to being
22  stopped?
23      A    I can't remember.  I don't want to --
24      Q    And when you said officers were cutting off
25  the road in front of you, how were they doing that?

36

1       A    In the form of vehicles and actual police
2  officers outside of their vehicles.
3       Q    And was the roadway blocked where you could
4  not go around them at all?
5       A    Correct.
6       Q    And so when you see that and you see the
7  lights behind you in the unmarked car, what do you do?
8       A    I become compliant with the directives from
9  the officers.
10      Q    You stopped?
11      A    Absolutely.
12      Q    And after you stopped your vehicle, what
13  happened?
14      A    I began receiving orders to show my hands.
15  Like there was a lot of screaming.  It was kind of
16  chaotic, a bit overwhelming, so it was kind of hard
17  for me to keep track of everybody talking and
18  screaming.
19      Q    How many officers were there?
20      A    I can't remember, but it was quite a few.
21      Q    Did you have personal knowledge of any of the
22  officers that were there at the time of your arrest?
23      A    Meaning?
24      Q    Did you know them?
25      A    I did.

37

1    Q    Which ones did you know?

2    A    I knew Tyson Havens, Joshua Bell, Clinton

3    Gardner. And I don't know his first name, but

4    Caschera.

5    Q    And Caschera was there at the time of your

6    arrest?

7    A    He was.

8    Q    And you said that there was screaming. Who

9    was screaming?

10   A    It was kind of hard to tell specifically who

11   was screaming, but there was a lot from multiple

12   people. And I can't -- I can't believe like all --

13   they were surrounding the car and in front of the car,

14   were all around the car.

15   Q    Who was in the front of the car?

16   A    In the front of the car was the Old

17   Lycoming -- what I perceived to be Old Lycoming

18   Township police officers.

19   Q    And did you personally know any of the Old

20   Lycoming Township police officers?

21   A    I didn't.

22   Q    Were there also officers on the -- your side,

23   on the driver's side of the vehicle?

24   A    There was.

25   Q    And who was on that side?

38

1    A    Tyson Havens, Joshua Bell. And not sure of

2    his title or position, but Dammer.

3    Q    Dammer?

4    A    Yes.

5    Q    And were there any officers on the passenger

6    side of the vehicle?

7    A    Yes.

8    Q    Who was there?

9    A    Clinton Gardner.

10   Q    Just Gardner?

11   A    Correct.

12   Q    And were there any officers behind your car?

13   A    I can't remember at that time.

14   Q    Another officer that you said that was there

15   that you knew was Caschera. Where was he located

16   while you were still in the vehicle?

17   A    I can't remember his position. I just

18   remember seeing him.

19   Q    And at what point did you see Caschera?

20   A    I can't remember.

21   Q    So there was screaming going on, there were

22   orders to show your hands. What was the screaming?

23   What were they saying?

24   A    Show your hands. Keep them where I can see

25   them.

39

1    Q    Did any of the officers have their handguns

2    drawn?

3    A    They did.

4    Q    Who had their guns drawn?

5    A    Old Lycoming Township police officers.

6    Clinton Gardner.

7    Q    Anyone else?

8    A    I can't remember. I don't want to --

9    Q    That's fine.

10   A    -- say it without the absolute recollection

11   of it.

12   Q    And when they said show your hands, did you

13   comply?

14   A    I did.

15   Q    And then what happened after you showed your

16   hands?

17   A    They told me to open the vehicle.

18   Q    Did you do that?

19   A    I did.

20   Q    And how did you do that?

21   A    I reached over and unlocked it with my hand.

22   Q    And did you open the door?

23   A    I didn't.

24   Q    Did the door open?

25   A    It did.

40

1    Q    How did the door open?

2    A    Tyson Havens opened it.

3    Q    And once he opened the door, were there any

4    more instructions?

5    A    I can't remember any instructions. I just

6    was yanked out of the vehicle.

7    Q    Who yanked you out?

8    A    Tyson Havens.

9    Q    And how did he yank you out?

10   A    Pulled me by my arm.

11   Q    Which arm?

12   A    I can't remember which arm specifically.

13   Q    Were you injured in any way when he pulled

14   you out?

15   A    Not that I can remember. I did not receive

16   like medical attention for it or anything.

17   Q    Were you resisting at all?

18   A    I wasn't.

19   Q    And when he pulled you by the arm, was it

20   just helping you out of the vehicle or more?

21   A    I wouldn't consider it helping me.

22   Q    Okay. How would you --

23   A    It was like yank. Like yanked out, slammed

24   to the ground.

25   Q    Okay. So you're yanked out of the car and

41

1    then you said you're slammed to the ground?

2        A    Yes.

3        Q    And when you're on the ground, what's beneath

4    you?

5        A    Like the road.

6        Q    So you're on the road?

7        A    Yes.

8        Q    Were you injured when you were slammed to the

9    ground?

10       A    I can't remember.

11       Q    Did you have any bruising or abrasions, cuts

12   from being slammed to the ground?

13       A    I can't remember.  It was kind of a lot going

14   on, adrenalin rushing so --

15       Q    Did you receive any medical attention that

16   same day?

17       A    I didn't.

18       Q    So who slammed you to the ground?

19       A    It was a mixture of Joshua Bell, Tyson Havens

20   and Officer Dammer.

21       Q    And who?

22       A    Officer Dammer.

23       Q    Dammar.  And --

24       A    But it was more so Joshua Bell, Tyson Havens.

25       Q    And how did they slam you on the ground?

42

1        A    It was rather quick.  It was a pull, one

2    motion, fall out the car onto the ground.

3        Q    Was your door -- was the driver's side door

4    fully open at the time you were yanked out of the car?

5        A    I can't remember.

6        Q    So you're yanked out and then slammed on the

7    ground.  Kind of all happens quickly?

8        A    Yes.

9        Q    So where is -- you already said it's Havens

10   is the one who's pulling your arm.  Which arm is he

11   pulling?

12       A    I can't remember.

13       Q    Okay.  Is it the one that's closest to the

14   door or is it the one towards the passenger?

15       A    It wasn't -- like I can't remember them

16   having to come into the car, so it was more so focused

17   on the left side of my body.

18       Q    And what part of the arm did he grab?

19       A    It was kind of like this area, the left-sided

20   area towards --

21       Q    And you're pointing towards more the -- your

22   upper body, your upper arm?

23       A    Yeah.  It was kind of like -- it was

24   two-handed so it was --

25       Q    So he, Havens, uses two hands to pull you out

43

1    of the vehicle, and then you're slammed to the ground,

2    at which time Bell and Dammer helped put you on the

3    ground?

4        A    Havens more so got me out, extracted me from

5    the vehicle.  During the extraction and transit from

6    the vehicle to the ground was where Joshua Bell

7    of assisted in that.

8        Q    And how did he assist?

9        A    By grabbing me.

10       Q    And how did he grab you?

11       A    It's hard for me to remember like who did

12   what, where.  Specifically their hands, I just

13   remember them being there, being grabbed by them.  I

14   can't really -- I didn't really take it -- it all

15   happened in a fluid motion.  It wasn't like a grab,

16   pause for a period of time.  It was just one fluid

17   motion where -- out the vehicle onto the ground.

18            (Whereupon, a recess was taken from 1:57 p.m.

19   until 2:02 p.m.)

20                    AFTER RECESS

21   BY MS. LAUGHLIN:

22       Q    So when we left off, we were talking about

23   you being pulled out of the vehicle and slammed to the

24   ground, kind of all in one kind of movement.  And you

25   don't recall how Bell assisted in that, taking you to

44

1    the ground?

2        A    I just remember him being there and assisting

3    in it as far as physically -- I just can't really

4    specify and -- where he was physically.  I just

5    remember him being involved physically as far as that

6    aspect goes.

7        Q    And then how about Dammer, do you know how he

8    assisted in taking you to the ground?

9        A    I don't recall him participating in the

10   physicality aspect of it, just more so just being

11   there and kind of hovering.  But again, like it's hard

12   to really remember.  He could've grabbed me back or he

13   could have -- it's kind of hard to like -- I'm not

14   really in position where I can like actually see

15   what's going on.

16       Q    While this is taking place, the officers are

17   approaching the vehicle, they're shouting orders,

18   they're pulling you out of the vehicle, slamming you

19   to the ground, are you saying anything to the

20   officers?

21       A    I can't remember.

22       Q    Did you recall ever saying -- telling them

23   that you wanted to put your car in park and asking

24   them not to shoot you?

25       A    Yes.

45

1    Q.    Do you recall saying something to the effect

2  of everyone relax and you're messing up my clothes?

3    A.    I can't remember, but that would probably --

4  may be something I would say.

5    Q.    Okay.

6    A.    As far as like trying to cool out, cool off

7  everybody, so I --

8    Q.    So at the point where you're being arrested,

9  you're being pulled out of the vehicle, slammed to the

10  ground, your concern was with your clothes?

11    A.    They were pulling me with the force of

12  tearing them.

13    Q.    So your concern was on your clothes?

14    A.    I can't remember me specifically saying that

15  at that moment, but I was being pulled in a way where

16  it was kind of cutting off the air for me to breathe

17  as far as around my neck wise.

18    Q.    So the question about you're messing up my

19  clothes was because you couldn't breathe?

20    A.    I can't remember the incident, like as far as

21  me making a statement, so I -- it would kind of be

22  me --

23    Q.    If you couldn't breathe, wouldn't it be more

24  likely that you're saying -- for you to say something

25  like I, hey, I can't breath or your hurting me, as

46

1  opposed to you're messing up my clothes?

2    A.    Me offering that answer was trying to give

3  you just the why, if I did say it, which I can't

4  remember saying it. I'm just trying to come to grips

5  with why I would have said it and what was going on at

6  the time.

7    Q.    So we are going to be looking at 9-A. Did

8  you read that?

9    A.    I did.

10    Q.    Okay. So these are your answers to the

11  interrogatories that were posed by Old Lycoming

12  Township to you. And in the answer to 9-A you say, I

13  said something to the effect of everyone relax and

14  you're messing up -- it says my close. Did you help

15  put these answers together with your attorney?

16    A.    I did.

17    Q.    Does that refresh your memory that that's

18  something that you said at the time?

19    A.    To a degree.

20    Q.    Why to a degree? What do you mean?

21    A.    Because from the time that these answers were

22  put together to now, is a period of time in general.

23  And as of right now, my recollection is -- it's a

24  possibility it's not what it was when we put the

25  answer together. So I don't want to answer in the

47

1  sense of factual this is for sure. In my brain right

2  now, I can tell you with certainty this is -- as of

3  right now me thinking about it, trying to recollect,

4  having a hard time remembering exactly what happened,

5  how it happened and verbatim. So my answer being to a

6  degree I can --

7    Q.    What happens --

8    A.    -- say that I did take part in providing

9  these answers.

10    Q.    Okay.

11    A.    But my memory at the time of providing these

12  answers and my memory now could be in two totally

13  different places.

14    Q.    And that's what saying it is?

15    A.    To answer that. I'm not saying. I'm just

16  saying it's a possibility that -- I just don't want to

17  answer in my mind without absolute certainty saying

18  verbatim or -- so I can say to that effect or to a

19  degree. I don't want to say with absolutely if I'm

20  not -- in my mind I'm not absolutely certain.

21    Q.    Okay.

22    A.    I just can't -- I mean, that's hard for me to

23  remember.

24    Q.    So sitting here today, you don't have an

25  independent recollection of saying, everyone relax,

48

1  and you're messing up my clothes?

2    A.    I can't remember.

3    Q.    Now, while you are on the ground after being

4  removed from the vehicle, what happens after that?

5    A.    I was then placed in handcuffs.

6    Q.    And where were you at the time you were

7  placed in handcuffs?

8    A.    I was on the ground.

9    Q.    And who placed those handcuffs?

10    A.    I can't remember specifically who placed them

11  on me.

12    Q.    And --

13    A.    I just remember them being placed on me.

14    Q.    And were your hands behind your back when the

15  handcuffs were placed?

16    A.    They were.

17    Q.    And what happens after the handcuffs are

18  placed?

19    A.    I was then placed in a vehicle. Police

20  vehicle.

21    Q.    How did you get up off the road?

22    A.    I was helped up.

23    Q.    Who helped you up?

24    A.    I remember Tyson Havens was one. I can't

25  remember who else.

49

1    Q    And how did they help you up?

2    A    Kind of like looped under my arms and helped

3   me up that way.

4    Q    Whose vehicle were you placed in?

5    A    I can't remember the specific vehicle.  I

6   just remember being -- it wasn't a car.  It was like a

7   SUV.

8    Q    Where were you taken after you were placed in

9   the vehicle?

10    A    I was taken to the Old Lycoming Township

11   station.

12    Q    And who transported you there?

13    A    I can't remember.

14    Q    What happens once you get to the Old Lycoming

15   Township Police Department?

16    A    I was taken into a back room, strip searched.

17    Q    Who did the strip search?

18    A    Clinton Gardner, in the presence of Joshua

19   Bell.

20    Q    Had you been strip searched before that date?

21    A    Like ever in life?

22    Q    Correct.

23    A    I have.

24    Q    How many times?

25    A    A lot.

50

1    Q    Okay.  And were you patted down at all before

2   you were put in the police vehicle?

3    A    I was.

4    Q    Do you know who patted you down?

5    A    Tyson Havens.

6    Q    And was anything found on you when they did

7   the pat down?

8    A    I can't remember.

9    Q    Was anything found on you when the strip

10   search was conducted?

11    A    I don't understand the question.

12    Q    Sure.  You were strip searched.  They were

13   looking to see if there was -- you had anything on you

14   that could be either a danger or contraband.  Was

15   anything found when you were strip searched?

16    A    No.

17    Q    Once you're strip searched, what happens

18   after that?

19    A    I put my clothes back on and -- my

20   recollection is a little hazy at that point, but it

21   ended up ultimately with me being transported to the

22   Williamsport police station.

23    Q    Do you know who did that transport?

24    A    I can't remember.

25    Q    And you said the Williamsport police station?

51

1    A    Yes.

2    Q    Where was it located at at that time?

3    A    On West Fourth Street, the City Hall.  The

4   old City Hall.

5    Q    And what happened after you got to City Hall?

6    A    I was placed in a back room.

7    Q    And then what did they do?

8    A    Processed me.

9    Q    Then were you taken over to the Lycoming

10   County Prison?

11    A    I was.

12    Q    Anything different happen there?

13    A    Meaning?

14    Q    Was there anything -- you've been

15   incarcerated before at Lycoming County Prison,

16   correct?

17    A    Yes.

18    Q    Was there anything different once you were

19   taken to the Lycoming County Prison that day after the

20   arrest we're here about?

21    A    Yes.

22    Q    What was that?

23    A    I was placed in a -- like a segregated unit.

24   It's typically for like suicide watch and -- it's like

25   control -- it was like cameras and lights, and that's

52

1   the best answer I can give you as far as like -- it's

2   for people typically like who receive special meds or

3   are on suicide watch, and -- but it's segregated from

4   the prison.  It's like a -- I don't want to really

5   call it solitary confinement but it is solitary

6   confinement.

7    Q    So are you a cell by yourself?

8    A    Yes.

9    Q    And do you know why you were put there in

10   that special cell?

11    A    I found out later on.

12    Q    What did you find out?

13    A    That it was at the request of Joshua Bell.

14    Q    Did you find out why he requested you to be

15   put in a special cell?

16    A    I can't remember.

17    Q    In the complaint, or the second amended

18   complaint that controls this action, indicates that

19   you were placed in a dry cell.  Do you know what a dry

20   cell is?

21    A    I think that's the first time I heard that

22   term.

23    Q    Okay.  In the cell that you were in, you said

24   there were cameras?

25    A    Correct.

53

```
1      Q      Was there bathroom facilities?
2      A      There was a sink and a toilet, like kind of
3   attached to the wall, and a small platform bed on --
4   it's like super small.  It's like maybe -- I can't
5   even -- it is very, very small.
6      Q      So --
7      A      So all these things are kind of congested
8   into this very tight area.
9      Q      The difference between that cell and a
10  regular cell in the Lycoming County Prison is the size
11  and that there is -- there with lights and cameras.
12  Any other differences?
13     A      It's segregated.  Like there's no interaction
14  with -- you can't -- it's like a -- it's a very small
15  place.  It's a side entrance to it with a few of those
16  same -- but the difference being it's smaller.  It's a
17  solid door with a little square window.  It's not
18  like -- the Lycoming County population cells are open
19  with bars.
20     Q      Were you --
21     A      It kind of reminds me of like -- the best
22  description I could give you is like on a movie, like
23  a padded room without the pads.  Like a bed and like
24  how maybe -- maybe even smaller than that, but like
25  just to kind of paint the portrait for you.  It's kind
```

54

```
1   of like that.
2      Q      And were you taken to be arraigned that same
3   day in front of a magistrate?
4      A      I can't remember, honestly.
5      Q      At some point you were arraigned?
6      A      I was arraigned, yes.
7      Q      Do you know who took -- who was there from --
8   as a police officer at the arraignment?
9      A      I believe Tyson and Havens and Joshua Bell
10  were there.
11     Q      And when you were arraigned, were your
12  charges held over for court?
13     A      Meaning?
14     Q      That you weren't released, they were going to
15  let them go, let them proceed?
16     A      Correct.
17     Q      And was bail set at that point?
18     A      It was.
19     Q      What was your bail?
20     A      85,000.
21     Q      Do you know if it was secured or unsecured?
22     A      I can't remember.
23     Q      And were you able to post that?
24     A      I wasn't.
25     Q      So you were taken back to the Lycoming County
```

55

```
1   Prison?
2      A      I was.
3      Q      Do you know what time it was that you were
4   pulled over?
5      A      I don't.
6      Q      Do you know if it was the morning or the
7   afternoon?
8      A      It wasn't the early morning, but it wasn't
9   late in the evening.  Kind of mid day.
10     Q      Was it daylight?
11     A      Absolutely.
12     Q      And prior to the arrest, had you been at your
13  home?
14     A      I wasn't.
15     Q      Where were you just immediately prior to the
16  arrest?
17             MR. GRYSKEWICZ:  I would direct you to assert
18  your Fifth Amendment privilege.
19             THE WITNESS:  On the advice of counsel, I
20  wish to assert my Fifth Amendment.
21  BY MS. LAUGHLIN:
22     Q      And you said that you were on Old Lycoming
23  Road -- Old Lycoming Creek, I think Road.  Is that
24  what it's called?
25     A      I don't know if it's called Lycoming Creek
```

56

```
1   area.
2      Q      Or Lycoming Creek Road?  That's where you had
3   been?
4      A      That's the best description I can give you.
5   I can't really remember the specifics of it.
6      Q      And had you stopped anywhere on Lycoming
7   Creek Road prior to being pulled over?
8             MR. GRYSKEWICZ:  I direct you not to answer
9   that question and assert your Fifth Amendment
10  privilege.
11             THE WITNESS:  On the advice of counsel, I'd
12  like to invoke by Fifth Amendment.
13  BY MS. LAUGHLIN:
14     Q      Had you talked to Matthew Sumpter that day?
15             MR. GRYSKEWICZ:  I would direct you not to
16  answer that question and assert your Fifth Amendment
17  privilege.
18             THE WITNESS:  On the advice of counsel, I
19  wish to invoke my Fifth Amendment.
20  BY MS. LAUGHLIN:
21     Q      On that day had you had any texts with
22  Matthew Sumpter?
23             MR. GRYSKEWICZ:  I would direct you not to
24  answer that question and assert your Fifth Amendment
25  privilege.
```

57

1   THE WITNESS:  On the advice of counsel, I
2  wish to invoke my Fifth Amendment.
3  BY MS. LAUGHLIN:
4       Q      And did you know Matthew Sumpter?
5       MR. GRYSKEWICZ:  I direct you not to answer
6  that question and assert your Fifth Amendment
7  privilege.
8       THE WITNESS:  On the advice of counsel, I
9  wish to invoke my Fifth Amendment.
10      MS. LAUGHLIN:  I'm going to mark this map as
11  Barasky 1.
12      (Whereupon, a document was produced and
13  marked as Deposition Exhibit No. 1 for
14  identification.)
15  BY MS. LAUGHLIN:
16      Q      This is the one that you had provided to us.
17  Now, I'm going to direct your attention down here on
18  the left side.  The left corner diagonally it shows
19  Lycoming Creek Road.  Do you see that?
20      A      I do.
21      Q      And then this road coming up kind of the
22  middle where there's a one -- I think it says 128 is
23  Eckard Road.  Do you see that?
24      A      I don't see the name Eckard.
25      Q      No.  Do you see this road, though --

58

1       A      Oh, the 128.
2       Q      -- that is marked by 128 at the top and the
3  bottom?
4       A      I can see the route.
5       Q      And I'm going to relate to you that that is
6  Eckard Road.  Does that appear to be the road that you
7  were on at the time that you got pulled over?
8       A      I couldn't -- I couldn't tell you.  The only
9  thing I recognize is Lycoming Creek Road.
10      Q      Okay.  Over on the right-hand side of this
11  map there is a housing development that is Brentwood
12  Drive, Hillcrest, Florence, Rick Lane and Clearview
13  Lane.  Do you see that?
14      A      I do.
15      Q      Do you know that housing development?
16      MR. GRYSKEWICZ:  I would direct you not to
17  answer that question and assert your Fifth Amendment
18  privilege.
19      THE WITNESS:  On the advice of counsel, I
20  wish to invoke my Fifth Amendment.
21  BY MS. LAUGHLIN:
22      Q      Had you been to that housing development,
23  that residential area, prior to October 2nd of 2020?
24      MR. GRYSKEWICZ:  I direct you not to answer
25  that question and assert your Fifth Amendment

59

1  privilege.
2       THE WITNESS:  On the advice of counsel, I
3  wish to invoke my Fifth Amendment.
4  BY MR. GRYSKEWICZ:
5       Q      And do you know that that is the neighborhood
6  where Matthew Sumpter lives?
7       MR. GRYSKEWICZ:  I direct you not to answer
8  that question and assert your Fifth Amendment
9  privilege.
10      THE WITNESS:  On the advice of counsel, I
11  wish to invoke my Fifth Amendment.
12  BY MS. LAUGHLIN:
13      Q      On the day that you were pulled over, were
14  you going to meet with Matthew Sumpter?
15      MR. GRYSKEWICZ:  I would instruct you not to
16  answer that question and assert your Fifth Amendment
17  privilege.
18      THE WITNESS:  On the advice counsel, I wish
19  to invoke my Fifth Amendment.
20  BY MS. LAUGHLIN:
21      Q      Did you have drugs with you on the date of
22  October 2nd of 2020 when you got arrested?
23      MR. GRYSKEWICZ:  I direct you not to answer
24  that question and assert your Fifth Amendment
25  privilege.

60

1       THE WITNESS:  On the advice of counsel, I
2  wish to invoke my Fifth Amendment.
3  BY MS. LAUGHLIN:
4       Q      Just prior to your arrest did you have drugs
5  in the vehicle or on you on October 2nd of 2020?
6       MR. GRYSKEWICZ:  I direct you not to answer
7  that question and assert your Fifth Amendment
8  privilege.
9       THE WITNESS:  On the advice of counsel, I
10  wish to invoke my Fifth Amendment.
11  BY MS. LAUGHLIN:
12      Q      When -- did you have any drugs hidden within
13  the vehicle at the time of your arrest on October 2nd,
14  2020?
15      MR. GRYSKEWICZ:  I direct you not to answer
16  that question and assert your Fifth Amendment
17  privilege.
18      THE WITNESS:  On the advice of counsel, I
19  wish to invoke my Fifth Amendment.
20  BY MS. LAUGHLIN:
21      Q      Just prior to your arrest, when you noticed
22  that there was an unmarked vehicle -- unmarked police
23  vehicle behind you, did you dispose of any drugs out
24  the window?
25      MR. GRYSKEWICZ:  I would instruct you not to

61

1 answer that question and assert your Fifth Amendment

2 privilege.

3         THE WITNESS:  On the advice of counsel, I

4 wish to invoke my Fifth Amendment.

5 BY MS. LAUGHLIN:

6     Q    At the point when you realized that you were

7 going to be pulled over, did you in any way hide or

8 ingest -- hide within your body or ingest any drugs?

9         MR. GRYSKEWICZ:  I direct you not to answer

10 that question and assert your Fifth Amendment

11 privilege.

12        THE WITNESS:  On the advice of counsel, I

13 wish to invoke my Fifth Amendment.

14 BY MS. LAUGHLIN:

15    Q    The rental car that you were driving at the

16 time of the arrest, was that a vehicle that you

17 typically kept at your home where you lived on Louisa

18 Street?

19    A    Explain -- can you reiterate on the question?

20    Q    Sure.  You had a rental car on the date of

21 your arrest, correct?

22    A    Correct.

23    Q    And had you picked that rental car up that

24 day from the Philadelphia Airport?

25    A    I can't remember.  I don't think so.

62

1     Q    Okay.  So from the time you picked up the

2 rental vehicle until the date of your arrest, where

3 were you keeping the vehicle?

4     A    The vehicle pretty much stayed with me.

5     Q    Okay.  And so is it fair to say that when you

6 weren't using it, it was parked at your house on

7 Louisa Street?

8     A    There was never a time where I wasn't using

9 it.

10    Q    So from the time that you rented the vehicle

11 until the time that you were arrested, you were always

12 in the vehicle?

13    A    I always had possession of the vehicle.

14    Q    Okay.  Did you sleep in the vehicle?

15    A    I actually did a couple times.

16    Q    Okay.

17    A    Being like burnt out from class and stuff.

18    Q    The times that you didn't sleep in the

19 vehicle, though, where would the vehicle be kept?

20 Where was it parked?

21    A    It would be wherever I was at the time, like

22 with college girls.  College.  Sorry, man, but I can

23 be with -- anywhere I'm at.  It's kind of like a

24 hectic time for me at that moment, like the school

25 and --

63

1     Q    Were you staying other places than Louisa

2 Street around the time that you had this rental

3 vehicle?

4     A    That's a possibility.

5     Q    Okay.  Where else would you have been staying

6 at that time?

7     A    Too many places to remember, honestly.

8     Q    Are there any that you remember?

9     A    Not specifically.  I'm not good with -- as

10 you can see, I'm not good with --

11    Q    Okay.  Would they have been at places of

12 friends or acquaintances that you know?

13    A    Yes.

14    Q    And what were their names?

15    A    I would have to give you like 50 names.

16    Q    That's okay.

17    A    Half the college or -- be -- we'd be here all

18 day.

19    Q    So over the time span that you had this

20 rental car, it's a possibility that you had stayed

21 other places than your home, and it could have been a

22 possibility of 50 different places or 50 different

23 people that you stayed with?

24    A    That's just kind of -- I wouldn't really say

25 50, per se, but just trying to give you the magnitude

64

1 at that period of time from what I can remember.

2     Q    So how long had you had the rental car?

3     A    I can't remember.

4     Q    Why did you have the rental car?

5     A    Because I didn't have any car.

6     Q    Where -- what happened to your car?

7     A    I didn't have a car.

8     Q    When was the last time you had a car prior to

9 this incident?

10    A    I can't remember.

11    Q    Why rent a car from Avis in the -- at the

12 Philadelphia International Airport?

13    A    The prices were better.

14    Q    And how did you get down to the Philadelphia

15 Airport to pick up the vehicle?

16    A    I have a sister -- I have family that live,

17 so it was easy to move.

18    Q    And how long had you planned to keep that

19 vehicle, the rental vehicle?

20    A    I can't remember.

21    Q    Was there a specific reason that you got the

22 vehicle or rented the vehicle?

23    A    I didn't have a car and I didn't want to walk

24 around or ride a bike.

25    Q    Is there public transportation in

65

1  Williamsport?
2      A    Yes, there is.
3      Q    Okay.  That was something you didn't want to
4  do, either?
5      A    Not really if I could help it.
6      Q    When did you start Penn Tech classes that
7  semester?
8      A    I started the fall semester in August.
9      Q    Okay.  And at the time that you started
10 classes, did you have that rental car that you were in
11 when you were arrested on the date of the incident
12 we're here about, did you have that vehicle at the
13 time you started the classes?
14     A    I had a car.  I can't remember specifically
15 make and model of the vehicle at that time.
16     Q    So was it your practice to rent cars because
17 you didn't have one?
18     A    Sometimes, depending on the need for
19 transportation.
20     Q    So you rented vehicles from the Avis at the
21 Philadelphia Airport prior to renting the vehicle that
22 was -- you were using at the time of this arrest?
23     A    Can you repeat the question?
24     Q    Sure.  Had you rented vehicles from the Avis
25 at the airport prior to the vehicle you were using at

66

1  the time of this arrest?
2      A    Yes.
3      Q    How many different occasions would you say
4  you had rented a vehicle from Avis before this
5  incident?
6      A    I can't remember, honestly.
7      Q    And when you would rent vehicles from Avis,
8  did you have your own car insurance?
9      A    I can't remember.
10     Q    Would you purchase the insurance through
11 Avis?
12     A    I can't remember if I purchased it or if I
13 had actual car insurance.
14     Q    And they typically require you to have a
15 credit card on file, correct?
16     A    Correct.
17     Q    And did you typically use the same credit
18 card when you would rent a vehicle from Avis?
19     A    I can't remember.  I had a couple credits
20 cards, so it's a possibility it could have been.
21     Q    And in this particular case with the car that
22 was -- you were using at the time of your arrest, you
23 had used a Visa?
24     A    I can't remember which card I used.
25     Q    And the card that you used to rent the

67

1  vehicle that you were in at the time you were
2  arrested, did you use that credit card for any other
3  purchases or any other items or was it strictly for
4  the rental car?
5      A    I can't remember.
6      Q    Was that credit card in your name?
7      A    It was.
8      Q    What was your cell phone number at the time
9  of this incident, so October 2nd of 2020?
10     A    I can't remember.
11     Q    Have you ever had the cell phone number
12 215-301-0606?
13          MR. GRYSKEWICZ:  I would direct you not to
14 answer that question and assert your Fifth Amendment
15 privilege.
16          THE WITNESS:  On advice of counsel, I'd like
17 to invoke my Fifth.
18 BY MS. LAUGHLIN:
19     Q    There was a phone that was retrieved either
20 on you or the vehicle at the time you were arrested.
21 Do you recall that?
22     A    I recall having a cell phone.
23     Q    Okay.  What kind of phone did you have at
24 that time?
25          MR. GRYSKEWICZ:  I direct you not to answer

68

1  that question and assert your Fifth Amendment
2  privilege.
3          THE WITNESS:  On the advice of counsel, I
4  wish to invoke my Fifth.
5  BY MS. LAUGHLIN:
6      Q    And you had a phone on you at the time of
7  your arrest?
8      A    On me meaning --
9      Q    On you, with you.  Either on your person or
10 in the vehicle with you.
11     A    Yes.  Can't remember where specifically,
12 but --
13     Q    And that part -- or that phone had been --
14 had been seized or taken by the police?
15     A    I mean, I was taken by the police, so I would
16 imagine everything that I had was taken, too.
17     Q    Did you ever get that phone back?
18     A    I did get the phone back.
19     Q    I'm sorry.  I didn't catch that?
20     A    I did get the phone back.
21     Q    You did?  And what did you do with it after
22 you got it back?
23     A    I can't remember what I did with it
24 specifically.
25     Q    Is that a phone that you then gave to your

69

1  son to use?

2  A    That's a possibility.

3  Q    At what point did you get the phone back?

4  A    I can't remember when I got it back, but it

5  was -- my memory is a little hazy.

6  Q    Would someone -- would that phone have been

7  released to someone other than you prior to being

8  released from jail?

9  A    I can't remember when I got the phone back.

10  Q    Did you ever get the vehicle back that you

11  were driving that day?

12  A    I didn't.

13  Q    What happened to that vehicle?

14  A    I can't remember what happened to the

15  vehicle.

16  Q    Did anyone on your behalf pick up the vehicle

17  from the Williamsport impound lot?

18  A    Not to my knowledge, but I -- again, I was

19  incarcerated, so --

20  Q    Did anyone tell you that they picked up the

21  vehicle for you after it had been released from the

22  Williamsport impound lot?

23  A    I can't remember.

24  Q    Do you still have the phone that was seized

25  and then returned to you in this incident?

70

1  A    I've having a hard time remembering when I

2  got the phone and what I did with the phone, so -- I

3  can't tell you if it's available or not.  My memory's

4  hazy on it, the phone.

5  Q    I'm going to show you the initial

6  disclosures, that one in particular under two.  I only

7  have one extra copy.  Have you had the chance to read

8  that?

9  A    Yes.

10  Q    And those are the disclosures of Plaintiff,

11  you being the Plaintiff.  And it indicates the phone

12  seized during the traffic stop is in the possession of

13  Anthony Barasky's minor child and has been used by

14  Anthony Barasky's minor child since it was returned to

15  Plaintiff by the Williamsport police.  Did I read that

16  correctly?

17  A    Yes, you did.

18  Q    Does that refresh your recollection that

19  this -- once you got the cell phone back, that you --

20  it was used by your minor son or minor child?

21  A    Yes.  I remember giving him a phone.

22  Q    And which son is that that had the phone?

23  A    Nyeo.

24  Q    And does he still have that same phone?

25  A    Yes.  The phone that I gave him.

71

1  Q    And you've only given him the one phone?

2  A    Correct.

3  Q    Was there anything else that was seized by

4  the police other than the car and the phone on the

5  date that you were arrested?

6  A    Can you repeat the question?

7  Q    Sure.  Was there anything else seized from

8  you at the time you were arrested other than the

9  vehicle and the phone?

10  A    I can't remember specifically if there was

11  anything else.

12  Q    At the time you were arrested, you were read

13  your Miranda rights, correct?

14  A    Correct.

15  Q    And you know what I mean when I say Miranda

16  rights?

17  A    Correct.

18  Q    And you decided to invoke those, you didn't

19  want to speak to them without an attorney, correct?

20  A    Correct.

21  Q    Do you know if the police found anything in

22  the vehicle you were driving on the date of your

23  arrest?

24  A    I don't.

25  Q    At some point your bail was reduced, is that

72

1  correct?

2  A    Correct.

3  Q    Do you know when that was?

4  A    I can't remember when specifically.

5  Q    According to my records, there was a

6  stipulated order on May 19th of 2021 that reduced the

7  bail.  Do you have any reason to believe that that

8  date is incorrect?

9  A    I don't think so.  It's consistent -- pretty

10  consistent around that time frame.

11  Q    I'm sorry.

12  A    It's pretty consistent around that time

13  frame.

14  Q    And then at that point it was 50,000, but

15  unsecured.  Is that your understanding?

16  A    I can't remember the specific bail order.

17  Q    And whatever it was reduced to, you were able

18  to be released from prison?

19  A    I wasn't released.

20  Q    What happened?

21  A    I went back to a state facility.

22  Q    So after your bail was reduced, you went to a

23  state facility?

24  A    Correct.

25  Q    Do you know why?

73

1    A    Because of me being a -- under detainer, a
2  state detainer.
3    Q    What does that mean?
4    A    I'm detained.  I'm not free to leave.
5    Q    Okay.  Were you on probation or parole at the
6  time of this incident?
7    A    I was on parole.
8    Q    You were on --
9    A    I was on state parole.
10    Q    And is that why you were detained?
11    A    Correct.
12    Q    And so even after your bail was reduced, you
13  continued to be detained?
14    A    Correct.  Just transferred to another
15  facility, state facility.
16    Q    And is that because the crime that you were
17  arrested for on October 2nd of 2020, violated your
18  state parole?
19    A    I don't think the decision was to be made
20  that I violated state parole, you just have a detainer
21  pending the disposition of your current criminal
22  charges.
23    Q    When were you actually released then from
24  state custody?
25    A    I can't remember the specific date, but it

74

1  was later on after that period of me being
2  transferred.
3    Q    How long were you incarcerated after this
4  incident?
5    A    Can you repeat the question?
6    Q    How long were you incarcerated as a result of
7  this incident?
8    A    I would have to calculate the days
9  specifically.
10    Q    You don't know?
11    A    But it was a period from October 1st to
12  approximately late June, possibly early July.  Again,
13  I'm not too fresh on the specific date of when I was
14  released.
15    Q    I show you what we'll mark as Barasky 2.
16        (Whereupon, a document was produced and
17  marked as Deposition Exhibit No. 2 for
18  identification.)
19  BY MS. LAUGHLIN:
20    Q    This is a photograph of a cell phone that's
21  been produced in discovery by the county indicated to
22  be a phone that was taken into custody by the police
23  at the time of or just after your arrest.  Is that the
24  phone that you had on you the day of your arrest that
25  we're here about?

75

1        MR. GRYSKEWICZ:  I direct not to answer that
2  question and assert your Fifth Amendment privilege.
3        THE WITNESS:  On the advice of counsel, I
4  wish to invoke my Fifth Amendment.
5  BY MS. LAUGHLIN:
6    Q    Do you know what the name Plug means?
7        MR. GRYSKEWICZ:  I would instruct you not to
8  answer that question and assert your Fifth Amendment
9  privilege.
10        THE WITNESS:  On the advice of counsel, I
11  wish to invoke my Fifth Amendment.
12        MS. LAUGHLIN:  Sorry, Mark.  Here.  I feel
13  like you're left out.
14        (Whereupon, a document was produced and
15  marked as Deposition Exhibit No. 3 for
16  identification.)
17  BY MS. LAUGHLIN:
18    Q    Okay, I'm going to hand you a packet that
19  we've mark as Exhibit 3, which consists of nine pages.
20  These are, if you page through them, photographs of
21  the screen of a phone with some text messages on them.
22  And the first one there is a little blurry, but it
23  says at the very bottom of the first page, got your
24  bread.  I don't know what that next word is, plus
25  money three.  Do you see that?

76

1    A    I can't see it.
2        MR. WHITE:  What's the Bate on that?
3        MS. LAUGHLIN:  It is 32.
4  BY MS. LAUGHLIN:
5    Q    How about we go to the last page with a Bates
6  stamp of 41.  Oh, I'm sorry.  It's 138, Austin.  But
7  if we go to 147 Bates stamp, there is a better copy.
8  There's October 2nd, 2020.  Do you see that at the
9  bottom?
10    A    I do.
11    Q    And then the very last entry is, got your
12  bread, bro, plus money three.  Do you see that?
13    A    I do.
14    Q    Do you recall receiving that text that day
15  from Sumpter?
16        MR. GRYSKEWICZ:  I'd instruct you not to
17  answer that question and assert your Fifth Amendment
18  privilege.
19        THE WITNESS:  On the advice of counsel, I
20  wish to invoke my Fifth.
21  BY MS. LAUGHLIN:
22    Q    Do you know what got your bread means?
23        MR. GRYSKEWICZ:  I'd instruct you not to
24  answer that question an assert your Fifth Amendment
25  privilege.

77

1    THE WITNESS:  On the advice of counsel, I
2 wish to invoke my Fifth Amendment.
3 BY MS. LAUGHLIN:
4    Q    Do you know what plus money three means?
5        MR. GRYSKEWICZ:  I'd instruct you not to
6 answer that and invoke your Fifth Amendment privilege.
7        THE WITNESS:  On the advice of counsel, I
8 wish to invoke my Fifth Amendment.
9 BY MS. LAUGHLIN:
10    Q    Is that somebody asking for additional three
11 grams?
12        MR. GRYSKEWICZ:  I'd instruct you not to
13 answer that question and invoke your Fifth Amendment
14 privilege.
15        THE WITNESS:  On the advise of counsel, I
16 wish to invoke my Fifth Amendment.
17 BY MS. LAUGHLIN:
18    Q    Did Matthew Sumpter owe you money?
19        MR. GRYSKEWICZ:  I'd instruct you not to
20 answer that and invoke your Fifth Amendment privilege.
21        THE WITNESS:  On the advice of counsel, I
22 wish to invoke my Fifth Amendment.
23 BY MS. LAUGHLIN:
24    Q    On the day that you were arrested, were you
25 going to meet Matthew Sumpter to get money from him?

78

1        MR. GRYSKEWICZ:  I would instruct you not to
2 answer that question and invoke your Fifth Amendment
3 privilege.
4        THE WITNESS:  On the advice of counsel, I
5 wish to invoke my Fifth Amendment.
6 BY MS. LAUGHLIN:
7    Q    Going through the different pages of the text
8 messages, are these text messages that are between you
9 and Matthew Sumpter on different dates?
10        MR. GRYSKEWICZ:  I would instruct you not to
11 answer that question and assert your Fifth Amendment
12 privilege.
13        THE WITNESS:  On the advice of counsel, I
14 wish to invoke my Fifth Amendment.
15 BY MS. LAUGHLIN:
16    Q    In the complaint it says you were
17 incarcerated for 229 days.  Does that sound right?
18    A    How it sounds and what is factual is -- it
19 was a significant period of time.
20    Q    Less --
21    A    It could have possibly been more, it could
22 be --
23    Q    Okay.
24    A    I can't really give you the definite answer
25 without the dates.

79

1    Q    How would you get the dates?
2    A    I mean, I would imagine through paperwork.
3    Q    Okay.  From when you went in and when you
4 were released?
5    A    Correct.
6    Q    And you were charged with criminal use of a
7 communication facility?
8    A    I was.
9    Q    And do you have an understanding of what that
10 charge means?
11    A    I don't.
12    Q    As a result of -- strike that.  Those charges
13 were dismissed?
14    A    To my knowledge, yes.
15    Q    Were you offered a deal on that charge but
16 then weren't able to take that because of the state
17 parole detainer?
18        MR. GRYSKEWICZ:  I would object to that.  It
19 covers -- it asks for information based on
20 attorney/client privilege.  I would instruct you not
21 to answer it.
22 BY MS. LAUGHLIN:
23    Q    Were you offered a plea or a deal with regard
24 to that charge of criminal use of communication
25 facility?

80

1    A    I can't remember.
2    Q    As a result of the arrest and incarceration,
3 you're not alleging any kind of physical injuries,
4 correct?
5    A    Can you repeat the question?
6    Q    Yeah.  As a result --
7    So I understand it.
8    Q    -- of the arrest and the jail time, you're
9 not alleging any kind of physical injuries.  So back,
10 neck, shoulder, cuts, bruises, anything that you
11 needed treatment for.
12    A    No.
13    Q    Are you alleging that you sustained any type
14 of emotional or mental injuries as a result of the
15 arrest and your incarceration?
16    A    Yes.
17    Q    Did you treat at all for those mental or
18 emotional injuries?
19    A    Excuse me?
20    Q    Did you treat with anyone at all?  Did you
21 see a doctor, a counselor, a therapist, psychologist,
22 psychiatrist, anything like that?
23    A    Yes, I've seen the doctor, the psych at the
24 prison.
25    Q    And which prison?

81

1     A    Lycoming County Prison.

2     Q    And how often did you see psych at the

3  prison?

4     A    It was kind of like a -- the best way I could

5  describe, like a -- I don't know, maybe like just to

6  get a prescription based off of --

7     Q    And what did you get prescribed?

8     A    I have no idea.  I can't remember.

9     Q    And were you on any kind of medications prior

10  to going -- to being incarcerated in the Lycoming

11  County Prison?

12     A    No.

13     Q    Had you ever been on any kind of medication

14  for any mental, emotional, psychological conditions?

15     A    Like what -- in comparison to like what I was

16  taking at the prison?

17     Q    Any at all in your life.

18     A    Meaning?

19     Q    So have you been -- prior to being prescribed

20  something at the Lycoming County Prison, had you had

21  any -- prescribed any medication for mental,

22  emotional, psychological issues?

23     A    Yes.

24     Q    Okay.  What periods of time?

25     A    I can't remember periods.

82

1     Q    How about age?

2     A    I can't remember age.  That would be kind of

3  hazy.

4     Q    Would you have been an adult --

5     A    Yes.

6     Q    -- or a minor?

7     A    An adult.

8     Q    And what were the conditions that you were

9  treating for?

10     A    Post-traumatic stress.

11     Q    And what kind of medications were you

12  prescribed for post-traumatic stress?

13     A    I was a patient in a medical marihuana

14  program.

15     Q    So was it just medical marihuana that you

16  were prescribed?

17     A    Yes.

18     Q    And what was the post-traumatic stress that

19  you suffered from?

20     A    It was a variety of things, just -- can't

21  really remember.  I'm not -- I'm not a participant in

22  the program any more, so I can't really remember

23  specifically at that time.

24     Q    When was the last time when you were part of

25  the medical marihuana program?

83

1     A    I was a participate until -- up until last

2  year, but I haven't used marihuana for about three

3  years now.

4     Q    But you still --

5     A    Not three years.

6     Q    I'm sorry?

7     A    Scratch that.  Not three years.  A couple

8  years, I would say.

9     Q    So less than three?

10     A    I don't know.  I can't give you a specific

11  time, like that amount of time, but it's been a long

12  time since I -- I just kind of was a participant and

13  opted that out of the program.

14     Q    Do you --

15     A    It didn't serve any purpose any more.

16     Q    Do you still have a medical marihuana card?

17     A    I don't.

18     Q    When was the last time you renewed your

19  medical marihuana card?

20     A    I renewed it -- I can't remember the month,

21  but it was in 2022, renewed it for 2023.  Again, I

22  can't remember that month, but after that I didn't

23  renew it any more.

24     Q    Is there a particular doctor that you go

25  through?

84

1     A    It was initially when I got into the program.

2     Q    And I think I saw somewhere, was that in

3  Philadelphia?

4     A    Yes.

5     Q    And whenever you would renew your medical

6  marihuana card, was it also through that Philadelphia

7  program?

8     A    It's kind of hard for me to like say who it

9  was.  It was more so through a call and just give up

10  your ID information and then over -- online.  It

11  wasn't me having to go.  Like after the initial

12  enrollment, I just would annually -- someone would

13  call me like as it's about to expire and I would just

14  go through the process.

15     Q    So you would get a phone call, they'd ask you

16  questions, you'd answer them and then your card would

17  be renew?

18     A    Correct.

19     Q    You paid the fee?

20     A    I would pay whatever fee, and plus whatever

21  the annual for the doctor visit.

22     Q    And when you were at Lycoming County Prison

23  and you had your consultation to get medication, what

24  was that medication that you were prescribed?

25     A    I can't remember what it was.  It was a

85

1  psychic. Kind of put me in a -- like sleep basically.
2      Q      What was it for?
3      A      It was just for me having -- felt a little
4  like depression and anxiety, and at that time just not
5  in a right mental space. Felt like I needed to talk
6  to somebody and kind of explain my circumstance, how
7  I'm feeling and stuff at the time, and that was the
8  result of that conversation, me seeing the doctor.
9      Q      So they prescribed you a medication. Did you
10 go back and have kind of like talk therapy?
11     A      I can't remember if I had a follow up or
12 anything. I think it was more so just a -- that
13 initial and then the prescription.
14     Q      So one visit, you got medication, and did
15 that help?
16     A      I don't think it helped me. I think it just
17 more so put me to sleep.
18     Q      How long did you take it for?
19     A      I can't remember how long I took it.
20     Q      Were you still taking it at the time that you
21 were released?
22     A      I wasn't.
23     Q      Have you gone back and gotten a prescription
24 from any doctors since you have been released?
25     A      I haven't.

86

1      Q      Have you treated at all since you've been
2  released for any kind of emotional -- so depression or
3  anxiety as a result of this incident since you've been
4  released?
5      A      Can you repeat the question?
6      Q      Sure. Have you -- since you've been
7  released, have you treated with anyone for depression
8  or anxiety?
9      A      Not anyone professionally.
10     Q      Anyone unprofessionally?
11     A      My mom's a good listener. Like family or
12 maybe like people more in my personal space where I
13 kind of talk about things.
14     Q      Did you have any health insurance at the time
15 that you were incarcerated from this incident?
16     A      I can't remember, honestly.
17     Q      Your discovery answers indicate that you
18 received Medicaid for a short period of time in or
19 around 2022. Do you recall that?
20     A      2022?
21     Q      Yes.
22     A      Yeah, I can recall that.
23     Q      Okay. And did Medicaid pay for any bills for
24 treatment or prescription related to anything that you
25 would have treated for related to this incident?

87

1      A      They didn't.
2      Q      Did the depression and anxiety at some point
3  go away?
4      A      I wouldn't say it went away. More dormant
5  than anything. Like I still have incidents and like
6  periods of times, like I'm sure any person going
7  through things would.
8      Q      And that would just be related to happenings
9  in your life, not necessarily related to this arrest?
10     A      I disagree with that, because those
11 happenings could be because of the arrest and --
12     Q      And there could be happenings that are not
13 related to the arrest as well, correct?
14     A      That's a possibility, but --
15     Q      And have there been things that aren't
16 related to this arrest that have led to depression and
17 anxiety?
18     A      Can you repeat that for me?
19     Q      Sure. Have there been other things happening
20 in your life other than this arrest that have caused
21 depression or anxiety since you've been released?
22     A      I wouldn't really say that caused depression
23 and anxiety, if I had to attribute it to those two
24 things, but I mean, there are typical things in my day
25 to day that make feel that way. I wouldn't say that

88

1  they made me depressed or anxious.
2      Q      Now, there were a number of documents that
3  were provided with regard to damages. What do you
4  recall, you know, were damages that you incurred as a
5  result of the arrest and the incarceration?
6      A      Meaning? Like --
7      Q      Did you say meaning?
8      A      Yeah.
9      Q      So any kind of monetary damages, bills that
10 you have because they're related to this incident? I
11 know one of the things was there was documentation
12 from Penn Tech related to your bill, or the bill
13 related to the car rental. Anything else that you
14 recall? I'm going to go through those other ones.
15     A      I can recall those things. Like my student
16 loans, credit cards. Like children, having to provide
17 for my children. Not being able to be employed.
18 Attorney fees. I can -- I'm trying to pull
19 from different areas.
20     Q      When you talk about provide for your
21 children, who do your children live with?
22     A      They live with their mothers.
23     Q      And do their mothers have -- what's your
24 custody arrangement?
25     A      We don't have anything, per se, through the

**Ervin Blank Associates, Inc.**
**107 McCracken Road, Danville, PA  17821**
**office@ervinblankassociates.com**

89

1  courts, just kind of like co-parenting thing.

2      Q      Okay.

3      A      Whenever like availability as far as from me

4  goes, but my job requires me to work a significant

5  portion of time, so I'm not really around too much.

6      Q      And I know you said you had child support

7  obligations for one of your sons?

8      A      I do.

9      Q      And that would be through the court?

10     A      Yes.

11     Q      The other two sons, you don't have any -- any

12 support orders through the court?

13     A      No.

14     Q      And what -- how much support do you have to

15 pay for your son that you owe child support for per

16 month?

17     A      Right now currently I believe it's 139

18 weekly.

19     Q      And what was it at the time that you were

20 incarcerated back in -- from this incident, so

21 October --

22     A      I didn't have any.  This was recent, like the

23 child support through the court thing.  This happened

24 recently, like maybe late last year or something.

25     Q      So you'd have no child support obligations

90

1  that were official --

2      A      Right, just --

3      Q      -- at the time of this incident?

4      A      Just unofficial things.

5      Q      You said you weren't able to be employed.

6  You were on unemployed at the time that you were

7  arrested?

8      A      Correct.

9      Q      What happened to the unemployment?

10     A      Meaning?

11     Q      Were you still collecting unemployment while

12 you were incarcerated?

13     A      No.

14     Q      Did they cut that off when you got arrested

15 or did it lapse because of some other reason?

16     A      I'm not really sure how the unemployment

17 works.  I have never received it since.  Well, I

18 actually did apply for it between -- like a short

19 period between Road Safe and Parrat-Wolff, but it was

20 kind of like pending decision.  But like as far as me

21 going back and like looking at like the outcome of it,

22 I just kind of was employed, so --

23     Q      And when you applied that next time, it was

24 after you had been incarcerated for this incident,

25 right, between those two, Road Safe and --

91

1      A      Correct.

2      Q      When you talked about credit cards, what

3  credit cards did you have?

4      A      I can't remember the specific credit cards,

5  but I remember them being secured.

6      Q      What's that mean?

7      A      Meaning like me having to put money -- like

8  securing it, kind of like a loaded prepay card, I

9  guess.

10     Q      Okay.

11     A      With the benefits of them reporting -- like

12 reporting for you to the bureaus.

13     Q      And so if you have a loaded prepaid card, are

14 there times that you have to -- that you're required

15 to put money on it or just when it gets low you do it?

16     A      No, they just hold the money that you have

17 for whatever credit card.  Like if you have a bank

18 account, then that money will be on hold where you

19 can't access it --

20     Q      Okay.

21     A      -- through like withdrawal in the form of a

22 credit card, to kind of like get the -- I guess make

23 the payments as far as the credit system in general

24 goes.

25     Q      So you wouldn't have payments, then, for

92

1  those -- like a traditional credit card, because that

2  money would already be there if you used it?

3      A      Yeah.  I mean, what happened with me being

4  incarcerated in the incident was however things took

5  place with the rental car, it resulted in some way my

6  card being charged an extreme amount of money which

7  was way beyond the secure.  Like the money that was

8  supposed to be secure -- like it wasn't supposed to go

9  beyond what was the limit on the credit card, but --

10 and I can't tell you how those type of things work,

11 but it ended up being charged like X amount, way

12 beyond what it supposed to be.

13     Q      And what was the limit on that card?

14     A      I can't remember the limit specifically.

15 Especially like the card, I can't remember to be -- I

16 can't tell you to distinguish between what card was

17 used, where and how much.

18     Q      I hand you what we're marking as Barasky 4.

19            (Whereupon, a document was produced and

20 marked as Deposition Exhibit No. 4 for

21 identification.)

22 BY MS. LAUGHLIN:

23     Q      Do you recognize that, the document that's

24 two pages?

25     A      What was the question?

93

1    Q    Do you recognize that document?

2    A    Yes, I do.

3    Q    And is that your bill from your attorney?

4    A    Yes, it is.

5    Q    And that's for bills that related to the

6    criminal charges?

7    A    Yes, I believe so.

8    Q    And then there were payments that you had

9    made on the other side, on Page 2?

10    A    This one here (indicating)?

11    Q    Correct.

12    A    Yes.

13    Q    And is that what you were talking when you

14    were talking about attorney fees?

15    A    Yes.

16        (Whereupon, a document was produced and

17    marked as Deposition Exhibit No. 5 for

18    identification.)

19    BY MS. LAUGHLIN:

20    Q    I show you what we'll mark as Barasky 5.

21    Have you ever seen that letter before?

22    A    Not that I can remember.

23    Q    This was a letter that was provided to me by

24    your attorney.  You don't recall receiving this

25    letter?

94

1    A    If I provided it to my attorney at some point

2    in time, I had to -- I just can't recall it.

3    Q    And that's your address there, the 1534

4    Louisa Street?

5    A    Correct.

6    Q    And it's dated 11/10 of 2020?

7    A    That's what it says there.

8    Q    And that letter indicates that the vehicle

9    that you had been driving the day that you were

10    arrested was releasable, that you could go pick it up?

11    A    That's what it says.

12    Q    And it indicates that there's a tow bill that

13    need to be paid prior to its release?

14    A    Yes.

15    Q    And did you pay that tow bill?

16    A    I didn't.

17    Q    Okay.  And to our understanding, you or

18    anyone on your behalf did not pick up the vehicle from

19    the Williamsport police?

20    A    I can't remember what happened to the

21    vehicle, but not to my knowledge.

22    Q    And at the time that this letter was sent --

23    so 11/10 of '20, to that address, your mother would

24    have been living there?

25    A    Yes.

95

1    Q    And on -- while you were incarcerated, did

2    your mother check your mail or open your mail?

3    A    I can -- I can't -- I couldn't answer that.

4    I don't know.  I wasn't around to --

5    Q    Would she tell you or contact you in any way,

6    hey, I got these bills or I got these letters?  Would

7    you talk about your mail?

8    A    I can't remember talking about it.

9    Q    On other times when you had been incarcerated

10    before 2020, did you have anybody that took care of

11    incoming mail?

12    A    I can't remember.  Honestly, I don't --

13        (Whereupon, a document was produced and

14    marked as Deposition Exhibit No. 6 for

15    identification.)

16    BY MS. LAUGHLIN:

17    Q    Show you what's been marked as Barasky 6.  It

18    is a letter from West Branch Valley Credit Union.

19    There are three pages there.  The first one, a letter

20    from June 10th of 2021, a letter from December 31st of

21    2020, and a letter from December 23rd of 2020.  Do you

22    see that?

23    A    Yes.

24    Q    And were those letters that you received from

25    West Branch Valley Federal Credit Union?

96

1    A    Yes.

2    Q    They're addressed to you and have your

3    address on them?

4    A    Yes.

5    Q    And the first one that was sent out was

6    December 23rd of 2020.  You were incarcerated at that

7    time, so Page 3?

8    A    Yes, I was.

9    Q    And when did you first receive this letter?

10    A    I can't remember, but it would have to be

11    upon release.

12    Q    So you weren't given any of this information

13    while you were incarcerated?

14    A    I can't remember if I was or not.

15    Q    Okay.  And at that point on December 23rd of

16    2020, your account -- it says your account had been

17    overdrawn $379.39.  Is this -- what kind of account

18    did you have with West Branch Valley Federal Credit

19    Union?

20    A    I had a savings and I had a checking.  Both a

21    savings and checking account.

22    Q    Do you know which account was overdrawn?

23    A    I can't remember, honestly.  I don't have any

24    business with them any more, so I don't --

25    Q    Did you ever pay the amount that was

97

1 overdrawn?

2    A    I can't remember if I did or not, honestly.

3    Q    The next letter was sent on December 31st of

4 2020.  Did you also receive that after you were

5 released from jail?  Page 2.

6    A    Yes.

7    Q    And that indicates that your share secured

8 Visa is seriously past due.  Is that the secured

9 credit card that you were talking about earlier where

10 you would hold money?

11    A    It's a possibility.  I can't remember like

12 the specific numbers or the make of the card.

13    Q    And it says ending in 7087.  That does not

14 help at all?

15    A    No.

16    Q    And so it says that it's past due.  How was

17 your account past due when it's -- you explained to me

18 that it was like a prepaid card?

19    A    That's where my confusion comes in, because

20 this is the same card.  These two are the same card.

21    Q    Okay.  And you're pointing to Page 1 and Page

22 2?

23    A    Right.  Correct.  Page 1 and Page 2 are the

24 same card.  And as you can see, the total balance owed

25 is $9,779.05.  That's nowhere near the balance.  I

98

1 never had a credit card -- a line of credit that high.

2    Q    And so --

3    A    So as far as -- I'm sorry.  Not to cut you

4 off.  But as far as the overcharging and how that took

5 place and the aspect of that, I'm not too familiar

6 with how that works.  And I just know that this is

7 what was owed and it was -- I don't know if somewhere

8 there's a clause with the credit company that they can

9 do these type of -- I have no idea how that works.

10    Q    And so with that balance of $9,779.05, do you

11 know what that is for?

12    A    I don't know specifically what it's for.  It

13 didn't give me any information.

14    Q    And has it ever been paid?

15    A    No.

16    Q    Was it continuing to increase in the amount

17 that you owed after this June 10th of 2021?

18    A    I couldn't tell you.  I don't -- I can't

19 remember.

20    Q    June 10th of 2021, were you still

21 incarcerated?

22    A    Yes.

23    Q    And so when you received notice of this

24 letter, for Page 1 of Exhibit 6, it wouldn't have been

25 until after you were released?

99

1    A    Correct.  As far as my recollection goes.

2         (Whereupon, a document was produced and

3 marked as Deposition Exhibit No. 7 for

4 identification.)

5 BY MS. LAUGHLIN:

6    Q    I've handed you what's been marked as Barasky

7, and it is a Visa statement.  It is also in the

8 account number ending 7087, so it appears to be the

9 same thing, from the West Branch Valley Federal Credit

10 Union.  Does that make sense?

11    A    Yes, I can see it.

12    Q    Okay.  And so looking through this document,

13 which is four pages, do you know what the charges were

14 for that you had outstanding from this Visa?

15    A    I don't.

16    Q    If you look at Page 2, it says Avis Rent A

17 Car, $9,407.41?

18    A    Correct.

19    Q    Is that where that was charged from?

20    A    It appears to be.

21    Q    Now, there is a handwritten note that says

22 messed up SS number, then a line drawn down and says

23 SCU.  Is that your writing?

24    A    Correct.

25    Q    What does that mean?

100

1    A    I couldn't tell you what it means like at the

2 time I wrote it probably years ago, but from me

3 looking at it, I'm probably questioning why this is so

4 high of a charge.

5    Q    And do you know if it was for the vehicle

6 that was seized on the date of your arrest in October

7 of 2020?

8    A    And then another confusing point for me is,

9 again, like I can't put you in my -- like I can try as

10 best I can to put you in what I'm thinking from what

11 I'm looking at now, is these dates here where this

12 transaction and this post is, I was incarcerated.

13 So --

14    Q    1/4 and 1/26?

15    A    Correct. So probably trying to figure out how

16 did this get charged this much and how did it get

17 charged these dates, which would probably explain

18 that.  But again, I can't really -- it's been a couple

19 years so it's hard for me to remember.

20    Q    You don't know if these changes are related

21 to the Nissan that was seized by the police on the

22 date of your arrest?

23    A    I couldn't -- from my understanding of rent a

24 cars and how they work, is if I owed this amount of

25 money, I wouldn't be able to rent a car.  So the only

101

1 explanation that I can try to offer you is it had to
2 be from that car or I would never -- I wouldn't be
3 able to do business with Avis, to have a outstanding
4 balance like that.
5    Q    You were talking about the transaction date
6 and the post date, 1/4 and 1/26, being at the time you
7 were incarcerated.  That would have been the time that
8 you incarcerated as a result of the arrest we're here
9 about, correct?
10   A    I mean, it has no year so it could be -- I'm
11 just -- I just was trying to maybe -- maybe I was
12 confused about -- but I never -- can't remember
13 getting any answers to when that specific date was.
14 It could have been a typo.  It could be anything.  I
15 just -- looking at it, couldn't really tell you
16 what -- the factual answer, what it was then or what
17 it was.
18   Q    Now, if you look at --
19   A    I would imagine -- I'm sorry, I cut you off.
20   Q    Go ahead.
21   A    I would imagine that there's a way that this
22 can be found out as to what this charge was and to
23 what vehicle it was through reference.
24   Q    Okay.
25   A    With this reference number available.  So

102

1 there should be ways that -- with this paper or this
2 number, that it can -- that question could be
3 answered, but I can't answer that question for you.
4    Q    And if you go to the next page, the last
5 page --
6    A    The last page?
7    Q    The next to last page.  Yep.  That indicates
8 a transaction date of 2/14 and a post date of 2/15,
9 and that was for tolls for C-O-M-N-J, so New Jersey.
10 Do you see that, for 17.15?
11   A    Here you say?
12   Q    Correct.
13   A    Yeah, I see it.
14   Q    Okay.  And so if it was 2/14 of 2021, you
15 would have been incarcerated at that time.
16   A    Is that a question --
17   Q    Yes.
18   A    -- or is that a statement?
19   Q    You would have been incarcerate at that time,
20 correct?
21   A    If it was for 2/14/2021?  That's correct,
22 that would be -- I would have been incarcerated.
23        (Whereupon, a document was produced and
24 marked as Deposition Exhibit No. 8 for
25 identification.)

103

1 BY MS. LAUGHLIN:
2    Q    I'm going to show you the Pennsylvania
3 College of Technology student bill.  It's been marked
4 as Barasky 8.  Is that the bill you received from Penn
5 Tech?
6    A    Yes.
7    Q    And that was for fall of 2020?
8    A    Correct.
9    Q    And it looks like, from this bill, you were
10 taking ten credits?  Because you had credits and then
11 the lab hours.
12   A    That's what it looks like, but I can't
13 remember back to that time how many credit, per se,
14 but that's what it appears on this statement.
15   Q    Do you have any reason to doubt that this
16 information is correct?
17   A    No.
18   Q    Now, it looks like you got a state grant and
19 then you had some student loans.
20   A    Correct.
21   Q    And then there was a refund that was issued
22 to the student.  Do you see that?  $2,825.90?
23   A    Correct.
24   Q    And what did you use that for?
25   A    I can't remember, honestly.  It was a couple

104

1 years ago.
2    Q    And when would you have received that refund?
3    A    There's a date here for the received, but I
4 can't remember the specific date on when I received
5 it.
6    Q    And you said there was a received date?
7    A    It says deposit received there.  I don't know
8 if that's from the FAFSA or -- I'm kind of confused as
9 to --
10        MR. GRYSKEWICZ:  Why don't you point to it?
11        THE WITNESS:  Sorry.  Right here where it
12 says deposit received.
13 BY MS. LAUGHLIN:
14   Q    Okay.
15   A    But I don't -- again, I don't know if that's
16 the deposit from the government or if it -- it's kind
17 of confusing to me.
18   Q    Understood.  So it looks like there was
19 also -- there's a balance due of $2,723.  Is that
20 correct?
21   A    That's what it looks like.  But again, I
22 don't know how to -- those systems work.
23   Q    And then there was a subsequent debt
24 collection notice for that bill.  Do you recall that?
25   A    Yes.  I do.

105

1    (Whereupon, a document was produced and
2    marked as Deposition Exhibit No. 9 for
3    identification.)
4    BY MS. LAUGHLIN:
5        Q    I'm handing you it was marked Barasky 9.  Is
6    that that collection notice --
7        A    Yet.
8        Q    -- for $2,723 that was owed to Penn Tech, and
9    then they added collection costs?
10       A    Yes, that's what it appears.
11       Q    Have you ever paid that pill?
12       A    I have not.
13       Q    Has anyone paid it on your behalf?
14       A    They haven't.
15       Q    Are you still getting collection notices?
16       A    No, I haven't received any, that I can
17   remember, but it is on my credit report as a
18   default -- or what's the term I'm looking for?  A
19   collection on my credit report.  A collection.
20            (Whereupon, a document was produced and
21   marked as Deposition Exhibit No. 10 for
22   identification.)
23   BY MS. LAUGHLIN:
24       Q    I going to show you what we've marked as
25   Barasky 10.  This was something else that was provided

106

1    in discovery.  It was from PNC Bank.  There are two
2    pages.  The first is from March 17th of 2021,
3    indicating you had a negative balance of 271.91.  Do
4    you recall that?
5        A    I recall receiving the number for it.
6        Q    And did you receive this while you were still
7    incarcerated or not until after?
8        A    I can't remember when I -- when I exactly
9    received it.
10       Q    Was there anybody that was keeping up with
11   your mail or bringing you PNC statements or letters
12   while you were incarcerated?
13       A    I can't remember as far as -- like as far as
14   my email or bringing -- being brought to me or
15   anything of that nature.  I can't really recall when I
16   received it.
17       Q    The second page was from May 1st of 2021 from
18   PNC Bank, and indicates that your account is closed
19   with a negative balance of 275.91.  Did I read that
20   correctly?
21       A    Correct.
22       Q    And that is the same account as Page 1
23   because it's identified as 5,584.  Do you know if that
24   has increased at all after being closed, if they had
25   any additional fees?

107

1        A    I'm not sure.
2        Q    Are you still getting notices from PNC Bank
3    that you owe them money?
4        A    Not that I can remember.  I don't remember
5    getting anything from --
6        Q    Did you ever pay this negative balance?
7        A    I didn't.
8        Q    I actually have an extra one of those.
9            (Whereupon, a document was produced and
10   marked as Deposition Exhibit No. 11 for
11   identification.)
12   BY MS. LAUGHLIN:
13       Q    So I'll show you what's been marked as
14   Barasky 11, and this was from the credit collection
15   services.  And the date is cut off.  It was May 29th
16   of some date.  The amount of the debt is 275.91, and
17   that again is on behalf of PNC Bank.  Do you recall
18   getting this letter?
19       A    Yes.
20       Q    And you still don't know if that's been paid
21   off or not?
22       A    No, it hasn't.  I can't remember paying it
23   off.
24       Q    Okay.
25            (Whereupon, a document was produced and

108

1    marked as Deposition Exhibit No. 12 for
2    identification.)
3    BY MS. LAUGHLIN:
4        Q    The next thing I'll mark as Barasky 12, this
5    was the cancellation notice from AT&T.  And what was
6    that related to?  It looks like a past due amount of
7    $230.62.
8        A    Looks like my phone bill kept getting -- kept
9    going on until they stopped it.
10       Q    And is that for a cell phone?
11       A    Yes.
12       Q    And that was -- that plan would have been in
13   your name, Anthony Marcus Barasky?
14       A    That's my name.
15       Q    And was -- the wireless number is
16   267-496-5589.  That's what it says there?
17       A    For the cancellation?
18       Q    Correct.
19       A    Yes.
20       Q    Do you have cell phone plans with any other
21   providers at the time of this arrest or incarceration?
22       A    No.
23       Q    Do you have any prepaid plans?
24       A    I can't remember if this is a prepaid or not.
25   It doesn't appear to be, but I can't remember.

109

1    Q   If you had a prepaid plan, would it -- would
2 it be usual that you would have an outstanding bill?
3    A   I don't think so.  That's why I read that
4 statement.
5       (Whereupon, a document was produced and
6 marked as Deposition Exhibit No. 13 for
7 identification.)
8 BY MS. LAUGHLIN:
9    Q   The next one's been marked as Barasky 13, is
10 a letter from Viking Client Services, and that's dated
11 June 14th of 2021.  The account balance is 673.32 from
12 Avis Rent A Car.  Do you see that?
13    A   Correct.
14    Q   Do you know why there's an outstanding
15 balance to Avis Rent A Car?
16    A   I would assume from the rental.
17    Q   Do you know which rental?
18    A   I'm not sure.  I can't remember.
19    Q   Has that ever been paid?
20    A   It hasn't.
21       (Whereupon, a document was produced and
22 marked as Deposition Exhibit No. 14 for
23 identification.)
24 BY MS. LAUGHLIN:
25    Q   Show you what's been marked as Barasky 14.

110

1 What is that?
2    A   These are payments made.
3    Q   For what?
4    A   For the property.
5    Q   Is it for where you were living at the time?
6    A   It was student housing.
7    Q   Okay.  So the property address is 967 West
8 Fourth Street, 2E in Williamsport.
9    A   Yes.
10    Q   And so at the time that this incident
11 occurred, you were not residing with your mother, you
12 were living at school housing?
13    A   I was kind of bouncing around between all of
14 them places.
15    Q   Okay.  But you had a lease for this 967 West
16 Fourth Street?
17    A   I did.
18    Q   And while you were incarcerated, there were
19 payments still being made for the property?
20    A   There was.
21    Q   Who is -- I'll spell the first name --
22 M-E-R-C-H-E-L-E-L-Y-N, Fisher?
23    A   That's my sister.
24    Q   Okay.  It says she's a co-signer?
25    A   Yes.

111

1    Q   And so she was making some payments as of
2 January 6th of 2021?
3    A   Yes.
4    Q   And did you have to pay her back for those
5 payments?
6    A   I'm still work it off now.
7    Q   Okay.  And was she living at that property?
8    A   She's not -- she doesn't live here, so -- but
9 she does travel -- well, at that period of time so she
10 would stay there.
11    Q   Where does she live?
12    A   She lives in Philadelphia.
13    Q   And so you were able -- how did she know that
14 you weren't able to make payments or that payments
15 were due?
16    A   I was incarcerated.
17    Q   Okay.
18    A   And she's a co-signer so she has the same
19 access to information that I do.
20    Q   Would you have contacted her at all to say,
21 hey, I'm in jail, I can't make these payments?
22    A   She -- I can't remember contacting her, per
23 se, but like she obviously knew I was incarcerated.
24       (Whereupon, a document was produced and
25 marked as Deposition Exhibit No. 15 for

112

1 identification.)
2 BY MS. LAUGHLIN:
3    Q   Show you what's been marked as Barasky 15.
4 What is that?
5    A   This is a letter from Aaron's rental,
6 furniture store.
7    Q   The balance is $1,066.53.  What is that for?
8    A   Furniture I was renting through the business.
9    Q   What furniture were you renting?
10    A   It was a couch.
11    Q   Just one couch?
12    A   Yes.
13    Q   And where -- where was the couch located?
14    A   The couch was located at the address.
15    Q   The student housing?
16    A   Yes.
17    Q   Did you ever pay Aaron's for what was owed?
18    A   I can't remember if I paid them or not.
19 They're kind of like notorious for harassing you, so I
20 might of, but I can't remember honestly.
21    Q   And what happened to the couch?
22    A   I can't remember what happened to the couch.
23    Q   Okay.  And Aaron's is a place where you kind
24 of rent to own?
25    A   Yeah, it's kind of like a -- I'm not sure if

113

1  you can -- I think it's different options. Like
2  honestly you can just maybe -- I don't know. I'm not
3  even going to try act like I know how they --
4      Q     What was the arrangement you had with Arron's
5  for the couch?
6      A     I had a lease taken out for the couch in the
7  hopes of renting to own it.
8      Q     All right. So you were going to make
9  payments to pay for the purchase price?
10     A     Correct.
11     Q     And what were your payments supposed to be?
12     A     I can't remember. I would have to like look
13 at the --
14     Q     And when did you first get the couch?
15     A     I can't remember.
16     Q     Did you make any payments on the couch from
17 the time that you secured it to when you were
18 incarcerated?
19     A     I can't remember if I did, but I believe so.
20     Q     And if you had not been incarcerated, you
21 still would have had the bill to Arron's to pay for the
22 couch, right?
23     A     I was -- I would have been able to pay it
24 like without being incarcerated.
25     Q     And you still would have had rent payments,

114

1  had you not been incarcerated?
2      A     Yes.
3            MS. LAUGHLIN: Off the record.
4            (Whereupon, a discussion was held off the
5  record.)
6            (Whereupon, a document was produced and
7  marked as Deposition Exhibit No. 16 for
8  identification.)
9  BY MS. LAUGHLIN:
10     Q     Sir, I'm going hand you what was marked as
11 Barasky 16. That was provided to me in discovery.
12 That appears to be 2021 tax information, but there's
13 no name filled out. The only thing that's in there is
14 the standard deduction. So did you file taxes for
15 2021?
16     A     I believe so.
17     Q     And if you would have filed taxes for 2021,
18 who would have that been through? Did you do it on
19 your own? Did you go to a company?
20     A     I would have done it on my own, or sometimes
21 my mother helps me with it.
22     Q     All right.
23     A     Because I'm not really too savvy with like
24 this --
25     Q     And would you have kept copies of that?

115

1      A     I'm pretty sure that I can get them either
2  through my mother or --
3      Q     So the document --
4      A     I'm sure they're available. Like I can't
5  answer for her, per se, but something that I could
6  probably manage to get ahold of.
7      Q     So the document in front of you that's 70
8  some pages, it goes from Bates stamp 207 to 276, where
9  did that come from? Where did you get it?
10     A     You can access them like off of the IRS
11 website, like --
12     Q     Okay.
13     A     Not sure if it's at IRS.gov or -- but they
14 have a --
15     Q     So is this document in front of you something
16 that you access from the government website?
17     A     Yes.
18     Q     And you would agree with me that that doesn't
19 have any identifying information that that was your
20 return?
21     A     Yes, I don't see any on here.
22     Q     There's no income entered on there?
23     A     There's income there.
24     Q     Where did you work in 20 --
25     A     This is income. I mean, I can't tell. It

116

1  doesn't really say. Doesn't specify.
2      Q     You're pointing to the 12,000 --
3      A     12,500. Doesn't really specify what it was.
4  There's nothing on here.
5      Q     Did you have reportable income in 2021?
6      A     If I filed taxes, I -- more than likely. I
7  mean, I can't really tell you. I have to have a
8  conversation with --
9      Q     Do you have a specific memory of filing taxes
10 in 2021?
11     A     I can't remember, honestly.
12           (Whereupon, a document was produced and
13 marked as Deposition Exhibit No. 17 for
14 identification.)
15 BY MS. LAUGHLIN:
16     Q     I'm going to show you what we've marked as
17 Barasky 17, and that is a printout for -- from the IRS
18 for tax period ending December 31st of 2022. Do you
19 see that?
20     A     I do.
21     Q     And is this a form that you secured from
22 somewhere?
23     A     I believe so, yes.
24     Q     And would that have been from that website
25 that you were talking about?

117

1    A    It's a possibility.

2    Q    Okay. So how come for 2022 you're able to

3  get a one-page document, but for 2021 what was

4  provided was 70 some pages without really any

5  information?

6    A    I can't really remember as far as if I was

7  having any issues with accessing it or -- I can't

8  really go back to that specific time and tell you what

9  was going on.

10   Q    And for 2022, it looks like your income was

11 $60,239.

12   A    That's what it says here.

13   Q    And for 2022 were you only working one place?

14   A    I can't remember as far as the times and

15 dates.

16   Q    And would you have turned in W-2's with your

17 taxes?

18   A    Yes, I would have.

19   Q    Do you still have copies of your W-2's?

20   A    No, I wouldn't have them. Sometimes my

21 employers have them. Like on a portal you can access

22 them or different variations of things where I don't

23 always have them physically. Like my employer now,

24 you have to get it on a portal that they have. Like

25 they don't just actually like physically give it to

118

1  you.

2    Q    There was an estimated lost wages or loss of

3  opportunity seeking employment listed in your

4  interrogatory answers of $27,720. How was that

5  calculated? You're not going to find that on there.

6    A    Yeah, I'm just trying to -- was looking at

7  that, thinking about how it was calculated. I believe

8  at the time it was based off of like a projected 40

9  hour work week with kind of like a medium income,

10 like -- but I can't really like elaborate on it, that

11 specific time when those things took place as far as

12 remembering them with certainty.

13   Q    Did you know Captain Joshua Bell before this

14 interaction?

15   A    Not personally, but I know him about as much

16 as he would know me, I guess. If I had to --

17   Q    Did you have any other interactions with Bell

18 before the date of your arrest on October 2nd, 2020?

19   A    I can't remember. Like we kind of like

20 see -- I kind of see them a lot, so I wouldn't know

21 what constitutes like a -- did we like talk or if I

22 just seen him. I can't really remember.

23   Q    Have you ever been arrested by Bell before?

24   A    Not that I can remember.

25   Q    How about with Gardner, did you know him

119

1  before this incident?

2    A    Again, it's kind of like the same thing

3  with -- I don't really know them, per se, but I can

4  tell you if I seen him, who he was or to that nature.

5    Q    Ever arrested by Gardner before?

6    A    I can't remember.

7    Q    Did you ever sue a police officer before?

8    A    I haven't.

9    Q    Have you filed any suits against police

10 officers or municipalities since this suit?

11   A    I haven't.

12   Q    Tell me how it was while you were

13 incarcerated, did that have any kind of effect on you?

14   A    Well, I mean, it was, first and foremost, in

15 the middle of the COVID pandemic, and in itself wasn't

16 a traditional incarceration to begin with as far as

17 that you access to the courts, just in general your

18 movement within the facility, certain stipulations.

19 Having to get tested, and that test wasn't the most

20 comfortable thing.

21        As far as my experience, like there was COVID

22 outbreaks, so I could have contracted the -- I don't

23 know because I was asymptomatic potentially, so I

24 don't know if I actually contracted it. I know I was

25 on a housing unit where the whole housing unit

120

1  contracted it, so --

2    Q    And you said you were tested for COVID?

3    A    Yeah, they came and kind of like -- it was

4  kind of like after the fact. Like once the outbreak

5  occurred, it was kind of like a quarantine thing and

6  then --

7    Q    And you never tested positive?

8    A    Not at the time I took the test, but it was a

9  possibility that I had it because of that window that

10 went by until -- like it wasn't initially that the

11 test came.

12   Q    But you didn't have any symptoms?

13   A    It was like with one or two guys contracted

14 it, went and got the test, and then it kind of just

15 spread to -- people were just getting sick. But they

16 didn't come and test everybody until like maybe two

17 weeks after that.

18   Q    And you didn't have any symptoms of COVID?

19   A    Not that I can remember. But again, it's

20 like asymptomatic -- like you wouldn't -- I could have

21 it and not know that I have it until I'm falling out

22 or, you know, sick from it.

23   Q    Other than it being during COVID while you

24 were incarcerated, was there any other difference for

25 the time period that you were incarcerated in

121

1   2020/2021 compared to your prior incarcerations?

2       A    I think that's -- that experience speaks

3   volumes.  Like jail in general is a very uncomfortable

4   situation to be in and it's not something that I

5   really wish on anybody.  But like I think just that

6   period of time in -- that wasn't traditional.  So to

7   have to be subjected to at that time was kind

8   of detrimental in itself.

9            Just because of the things and the protocols

10  that were in place, like you wouldn't even ideally --

11  for criminal procedure, you kind of scoot along the

12  process, but to be in there and everything's

13  suspended, you just sitting in there.  And I think

14  just as far as my other experiences, all of them were

15  uncomfortable.  None of them was like a walk in the

16  park thing.

17           But like to be in there during the pandemic

18  when you can't even look to -- oh, I got court this

19  date or -- you just never knew.  You're in suspense.

20  Like you could have a court date and the judge could

21  have COVID or your lawyer could have COVID or you

22  could have COVID.

23           And ideally like the experience of being able

24  to go in the courtroom traditionally, it affects you

25  in itself.  You just looking on the screen, you can't

122

1   hear, you don't know what's going on.  Kind of just

2   waiting in suspense around to get like legal mail or

3   to be able to talk to -- or to be able to just kind of

4   be aware of your situation.  There's times where like

5   I can't remember me, per se, if it happened to me.  I

6   can't really say it didn't happen to me, but we're

7   like, you looking on the -- you're participating over

8   Zoom and you don't know what's going on.

9            Maybe the audio gets clipped, to where it's a

10  different experience than just being able to sit there

11  and converse with your attorney, you know, have no --

12  so that in itself.  And not being able to see your

13  family.  Like you -- there's no visitation in there.

14  Like all that is suspended.  You don't get to see

15  people, like your loved ones or you don't -- none of

16  that is going on.  So like the world had stopped.

17      Q    During that time you were incarcerated, did

18  you have any visitors?

19      A    Nobody had visitors.

20      Q    Were you able to communicate with anyone by

21  phone?

22      A    Yeah, we all had access to the phone, but

23  like it was like a period where like you couldn't pick

24  when you got on the phone because everybody's locked

25  in.  And so it's kind of like it rotates on a

123

1   day-to-day.  You might have to get on the phone at

2   7:00 in the morning, but you won't have access to

3   people.  Because you may be -- like someone might

4   be -- you might have to work, so might not get to talk

5   to -- because you don't have the ability to dictate

6   when you get on the phone to be able to access people.

7       Q    Are there other ways that you were able to

8   communicate with people outside of the prison?

9       A    I mean, there were ways where like -- I

10  guess, maybe like a letter, but like that wasn't

11  really like the -- what I really did, like as far as

12  in prison, like.

13      Q    Who is -- so I'll spell the first name,

14  J-A-C-Q-U-L-A, last name Moore.

15      A    Spell that again.

16      Q    J-A-C-Q-U-L-A.

17      A    Oh.  Oh, that's a buddy of mine's wife or

18  significant other.

19      MR. GRYSKEWICZ:  I believe it's pronounced

20  Jacqula.

21      THE WITNESS:  Jacqula.  Exactly.

22  BY MS. LAUGHLIN:

23      Q    And were you in contact with her while you

24  were incarcerated?

25      A    I spoke with her -- I can't remember how many

124

1   times.  It wasn't a lot.  It was just kind of like --

2   I don't know, maybe like a hi or maybe like she

3   reached out to me in some way and I just was kind -- I

4   can't really remember.

5       Q    Who is Derrick Fisher?

6       A    That's my brother.  My younger brother,

7   sibling.

8       Q    How about Martin Kieser, K-I-E-S-E-R?

9       A    Oh, that's a friend of mine.

10      Q    And Kimberly Barasky is your mom?

11      A    Yes.

12      Q    How about maybe Shenique Coates,

13  S-H-E-N-I-Q-U-E?

14      A    That's a friend.

15      Q    Kera Wright.  K-E-R-A.  Wright is

16  W-R-I-G-H-T.

17      A    That's a friend.

18      Q    Who is Free Myguyzz, F-R-E-E-E, Myguyzz,

19  M-Y-G-U-Y-Z-Z?  Also maybe lil cuz.

20      A    I can't -- I can't remember.  I would

21  probably have to see the contents of that conversation

22  to --

23      Q    Okay.

24      A    -- to be able to tell you who exactly I

25  was -- I don't know who that one could be.

125

1    MS. LAUGHLIN: And off the record.

2        (Whereupon, a discussion was held off the

3    record.)

4        (Whereupon, a document was produced and

5    marked as Deposition Exhibit No. 18 for

6    identification.)

7    BY MS. LAUGHLIN:

8    Q    So I've handed you what we've marked as

9    Barasky 18. This is what is called an inmate messages

10   report, and it is a total of seven pages. Have you

11   ever seen this before?

12   A    I've never seen one of these.

13   Q    Okay.

14   A    But I think I'm -- I think I'm catching the

15   drift of what it is.

16   Q    And so how are these messages coming in?

17   A    There's like a -- kind of like a tablet

18   looking device that's mounted onto the wall on the

19   housing unit. So it's kind of like if you put

20   maybe an iPad on the wall.

21   Q    And then does each individual inmate then

22   have some type of code to access it and have people

23   contact you?

24   A    There's like a -- I'm pretty sure there's a

25   login. I don't remember what the login is, but --

126

1    Q    Is it like gmail?

2    A    It's kind of like messaging. Like I can't

3    really -- I can't even really remember what it looks

4    like to begin to try to describe it. It's like

5    messaging.

6    Q    Can you message back and forth in real time,

7    like text?

8    A    Not in real time, but like it's a delay

9    because it has to be cleared or however that -- I'm

10   not sure how that works. But like it's not like

11   traditional like on an email or like texting on a

12   phone where you can get it right then and there.

13   Q    So on 10/3 of 2020 at the very bottom of the

14   page there's a message from your mom. And it says,

15   "Send me info so I can keep PUA going". Do you see

16   that?

17   A    Yes, I see it.

18   Q    What is PUA?

19   A    I can't remember what she would have been

20   talking about at that time to be able to answer for

21   her.

22   Q    Okay.

23   A    I don't know what she was -- I would have to

24   ask her.

25   Q    On the next page, 10/6/20 -- yeah, sorry,

127

1    there's a blank page there. So you got the right one

2    now.

3    A    Um-hum.

4    Q    From Moore.

5    A    Yeah. 10/6/2020, you said?

6    Q    Correct. Actually it's the outgoing message

7    to Moore on 10/6/2020 at 9:10 a.m. It talks about how

8    you might need that lady we use for the power of

9    attorney. Do you see that? It's the third line up

10   from the bottom of that message.

11   A    Where -- here?

12       MR. GRYSKEWICZ: Yeah, that's what she's

13   referring to.

14       THE WITNESS: Okay. I see it.

15   BY MS. LAUGHLIN:

16   Q    So what did you need with the lady with

17   the -- that did the power of attorney?

18   A    I couldn't -- I can't -- I can't remember

19   what I was talking about here or what I meant

20   specifically at that time that I made this statement.

21   Q    So --

22   A    I can't go back to that.

23   Q    Were you making arrangement to take care of

24   any kind of bills or anything through having a power

25   of attorney?

128

1    A    Again, I can't really remember. Like my

2    frame of mind at that time when I made the statement,

3    I can't tell you like specifically what was going on

4    in my brain.

5    Q    And then at the end it says, this ain't

6    nothing, they just trying to steal my -- or steal my

7    shine. That's all. LOL. Did I read that correctly?

8    A    That's what it says.

9    Q    And then if you go to the next page.

10   A    Page 3?

11   Q    Correct. There was a message to Moore on

12   1:31 p.m.

13   A    1:31 p.m. 10/8/2020?

14   Q    Correct. And it says, "I'm chilling, you

15   know. I'm used to this by now, sad to say." Do you

16   see that? It might not be in that one.

17   A    Yeah, I'm looking for it. I can't see what

18   she talking about. Because this is an incoming, this

19   isn't outgoing.

20   Q    Yeah, it's outgoing. My apologies. If you

21   look at -- still on Page 3, the 10/8/20 1:31 message

22   where it says -- this is from Moore. "The person that

23   does the thing for us does not do Lycoming County

24   Prison but I called the county for you and they said

25   they got somebody there that does it."

<table>
</table>

**Page 129**

1    A    Wait. I don't -- where is that at?

2    Q    It's at the -- towards the end of the second

3 line of that message.

4    A    Okay. All right. I follow you.

5    Q    "Somebody there that does it. I don't know

6 what you need done but at least I can help you with

7 that." What were you trying to get done at the

8 county? Does that again deal with the power of

9 attorney thing?

10    A    I mean, she -- this is her statement, so I

11 can't really testify what she meant by that.

12    Q    Who's Abraham?

13    A    That is her -- her son.

14    Q    And then there were some messages from Kira

15 Wright where she was going to get the key to your

16 residence. Would that be the student housing?

17    A    I'm not sure. I can't remember. I would

18 have to go and try to put myself back at that time of

19 that conversation and what it was pertaining to.

20    Q    So if you look at Page 4, the very first

21 entry, it was incoming from Kira Wright. "I responded

22 to your letter this morning. I've been trying to get

23 in contact with your mother all day but she's ignoring

24 me. I was going to get the key and I needed to ask

25 her something else, I forget." Does that -- or does

**Page 130**

1 that refresh your recollection of that time period and

2 that she was getting your key?

3    A    I can't remember, honestly.

4    Q    There was another message where she was going

5 to go to your house and put clothes away and dust. Do

6 you recall her doing that for you?

7    A    I can't remember that time or even having

8 conversations a couple years ago.

9    Q    So on Page 5 at 10/10/2020, incoming call

10 10:59 a.m., Kira Wright. She was at your house taking

11 a poop. It says it's a little dusty in here and

12 cobwebs. Laugh out loud. You haven't been gone that

13 long, have you. I'm going to dust and put your clean

14 clothes away. It goes on to say, Mauras having a

15 party tonight so me and Meg's gunna pregame here if

16 you don't mind. Does that refresh your recollection

17 at all that it would have been at the student housing

18 as opposed to the other place where you lived with

19 your mom?

20    A    I'm not sure. I would have to --

21    Q    Did you have any other houses --

22    A    -- put myself into that time frame and -- I

23 can't really like remember it. Probably any of these

24 comments, it's kind of hazy to me. It's a couple

25 years ago.

**Page 131**

1    Q    Did you have any other properties that Kira

2 Wright would be going over to your house while you're

3 incarcerated?

4    A    I can't remember, honestly.

5    Q    Now, on that same page at the top there's an

6 outgoing message from you to Moore from 10/10/2020 at

7 8:37 a.m. And the second line you say, "I'm used to

8 these environments, sadly." Do you see that?

9    A    Yes.

10    Q    Would you agree that you're used to those

11 environments, meaning being incarcerated or in jail?

12    A    Meaning?

13    Q    Those are your words. You said, "I'm used to

14 these environments". So you're used to being in jail?

15 Or did you mean something else?

16    A    From the looks of it, I mean, it could be --

17 I'm not sure what I meant at the time of me saying it.

18 Like it could have been -- it could have been me

19 trying to reassure a female that I'm talking to. Like

20 I may be overwhelmed, but I just can't really tell you

21 what I meant. Because as a human being you could say

22 one thing but really be just trying to reassure

23 somebody that may be weaker than you are.

24    Q    You go on to say, "Just waiting on my moment.

25 Either way you know I'm built Ford tough." Would you

**Page 132**

1 agree you're built Ford tough?

2    A    Again, that would be a -- that could be me

3 figuratively speaking just to try to reassure. It

4 could be many things. I can't really tell you what I

5 meant or what my mind frame was at that time.

6    Q    And then it says, "If you can see what

7 exactly I need for the county people to be able to get

8 my property released, then LMK". Let me know.

9 Thanks. Was Ms. Moore checking with the county to get

10 your property released at that time in October of

11 2020?

12    A    I'm not sure if she actually -- I can't

13 remember if she actually did or didn't.

14    Q    And then you go to say, "It's not about how

15 you start, it's how you finish." Do you recall saying

16 that?

17    A    I mean, I read it here. But again, I

18 couldn't really tell you what I meant or what was my

19 mind set, my intention behind what I'm saying. Could

20 be literally me --

21    Q    Did you have a plan with Matthew Sumpter to

22 set up a buy as a confidential informant or source in

23 order to get pulled over and then have a civil rights

24 suit against the officers that pulled you over or

25 arrested you?

**133**

1     A    Can you repeat that question?

2     Q    Sure. Did you come up with a plan with

3 Matthew Sumpter in order for him to give information

4 to the police that they would in turn pull you over

5 and arrest you so that you could have a suit against

6 them to get money?

7     A    Like conspire with -- like a conspiracy?

8     Q    Kind of.

9     A    Ask me the question one more time.

10     Q    Sure.

11     A    Please, so I just make sure I understand it.

12     Q    So did you and Matthew Sumpter make

13 arrangements where he was going to provide information

14 to the police in turn so they were try to arrest you,

15 but you wouldn't have anything on you, and then you

16 could turn around and sue the officers that arrested

17 you?

18     A    No. That would be crazy.

19     Q    Now, the last message on Page 5 from

20 10/10/20, that was from Free Myguyzz. And it says,

21 lil cuz. You said you didn't know who that was. Can

22 you read that and then does that give you any clue as

23 to who was known that way?

24     A    I can't tell you, but it appears that it's

25 somebody that I didn't -- I didn't see. I can't --

**134**

1 but again, I can't tell you who that is.

2     Q    And then the next page, on Page 6 at the very

3 top there's another message from Free Myguyzz. If you

4 could read that and let me know if that gives you a

5 clue as to who that person is.

6     A    Looks like the same message.

7     Q    On Page 6?

8     A    Right here?

9     Q    Correct. At the very top.

10     A    Yeah, it looks like the same --

11     Q    Okay.

12     A    -- message. The exact same message.

13     Q    One was at 6:58, one was at 6:59. Okay.

14     A    Yeah, that's the exact same message.

15     MS. LAUGHLIN: I don't have any other

16 questions for you, but the other attorneys may. Thank

17 you.

18             CROSS-EXAMINATION

19 BY MR. WHITE:

20     Q    Mr. Barasky, I represent Detectives Dent and

21 Detective Havens. I'm just going to ask you a few

22 questions.

23         When you were pulled over on October 2nd,

24 2020, did you have a wallet in your possession?

25     A    I can't remember what was exactly in my

**135**

1 possession, honestly. I don't -- I can't recall.

2     Q    Do you recall if you had cash on you when you

3 were pulled over?

4     A    I can't recall that, either.

5     Q    Can you -- can you recall if -- I think -- I

6 think you may have already answered this, but can you

7 recall if anything was -- any other property was taken

8 from the police other than the phone?

9     A    I can't recall, no.

10     Q    When you were -- you were driving down Eckard

11 Road, did you turn right onto Miller Road?

12     A    I'm not familiar --

13     MR. GRYSKEWICZ: Yeah, I'd direct you not to

14 answer the question and exercise your Fifth Amendment

15 rights.

16     THE WITNESS: On the advice of counsel, I

17 wish to invoke my Fifth.

18 BY MR. WHITE:

19     Q    I'm going ask you some questions about the

20 complaint that your attorney filed on your behalf

21 here, the second amended complaint. In Paragraph 43

22 I'm going to read verbatim. It says, "At Detective

23 Dent's direction, Mr. Sumpter contacted a person via

24 telephone who Mr. Sumpter alleged was Plaintiff, to

25 purchase heroin." Do you understand what I just read

**136**

1 to you? Are you familiar with that allegation?

2     A    Can you repeat that?

3     Q    I'm going to read a paragraph from your

4 second amended complaint. It's Paragraph 43. "At

5 Detective Dent's direction, Mr. Sumpter contacted a

6 person via telephone, who Mr. Sumpter alleged was

7 Plaintiff, to purchase heroin." Do you understand

8 what I just said?

9     A    I understand what you just read.

10     Q    Who did Mr. Sumpter contact by telephone that

11 day to purchase heroin?

12     MR. GRYSKEWICZ: I would direct you not to

13 answer that question and exercise your Fifth Amendment

14 right.

15     THE WITNESS: On advice of my counsel, I wish

16 to invoke my Fifth Amendment.

17 BY MR. WHITE:

18     Q    Paragraph 44 was -- states that, "The only

19 information Detective Dent had to demonstrate

20 Plaintiff was the person contacted by Mr. Sumpter was

21 Mr. Sumpter's uncorroborated and false accusations."

22 The question I have for you is, what were Mr.

23 Sumpter's uncorroborated and false accusations?

24     A    Say that again.

25     Q    Paragraph 44 of the complaint says, "The only

137

1  information Detective Dent had to demonstrate
2  Plaintiff was the person contacted by Mr. Sumpter was
3  Mr. Sumpter's uncorroborated and false accusations."
4  What were Mr. Sumpter's uncorroborated and false
5  accusations? That's the question.
6       MR. GRYSKEWICZ: I direct you not to answer
7  that question and exercise your Fifth Amendment
8  rights.
9       THE WITNESS: On the advice of counsel, I
10 wish to invoke my Fifth Amendment.
11 BY MR. WHITE:
12     Q    On October 2nd, 2020, did you speak with Mr.
13 Sumpter on the phone?
14      MR. GRYSKEWICZ: I would direct you to not
15 answer that question and exercise your Fifth Amendment
16 rights.
17      THE WITNESS: On the advice of the counsel, I
18 wish to invoke my Fifth Amendment.
19 BY MR. WHITE:
20     Q    On October 2nd, 2020, did you agree to sell
21 Mr. Sumpter three grams of Fentanyl?
22      MR. GRYSKEWICZ: On -- I would direct you not
23 to answer that question and exercise your Fifth
24 Amendment rights.
25      THE WITNESS: On the advice of counsel, I

138

1  wish to invoke my Fifth Amendment.
2  BY MR. WHITE:
3      Q    Prior to October 2nd, 2020, had you ever sold
4  Fentanyl to Mr. Sumpter?
5       MR. GRYSKEWICZ: I direct you not to answer
6  that question and raise your Fifth Amendment rights.
7       THE WITNESS: On the advice of counsel, I
8  wish to invoke the Fifth Amendment.
9  BY MR. WHITE:
10     Q    Paragraph 53 of the complaint states
11 verbatim, "Plaintiff was driving in Old Lycoming
12 Township on October 2nd, 2020." Is that a true
13 statement? I can read it again.
14     A    Yeah, please.
15     Q    Paragraph 53 of the complaint states,
16 "Plaintiff was driving in Old Lycoming Township on
17 October 2nd, 2020." Is that a true statement?
18     A    Can you repeat that one more time for me?
19     Q    Sure.
20     A    Sorry.
21     Q    Paragraph 53 of the second amended complain
22 states verbatim, "Plaintiff was driving in Old
23 Lycoming Township on October 2nd, 2020." Is that a
24 true statement?
25     A    Who made the statement?

139

1      Q    That is an allegation from your complaint.
2  So I'm asking you if that paragraph from your
3  complaint is true.
4      A    Would that be an allegation from something
5  that was in the criminal complaint?
6      Q    Your attorney -- so, your attorney filed --
7      A    Because I'm trying to understand what's going
8  on before I answer you.
9      Q    I understand. So your attorney filed a
10 complaint on your behalf in this case, which is why
11 we're here. The second amended complaint is the
12 operative complain that we're working on today.
13 Paragraph 53 of that second amended complaint states,
14 "Plaintiff was driving in Old Lycoming Township on
15 October 2nd, 2020", and I'm asking you if that
16 statement is correct?
17     A    It would depend on who's made the statement.
18 I don't know -- I'm not aware of who made the
19 statement.
20     Q    Let me ask it another way.
21     A    Yeah, can you -- go ahead.
22     Q    Were you driving in Old Lycoming Township on
23 October 2nd, 2020?
24     A    Yes.
25     Q    Paragraph 54 of the same -- of the second

140

1  amended complaint says, "Plaintiff did not arrive at
2  any alleged meeting location for the alleged drug sale
3  with the confidential informant." Is that correct?
4      A    Can you repeat that?
5      Q    "Plaintiff did not arrive at any alleged
6  meeting location for the alleged drug sale with the
7  confidential informant." Is that correct?
8      A    Plaintiff did not arrive -- can you repeat
9  that, please?
10     Q    Certainly. "Plaintiff did not arrive at any
11 alleged meeting location for the alleged drug sale
12 with the confidential informant." Is that a correct
13 statement?
14     A    It's kind of hard for me to answer that
15 question. I think I'm being confused by --
16     Q    Let me show you --
17     A    the alleged element of the question.
18     Q    I have the second amended complaint in front
19 of me that I'll ask you to take a look at. And I
20 understand that sometimes it's a little bit difficult
21 to hear someone reading something to you that is
22 written out. So I'd ask the same question, but only
23 I'll place it in front of you and I'll ask you to
24 confirm whether or not this allegation is true and
25 correct. And so it's Paragraph 54. And the question

**141**

1  is whether or not Paragraph 54 is true and correct?

2      A    I would answer correct.

3      Q    And then if you could turn to Paragraph 69.

4  69 states, "Plaintiff's vehicle never reached the

5  purported meeting location for the alleged drug

6  transaction."  Is that statement true and correct?

7      A    I don't know purported -- the definition of

8  the word purported.  Can you give the definition of

9  purported, please?

10     Q    Purported, according to the Oxford

11  dictionary, means appearing or stated to be true,

12  though not necessarily so.  Alleged.

13     A    I would answer correct.

14     Q    Where would your vehicle have traveled, had

15  it not been stopped by the officers?

16          MR. GRYSKEWICZ:  I would instruct you not to

17  answer that question and exercise your Fifth Amendment

18  rights.

19          THE WITNESS:  On advice of counsel, I wish to

20  invoke my Fifth Amendment.

21  BY MR. WHITE:

22     Q    Paragraph 120 states, "Additionally, after a

23  search of Plaintiff's person and vehicle were

24  performed and no contraband was located, there was no

25  probable cause to continue Plaintiff's arrest and/or

**142**

1  detention since Mr. Sumpter's uncorroborated

2  statements were proven false."  Did I read that

3  correctly?

4      A    Can you re-read that for me?  I can follow

5  along with it.

6      Q    "Additionally, after a search of Plaintiff's

7  person and vehicle were performed and no contraband

8  was located, there was no probable cause to continue

9  Plaintiff's arrest and/or detention since Mr.

10  Sumpter's uncorroborated statements were proven

11  false."  Did I read that correctly?

12     A    You did.

13     Q    What statements of Mr. Sumpter was proven

14  false?

15         MR. GRYSKEWICZ:  I'd instruct you not to

16  answer that question and exercise your Fifth Amendment

17  rights.

18         THE WITNESS:  On the advice of counsel, I

19  wish to invoke my Fifth Amendment.

20  BY MR. WHITE:

21     Q    In Paragraph 90 -- this is the last one I'll

22  ask you about the complaint, so -- it states,

23  "Plaintiff's reputation has been damaged because of

24  Defendant's unconstitutional actions."  Can you

25  explain for me how your reputation has been damaged as

**143**

1  a result of the actions alleged in this case?

2      A    You said explain to you how my reputation has

3  been damaged --

4      Q    Yes.

5      A    -- as a result of the Defendants --

6      Q    Correct.

7      A    To answer your question, I would say it's

8  embarrassing to be involved with an arrest or anything

9  pertaining to allegedly breaking a law or any type of

10  things with law enforcement.  So this is like a small

11  place, as some of us know or don't know.  And as a

12  result of that, there are a lot of people that are

13  business owners or potential job opportunities or a

14  variety of different things where that can kind of --

15  that hearsay or being involved in that type of thing

16  can kind of close the door on opportunity that could

17  have been afforded to me, based off of maybe element

18  of prejudice or just in the back of a human person

19  mind, like I don't want to deal with this person, even

20  if it's right or wrong, whatever it is.

21         Like just the fact that it's out there.  It

22  could be a false narrative or it could be untrue, but

23  just the fact that it initially went out is enough for

24  me not to be afforded certain opportunities.

25     Q    Were there any newspaper articles printed

**144**

1  about the October 2nd, 2020 arrest?

2      A    I'm not sure.  I can't remember if there were

3  or weren't.

4      Q    Do you recall ever seeing one?

5      A    I mean, I was incarcerated, so I -- I don't

6  know if it came out.  I don't recall seeing it.

7      Q    Did anyone ever tell you that they read about

8  you being arrested on October 2nd, 2020?

9      A    I can't remember if somebody mentioned it to

10  me or if it was in that way that you're asking,

11  through like viewing it in the newspaper.  I really

12  can't remember.

13     Q    So you can't recall anyone saying, I read

14  about you getting arrested?

15     A    I can't recall if they did or didn't.

16     Q    But you have no specific recollection of

17  someone telling you that?

18     A    No, I don't.  Not that I can remember.

19     Q    Now, in -- in as far as your arrest in 2016,

20  were there newspaper articles about that?

21     A    I can't remember.  I can't remember.  I don't

22  want to answer that, because honestly, I can't

23  remember if there were or weren't.

24     Q    I show you what we'll mark as -- I'm not sure

25  what number we're at.

145

1    MR. BLANK:  19.

2    MR. WHITE:  19 and 20.

3    (Whereupon, two documents were produced and

4    marked as Deposition Exhibit Nos. 19 and 20 for

5    identification.)

6    BY MR. WHITE:

7    Q    Which are two newspaper articles that are

8    publicly available.  19 with a picture on it, listed

9    in Northcentralpa.com, "Convicted drug dealer leads

10   police on pursuit and crashes into Kmart."  And then

11   the other article from the Williamsport Sun-Gazette

12   that reads, "Police:  Fleeing motorist tossed bags of

13   drugs before crash."  Have you ever seen either of

14   these articles before?

15   A    Not that I can remember.  I don't -- I don't

16   remember if I ever have.

17   Q    And these -- so you have no knowledge of

18   these being printed?

19   A    Not that I can remember.  It was a long time

20   ago.

21   Q    Do you recall in terms of the Sun-Gazette

22   article, it's alleged that you tossed dozens of bags

23   of heroin out the window during a high speed pursuit?

24   Is that correct?  During this event in 2016.

25   A    All right.  Is it correct that these are

146

1    allegation or --

2    Q    No, I'm asking you if that's correct, that

3    you did, in fact, toss bags of heroin out the window

4    during the high speed pursuit that led to your arrest

5    in 2016?

6    A    I can't remember if I did or didn't.  That's

7    an awful long time ago.

8    Q    You pled guilty to the charges that came out

9    of that arrest, though, correct?

10   A    Correct, I pled guilty to them.

11   Q    And that included a drug charge?

12   A    PWID charge, yes.

13   Q    And I think did you say it was a fleeing

14   charge or --

15   A    Fleeing and -- what was it evading?  And

16   criminal mischief.

17   Q    And the September 19, 2016,

18   Northcentralpa.com article refers to you as a

19   convicted drug dealer.  Correct?

20   A    Which one would that be, with the picture?

21   Q    That's the one with the picture.

22   A    That's what it says here.

23   Q    Do you understand that at the time -- prior

24   to your arrest in 2020, that you were already being

25   referred to in the news media as a convicted drug

147

1    dealer?  Do you understand that?

2    A    I understand it, but I can't recall seeing

3    these things.

4    MR. WHITE:  I don't have any further

5    question.

6    CROSS-EXAMINATION

7    BY MR. KOZLOWSKI:

8    Q    Just a couple.  Mr. Barasky, we've been going

9    for a little bit.  I won't keep you here much longer.

10   A    That's fine.

11   Q    My name is Mark Kozlowski.  I represent

12   Christopher Kriner, Joseph Hope and Old Lycoming

13   Township in this case.

14   You've already been asked a series of

15   questions about the arrest and the time leading up to

16   it and the time after, but I want focus your attention

17   specifically on Old Lycoming Township's officers that

18   were on scene that day.  As you sit here, can you tell

19   me specifically what involvement Christopher Kriner

20   had in your arrest on October 2nd of 2020?

21   A    I don't specifically know them by name, per

22   se.

23   Q    Okay.

24   A    But I'm familiar with the presence of Old

25   Lycoming Township and like how to distinguish them

148

1    from one another.

2    Q    Did you know Officer Kriner at that time,

3    Sergeant Kriner, to see him?

4    A    I didn't know like him personally, like to be

5    able to -- I just was aware that he was Old Lycoming

6    Township.

7    Q    The same question with respect to Chief Hope,

8    Joseph Hope, would you have known Chief Hope to see

9    him at that point on October 2 of 2020?

10   A    Again, I don't know him like personally.

11   Q    Okay.  You said there were -- but you knew

12   the Old Lycoming Township police officers were at

13   least on scene that day, is that right?

14   A    Correct.

15   Q    Okay.  Can you tell me if any of them removed

16   you from the vehicle?

17   A    I can't remember, honestly.  I just -- from

18   what I can recall from that day, they were blocking

19   the road off in front of me.  As far as what they did

20   after that, I really can't -- I was kind of focusing

21   on --

22   Q    Okay.

23   A    -- the people directly --

24   Q    And I'm just going to ask you a couple other

25   quick questions with that.  Do you know for sure if

149

1   any -- for sure or not, whether any Old Lycoming
2   Township police officers were involved in placing you
3   on the ground?
4       A   I can't answer like with confirmation if --
5   who specifically.  I just can remember like my
6   immediate --
7       Q   Do you know if any of the Old Lycoming
8   Township officers were involved in placing you in
9   handcuffs?
10      A   I can't remember.  I was face down and I
11  wasn't able to see kind of what was going on.
12      Q   Do you know if any of the Old Lycoming
13  Township police officers were involved in transporting
14  you from the scene to the police station?
15      A   I can't remember who transported me.
16      Q   Were any of the Old Lycoming Township
17  officers involved in your strip search once you got
18  back to the police station?
19      A   I can't remember if they were.  There was --
20  like the door was open and it was a small space and
21  there was people outside of the door, but I can't
22  remember as far as who it was.
23      Q   Do you know whether or not any of the Old
24  Lycoming Township police officers were involved in
25  transporting you from the police station to the

150

1   Wilkes-Barre -- or excuse me, Wilkes-Barre --
2   Williamsport Police Department?
3       A   I can't remember, honestly.
4       Q   Do you know, as you sit here, whether or not
5   any of the Old Lycoming Township police officers filed
6   any criminal charges against you?
7       A   Not to my knowledge, I don't --
8       Q   Sir, do you know what Fentanyl is?
9       A   Do I -- me?  Do I know?
10      Q   Yeah.
11      A   Not specifically.  Like I can't tell you
12  what -- can't go into detail, but I'm familiar with
13  the term.
14      Q   Would you agree with me that Fentanyl is a
15  narcotic?
16      A   I'm not sure if it's -- well, maybe it's
17  classified as a narcotic now.  I'm not -- I can't tell
18  you.  I don't know.
19      Q   Okay.  Have you ever sold anyone Fentanyl
20  before?
21      MR. GRYSKEWICZ:  I would instruction you not
22  to answer that question and exercise your Fifth
23  Amendment rights.
24      THE WITNESS:  On the advise of counsel, I
25  wish to invoke my Fifth Amendment.

151

1   BY MR. KOZLOWSKI:
2       Q   Okay.  If Matthew Sempter had told police
3   that you had sold him Fentanyl about a hundred times,
4   is that true?
5       MR. GRYSKEWICZ:  I'll instruct you not to
6   answer that question and exercise your Fifth Amendment
7   rights.
8       THE WITNESS:  On the advice of counsel, I
9   wish to invoke my Fifth Amendment.
10      MR. KOZLOWSKI:  Okay.  Those are all the
11  questions I had.  Thank you, sir.
12      MS. LAUGHLIN:  Nothing else.
13                  CROSS-EXAMINATION
14  BY MR. GRYSKEWICZ:
15      Q   I have one brief follow up.  Mr. Barasky,
16  would you agree with me that many of the allegations
17  in the second amended complaint in this case, the
18  knowledge in those allegations were gleaned from the
19  police reports you received during the criminal case?
20      A   Yes, sir.
21      MR. GRYSKEWICZ:  That's all I have.
22      MS. LAUGHLIN:  Nothing.
23      MR. KOZLOWSKI:  Nothing else.
24      (Whereupon, the deposition was concluded at
25  4:35 p.m.)

152

1   COUNTY OF UNION                    :
2   COMMONWEALTH OF PENNSYLVANIA
3
4           I, Ervin S. Blank, the undersigned Notary
5   Public, do hereby certify that personally appeared
6   before me, ANTHONY BARASKY; the witness, being by me
7   first duly sworn to testify the truth, the whole truth
8   and nothing but the truth, in answer to the oral
9   questions propounded to him by the attorneys for the
10  respective parties, testified as set forth in the
11  foregoing deposition.
12          I further certify that before the taking of
13  said deposition, the above witness was duly sworn,
14  that the questions and answers were taken down
15  stenographically by the said Ervin S. Blank, Court
16  Reporter, Lewisburg, Pennsylvania, approved and agreed
17  to, and afterwards reduced to typewriting under the
18  direction of the said Reporter.
19          In testimony whereof, I have hereunto
20  subscribed my hand this 29th day of March, 2024.
21
22
23                          _____
24                          Ervin S. Blank
25                          Reporter-Notary Public
                            My Commission Expires
                            January 28, 2025

**- 0 -**

**06104-2903** [1] 2:6

**- 1 -**

**1,066.53** [1] 112:7
**10th** [3] 95:20; 98:17, 20
**12,000** [1] 116:2
**12,500** [1] 116:3
**14th** [1] 109:11
**150,000** [1] 14:8
**1534** [2] 8:20; 94:3
**17.15** [1] 102:10
**17701** [1] 2:3
**17th** [1] 106:2
**18507** [1] 2:10
**18701** [1] 1:24
**19th** [3] 15:2, 5; 72:6

**- 2 -**

**2,825.90** [1] 103:22
**2,723** [2] 104:19; 105:8
**2001** [1] 8:16
**2007** [1] 16:7
**2008** [8] 11:6; 12:8; 14:23; 15:17, 19; 16:1, 21; 23:10
**2009** [3] 12:2, 7, 8
**2011** [2] 12:3; 16:21
**2015** [1] 16:14
**2016** [18] 12:24; 13:22; 14:11, 15;

15:2, 5, 7; 16:22, 24; 17:6, 14, 15; 24:3; 144:19; 145:24; 146:5, 17
**2017** [2] 17:25; 18:5
**2018** [1] 17:24
**2019** [2] 17:15; 18:1
**2020** [44] 17:24; 18:5; 19:16; 29:22; 31:12; 58:23; 59:22; 60:5, 14; 67:9; 73:17; 76:8; 94:6; 95:10, 21; 96:6, 16; 97:4; 100:7; 103:7; 118:18; 121:1; 126:13; 127:5, 7; 128:13; 130:9; 131:6; 132:11; 134:24; 137:12, 20; 138:3, 12, 17, 23; 139:15, 23; 144:1, 8; 146:24; 147:20; 148:9
**2021** [18] 29:11; 72:6; 95:20; 98:17, 20; 102:14, 21; 106:2, 17; 109:11; 111:2; 114:12, 15, 17; 116:5, 10; 117:3; 121:1
**2022** [9] 26:11; 29:11; 83:21; 86:19, 20; 116:18; 117:2, 10, 13
**2023** [3] 26:11, 14; 83:21

**2024** [2] 1:16; 152:20
**2025** [1] 152:25
**21-cv-02041** [1] 1:6
**215-301-0606** [1] 67:12
**230.62** [1] 108:7
**23rd** [3] 95:21; 96:6, 15
**267-496-5589** [1] 108:16
**27,720** [1] 118:4
**271.91** [1] 106:3
**275.91** [2] 106:19; 107:16
**2903** [1] 2:6
**29th** [2] 107:15; 152:20

**- 3 -**

**30th** [2] 15:19; 16:6
**3118** [1] 2:9
**31st** [3] 95:20; 97:3; 116:18
**379.39** [1] 96:17

**- 5 -**

**5,584** [1] 106:23
**50,000** [1] 72:14

**- 6 -**

**60,239** [1] 117:11
**673.32** [1] 109:11

**- 7 -**

**7087** [2] 97:13; 99:8

**- 8 -**

**85,000** [1] 54:20

**- 9 -**

**9,779.05** [2] 97:25; 98:10
**9,407.41** [1] 99:17

**- A -**

**a.m.** [3] 127:7; 130:10; 131:7
**aaron's** [3] 112:5, 17, 23
**ability** [2] 9:15; 123:5
**able** [31] 7:23; 8:5; 12:17; 14:4; 18:14; 20:14, 19; 54:23; 72:17; 79:16; 88:17; 90:5; 100:25; 101:3; 111:13, 14; 113:23; 117:2; 121:23; 122:3, 10, 12, 20; 123:6; 124:24; 126:20; 132:7; 148:5; 149:11
**above** [1] 152:13
**abraham** [1] 129:12
**abrasions** [1] 41:11
**absolute** [2] 39:10; 47:17

**absolutely** [4]
36:11;    47:19,
20;  55:11

**access**   [12]
21:20;    22:1;
91:19;  111:19;
115:10,   16;
117:21;
119:17;
122:22;  123:2,
6;  125:22

**accessing** [1]
117:7

**accommodate**
[1]  8:5

**accompany** [1]
6:6

**according**  [2]
72:5;  141:10

**account**   [11]
91:18;   96:16,
17,   21,   22;
97:17;   99:8;
106:18,   22;
109:11

**accurate**   [2]
29:4, 24

**accusations** [4]
136:21,    23;
137:3, 5

**acquaintances**
[1]  63:12

**acquired**   [1]
30:10

**action**     [1]
52:18

**actions**    [2]
142:24;  143:1

**activated**  [1]
34:23

**actual**    [3]
35:15;    36:1;
66:13

**added**      [1]
105:9

**additional**  [2]
77:10;  106:25

**additionally** [2]
141:22;  142:6

**address**    [6]
8:15;  94:3, 23;
96:3;    110:7;
112:14

**addressed**  [1]
96:2

**admitted**   [1]
4:2

**adrenalin**  [1]
41:14

**adult** [2]  82:4,
7

**advice**    [35]
33:10;    34:5;
55:19;   56:11,
18;   57:1,   8;
58:19;    59:2,
10,  18;   60:1,
9,   18;   61:3,
12;     67:16;
68:3;  75:3, 10;
76:19;  77:1, 7,
21;   78:4,  13;
135:16;
136:15;  137:9,
17,  25;  138:7;
141:19;
142:18;  151:8

**advise**    [2]
77:15;  150:24

**affect** [1]  9:15

**affects**    [1]
121:24

**affirmed**   [1]
5:11

**afford** [1]  7:1

**afforded**   [2]
143:17, 24

**afternoon**  [1]
55:7

**afterwards** [1]
152:17

**again**     [21]
29:3;    44:11;
69:18;   74:12;
83:21;    100:9,
18;  104:15, 21;
107:17;  119:2;
120:19;
123:15;   128:1;

129:8;    132:2,
17;     134:1;
136:24;
138:13;  148:10

**against**    [4]
119:9;  132:24;
133:5;  150:6

**ages** [1]  10:2

**agree** [7]  33:7;
115:18;
131:10;  132:1;
137:20;
150:14;  151:16

**agreed**    [1]
152:16

**agreement**  [1]
11:11

**ahead**    [2]
101:20;  139:21

**ahold**    [1]
115:6

**ain't** [1]  128:5

**airport**    [7]
33:23,    24;
61:24;    64:12,
15;  65:21, 25

**allegation**  [5]
136:1;   139:1,
4;     140:24;
146:1

**allegations** [2]
151:16, 18

**alleged**   [13]
135:24;  136:6;
140:2, 5, 6, 11,
17;  141:5, 12;
143:1;  145:22

**allegedly**  [1]
143:9

**alleging**   [3]
80:3, 9, 13

**allentown**  [1]
17:22

**along**     [2]
121:11;  142:5

**always**    [3]
62:11,    13;
117:23

**amended**   [9]
52:17;   135:21;

136:4;   138:21;
139:11,    13;
140:1,    18;
151:17

**amendment** [75]
31:17, 21, 23;
32:17,    20;
33:8, 11;  34:3,
6;   55:18,  20;
56:9,   12,   16,
19,  24;   57:2,
6,    9;    58:17,
20,  25;   59:3,
8,   11,  16,  19,
24;   60:2,   7,
10,   16,   19;
61:1, 4, 10, 13;
67:14;    68:1;
75:2, 4, 8, 11;
76:17,    24;
77:2, 6, 8, 13,
16,   20,   22;
78:2, 5, 11, 14;
135:14;
136:13,    16;
137:7, 10, 15,
18, 24;  138:1,
6, 8;  141:17,
20;  142:16, 19;
150:23,    25;
151:6, 9

**amount**    [11]
20:4;   27:19;
30:23;  83:11;
92:6,     11;
96:25;  98:16;
100:24;
107:16;  108:6

**annual**    [1]
84:21

**annually**   [1]
84:12

**answer**    [76]
6:9,  18,  23;
7:2,  5,  17,  18,
20;  8:6;  22:7;
26:18;   29:3;
31:17;  32:4, 7,
18;     33:9;
34:3;  46:2, 12,

25;   47:5, 15,
17;      52:1;
56:8, 16, 24;
57:5;      58:17,
24;   59:7, 16,
23;   60:6, 15;
61:1, 9;   67:14,
25;   75:1, 8;
76:17,      24;
77:6, 13, 20;
78:2, 11, 24;
79:21;   84:16;
95:3;   101:16;
102:3;   115:5;
126:20;
135:14;
136:13;   137:6,
15, 23;   138:5;
139:8;   140:14;
141:2, 13, 17;
142:16;   143:7;
144:22;   149:4;
150:22;   151:6;
152:8
**answered**   [2]
102:3;   135:6
**answers**   [17]
6:4;      9:17;
15:8;      16:12;
17:25;   26:10;
27:1;      29:9;
46:10, 15, 21;
47:9,      12;
86:17;   101:13;
118:4; 152:14
**anth** [1]  8:12
**anthony**   [10]
1:2, 13;   3:2;
5:10, 21;   8:12;
70:13,   14;
108:13; 152:6
**anxiety**   [7]
85:4;   86:3, 8;
87:2, 17, 21, 23
**anxious**   [1]
88:1
**apartment**   [2]
8:16;   9:8
**apologies**   [1]
128:20

**appear**   [2]
58:6; 108:25
**appeared**   [2]
34:22; 152:5
**appearing**   [1]
141:11
**applications**
[1] 20:12
**applied**   [1]
90:23
**apply** [1] 90:18
**approaching**
[1] 44:17
**approved**   [3]
18:19;   20:19;
152:16
**area** [9]   19:7;
32:11;   34:8;
35:17;   42:19,
20;      53:8;
56:1; 58:23
**areas** [1] 88:19
**arise** [1]  14:11
**arms** [1] 49:2
**arraigned**   [4]
54:2, 5, 6, 11
**arraignment** [1]
54:8
**arrangement**
[3]      88:24;
113:4; 127:23
**arrangements**
[1] 133:13
**arrest**   [45]
31:12;   36:22;
37:6;   51:20;
55:12,   16;
60:4, 13, 21;
61:16,   21;
62:2;   65:22;
66:1, 22;  68:7;
71:23;   74:23,
24;   80:2, 8,
15;   87:9, 11,
13, 16, 20;
88:5;   100:6,
22;   101:8;
108:21;
118:18; 133:5,
14;   141:25;

142:9;   143:8;
144:1,    19;
146:4, 9, 24;
147:15, 20
**arrested**   [23]
32:6;   33:14,
18;   45:8;
59:22;   62:11;
65:11;   67:2,
20;   71:5, 8,
12;   73:17;
77:24;   90:7,
14;   94:10;
118:23;   119:5;
132:25;
133:16;   144:8,
14
**arrive**   [4]
140:1, 5, 8, 10
**arron's**   [2]
113:4, 21
**article**   [3]
145:11,   22;
146:18
**articles**   [4]
143:25;
144:20;   145:7,
14
**asks** [1]  79:19
**aspect**   [3]
44:6, 10;  98:5
**assert**   [27]
31:21;   32:16,
20;      33:8;
34:3;   55:17,
20;   56:9, 16,
24;   57:6;
58:17,   25;
59:8, 16, 24;
60:7, 16;  61:1,
10;   67:14;
68:1;   75:2, 8;
76:17,   24;
78:11
**asserting**   [2]
31:22; 33:11
**assist** [1] 43:8
**assistant**   [4]
25:1, 16, 21, 23

**assisted**   [3]
43:7, 25;  44:8
**assisting**   [1]
44:2
**associates** [1]
2:5
**assume**   [1]
109:16
**assurance**   [1]
28:25
**asymptomatic**
[2]   119:23;
120:20
**attached**   [1]
53:3
**attend**   [5]
17:23;   18:21,
23, 25;  20:19
**attended**   [1]
18:6
**attending**   [1]
21:12
**attention**   [5]
31:11;   40:16;
41:15;   57:17;
147:16
**attorney**   [19]
26:17;   33:4;
46:15;   71:19;
79:20;   88:18;
93:3, 14, 24;
94:1;   122:11;
127:9, 17, 25;
129:9;   135:20;
139:6, 9
**attorneys**   [2]
134:16; 152:9
**attribute**   [1]
87:23
**audio**      [1]
122:9
**august**   [1]
65:8
**austin** [2]  2:2;
76:6
**availability** [1]
89:3
**available**   [4]
70:3;   101:25;
115:4; 145:8

**average** [2] 7:24; 8:2

**avis** [13] 33:21, 22; 64:11; 65:20, 24; 66:4, 7, 11, 18; 99:16; 101:3; 109:12, 15

**aware** [4] 21:22; 122:4; 139:18; 148:5

**away** [5] 23:24; 87:3, 4; 130:5, 14

**awful** [1] 146:7

- B -

**bags** [3] 145:12, 22; 146:3

**bail** [16] 12:10, 13, 17; 13:21; 14:1, 2, 3, 4, 6; 54:17, 19; 71:25; 72:7, 16, 22; 73:12

**balance** [11] 97:24, 25; 98:10; 101:4; 104:19; 106:3, 19; 107:6; 109:11, 15; 112:7

**bank** [5] 91:17; 106:1, 18; 107:2, 17

**barasky** [49] 1:2, 13; 3:2; 4:3, 4, 5, 6, 7, 8, 9, 10, 11, 12, 13, 14, 15, 16, 17, 18, 19, 20, 21, 22; 5:10, 14, 21; 57:11; 74:15; 92:18; 93:20; 95:17; 99:6;

103:4; 105:5, 25; 107:14; 108:4, 13; 109:9, 25; 112:3; 114:11; 116:17; 124:10; 125:9; 134:20; 147:8; 151:15; 152:6

**barasky's** [2] 70:13, 14

**bars** [1] 53:19

**based** [6] 28:6; 31:23; 79:19; 81:6; 118:8; 143:17

**bate** [1] 76:2

**bates** [3] 76:5, 7; 115:8

**bathroom** [1] 53:1

**become** [2] 21:22; 36:8

**began** [1] 36:14

**begin** [2] 119:16; 126:4

**beginning** [1] 1:16

**behalf** [6] 69:16; 94:18; 105:13; 107:17; 135:20; 139:10

**behind** [7] 34:22; 35:4; 36:7; 38:12; 48:14; 60:23; 132:19

**bell** [16] 1:6; 2:7; 5:17; 37:2; 38:1; 41:19, 24; 43:2, 6, 25; 49:19; 52:13; 54:9; 118:13, 17, 23

**beneath** [1] 41:3

**benefits** [1] 91:11

**benner** [3] 13:16, 18; 18:12

**best** [5] 52:1; 53:21; 56:4; 81:4; 100:10

**better** [7] 27:12, 14, 16, 18, 22; 64:13; 76:7

**between** [13] 5:2; 18:5; 27:5, 19, 23; 31:4; 53:9; 78:8; 90:18, 19, 25; 92:16; 110:13

**beyond** [3] 92:7, 9, 12

**bigger** [1] 30:10

**bike** [1] 64:24

**bill** [12] 88:12; 93:3; 94:12, 15; 103:3, 4, 9; 104:24; 108:8; 109:2; 113:21

**bills** [6] 23:7; 86:23; 88:9; 93:5; 95:6; 127:24

**birthday** [1] 10:6

**blackstone** [1] 17:20

**blank** [6] 1:15; 127:1; 145:1; 152:4, 15, 23

**blocked** [1] 36:3

**blocking** [3] 35:13; 148:18

**blue** [1] 34:25

**blurry** [1] 75:22

**boards** [1] 28:18

**benefits** [1] 91:11

**body** [3] 42:17, 22; 61:8

**bottom** [5] 58:3; 75:23; 76:9; 126:13; 127:10

**bouncing** [1] 110:13

**brain** [2] 47:1; 128:4

**branch** [4] 95:18, 25; 96:18; 99:9

**bread** [3] 75:24; 76:12, 22

**break** [3] 7:3; 8:4, 7

**breaking** [1] 143:9

**breath** [1] 45:25

**breathe** [3] 45:16, 19, 23

**brentwood** [1] 58:11

**brief** [2] 29:19; 151:15

**bringing** [2] 106:11, 14

**broad** [2] 31:20, 25

**broken** [1] 20:8

**brother** [2] 124:6

**brought** [2] 5:18; 106:14

**bruises** [1] 80:10

**bruising** [1] 41:11

**bucks** [1] 24:1

**buddy** [1] 123:17

**building** [3] 14:13, 17, 20

**built** [2] 131:25; 132:1

**bunch** [1] 34:20

**bureaus** [1] 91:12

**burnt** [1] 62:17

**business** [5] 19:23; 96:24; 101:3; 112:8; 143:13

---

**- C -**

**c-o-m-n-j** [1] 102:9

**calculate** [1] 74:8

**calculated** [2] 118:5, 7

**cameras** [3] 51:25; 52:24; 53:11

**cancellation** [2] 108:5, 17

**captain** [1] 118:13

**card** [27] 66:15, 18, 24, 25; 67:2, 6; 83:16, 19; 84:6, 16; 91:8, 13, 17, 22; 92:1, 6, 9, 13, 15, 16; 97:9, 12, 18, 20, 24; 98:1

**cards** [5] 66:20; 88:16; 91:2, 3, 4

**care** [2] 95:10; 127:23

**career** [1] 17:20

**cars** [2] 65:16; 100:24

**caschera** [4] 37:4, 5; 38:15, 19

**case** [7] 1:6; 66:21; 139:10;

143:1; 147:13; 151:17, 19

**cash** [1] 135:2

**catch** [1] 68:19

**catching** [1] 125:14

**caused** [3] 30:13; 87:20, 22

**cell** [15] 52:7, 10, 15, 19, 20, 23; 53:9, 10; 67:8, 11, 22; 70:19; 74:20; 108:10, 20

**cells** [1] 53:18

**certain** [4] 31:19; 47:20; 119:18; 143:24

**certainly** [1] 140:10

**certainty** [3] 47:2, 17; 118:12

**certificate** [2] 18:6, 25

**certification** [2] 5:4; 17:17

**certify** [2] 152:5, 12

**chance** [1] 70:7

**changes** [1] 100:20

**chaotic** [1] 36:16

**charge** [10] 10:20; 16:13; 79:10, 15, 24; 100:4; 101:22; 146:11, 12, 14

**charged** [12] 10:24; 11:2; 12:10, 20; 16:17; 23:11; 79:6; 92:6, 11; 99:19; 100:16, 17

**charges** [13] 13:22; 14:11,

15, 23; 15:13, 19; 54:12; 73:22; 79:12; 93:6; 99:13; 146:8; 150:6

**check** [1] 95:2

**checking** [4] 27:2; 96:20, 21; 132:9

**chief** [2] 148:7, 8

**child** [9] 10:12, 17; 70:13, 14, 20; 89:6, 15, 23, 25

**children** [6] 9:23; 10:18; 88:16, 17, 21

**chilling** [1] 128:14

**christopher** [4] 1:7; 2:11; 147:12, 19

**circumstance** [1] 85:6

**city** [5] 1:9; 2:7; 51:3, 4, 5

**civil** [1] 132:23

**class** [2] 21:1; 62:17

**classes** [9] 18:21, 25; 19:20, 24; 20:2, 7; 65:6, 10, 13

**classified** [1] 150:17

**clause** [1] 98:8

**clean** [1] 130:13

**clear** [3] 6:11, 19; 29:23

**cleared** [2] 18:20; 126:9

**clearview** [1] 58:12

**client** [2] 79:20; 109:10

**clinton** [7] 1:6; 2:7; 5:17; 37:2; 38:9; 39:6; 49:18

**clipped** [1] 122:9

**close** [2] 46:14; 143:16

**closed** [2] 106:18, 24

**closest** [1] 42:13

**clothes** [10] 30:19; 45:2, 10, 13, 19; 46:1; 48:1; 50:19; 130:5, 14

**clue** [2] 133:22; 134:5

**co-parenting** [1] 89:1

**co-signer** [2] 110:24; 111:18

**coates** [1] 124:12

**cobwebs** [1] 130:12

**code** [1] 125:22

**collecting** [3] 27:25; 30:3; 90:11

**collection** [7] 104:24; 105:6, 15, 19; 107:14

**college** [6] 18:8; 19:15; 62:22; 63:17; 103:3

**comfortable** [2] 7:25; 119:20

**coming** [3] 32:14; 57:21; 125:16

**comments** [1] 130:24

**commission** [1] 152:24

**common** [1] 6:14

**commonwealth** [1] 152:2

**communicate** [3] 22:22; 122:20; 123:8

**communication** [2] 79:7, 24

**company** [6] 24:10; 25:15; 30:10, 12; 98:8; 114:19

**compared** [1] 121:1

**comparison** [1] 81:15

**complain** [2] 138:21; 139:12

**complaint** [19] 52:17, 18; 78:16; 135:20, 21; 136:4, 25; 138:10, 15; 139:1, 3, 5, 10, 11, 13; 140:1, 18; 142:22; 151:17

**completed** [2] 18:9; 19:9

**completely** [2] 6:22; 7:2

**completion** [1] 21:15

**compliant** [1] 36:8

**comply** [1] 39:13

**concern** [2] 45:10, 13

**concluded** [1] 151:24

**conditions** [2] 81:14; 82:8

**conducted** [1] 50:10

**confidential** [4] 132:22; 140:3, 7, 12

**confined** [1] 12:18

**confinement** [4] 12:3, 6; 52:5, 6

**confirm** [1] 140:24

**confirmation** [1] 149:4

**confused** [4] 17:1; 101:12; 104:8; 140:15

**confusing** [2] 100:8; 104:17

**confusion** [1] 97:19

**congested** [1] 53:7

**connecticut** [1] 2:6

**consider** [1] 40:21

**considering** [2] 12:3, 6

**consistent** [3] 72:9, 10, 12

**consists** [1] 75:19

**conspiracy** [1] 133:7

**conspire** [1] 133:7

**constitutes** [1] 118:21

**construction** [2] 28:6, 12

**consultation** [1] 84:23

**contact** [5] 95:5; 123:23; 125:23; 129:23; 136:10

**contacted** [5] 111:20; 135:23; 136:5, 20; 137:2

**contacting** [1] 111:22

**contamination** [1] 25:10

**contents** [1] 124:21

**continue** [3] 22:8; 141:25; 142:8

**continued** [2] 2:1; 73:13

**continuing** [1] 98:16

**contraband** [3] 50:14; 141:24; 142:7

**contracted** [4] 119:22, 24; 120:1, 13

**control** [3] 28:5, 10; 51:25

**controlling** [1] 28:19

**controls** [1] 52:18

**conversation** [6] 6:15; 22:24; 85:8; 116:8; 124:21; 129:19

**conversations** [1] 130:8

**converse** [1] 122:11

**convicted** [10] 10:20, 24; 11:2, 3, 6, 8; 15:13; 145:9; 146:19, 25

**conviction** [1] 11:12

**cool** [2] 45:6

**copies** [2] 114:25; 117:19

**copy** [2] 70:7; 76:7

**corner** [1] 57:18

**correct** [80] 11:1; 12:19; 15:10; 16:25; 17:9; 18:7; 19:5; 27:21; 29:12; 32:24;

35:18, 19; 36:5; 38:11; 49:22; 51:16; 52:25; 54:16; 61:21, 22; 66:15, 16; 71:2, 13, 14, 17, 19, 20; 72:1, 2, 24; 73:11, 14; 79:5; 80:4; 84:18; 87:13; 90:8; 91:1; 93:11; 94:5; 97:23; 99:1, 18, 24; 100:15; 101:9; 102:12, 20, 21; 103:8, 16, 20, 23; 104:20; 106:21; 108:18; 109:13; 113:10; 127:6; 128:11, 14; 134:9; 139:16; 140:3, 7, 12, 25; 141:1, 2, 6, 13; 143:6; 145:24, 25; 146:2, 9, 10, 19; 148:14

**correctly** [5] 70:16; 106:20; 128:7; 142:3, 11

**correspondenc e** [4] 18:8, 17; 19:4; 22:4

**costs** [1] 105:9

**couch** [11] 112:10, 11, 13, 14, 21, 22; 113:5, 6, 14, 16, 22

**could've** [1] 44:12

**counsel** [40] 1:22; 2:1; 5:3; 33:10; 34:5;

55:19;    56:11,
18;    57:1, 8;
58:19;    59:2,
10, 18;    60:1,
9,  18;    61:3,
12;    67:16;
68:3; 75:3, 10;
76:19;  77:1, 7,
15, 21;    78:4,
13;    135:16;
136:15;    137:9,
17, 25;    138:7;
141:19;
142:18;
150:24; 151:8
**counselor** [1]
80:21
**county** [20]
1:8;    12:4, 7;
51:10, 15, 19;
53:10,    18;
54:25;    74:21;
81:1,  11,  20;
84:22;   128:23,
24;    129:8;
132:7, 9;  152:1
**couple** [10]
20:10;  62:15;
66:19;    83:7;
100:18;
103:25;   130:8,
24;     147:8;
148:24
**court** [10] 1:1;
6:2, 23;  54:12;
89:9,  12,  23;
121:18,    20;
152:15
**courtesy** [1]
7:1
**courtroom** [1]
121:24
**courts** [2]
89:1; 119:17
**cover** [3]
20:16;   31:20;
32:1
**covers** [1]
79:19

**covid** [8]
119:15,    21;
120:2, 18, 23;
121:21, 22
**crash** [1]
145:13
**crashed** [2]
14:12, 19
**crashes** [1]
145:10
**crazy** [1]
133:18
**credit** [26]
22:2;    66:15,
17;   67:2, 6;
88:16;  91:2, 3,
4, 17, 22, 23;
92:1, 9;  95:18,
25;    96:18;
97:9;   98:1, 8;
99:9;   103:13;
105:17,    19;
107:14
**credits** [3]
66:19; 103:10
**creek** [10]
32:11;   34:13;
35:17,    21;
55:23,    25;
56:2, 7;  57:19;
58:9
**crime** [2]
10:21; 73:16
**crimes** [3]
10:23;    11:1;
12:20
**criminal** [10]
13:7;    73:21;
79:6, 24;  93:6;
121:11;   139:5;
146:16;   150:6;
151:19
**cross** [1] 3:2
**cross-examinat
ion** [3] 134:18;
147:6; 151:13
**current** [2]
8:15; 73:21

**custody** [3]
73:24;   74:22;
88:24
**cuts** [2] 41:11;
80:10
**cutting** [4]
34:20;    35:7,
24; 45:16

- D -

**damaged** [3]
142:23,    25;
143:3
**damages** [3]
88:3, 4, 9
**dammar** [1]
41:23
**dammer** [6]
38:2, 3;  41:20,
22; 43:2; 44:7
**danger** [1]
50:14
**date** [32]  9:5;
15:6,    19;
21:25;   31:11;
33:14,    18;
49:20;    59:21;
61:20;    62:2;
65:11;    71:5,
22;    72:8;
73:25;   74:13;
100:6,    22;
101:5,  6,  13;
102:8;    104:3,
4,  6;    107:15,
16;    118:18;
121:19, 20
**dated** [2] 94:6;
109:10
**dates** [8] 29:5,
23;   78:9, 25;
79:1;   100:11,
17;  117:15
**day-to-day** [1]
123:1
**daylight** [1]
55:10
**days** [3]  20:8;
74:8;  78:17

**deal** [4] 79:15,
23;    129:8;
143:19
**dealer** [3]
145:9;  146:19;
147:1
**debt** [2]
104:23;  107:16
**december** [6]
95:20,    21;
96:6, 15;  97:3;
116:18
**decided** [1]
71:18
**decision** [2]
73:19; 90:20
**deduction** [1]
114:14
**default** [3]
21:2, 3;  105:18
**defendant's** [1]
142:24
**defendants** [7]
1:9, 14;  2:4, 7,
10;  4:2;  143:5
**definite** [1]
78:24
**definitely** [1]
24:19
**definition** [2]
141:7, 8
**degree** [4]
46:19,    20;
47:6, 19
**delay** [1] 126:8
**deliver** [8]
11:4, 7;  12:11,
22;    13:5,  6;
23:12; 25:12
**demonstrate**
[2]    136:19;
137:1
**dennehey** [1]
2:9
**dent** [5]   1:6;
2:4;    134:20;
136:19; 137:1
**dent's** [2]
135:23;  136:5

**department** [4] 18:16,   19; 49:15; 150:2

**depend**   [1] 139:17

**depending** [1] 65:18

**deposit**   [3] 104:7, 12, 16

**deposition** [46] 1:13;   4:3, 4, 5, 6, 7, 8, 9, 10, 11, 12, 13, 14, 15, 16, 17, 18, 19, 20, 21, 22; 5:19, 23;   9:15; 57:13;   74:17; 75:15;   92:20; 93:17;   95:14; 99:3;   102:24; 105:2,    21; 107:10;   108:1; 109:6,    22; 111:25;   114:7; 116:13;   125:5; 145:4;   151:24; 152:11, 13

**depressed** [1] 88:1

**depression** [7] 85:4;   86:2, 7; 87:2, 16, 21, 22

**derrick**   [1] 124:5

**describe** [2] 81:5;  126:4

**description** [3] 25:4;    53:22; 56:4

**detail**   [1] 150:12

**detained** [3] 73:4, 10, 13

**detainer** [4] 73:1,   2,   20; 79:17

**detective** [5] 134:21; 135:22;   136:5, 19;  137:1

**detectives** [1] 134:20

**detention** [2] 142:1, 9

**detrimental** [1] 121:8

**development** [3]   58:11, 15, 22

**device**   [1] 125:18

**diagonally** [1] 57:18

**dictate**   [1] 123:5

**dictionary** [1] 141:11

**difference** [3] 53:9,    16; 120:24

**differences** [1] 53:12

**different** [19] 20:8, 9;   25:6, 20;     27:3; 28:15;   47:13; 51:12,    18; 63:22;   66:3; 78:7, 9;  88:19; 113:1;  117:22; 122:10; 143:14

**difficult**   [1] 140:20

**direct**   [27] 3:2;     5:12; 32:17;   33:8; 34:2;   55:17; 56:8, 15, 23; 57:5,    17; 58:16,   24; 59:7, 23;  60:6, 15;     61:9; 67:13,   25; 75:1;  135:13; 136:12;  137:6, 14, 22;  138:5

**direction** [3] 135:23;  136:5; 152:18

**directives** [1] 36:8

**directly**   [1] 148:23

**dirty** [1] 30:19

**disagree**   [1] 87:10

**disclosures** [2] 70:6, 10

**discovery** [9] 15:8;     17:25; 26:10,    18; 29:9;    74:21; 86:17;  106:1; 114:11

**discussion** [2] 114:4;  125:2

**dismissed** [5] 15:20;   16:8, 15, 18; 79:13

**dispose**   [1] 60:23

**disposition** [1] 73:21

**distance**   [1] 7:24

**distinguish** [2] 92:16;  147:25

**distribute** [2] 16:1, 14

**district**   [3] 1:1;  19:7

**doctor**   [5] 80:21,    23; 83:24;    84:21; 85:8

**doctors**   [1] 85:24

**document** [25] 57:12;  74:16; 75:14;   92:19, 23;   93:1, 16; 95:13;   99:2, 12;   102:23; 105:1,    20; 107:9,    25; 109:5,    21; 111:24;  114:6; 115:3,  7,  15;

**documentation** [1] 88:11

**documents** [2] 88:2;  145:3

**doesn't**   [6] 108:25;  111:8; 115:18;  116:1

**done** [4]   7:6; 114:20;   129:6, 7

**door**    [11] 39:22,    24; 40:1, 3;   42:3, 14;    53:17; 143:16; 149:20, 21

**dormant**   [1] 87:4

**doubt**   [1] 103:15

**down** [12]  6:2, 23;    28:14; 50:1,  4,  7; 57:17;  64:14; 99:22;  135:10; 149:10;  152:14

**dozens**   [1] 145:22

**drawn**   [3] 39:2, 4;  99:22

**drift**   [1] 125:15

**driller**   [4] 25:1, 16, 22, 23

**drilling**   [3] 24:22, 23;  25:9

**drive** [1]  58:12

**driver's**   [2] 37:23;  42:3

**driving**   [12] 25:12;   33:13; 61:15;   69:11; 71:22;    94:9; 135:10; 138:11, 16, 22; 139:14, 22

**drug** [9]  15:18; 140:2,  6,  11;

141:5;    145:9;
146:11, 19, 25
**drugs**      [6]
59:21;      60:4,
12,  23;   61:8;
145:13
**duly** [3]    5:11;
152:7, 13
**during**      [13]
13:24;   20:25;
23:7;     28:8;
43:5;    70:12;
120:23;
121:17;
122:17;
145:23,    24;
146:4; 151:19
**dust** [2]  130:5,
13
**dusty**      [1]
130:11

- E -

**early** [5]  10:6;
26:11,     14;
55:8;  74:12
**easy** [1]  64:17
**eckard**      [5]
34:14;   57:23,
24;      58:6;
135:10
**education**   [3]
17:16;    18:19;
21:8
**educational** [1]
18:16
**effect** [4]  45:1;
46:13;   47:18;
119:13
**eight**      [2]
15:10;  16:2
**eighth**      [1]
19:10
**either**     [9]
17:3;    50:14;
65:4;   67:19;
68:9;    115:1;
131:25;   135:4;
145:13

**elaborate**   [1]
118:10
**element**    [2]
140:17; 143:17
**eluding**     [1]
13:7
**email**     [2]
106:14; 126:11
**embarrassing**
[1] 143:8
**emotional**  [5]
80:14,     18;
81:14, 22; 86:2
**employed**   [7]
24:7, 17; 25:3;
27:20;   88:17;
90:5, 22
**employer**   [1]
117:23
**employers**  [2]
27:3; 117:21
**employment** [4]
26:22,    27:5;
31:4; 118:3
**encompasses**
[1] 25:4
**ended**     [3]
14:16;   50:21;
92:11
**ending**     [3]
97:13;    99:8;
116:18
**enforcement**
[1] 143:10
**enroll**     [1]
19:14
**enrolled**   [4]
19:12,     22;
20:2, 11
**enrollment**  [1]
84:12
**entered**    [1]
115:22
**entrance**   [1]
53:15
**entry**     [2]
76:11; 129:21
**environmental**
[1] 24:22

**environments**
[3]  131:8, 11,
14
**ervin** [4]  1:15;
152:4, 15, 23
**especially** [1]
92:15
**esquire**    [4]
1:23;  2:2, 5, 8
**estimate**   [2]
7:23;  8:2
**estimated**  [1]
118:2
**evading**    [3]
13:8, 9;  146:15
**evening**    [1]
55:9
**event**     [1]
145:24
**everybody**  [3]
36:17;    45:7;
120:16
**everybody's** [1]
122:24
**everything's**
[1] 121:12
**exact** [4]  20:4;
27:9;    134:12,
14
**exactly**    [7]
23:2;     47:4;
106:8;   123:21;
124:24;  132:7;
134:25
**examination** [2]
3:3;  5:12
**except** [1]  5:5
**excuse**     [3]
15:4;    80:19;
150:1
**exercise**  [10]
31:16;   135:14;
136:13;  137:7,
15, 23; 141:17;
142:16;
150:22;  151:6
**exhibit**   [41]
4:3, 4, 5, 6, 7,
8, 9, 10, 11,
12, 13, 14, 15,

16, 17, 18, 19,
20, 21, 22;
57:13;   74:17;
75:15,     19;
92:20;   93:17;
95:14;   98:24;
99:3;   102:24;
105:2,     21;
107:10;  108:1;
109:6,     22;
111:25;   114:7;
116:13;   125:5;
145:4
**exhibits**   [1]
4:1
**experience** [4]
119:21;   121:2,
23; 122:10
**experiences** [1]
121:14
**expire**     [1]
84:13
**expires**    [1]
152:24
**explain**    [6]
30:18;    61:19;
85:6;   100:17;
142:25;  143:2
**explained**  [1]
97:17
**explanation** [1]
101:1
**extensive**  [1]
25:6
**extra** [2]  70:7;
107:8
**extracted**  [1]
43:4
**extraction**  [1]
43:5
**extreme**    [1]
92:6

- F -

**f-r-e-e-e**   [1]
124:18
**face** [1]  149:10
**facilities**  [1]
53:1

**facility** [9] 11:18, 20; 72:21, 23; 73:15; 79:7, 25; 119:18
**fact** [4] 120:4; 143:21, 23; 146:3
**factual** [3] 47:1; 78:18; 101:16
**fafsa** [1] 104:8
**fair** [1] 62:5
**fall** [5] 19:17, 19; 42:2; 65:8; 103:7
**falling** [1] 120:21
**false** [8] 136:21, 23; 137:3, 4; 142:2, 11, 14; 143:22
**familiar** [7] 32:11; 34:15; 98:5; 135:12; 136:1; 147:24; 150:12
**family** [3] 64:16; 86:11; 122:13
**federal** [3] 95:25; 96:18; 99:9
**feeling** [1] 85:7
**fees** [3] 88:18; 93:14; 106:25
**felt** [2] 85:3, 5
**female** [1] 131:19
**fentanyl** [6] 137:21; 138:4; 150:8, 14, 19; 151:3
**ferren** [1] 2:5
**fifth** [79] 31:17, 21, 22; 32:16, 20; 33:8, 11; 34:3,

6; 55:18, 20; 56:9, 12, 16, 19, 24; 57:2, 6, 9; 58:17, 20, 25; 59:3, 8, 11, 16, 19, 24; 60:2, 7, 10, 16, 19; 61:1, 4, 10, 13; 67:14, 17; 68:1, 4; 75:2, 4, 8, 11; 76:17, 20, 24; 77:2, 6, 8, 13, 16, 20, 22; 78:2, 5, 11, 14; 135:14, 17; 136:13, 16; 137:7, 10, 15, 18, 23; 138:1, 6, 8; 141:17, 20; 142:16, 19; 150:22, 25; 151:6, 9
**figuratively** [1] 132:3
**figure** [2] 12:15; 100:15
**file** [2] 66:15; 114:14
**filed** [7] 114:17; 116:6; 119:9; 135:20; 139:6, 9; 150:5
**filing** [2] 5:4; 116:9
**fill** [1] 20:12
**filled** [1] 114:13
**financial** [1] 20:12
**finding** [1] 23:1
**fine** [3] 7:18; 39:9; 147:10
**finish** [3] 6:22; 18:25; 132:15
**finished** [1] 12:8
**fired** [1] 28:3

**firm** [2] 1:17; 2:2
**first** [17] 20:9, 10; 21:22; 37:3; 52:21; 75:22, 23; 95:19; 96:5, 9; 106:2; 110:21; 113:14; 119:14; 123:13; 129:20; 152:7
**fisher** [2] 110:22; 124:5
**five** [2] 8:24; 20:7
**flagging** [1] 28:16
**fled** [2] 14:16, 20
**fleeing** [7] 13:7, 8; 14:12, 24; 145:12; 146:13, 15
**florence** [1] 58:12
**fluid** [2] 43:15, 16
**focus** [1] 147:16
**focused** [1] 42:16
**focusing** [1] 148:20
**follow** [4] 85:11; 129:4; 142:4; 151:15
**follows** [1] 5:11
**foot** [1] 14:20
**force** [1] 45:11
**ford** [2] 131:25; 132:1
**foregoing** [1] 152:11
**foremost** [1] 119:14
**forget** [1] 129:25

**forklift** [1] 29:17
**form** [4] 5:5; 36:1; 91:21; 116:21
**forth** [2] 126:6; 152:10
**forward** [1] 22:18
**forwarded** [1] 23:1
**found** [6] 50:6, 9, 15; 52:11; 71:21; 101:22
**four** [3] 11:16; 16:1; 99:13
**fourth** [5] 1:18; 2:3; 51:3; 110:8, 16
**frame** [5] 72:10, 13; 128:2; 130:22; 132:5
**free** [4] 73:4; 124:18; 133:20; 134:3
**fresh** [1] 74:13
**friend** [3] 124:9, 14, 17
**friends** [1] 63:12
**front** [12] 34:21; 35:7, 25; 37:13, 15, 16; 54:3; 115:7, 15; 140:18, 23; 148:19
**fulfilling** [1] 25:19
**full** [2] 20:6, 16
**fully** [1] 42:4
**furniture** [3] 112:6, 8, 9

---

- G -

**gardner** [10] 1:7; 2:7; 5:17;

37:3; 38:9, 10; 39:6; 49:18; 118:25; 119:5

**general** [5] 28:19; 46:22; 91:23; 119:17; 121:3

**girls** [1] 62:22

**given** [2] 71:1; 96:12

**giving** [1] 70:21

**gleaned** [1] 151:18

**gmail** [1] 126:1

**goes** [7] 21:14; 44:6; 89:4; 91:24; 99:1; 115:8; 130:14

**gone** [2] 85:23; 130:12

**good** [3] 63:9, 10; 86:11

**government** [2] 104:16; 115:16

**grab** [3] 42:18; 43:10, 15

**grabbed** [2] 43:13; 44:12

**grabbing** [1] 43:9

**grade** [2] 19:9, 10

**grams** [2] 77:11; 137:21

**grant** [1] 103:18

**grants** [1] 21:7

**grill** [1] 35:2

**grips** [1] 46:4

**ground** [22] 5:25; 40:24; 41:1, 3, 9, 12, 18, 25; 42:2, 7; 43:1, 3, 6, 17, 24; 44:1, 8, 19; 45:10; 48:3, 8; 149:3

**gryskewicz** [52] 1:23; 3:7;

31:16, 25; 32:7, 16, 23; 33:3, 7; 34:2; 55:17; 56:8, 15, 23; 57:5; 58:16, 24; 59:4, 7, 15, 23; 60:6, 15, 25; 61:9; 67:13, 25; 75:1, 7; 76:16, 23; 77:5, 12, 19; 78:1, 10; 79:18; 104:10; 123:19; 127:12; 135:13; 136:12; 137:6, 14, 22; 138:5; 141:16; 142:15; 150:21; 151:5, 14, 21

**guess** [5] 7:20; 91:9, 22; 118:16; 123:10

**guilty** [2] 146:8, 10

**gunna** [1] 130:15

**guns** [1] 39:4

**guys** [1] 120:13

- H -

**h-o-u-t-z-d-a-l-e** [1] 11:24

**half** [1] 63:17

**hall** [3] 51:3, 4, 5

**hand** [5] 39:21; 75:18; 92:18; 114:10; 152:20

**handcuffs** [6] 48:5, 7, 9, 15, 17; 149:9

**handed** [2] 99:6; 125:8

**handguns** [1] 39:1

**handing** [1] 105:5

**hands** [8] 36:14; 38:22, 24; 39:12, 16; 42:25; 43:12; 48:14

**handwritten** [1] 99:21

**happening** [1] 87:19

**happenings** [3] 87:8, 11, 12

**happy** [1] 10:6

**harassing** [1] 112:19

**hard** [14] 16:9; 26:9; 29:23; 36:16; 37:10; 43:11; 44:11, 13; 47:4, 22; 70:1; 84:8; 100:19; 140:14

**hartford** [1] 2:6

**havens** [15] 1:6; 2:4; 37:2; 38:1; 40:2, 8; 41:19, 24; 42:9, 25; 43:4; 48:24; 50:5; 54:9; 134:21

**hazy** [7] 18:3; 26:6; 50:20; 69:5; 70:4; 82:3; 130:24

**he'd** [1] 31:21

**head** [3] 6:5; 27:10; 29:4

**heading** [1] 34:13

**health** [1] 86:14

**healthcare** [3] 30:15, 21; 31:3

**hear** [3] 7:11; 122:1; 140:21

**heard** [1] 52:21

**hearsay** [1] 143:15

**hectic** [1] 62:24

**held** [4] 25:2; 54:12; 114:4; 125:2

**hello** [1] 5:14

**help** [9] 6:1; 23:23; 27:1; 46:14; 49:1; 65:5; 85:15; 97:14; 129:6

**helped** [5] 43:2; 48:22, 23; 49:2; 85:16

**helping** [2] 40:20, 21

**helps** [1] 114:21

**hereby** [3] 5:2, 4; 152:5

**hereunto** [1] 152:19

**heroin** [5] 135:25; 136:7, 11; 145:23; 146:3

**hidden** [1] 60:12

**hide** [2] 61:7, 8

**high** [5] 12:15; 98:1; 100:4; 145:23; 146:4

**highest** [1] 17:16

**highway** [1] 28:7

**hillcrest** [1] 58:12

**hired** [2] 25:25; 28:24

**history** [1] 26:22

**hold** [3] 91:16, 18; 97:10

**holding** [1] 28:13

**home** [3] 55:13; 61:17; 63:21

**honesdale** [1] 11:23

**honestly** [20] 16:9; 21:9; 33:15; 54:4; 63:7; 66:6; 86:16; 95:12; 96:23; 97:2; 103:25; 112:20; 113:2; 116:11; 130:3; 131:4; 135:1; 144:22; 148:17; 150:3

**hope** [6] 1:7; 2:11; 147:12; 148:7, 8

**hopes** [1] 113:7

**hour** [1] 118:9

**hours** [1] 103:11

**house** [4] 62:6; 130:5, 10; 131:2

**houses** [1] 130:21

**housing** [11] 58:11, 15, 22; 110:6, 12; 112:15; 119:25; 125:19; 129:16; 130:17

**houtzdale** [4] 11:22, 24; 12:1; 16:3

**hovering** [1] 44:11

**human** [2] 131:21; 143:18

**hundred** [1] 151:3

**hurting** [1] 45:25

--- I ---

**idea** [2] 81:8; 98:9

**ideally** [2] 121:10, 23

**identification** [19] 57:14; 74:18; 75:16; 92:21; 93:18; 95:15; 99:4; 102:25; 105:3, 22; 107:11; 108:2; 109:7, 23; 112:1; 114:8; 116:14; 125:6; 145:5

**identified** [1] 106:23

**identifying** [1] 115:19

**ignoring** [1] 129:23

**imagine** [4] 68:16; 79:2; 101:19, 21

**immediate** [1] 149:6

**immediately** [1] 55:15

**impound** [2] 69:17, 22

**incarcerate** [1] 102:19

**incarcerated** [55] 11:25; 13:13, 15, 24; 16:21, 23; 17:4, 11, 13, 15; 18:8, 11; 22:10, 19, 23; 23:4; 24:2; 51:15; 69:19; 74:3, 6; 78:17; 81:10; 86:15; 89:20; 90:12, 24; 92:4; 95:1, 9; 96:6, 13; 98:21;

100:12; 101:7, 8; 102:15, 22; 106:7, 12; 110:18; 111:16, 23; 113:18, 20, 24; 114:1; 119:13; 120:24, 25; 122:17; 123:24; 131:3, 11; 144:5

**incarceration** [10] 13:12, 20; 15:10; 20:25; 22:1; 80:2, 15; 88:5; 108:21; 119:16

**incarcerations** [2] 23:7; 121:1

**incident** [29] 9:1, 6; 14:18; 15:2; 17:7; 19:25; 22:9; 29:22; 30:6; 34:1; 45:20; 64:9; 65:11; 66:5; 67:9; 69:25; 73:6; 74:4, 7; 86:3, 15, 25; 88:10; 89:20; 90:3, 24; 92:4; 110:10; 119:1

**incidents** [1] 87:5

**inclement** [1] 28:8

**included** [1] 146:11

**income** [6] 115:22, 23, 25; 116:5; 117:10; 118:9

**incoming** [4] 95:11; 128:18; 129:21; 130:9

**incorporated** [1] 24:10

**incorrect** [3] 18:1, 2; 72:8

**increase** [1] 98:16

**increased** [1] 106:24

**incurred** [1] 88:4

**independent** [1] 47:25

**index** [2] 3:1; 4:1

**indicate** [4] 17:25; 26:10; 29:9; 86:17

**indicated** [1] 74:21

**indicates** [7] 52:18; 70:11; 94:8, 12; 97:7; 102:7; 106:18

**indicating** [3] 22:4; 93:10; 106:3

**individual** [1] 125:21

**influence** [1] 9:14

**info** [1] 126:15

**informant** [4] 132:22; 140:3, 7, 12

**information** [15] 26:25; 27:4; 79:19; 84:10; 96:12; 98:13; 103:16; 111:19; 114:12; 115:19; 117:5; 133:3, 13; 136:19; 137:1

**ingest** [2] 61:8

**initial** [3] 70:5; 84:11; 85:13

**injured** [2] 40:13; 41:8

**injuries** [4] 80:3, 9, 14, 18

**inmate** [2]
125:9, 21
**inspector** [1]
29:1
**installing** [2]
25:7, 9
**instance** [1]
14:25
**institute** [3]
17:17, 19, 20
**instruct** [14]
59:15;   60:25;
75:7;     76:16,
23;   77:5, 12,
19;   78:1, 10;
79:20;   141:16;
142:15; 151:5
**instruction** [3]
19:3;      32:3;
150:21
**instructions** [2]
40:4, 5
**insurance** [5]
23:16;      66:8,
10, 13; 86:14
**intent** [10]
7:7;   11:3, 7;
12:11,      22;
13:4, 6;  15:25;
16:13; 23:11
**intention** [1]
132:19
**interaction** [2]
53:13; 118:14
**interactions** [1]
118:17
**international**
[2]         33:24;
64:12
**interrogatories**
[2]         26:19;
46:11
**interrogatory**
[1] 118:4
**interrupt** [1]
7:7
**intersection** [1]
34:14
**introductory**
[1] 20:10

**invoke** [40]
34:6;      56:12,
19;   57:2, 9;
58:20;      59:3,
11, 19;  60:2,
10, 19;   61:4,
13;      67:17;
68:4;   71:18;
75:4,      11;
76:20;  77:2, 6,
8, 13, 16, 20,
22;   78:2, 5,
14;      135:17;
136:16;
137:10,    18;
138:1,     8;
141:20;
142:19;
150:25; 151:9
**involved** [9]
15:3;      44:5;
143:8,     15;
149:2, 8, 13,
17, 24
**involvement** [1]
147:19
**ipad** [1] 125:20
**irs.gov** [1]
115:13
**issued** [1]
103:21
**issues** [2]
81:22; 117:7
**items** [1] 67:3
**itself** [4]
119:15;   121:8,
25; 122:12

**j-a-c-q-u-l-a** [2]
123:14, 16
**jacqula** [2]
123:20, 21
**jail** [7]   69:8;
80:8;      97:5;
111:21;   121:3;
131:11, 14
**january** [2]
111:2; 152:25

**jayden** [1] 10:3
**jersey** [1]
102:9
**joseph** [4]   1:7;
2:11;   147:12;
148:8
**joshua** [12]
1:6;   2:7;  5:17;
37:2;      38:1;
41:19,     24;
43:6;   49:18;
52:13;   54:9;
118:13
**judge** [1]
121:20
**july** [1] 74:12
**june** [6]  16:14;
74:12;   95:20;
98:17,    20;
109:11

**k-e-r-a** [1]
124:15
**k-i-e-s-e-r** [1]
124:8
**keep** [7] 21:20;
26:9;      36:17;
38:24;   64:18;
126:15;  147:9
**keeping** [2]
62:3; 106:10
**kept** [5]  61:17;
62:19;   108:8;
114:25
**kera** [1] 124:15
**kevin** [2]   1:6;
2:4
**kieser** [1]
124:8
**kimberly** [1]
124:10
**kind** [93]  9:14;
19:2,      20;
21:19,     20;
24:15;   25:18;
26:5, 8;  27:3;
30:9;   33:13;
34:19,     20;

36:15,    16;
37:10;   41:13;
42:7,  19,  23;
43:6,     24;
44:11,    13;
45:16,     21;
49:2;   53:2, 7,
21, 25;  55:9;
57:21;   62:23;
63:24;   67:23;
80:3, 9;  81:4,
9, 13;   82:2,
11;     83:12;
84:8;  85:1, 6,
10;   86:2, 13;
88:9;    89:1;
90:20,     22;
91:8,      22;
96:17;  104:8,
16;     110:13;
112:19, 23, 25;
118:9, 19, 20;
119:2,     13;
120:3, 4, 5, 14;
121:7,     11;
122:1,  3,  25;
124:1,      3;
125:17,    19;
126:2;  127:24;
130:24;  133:8;
140:14;
143:14,    16;
148:20; 149:11
**kira** [4]
129:14,     21;
130:10; 131:1
**kmart** [5]
14:13,  17,  20;
15:3; 145:10
**knew** [5]  37:2;
38:15;  111:23;
121:19; 148:11
**knowledge** [8]
21:19;   36:21;
69:18;   79:14;
94:21;  145:17;
150:7; 151:18
**known** [2]
133:23;  148:8

- K -

- J -

**kozlowski** [7] 2:8; 3:6; 147:7, 11; 151:1, 10, 23

**kriner** [6] 1:7; 2:11; 147:12, 19; 148:2, 3

- L -

**lady** [2] 127:8, 16

**laid** [3] 28:2; 29:25; 31:9

**lampman** [1] 1:23

**lane** [2] 58:12, 13

**lapse** [1] 90:15

**last** [14] 19:9; 64:8; 76:5, 11; 82:24; 83:1, 18; 89:24; 102:4, 6, 7; 123:14; 133:19; 142:21

**late** [3] 55:9; 74:12; 89:24

**laugh** [1] 130:12

**laughlin** [64] 2:5; 3:4; 5:13, 16; 31:22; 32:2, 5, 13; 33:12; 34:7; 43:21; 55:21; 56:13, 20; 57:3, 10, 15; 58:21; 59:12, 20; 60:3, 11, 20; 61:5, 14; 67:18; 68:5; 74:19; 75:5, 12, 17; 76:3, 4, 21; 77:3, 9, 17, 23; 78:6, 15; 79:22; 92:22; 93:19; 95:16; 99:5; 103:1; 104:13;

105:4, 23; 107:12; 108:3; 109:8, 24; 112:2; 114:3, 9; 116:15; 123:22; 125:1, 7; 127:15; 134:15; 151:12, 22

**lawsuit** [1] 5:18

**lawyer** [1] 121:21

**layoff** [3] 28:4; 30:8, 13

**leading** [1] 147:15

**leads** [1] 145:9

**lease** [2] 110:15; 113:6

**least** [3] 24:19; 129:6; 148:13

**leave** [3] 29:6; 31:3; 73:4

**left** [6] 27:11; 42:17; 43:22; 57:18; 75:13

**left-sided** [1] 42:19

**legal** [1] 122:2

**leonard** [1] 1:23

**less** [4] 20:7; 31:2; 78:20; 83:9

**letter** [17] 93:21, 23, 25; 94:8, 22; 95:18, 19, 20, 21; 96:9; 97:3; 98:24; 107:18; 109:10; 112:5; 123:10; 129:22

**letters** [5] 22:4; 23:8; 95:6, 24; 106:11

**level** [1] 17:16

**lewisburg** [2] 24:13; 152:16

**life** [4] 49:21; 81:17; 87:9, 20

**light-up** [1] 28:18

**lights** [6] 34:23, 24, 25; 36:7; 51:25; 53:11

**likely** [2] 45:24; 116:6

**limit** [3] 92:9, 13, 14

**line** [5] 98:1; 99:22; 127:9; 129:3; 131:7

**linen** [2] 30:15, 22

**list** [1] 26:19

**listed** [2] 118:3; 145:8

**listener** [1] 86:11

**literally** [1] 132:20

**live** [9] 8:19, 23; 9:3; 22:8; 64:16; 88:21, 22; 111:8, 11

**lived** [4] 8:17; 22:9; 61:17; 130:18

**lives** [3] 9:8; 59:6; 111:12

**living** [7] 8:25; 9:5; 23:20; 94:24; 110:5, 12; 111:7

**loaded** [2] 91:8, 13

**loan** [1] 22:5

**loans** [9] 20:14, 19; 21:1, 5, 10, 21, 23; 88:16; 103:19

**located** [10] 11:21; 17:21; 24:12, 13;

**38**:15; 51:2; 112:13, 14; 141:24; 142:8

**location** [5] 24:16; 140:2, 6, 11; 141:5

**locked** [1] 122:24

**login** [2] 125:25

**longer** [1] 147:9

**look** [10] 25:15; 26:8; 33:1; 99:16; 101:18; 113:12; 121:18; 128:21; 129:20; 140:19

**looking** [14] 15:8; 46:7; 50:13; 90:21; 99:12; 100:3, 11; 101:15; 105:18; 118:6; 121:25; 122:7; 125:18; 128:17

**looks** [16] 15:9; 19:6, 11; 29:25; 103:9, 12, 18; 104:18, 21; 108:6, 8; 117:10; 126:3; 131:16; 134:6, 10

**looped** [1] 49:2

**loss** [1] 118:2

**lost** [1] 118:2

**loud** [1] 130:12

**louisa** [5] 8:20; 61:17; 62:7; 63:1; 94:4

**loved** [1] 122:15

**lycoming** [50] 1:8; 2:10;

12:4; 32:11; 34:13; 35:17, 21; 37:17, 20; 39:5; 46:11; 49:10, 14; 51:9, 15, 19; 53:10, 18; 54:25; 55:22, 23, 25; 56:2, 6; 57:19; 58:9; 81:1, 10, 20; 84:22; 128:23; 138:11, 16, 23; 139:14, 22; 147:12, 17, 25; 148:5, 12; 149:1, 7, 12, 16, 24; 150:5

**- M -**

**m-e-r-c-h-e-l-e-l-y-n** [1] 110:22
**m-y-g-u-y-z-z** [1] 124:19
**ma'am** [1] 5:24
**magistrate** [1] 54:3
**magnitude** [1] 63:25
**mail** [10] 22:12, 15, 18; 23:2; 95:2, 7, 11; 106:11; 122:2
**manage** [1] 115:6
**management** [1] 19:23
**march** [7] 1:16; 16:7; 26:11, 13; 29:11; 106:2; 152:20
**marcus** [1] 108:13
**marihuana** [8] 15:18; 82:13,

15, 25; 83:2, 16, 19; 84:6
**mark** [10] 2:8; 32:2; 57:10; 74:15; 75:12, 19; 93:20; 108:4; 144:24; 147:11
**marked** [33] 4:2; 57:13; 58:2; 74:17; 75:15; 92:20; 93:17; 95:14, 17; 99:3, 6; 102:24; 103:3; 105:2, 5, 21, 24; 107:10, 13; 108:1; 109:6, 9, 22, 25; 111:25; 112:3; 114:7, 10; 116:13, 16; 125:5, 8; 145:4
**marking** [1] 92:18
**married** [2] 9:19, 21
**marshall** [1] 2:9
**martin** [1] 124:8
**massive** [1] 30:13
**matthew** [12] 56:14, 22; 57:4; 59:6, 14; 77:18, 25; 78:9; 132:21; 133:3, 12; 151:2
**mauras** [1] 130:14
**mccormick** [2] 1:17; 2:2
**mean** [23] 6:18; 9:16; 22:23; 46:20; 47:22; 68:15; 71:15; 73:3; 79:2; 87:24;

91:6; 92:3; 99:25; 101:10; 115:25; 116:7; 119:14; 123:9; 129:10; 131:15, 16; 132:17; 144:5
**meaning** [11] 36:23; 51:13; 54:13; 68:8; 81:18; 88:6, 7; 90:10; 91:7; 131:11, 12
**means** [6] 75:6; 76:22; 77:4; 79:10; 100:1; 141:11
**meant** [6] 127:19; 129:11; 131:17, 21; 132:5, 18
**media** [1] 146:25
**medicaid** [2] 86:18, 23
**medical** [8] 40:16; 41:15; 82:13, 15, 25; 83:16, 19; 84:5
**medication** [6] 81:13, 21; 84:23, 24; 85:9, 14
**medications** [3] 9:13; 81:9; 82:11
**medium** [1] 118:9
**meds** [1] 52:2
**meet** [2] 59:14; 77:25
**meeting** [4] 140:2, 6, 11; 141:5
**meg's** [1] 130:15
**memory** [6] 18:3; 46:17;

47:11, 12; 69:5; 116:9
**memory's** [2] 26:5; 70:3
**mental** [5] 80:14, 17; 81:14, 21; 85:5
**mentioned** [1] 144:9
**message** [15] 126:6, 14; 127:6, 10; 128:11, 21; 129:3; 130:4; 131:6; 133:19; 134:3, 6, 12, 14
**messages** [6] 75:21; 78:8; 125:9, 16; 129:14
**messaging** [2] 126:2, 5
**messed** [1] 99:22
**messing** [5] 45:2, 18; 46:1, 14; 48:1
**middle** [3] 1:1; 57:22; 119:15
**might** [8] 7:5; 112:20; 123:1, 3, 4; 127:8; 128:16
**miller** [2] 34:14; 135:11
**mind** [7] 47:17, 20; 128:2; 130:16; 132:5, 19; 143:19
**mine** [1] 124:9
**mine's** [1] 123:17
**minor** [5] 70:13, 14, 20; 82:6
**miranda** [2] 71:13, 15
**mischief** [2] 13:7; 146:16

mistakenly [1] 7:5

mixing [1] 18:10

mixture [2] 35:14; 41:19

model [2] 33:16; 65:15

modification [2] 14:3, 7

mom's [1] 86:11

moment [3] 45:15; 62:24; 131:24

monetary [1] 88:9

money [17] 27:18; 75:25; 76:12; 77:4, 18, 25; 91:7, 15, 16, 18; 92:2, 6, 7; 97:10; 100:25; 107:3; 133:6

monitoring [1] 25:7

month [3] 83:20, 22; 89:16

monthly [1] 21:18

months [5] 10:11; 11:16; 13:14; 15:9; 31:1

moore [7] 123:14; 127:4, 7; 128:11, 22; 131:6; 132:9

moosic [1] 2:10

morning [4] 55:6, 8; 123:2; 129:22

most [1] 119:19

mother [12] 9:4, 10; 22:8, 15, 22; 23:21;

94:23; 95:2; 110:11; 114:21; 115:2; 129:23

mothers [2] 88:22, 23

motion [3] 42:2; 43:15, 17

motorist [1] 145:12

mounted [1] 125:18

move [3] 7:2, 6; 64:17

moved [2] 21:1; 28:25

movement [2] 43:24; 119:18

movie [1] 53:22

multiple [1] 37:11

municipalities [1] 119:10

myguyzz [4] 124:18; 133:20; 134:3

- N -

n-y-e-o [1] 10:5

name [16] 5:16, 19, 21; 32:9; 37:3; 57:24; 67:6; 75:6; 108:13, 14; 110:21; 114:13; 123:13, 14; 147:11, 21

names [5] 8:11; 10:2; 34:10; 63:14, 15

narcotic [2] 150:15, 17

narrative [1] 143:22

nature [2] 106:15; 119:4

near [3] 34:9, 14; 97:25

necessarily [2] 87:9; 141:12

neck [2] 45:17; 80:10

need [9] 7:9, 14; 8:4; 65:18; 94:13; 127:8, 16; 129:6; 132:7

needed [4] 22:5; 80:11; 85:5; 129:24

negative [3] 106:3, 19; 107:6

neighborhood [1] 59:5

never [10] 22:6; 62:8; 90:17; 98:1; 101:2, 12; 120:7; 121:19; 125:12; 141:4

newberry [2] 8:16; 9:8

news [1] 146:25

newspaper [4] 143:25; 144:11, 20; 145:7

next [12] 7:3, 6; 75:24; 90:23; 97:3; 102:4, 7; 108:4; 109:9; 126:25; 128:9; 134:2

nicknames [1] 8:13

nine [1] 75:19

nissan [1] 100:21

nobody [1] 122:19

none [2] 121:15; 122:15

northcentralpa. com [2] 145:9; 146:18

notary [1] 152:4

note [1] 99:21

nothing [6] 116:4; 128:6; 151:12, 22, 23; 152:8

notice [4] 98:23; 104:24; 105:6; 108:5

noticed [1] 60:21

notices [2] 105:15; 107:2

notorious [1] 112:19

nowhere [1] 97:25

number [11] 12:14; 67:8, 11; 88:2; 99:8, 22; 101:25; 102:2; 106:5; 108:15; 144:25

numbers [1] 97:12

nyeo [4] 10:3, 14, 15; 70:23

- O -

object [1] 79:18

objection [1] 33:1

objections [1] 5:5

obligation [3] 21:11, 13; 23:22

obligations [5] 10:12; 20:18; 24:3; 89:7, 25

**obligatory** [2] 23:23; 24:1
**observed** [2] 34:19; 35:6
**obviously** [1] 111:23
**occasions** [2] 23:6; 66:3
**occurred** [3] 30:6; 110:11; 120:5
**october** [27] 16:1; 31:12; 58:23; 59:22; 60:5, 13; 67:9; 73:17; 74:11; 76:8; 89:21; 100:6; 118:18; 132:10; 134:23; 137:12, 20; 138:3, 12, 17, 23; 139:15, 23; 144:1, 8; 147:20; 148:9
**offense** [1] 15:19
**offer** [1] 101:1
**offered** [2] 79:15, 23
**offering** [1] 46:2
**officer** [6] 38:14; 41:20, 22; 54:8; 119:7; 148:2
**officers** [30] 34:20; 35:6, 8, 15, 24; 36:2, 9, 19, 22; 37:18, 20, 22; 38:5, 12; 39:1, 5; 44:16, 20; 119:10; 132:24; 133:16; 141:15; 147:17; 148:12; 149:2,

8, 13, 17, 24; 150:5
**official** [1] 90:1
**often** [1] 81:2
**once** [9] 18:9; 20:18; 40:3; 49:14; 50:17; 51:18; 70:19; 120:4; 149:17
**one's** [1] 109:9
**one-page** [1] 117:3
**ones** [3] 37:1; 88:14; 122:15
**online** [2] 18:15; 84:10
**onto** [5] 34:13; 42:2; 43:17; 125:18; 135:11
**open** [8] 39:17, 22, 24; 40:1; 42:4; 53:18; 95:2; 149:20
**opened** [2] 40:2, 3
**operation** [1] 29:17
**operative** [1] 139:12
**operator** [1] 28:25
**opportunities** [2] 143:13, 24
**opportunity** [5] 27:12, 14, 22; 118:3; 143:16
**opposed** [2] 46:1; 130:18
**opted** [1] 83:13
**options** [1] 113:1
**oral** [1] 152:8
**order** [5] 29:4; 72:6, 16; 132:23; 133:3
**orders** [5] 10:18; 36:14;

38:22; 44:17; 89:12
**outbreak** [1] 120:4
**outbreaks** [1] 119:22
**outcome** [1] 90:21
**outgoing** [4] 127:6; 128:19, 20; 131:6
**outside** [4] 13:20; 36:2; 123:8; 149:21
**outstanding** [5] 10:17; 99:14; 101:3; 109:2, 14
**overcharging** [1] 98:4
**overdrawn** [3] 96:17, 22; 97:1
**overwhelmed** [1] 131:20
**overwhelming** [1] 36:16
**owed** [6] 97:24; 98:7, 17; 100:24; 105:8; 112:17
**owners** [1] 143:13
**oxford** [1] 141:10

---

**- P -**

**p-a-r-r-a-t-t** [1] 24:11
**p.m.** [6] 1:16; 43:18, 19; 128:12, 13; 151:25
**p.o.** [2] 2:6, 9
**packet** [1] 75:18
**padded** [1] 53:23
**pads** [1] 53:23

**page** [31] 75:20, 23; 76:5; 93:9; 96:7; 97:5, 21, 23; 98:24; 99:16; 102:4, 5, 6, 7; 106:17, 22; 126:14, 25; 127:1; 128:9, 10, 21; 129:20; 130:9; 131:5; 133:19; 134:2, 7
**pages** [9] 75:19; 78:7; 92:24; 95:19; 99:13; 106:2; 115:8; 117:4; 125:10
**paid** [9] 21:7; 84:19; 94:13; 98:14; 105:11, 13; 107:20; 109:19; 112:18
**paint** [1] 53:25
**pandemic** [2] 119:15; 121:17
**paper** [1] 102:1
**paperwork** [1] 79:2
**paragraph** [16] 135:21; 136:3, 4, 18, 25; 138:10, 15, 21; 139:2, 13, 25; 140:25; 141:1, 3, 22; 142:21
**paralegal** [2] 17:18; 18:6
**paraphernalia** [1] 15:18
**paris** [3] 30:14, 21; 31:3
**park** [2] 44:23; 121:16
**parked** [2] 62:6, 20

parole [6] 73:5, 7, 9, 18, 20; 79:17

parratt-wolff [6] 24:10; 25:3; 26:2; 27:6, 20; 90:19

part [4] 42:18; 47:8; 68:13; 82:24

participant [2] 82:21; 83:12

participate [3] 9:15, 16; 83:1

participated [1] 5:22

participating [3] 19:23; 44:9; 122:7

particular [3] 66:21; 70:6; 83:24

parties [2] 5:3; 152:10

party [1] 130:15

passenger [2] 38:5; 42:14

past [6] 26:23; 27:3; 97:8, 16, 17; 108:6

patient [1] 82:13

patted [2] 50:1, 4

pattern [1] 28:17

pause [1] 43:16

paying [3] 21:23; 24:4; 107:22

payment [3] 21:14, 18; 23:10

payments [18] 22:5; 23:14, 16; 24:5; 91:23, 25; 93:8; 110:2,

19; 111:1, 5, 14, 21; 113:9, 11, 16, 25

pending [3] 8:6; 73:21; 90:20

penn [7] 19:12; 20:11, 22; 65:6; 88:12; 103:4; 105:8

pennsylvania [14] 1:1, 18, 24; 2:3, 10; 11:22, 24; 17:22; 19:14; 24:14, 15; 103:2; 152:2, 16

people [16] 6:24; 28:13; 37:12; 52:2; 63:23; 86:12; 120:15; 122:15; 123:3, 6, 8; 125:22; 132:7; 143:12; 148:23; 149:21

perceived [1] 37:17

perfectly [1] 7:18

performed [2] 141:24; 142:7

period [23] 13:12; 16:10; 26:5; 27:9; 29:19; 30:24, 25; 31:6, 10; 43:16; 46:22; 64:1; 74:1, 11; 78:19; 86:18; 90:19; 111:9; 116:18; 120:25; 121:6; 122:23; 130:1

periods [4] 17:11; 81:24, 25; 87:6

person [12] 68:9; 87:6; 128:22; 134:5; 135:23; 136:6, 20; 137:2; 141:23; 142:7; 143:18, 19

personal [2] 36:21; 86:12

personally [5] 37:19; 118:15; 148:4, 10; 152:5

pertaining [2] 129:19; 143:9

pharmaceutical [4] 28:21; 29:6, 10, 13

philadelphia [8] 33:23; 61:24; 64:12, 14; 65:21; 84:3, 6; 111:12

phone [44] 25:19; 67:8, 11, 19, 22, 23; 68:6, 13, 17, 18, 20, 25; 69:3, 6, 9, 24; 70:2, 4, 11, 19, 21, 22, 24, 25; 71:1, 4, 9; 74:20, 22, 24; 75:21; 84:15; 108:8, 10, 20; 122:21, 22, 24; 123:1, 6; 126:12; 135:8; 137:13

photograph [1] 74:20

photographs [1] 75:20

physical [2] 80:3, 9

physicality [1] 44:10

physically [6] 35:12; 44:3, 4, 5; 117:23, 25

pick [5] 64:15; 69:16; 94:10, 18; 122:23

picked [3] 61:23; 62:1; 69:20

picture [3] 145:8; 146:20, 21

pill [1] 105:11

place [12] 1:17; 44:16; 53:15; 92:5; 98:5; 112:23; 117:13; 118:11; 121:10; 130:18; 140:23; 143:11

placed [13] 48:5, 7, 9, 10, 13, 15, 18, 19; 49:4, 8; 51:6, 23; 52:19

places [7] 47:13; 63:1, 7, 11, 21, 22; 110:14

placing [2] 149:2, 8

plaintiff [17] 1:3, 25; 70:10, 11, 15; 135:24; 136:7, 20; 137:2; 138:11, 16, 22; 139:14; 140:1, 5, 8, 10

plaintiff's [6] 141:4, 23, 25; 142:6, 9, 23

plan [4] 108:12; 109:1; 132:21; 133:2

planned [1] 64:18

plans [2] 108:20, 23

platform [1] 53:3

plea [7]  11:11;
13:2,    10;
16:22,    24;
17:14; 79:23
pled [5]  13:4,
6;    15:14;
146:8, 10
plug [1]  75:6
plus [4]  75:24;
76:12;    77:4;
84:20
pocket    [1]
20:20
point [22]  6:5;
14:1;    19:11;
20:22;    24:4;
29:25;  34:17;
38:19;    45:8;
50:20;    54:5,
17;    61:6;
69:3;    71:25;
72:14;    87:2;
94:1;    96:15;
100:8;  104:10;
148:9
pointing    [3]
42:21;   97:21;
116:2
police    [44]
14:12,  16,  21,
24;  34:12, 22;
35:15;    36:1;
37:18,    20;
39:5;    48:19;
49:15;    50:2,
22,  25;   54:8;
60:22;   68:14,
15;    70:15;
71:4,    21;
74:22;   94:19;
100:21;   119:7,
9;   133:4,  14;
135:8;  145:10,
12;    148:12;
149:2,  13,  14,
18,  24,  25;
150:2,    5;
151:2, 19
poop    [1]
130:11

population  [1]
53:18
portal    [3]
21:20;   117:21,
24
portion    [1]
89:5
portrait    [1]
53:25
posed    [1]
46:11
position    [4]
25:20;    38:2,
17;  44:14
positions  [1]
25:2
positive    [1]
120:7
possession
[16]   11:3,  6;
12:11,    22;
13:4,  6;  14:23;
15:18,    25;
16:7,    13;
23:11;   62:13;
70:12;  134:24;
135:1
possibility [14]
18:3;   26:15;
30:7;    46:24;
47:16;    63:4,
20,  22;  66:20;
69:2;   87:14;
97:11;   117:1;
120:9
possibly    [3]
18:10;   74:12;
78:21
post [6]  12:17;
14:4;    54:23;
100:12;  101:6;
102:8
post-traumatic
[3]  82:10,  12,
18
potential    [1]
143:13
potentially  [1]
119:23

power    [4]
127:8,  17,  24;
129:8
practice    [1]
65:16
precise    [1]
12:14
pregame    [1]
130:15
prejudice    [1]
143:18
prepaid    [5]
91:13;   97:18;
108:23,    24;
109:1
prepay    [1]
91:8
prescribed  [7]
81:7,  19,  21;
82:12,    16;
84:24; 85:9
prescription
[4]    81:6;
85:13,    23;
86:24
presence   [2]
49:18;  147:24
present    [3]
1:22;    2:1;
21:1
pretrial    [4]
12:3,   6,   18;
13:20
pretty    [5]
62:4;  72:9, 12;
115:1;  125:24
price [1]  113:9
prices    [1]
64:13
printed    [2]
143:25;  145:18
printout    [1]
116:17
prison    [20]
12:4;    51:10,
15,  19;   52:4;
53:10;   55:1;
72:18;   80:24,
25;    81:1,  3,
11,   16,   20;

84:22;   123:8,
12; 128:24
privilege  [31]
31:21;    32:17,
21;    33:9;
34:4;    55:18;
56:10,  17,  25;
57:7;    58:18;
59:1, 9, 17, 25;
60:8,  17;  61:2,
11;    67:15;
68:2;   75:2,  9;
76:18,    25;
77:6,  14,  20;
78:3, 12;  79:20
probable    [2]
141:25; 142:8
probation   [1]
73:5
procedure   [1]
121:11
proceed    [1]
54:15
process    [2]
84:14;  121:12
processed  [1]
51:8
produced   [20]
57:12;   74:16,
21;    75:14;
92:19;   93:16;
95:13;    99:2;
102:23;  105:1,
20;    107:9;
109:5,    21;
111:24;  114:6;
116:12;  125:4;
145:3
production  [2]
28:24; 29:17
professionally
[1]  86:9
professor   [2]
18:18;  19:4
program    [7]
19:2;    82:14,
22,  25;  83:13;
84:1, 7
projected  [1]
118:8

**pronounced** [1] 123:19

**properties** [1] 131:1

**property** [9] 22:9, 13; 110:4, 7, 19; 111:7; 132:8, 10; 135:7

**propounded** [1] 152:9

**protocols** [1] 121:9

**proven** [3] 142:2, 10, 13

**provide** [6] 6:22; 27:1; 29:3; 88:16, 20; 133:13

**provided** [7] 57:16; 88:3; 93:23; 94:1; 105:25; 114:11; 117:4

**providers** [1] 108:21

**providing** [2] 47:8, 11

**psych** [2] 80:23; 81:2

**psychiatrist** [1] 80:22

**psychic** [1] 85:1

**psychological** [2] 81:14, 22

**psychologist** [1] 80:21

**public** [5] 1:15, 24; 64:25; 152:5, 24

**publicly** [1] 145:8

**pull** [4] 42:1, 25; 88:18; 133:4

**pulled** [17] 34:9, 18; 40:10, 13, 19;

43:23; 45:9, 15; 55:4; 56:7; 58:7; 59:13; 61:7; 132:23, 24; 134:23; 135:3

**pulling** [4] 42:10, 11; 44:18; 45:11

**purchase** [5] 66:10; 113:9; 135:25; 136:7, 11

**purchased** [1] 66:12

**purchases** [1] 67:3

**purported** [5] 141:5, 7, 8, 9, 10

**purpose** [1] 83:15

**pursuit** [3] 145:10, 23; 146:4

**pwid** [1] 146:12

- Q -

**quality** [1] 28:25

**quarantine** [1] 120:5

**quehanna** [1] 12:9

**questioning** [1] 100:3

**questions** [12] 9:16; 26:19; 31:18; 84:16; 134:16, 22; 135:19; 147:15; 148:25; 151:11; 152:9, 14

**quick** [2] 42:1; 148:25

**quickly** [1] 42:7

**quit** [1] 28:2

**quite** [1] 36:20

- R -

**raise** [1] 138:6

**range** [1] 12:16

**rather** [2] 33:1; 42:1

**re-enroll** [1] 21:2

**re-read** [1] 142:4

**reach** [1] 27:3

**reached** [3] 39:21; 124:3; 141:4

**read** [19] 46:8; 70:7, 15; 71:12; 106:19; 109:3; 128:7; 132:17; 133:22; 134:4; 135:22, 25; 136:3, 9; 138:13; 142:2, 11; 144:7, 13

**reading** [1] 140:21

**reads** [1] 145:12

**real** [2] 126:6, 8

**realized** [1] 61:6

**really** [54] 22:7, 22; 23:3, 22; 24:1; 25:13, 14, 18; 28:4; 29:3; 43:14; 44:3, 12, 14; 52:4; 56:5; 63:24; 65:5; 78:24; 82:21, 22; 87:22; 89:5; 90:16; 100:18;

101:15; 106:15; 114:23; 116:1, 3, 7; 117:4, 6, 8; 118:10, 22; 119:3; 121:5; 122:6; 123:11; 124:4; 126:3; 128:1; 129:11; 130:23; 131:20, 22; 132:4, 18; 144:11; 148:20

**reason** [8] 6:3; 8:4; 22:25; 30:8; 64:21; 72:7; 90:15; 103:15

**reassure** [3] 131:19, 22; 132:3

**receive** [6] 40:15; 41:15; 52:2; 96:9; 97:4; 106:6

**received** [16] 17:17; 86:18; 90:17; 95:24; 98:23; 103:4; 104:2, 3, 4, 6, 7, 12; 105:16; 106:9, 16; 151:19

**receiving** [4] 36:14; 76:14; 93:24; 106:5

**recent** [1] 89:22

**recently** [2] 24:14; 89:24

**recess** [2] 43:18, 20

**recognize** [3] 58:9; 92:23; 93:1

**recollect** [1] 47:3

**recollection** [11] 15:23; 18:1; 39:10;

46:23;   47:25;
50:20;   70:18;
99:1;     130:1,
16;   144:16
**record** [7]
5:20;   6:11, 19;
114:3,       5;
125:1, 3
**records** [1]
72:5
**recross** [1] 3:2
**redeveloping**
[1] 25:8
**redirect** [1]
3:2
**reduced** [6]
71:25;       72:6,
17, 22;   73:12;
152:17
**reference** [2]
101:23, 25
**referred** [1]
146:25
**referring** [1]
127:13
**refers** [1]
146:18
**refresh** [4]
46:17;   70:18;
130:1, 16
**refund** [2]
103:21; 104:2
**regard** [7]
5:17;       10:13,
18;     14:23;
24:4;     79:23;
88:3
**regular** [1]
53:10
**reiterate** [1]
61:19
**relate** [1] 58:5
**related** [12]
86:24,     25;
87:8, 9, 13, 16;
88:10, 12, 13;
93:5;     100:20;
108:6
**relax** [3]   45:2;
46:13; 47:25

**releasable** [1]
94:10
**release** [3]
21:25;   94:13;
96:11
**released** [21]
18:9,       24;
54:14;  69:7, 8,
21;  72:18, 19;
73:23;  74:14;
79:4;       85:21,
24;  86:2, 4, 7;
87:21;    97:5;
98:25;   132:8,
10
**remediation** [1]
25:10
**remember** [178]
7:17;     12:14;
14:6, 10;  15:6,
21, 23;   16:9,
19;     20:4;
21:6,   9,   24;
22:24;     23:9;
24:6;     29:23;
30:23;   31:6;
33:15,     19;
34:11;     35:9,
23;     36:20;
38:13,  17,  18,
20;       39:8;
40:5,  12,  15;
41:10,    13;
42:5,  12,  15;
43:11,    13;
44:2,  12,  21;
45:3,  14,  20;
46:4;     47:23;
48:2,  10,  13,
24,  25;   49:5,
6,  13;   50:8,
24;     52:16;
54:4, 22;  56:5;
61:25;  63:7, 8;
64:1, 3, 10, 20;
65:14;  66:6, 9,
12,   19,   24;
67:5,     10;
68:11,     23;
69:4, 9, 14, 23;

70:21;   71:10;
72:4,      16;
73:25;    80:1;
81:8, 25;   82:2,
21,  22;   83:20,
22;       84:25;
85:11,     19;
86:16;  91:4, 5;
92:14,     15;
93:22;   94:20;
95:8,      12;
96:10,  14,  23;
97:2,      11;
98:19;  100:19;
101:12;
103:13,    25;
104:4;  105:17;
106:8,     13;
107:4,     22;
108:24,    25;
109:18;
111:22;
112:18, 20, 22;
113:12, 15, 19;
116:11;   117:6,
14;  118:19, 22,
24;     119:6;
120:19;  122:5;
123:25;  124:4,
20;     125:25;
126:3,     19;
127:18;  128:1;
129:17;  130:3,
7,  23;   131:4;
132:13;
134:25;  144:2,
9,  12,  18,  21,
23;  145:15, 16,
19;     146:6;
148:17;  149:5,
10, 15, 19, 22;
150:3
**remembering**
[3]  47:4;  70:1;
118:12
**reminds** [1]
53:21
**removed** [2]
48:4;  148:15

**renew** [3]
83:23;  84:5, 17
**renewed** [3]
83:18, 20, 21
**rent** [15]
23:10;     24:4;
33:20;   64:11;
65:16;      66:7,
18,  25;   99:16;
100:23,    25;
109:12,    15;
112:24;  113:25
**rental** [18]
33:16,     17;
61:15, 20, 23;
62:2;  63:2, 20;
64:2,   4,   19;
65:10;     67:4;
88:13;   92:5;
109:16,    17;
112:5
**rented** [5]
62:10;     64:22;
65:20, 24;  66:4
**renting** [4]
65:21;   112:8,
9;  113:7
**repaid** [1]
21:15
**repeat** [13]
7:13;      12:5;
65:23;     71:6;
74:5;     80:5;
86:5;     87:18;
133:1;   136:2;
138:18;  140:4,
8
**rephrase** [1]
7:13
**report** [4]
22:2;     105:17,
19; 125:10
**reportable** [1]
116:5
**reporter** [4]
6:2,      23;
152:16, 18
**reporter-notary**
[2]       1:15;
152:24

**reporting** [2]
91:11, 12
**reports** [2]
34:12; 151:19
**represent** [3]
5:16; 134:20;
147:11
**reputation** [3]
142:23, 25;
143:2
**request** [1]
52:13
**requested** [1]
52:14
**requests** [1]
26:18
**require** [1]
66:14
**required** [1]
91:14
**requires** [1]
89:4
**reserved** [1]
5:6
**residence** [1]
129:16
**residential** [1]
58:23
**residing** [1]
110:11
**resisting** [1]
40:17
**respect** [1]
148:7
**respective** [2]
5:3; 152:10
**responded** [1]
129:21
**response** [1]
6:7
**result** [14]
11:12; 13:10;
74:6; 79:12;
80:2, 6, 14;
85:8; 86:3;
88:5; 101:8;
143:1, 5, 12
**resulted** [1]
92:5

**resume** [3]
21:4; 26:8;
27:2
**retrieved** [1]
67:19
**return** [2]
20:22; 115:20
**returned** [2]
69:25; 70:14
**revamping** [1]
30:12
**rick** [1] 58:12
**ride** [1] 64:24
**right** [32] 6:2;
10:5; 25:5, 19;
26:12, 16;
29:11; 31:17;
33:3, 11;
46:23; 47:1;
78:17; 85:5;
89:17; 90:2,
25; 97:23;
104:11; 113:8,
22; 114:22;
126:12; 127:1;
129:4; 134:8;
135:11;
136:14;
143:20;
145:25; 148:13
**right-hand** [1]
58:10
**rights** [12]
71:13, 16;
132:23;
135:15; 137:8,
16, 24; 138:6;
141:18;
142:17;
150:23; 151:7
**road** [39] 26:3;
27:6, 11, 19;
28:3, 20; 29:7;
32:10; 34:13,
14, 15, 20;
35:7, 13, 15,
17, 18, 21, 25;
41:5, 6; 48:21;
55:23; 56:2, 7;
57:19, 21, 23,

25; 58:6, 9;
90:19, 25;
135:11; 148:19
**roads** [2]
34:10, 15
**roadway** [1]
36:3
**room** [3]
49:16; 51:6;
53:23
**rotates** [1]
122:25
**route** [1] 58:4
**rules** [1] 5:25
**rushing** [1]
41:14

----

- S -

**s-a-r-a-j** [1]
10:9
**s-h-e-n-i-q-u-e**
[1] 124:13
**sadly** [1] 131:8
**safe** [9] 26:3;
27:6, 11, 20;
28:3, 20; 29:7;
90:19, 25
**sale** [3] 140:2,
6, 11
**savings** [2]
96:20, 21
**savvy** [1]
114:23
**says** [31] 15:9;
27:11; 46:14;
57:22; 75:23;
78:16; 94:7,
11; 96:16;
97:13, 16;
99:16, 21, 22;
104:7, 12;
108:16;
110:24;
117:12;
126:14; 128:5,
8, 14, 22;
130:11; 132:6;
133:20;
135:22;

136:25; 140:1;
146:22
**scene** [3]
147:18;
148:13; 149:14
**schedule** [1]
20:7
**school** [4]
19:7; 21:12;
62:24; 110:12
**scoot** [1]
121:11
**scratch** [1]
83:7
**screaming** [7]
36:15, 18;
37:8, 9, 11;
38:21, 22
**screen** [2]
75:21; 121:25
**sealing** [1] 5:4
**search** [5]
49:17; 50:10;
141:23; 142:6;
149:17
**searched** [5]
49:16, 20;
50:12, 15, 17
**seasonal** [1]
28:5
**second** [12]
52:17; 106:17;
129:2; 131:7;
135:21; 136:4;
138:21;
139:11, 13, 25;
140:18; 151:17
**secure** [3]
20:14; 92:7, 8
**secured** [7]
14:9; 54:21;
91:5; 97:7, 8;
113:17; 116:21
**securing** [1]
91:8
**seeing** [5]
38:18; 85:8;
144:4, 6; 147:2
**seeking** [1]
118:3

**segregated** [3]
51:23;    52:3;
53:13
**seized**    [7]
68:14;    69:24;
70:12;  71:3, 7;
100:6, 21
**sell** [1] 137:20
**semester**    [5]
19:17,    19;
20:9;  65:7, 8
**sempter**    [1]
151:2
**send**    [1]
126:15
**sense** [2] 47:1;
99:10
**sent** [4]   22:3;
94:22;    96:5;
97:3
**sentence**    [2]
12:9;  16:1
**sentenced**    [1]
15:9
**september**  [4]
15:2, 5;  29:10;
146:17
**sergeant**    [1]
148:3
**series**    [1]
147:14
**seriously**    [1]
97:8
**serve**    [2]
11:13;  83:15
**services**    [4]
28:21;    29:13;
107:15;  109:10
**setting**    [1]
28:17
**seven**    [1]
125:10
**share** [1] 97:7
**shawna**    [2]
2:5;  5:16
**shenique**    [1]
124:12
**shine** [1] 128:7
**shoot**    [1]
44:24

**shop**    [7]
29:15,    16;
30:1,  9,  14;
31:3, 8
**short** [7] 26:5;
30:24,    25;
31:10;    86:18;
90:18
**shoulder**    [1]
80:10
**shoulders**  [1]
6:5
**shouting**    [1]
44:17
**show**    [18]
16:5,    12;
36:14;    38:22,
24;    39:12;
70:5;    74:15;
93:20;    95:17;
103:2;  105:24;
107:13;
109:25;  112:3;
116:16;
140:16;  144:24
**showed**    [1]
39:15
**shows**    [1]
57:18
**shrug** [1] 6:5
**sibling**    [1]
124:7
**sick**    [2]
120:15, 22
**side**    [12]
14:13,    16;
37:22,  23,  25;
38:6;  42:3, 17;
53:15;    57:18;
58:10;  93:9
**sign** [1] 28:13
**significant** [3]
78:19;    89:4;
123:18
**significantly**
[1]  12:15
**signing** [1] 5:3
**signs**    [2]
28:17, 18
**simple** [1] 16:7

**simultaneous**
[1] 34:19
**sink** [1]  53:2
**sister**    [2]
64:16;  110:23
**sites** [1]  28:12
**sitting**    [2]
47:24;  121:13
**situation**   [4]
21:3;    32:22;
121:4;  122:4
**size** [1]  53:10
**slam** [1]  41:25
**slammed**   [9]
40:23;  41:1, 8,
12,  18;   42:6;
43:1, 23;  45:9
**slamming**  [1]
44:18
**sleep**    [4]
62:14,    18;
85:1, 17
**slip** [1]  6:15
**slow** [1] 28:14
**small** [6]  53:3,
4,  5,  14;
143:10;  149:20
**smaller**    [2]
53:16, 24
**smoothly**   [1]
6:1
**software**    [2]
25:11, 18
**softwares**  [1]
25:6
**sold** [3] 138:3;
150:19;  151:3
**solid** [1] 53:17
**solitary**    [2]
52:5
**someone**   [7]
6:16;  69:6, 7;
84:12;   123:3;
140:21;  144:17
**sometime**  [1]
19:18
**sometimes**  [4]
65:18;  114:20;
117:20;  140:20

**somewhere**  [4]
18:5;    84:2;
98:7;  116:22
**sons** [4]   10:1,
13;  89:7, 11
**sorry**    [15]
11:19;    12:5;
13:9;    27:17;
62:22;    68:19;
72:11;    75:12;
76:6;    83:6;
98:3;   101:19;
104:11;
126:25;  138:20
**sorter**    [1]
30:18
**sorting**    [1]
30:19
**sound**    [3]
26:11;    29:11;
78:17
**sounds**    [3]
26:15;    29:12;
78:18
**source**    [1]
132:22
**space** [3]  85:5;
86:12;  149:20
**span** [1]  63:19
**speak**    [2]
71:19;  137:12
**speaking**   [1]
132:3
**speaks**    [1]
121:2
**special**    [3]
52:2, 10, 15
**specific**   [18]
15:6;    21:25;
30:23;    31:18;
49:5;    64:21;
72:16;    73:25;
74:13;    83:10;
91:4;    97:12;
101:13;   104:4;
116:9;    117:8;
118:11;  144:16
**specifically**
[23]    31:6;
37:10;    40:12;

43:12;    45:14;
48:10;    63:9;
65:14;    68:11,
24;      71:10;
72:4;     74:9;
82:23;   92:14;
98:12;   127:20;
128:3;   147:17,
19, 21;  149:5;
150:11
**specifics**  [1]
56:5
**specify**  [3]
44:4;  116:1, 3
**speed**  [2]
145:23;  146:4
**speeds**  [1]
7:25
**spell**  [4]  10:4;
110:21;
123:13, 15
**spoke**  [1]
123:25
**spread**  [1]
120:15
**square**  [2]
1:24;  53:17
**stamp**  [3]
76:6, 7;  115:8
**standard**  [1]
114:14
**start**  [3]
21:23;    65:6;
132:15
**started**  [5]
18:7;   19:24;
65:8, 9, 13
**state**  [13]
5:19;     11:18,
20;  72:21, 23;
73:2, 9, 15, 18,
20, 24;  79:16;
103:18
**statement**  [18]
10:25;  45:21;
99:7;  102:18;
103:14;  109:4;
127:20;  128:2;
129:10;
138:13, 17, 24,

25;  139:16, 17,
19;   140:13;
141:6
**statements**  [4]
106:11;  142:2,
10, 13
**states**  [9]  1:1;
136:18;
138:10, 15, 22;
139:13;  141:4,
22;  142:22
**station**  [6]
49:11;   50:22,
25;  149:14, 18,
25
**status**  [2]
21:21;  23:2
**stay**  [1]  111:10
**stayed**  [3]
62:4;  63:20, 23
**staying**  [2]
63:1, 5
**steal**  [2]  128:6
**stenographical
ly**  [1]  152:15
**still**  [22]
21:11;    23:8;
25:21;   38:16;
69:24;   70:24;
83:4,     16;
85:20;    87:5;
90:11;   98:20;
105:15;  106:6;
107:2,    20;
110:19;  111:6;
113:21,   25;
117:19;  128:21
**stipulated**  [2]
5:2;  72:6
**stipulation**  [1]
5:1
**stipulations**  [1]
119:18
**stop**  [2]  28:14;
70:12
**stopped**   [7]
35:22;   36:10,
12;      56:6;
108:9;  122:16;
141:15

**store**  [1]  112:6
**street**   [12]
1:18;      2:3;
8:16, 20;   9:8;
51:3;    61:18;
62:7;    63:2;
94:4;  110:8, 16
**streets**   [1]
34:10
**stress**   [3]
82:10, 12, 18
**strictly**   [1]
67:3
**strike**   [1]
79:12
**strip**   [8]
49:16, 17, 20;
50:9,  12,  15,
17;  149:17
**strobe**   [2]
34:23, 24
**student**   [8]
88:15;   103:3,
19, 22;  110:6;
112:15;
129:16;  130:17
**studies**   [3]
17:18;  21:4, 16
**stuff**   [4]
20:10;   28:9;
62:17;  85:7
**subcontracted**
[1]  28:5
**subcontractor**
[1]  28:7
**subjected**  [1]
121:7
**subscribed**  [1]
152:20
**subsequent**  [1]
104:23
**substance**  [1]
9:14
**such**  [2]  16:10;
21:21
**suffered**   [1]
82:19
**suggest**   [1]
6:18

**suicide**   [2]
51:24;  52:3
**suit**     [3]
119:10;
132:24;  133:5
**suits** [1]  119:9
**sumpter**   [23]
56:14,    22;
57:4;  59:6, 14;
76:15;   77:18,
25;      78:9;
132:21;  133:3,
12;  135:23, 24;
136:5,  6,  10,
20;   137:2, 13,
21;    138:4;
142:13
**sumpter's**  [6]
136:21,   23;
137:3,    4;
142:1, 10
**sun-gazette** [2]
145:11, 21
**super** [1]  53:4
**support**   [8]
10:12,    17;
89:6,  12,  14,
15, 23, 25
**supposed**   [5]
33:6;  92:8, 12;
113:11
**surrounding** [1]
37:13
**suspended**  [2]
121:13;  122:14
**suspense**  [2]
121:19;  122:2
**sustained**  [1]
80:13
**sworn**    [3]
5:11;  152:7, 13
**symptoms**  [2]
120:12, 18
**system**   [1]
91:23
**systems**   [1]
104:22

- T -

table [1] 6:16
tablet [1]
125:17
taking [11]
6:2; 19:22;
30:19; 43:25;
44:8, 16;
81:16; 85:20;
103:10;
130:10; 152:12
talks [1] 127:7
taxes [5]
114:14, 17;
116:6, 9;
117:17
teach [1] 18:15
tearing [1]
45:12
tech [7] 19:12;
20:11, 22;
65:6; 88:12;
103:5; 105:8
technology [2]
19:15; 103:3
telephone [3]
135:24; 136:6,
10
telling [2]
44:22; 144:17
temp [1] 28:17
term [3] 52:22;
105:18; 150:13
terms [1]
145:21
test [5]
119:19; 120:8,
11, 14, 16
tested [3]
119:19; 120:2,
7
testified [2]
5:11; 152:10
testify [2]
129:11; 152:7
testimony [1]
152:19
text [5] 75:21;
76:14; 78:7, 8;
126:7

textbook [1]
19:3
textbooks [1]
18:18
texting [1]
126:11
texts [1] 56:21
thank [3] 32:4;
134:16; 151:11
thanks [1]
132:9
therapist [1]
80:21
therapy [1]
85:10
thinking [4]
23:3; 47:3;
100:10; 118:7
third [2] 10:8;
127:9
three [15]
8:18; 10:13;
11:16; 13:14;
75:25; 76:12;
77:4, 10; 83:2,
5, 7, 9; 95:19;
137:21
through [28]
10:23; 18:16,
17, 18; 21:5;
28:7; 66:10;
75:20; 78:7;
79:2; 83:25;
84:6, 9, 14;
87:7; 88:14,
25; 89:9, 12,
23; 91:21;
99:12; 101:23;
112:8; 114:18;
115:2; 127:24;
144:11
tight [1] 53:8
times [16]
7:13; 16:17,
20, 23; 20:9;
23:5; 49:24;
62:15, 18;
87:6; 91:14;
95:9; 117:14;

122:4; 124:1;
151:3
title [5] 24:25;
25:14, 21, 23;
38:2
today [10]
5:18; 8:9; 9:1,
6, 16; 17:8;
18:2; 23:5;
47:24; 139:12
together [3]
46:15, 22, 25
toilet [1] 53:2
tolls [1] 102:9
tomorrow [2]
10:5, 7
tonight [1]
130:15
tony [1] 8:12
took [7] 54:7;
85:19; 92:4;
95:10; 98:4;
118:11; 120:8
topics [1]
22:25
toss [1] 146:3
tossed [2]
145:12, 22
total [2] 97:24;
125:10
totally [1]
47:12
tough [2]
131:25; 132:1
towards [4]
42:14, 20, 21;
129:2
township [27]
1:8; 2:10;
13:16, 17, 18;
18:12; 37:18,
20; 39:5;
46:12; 49:10,
15; 138:12, 16,
23; 139:14, 22;
147:13, 25;
148:6, 12;
149:2, 8, 13,
16, 24; 150:5

township's [1]
147:17
townships [1]
32:11
track [2] 26:9;
36:17
traditional [4]
92:1; 119:16;
121:6; 126:11
traditionally
[1] 121:24
traffic [6]
26:3; 28:5, 10,
19; 29:7;
70:12
transaction [4]
100:12; 101:5;
102:8; 141:6
transcript [1]
32:3
transferred [2]
73:14; 74:2
transit [1]
43:5
transitioning
[1] 24:14
transport [1]
50:23
transportation
[2] 64:25;
65:19
transported [3]
49:12; 50:21;
149:15
transporting
[2] 149:13, 25
travel [1]
111:9
traveled [1]
141:14
treat [2]
80:17, 20
treated [3]
86:1, 7, 25
treating [1]
82:9
treatment [2]
80:11; 86:24
trial [3] 5:6;
11:10; 12:25

tried [1] 21:2
true      [9]
138:12, 17, 24;
139:3;  140:24;
141:1,  6,  11;
151:4
truth     [3]
152:7, 8
truthful    [1]
9:17
trying    [17]
7:4;     27:2;
45:6;   46:2, 4;
47:3;    63:25;
88:18;  100:15;
101:11;  118:6;
128:6;   129:7,
22;  131:19, 22;
139:7
tuition    [3]
20:16, 17, 18
turn [7] 31:11;
35:21;   133:4,
14, 16;  135:11;
141:3
turned     [2]
35:17;  117:16
turns [1] 35:20
two-handed [1]
42:24
type [7]  23:3;
80:13;  92:10;
98:9;  125:22;
143:9, 15
typewriting [1]
152:17
typical    [1]
87:24
typically   [6]
22:12;   51:24;
52:2;   61:17;
66:14, 17
typo [1] 101:14
tyson [11]  1:6;
2:4;     37:2;
38:1;   40:2, 8;
41:19,    24;
48:24;    50:5;
54:9

- U -

ultimately  [1]
50:21
unable     [2]
20:23;  21:3
uncomfortable
[2] 121:3, 15
unconstitution
al [1]  142:24
uncorroborated
[6] 136:21, 23;
137:3,      4;
142:1, 10
under [6]  9:13;
31:17;   49:2;
70:6;   73:1;
152:17
undersigned
[1] 152:4
understand
[16]       7:12;
9:16;    14:14;
32:23;   50:11;
80:7;   133:11;
135:25;  136:7,
9;   139:7, 9;
140:20;
146:23;  147:1,
2
understood  [3]
7:21,    22;
104:18
unemployed [1]
90:6
unemployment
[6]  27:24, 25;
30:3;  90:9, 11,
16
union      [5]
95:18,    25;
96:19;  99:10;
152:1
unit [4]  51:23;
119:25; 125:19
united [1]  1:1
unlocked   [1]
39:21

unmarked   [5]
34:22;   35:2;
36:7;  60:22
unofficial  [1]
90:4
unprofessional
ly [1] 86:10
unsecured  [3]
14:9;    54:21;
72:15
untrue     [1]
143:22
update     [1]
25:18
updated    [2]
21:20;  25:17
upper      [2]
42:22
used      [13]
66:23, 24, 25;
70:13,    20;
83:2; 92:2, 17;
128:15;  131:7,
10, 13, 14
uses [1] 42:25
using [5] 62:6,
8;   65:22, 25;
66:22
usual [1] 109:2
utilities   [2]
23:18;  24:4

- V -

valley     [4]
95:18,    25;
96:18;  99:9
variations  [1]
117:22
variety    [5]
24:21;   25:13;
28:15;   82:20;
143:14
vehicle    [74]
14:16,    19;
33:13,    25;
34:22;   35:2;
36:12;   37:23;
38:6,    16;
39:17;    40:6,

20;  43:1, 5, 6,
17, 23;  44:17,
18;      45:9;
48:4, 19,  20;
49:4,   5,   9;
50:2;  60:5, 13,
22, 23;  61:16;
62:2, 3, 4, 10,
12, 13, 14, 19;
63:3;    64:15,
19, 22;  65:12,
15,   21,   25;
66:4, 18;  67:1,
20;    68:10;
69:10, 13, 15,
16,  21;  71:9,
22;  94:8, 18,
21;    100:5;
101:23;  141:4,
14, 23;  142:7;
148:16
vehicles    [7]
35:12,    15;
36:1, 2;  65:20,
24; 66:7
verbal [2]  6:4,
7
verbatim    [5]
47:5,     18;
135:22;
138:11, 22
versed     [1]
20:17
viewing    [1]
144:11
viking     [1]
109:10
violated    [2]
73:17, 20
visa [4] 66:23;
97:8; 99:7, 14
visit [2] 84:21;
85:14
visitation  [1]
122:13
visitors    [2]
122:18, 19
volumes    [1]
121:3

## - W -

**w-2's** [2] 117:16, 19
**w-r-i-g-h-t** [1] 124:16
**wages** [1] 118:2
**wait** [2] 6:21; 129:1
**waiting** [2] 122:2; 131:24
**waived** [1] 5:4
**walk** [2] 64:23; 121:15
**wall** [3] 53:3; 125:18, 20
**wallet** [1] 134:24
**washed** [1] 30:20
**watch** [2] 51:24; 52:3
**watsontown** [1] 24:15
**ways** [3] 102:1; 123:7, 9
**weaker** [1] 131:23
**weather** [1] 28:8
**website** [3] 115:11, 16; 116:24
**week** [1] 118:9
**weekly** [1] 89:18
**weeks** [2] 20:10; 120:17
**west** [13] 1:18; 2:3; 28:20; 29:6, 10, 13; 51:3; 95:18, 25; 96:18; 99:9; 110:7, 15
**whereof** [1] 152:19
**wherever** [1] 62:21

**white** [19] 2:2; 3:5; 32:19, 25; 33:4, 5; 76:2; 134:19; 135:18; 136:17; 137:11, 19; 138:2, 9; 141:21; 142:20; 145:2, 6; 147:4
**whole** [3] 25:11; 119:25; 152:7
**wife** [1] 123:17
**wilkes-barre** [3] 1:24; 150:1
**william** [1] 2:5
**williamsport** [16] 1:9, 18; 2:3, 7; 8:21; 19:7; 50:22, 25; 65:1; 69:17, 22; 70:15; 94:19; 110:8; 145:11; 150:2
**window** [5] 53:17; 60:24; 120:9; 145:23; 146:3
**wintertimes** [1] 28:9
**wireless** [1] 108:15
**wise** [1] 45:17
**wish** [35] 34:6; 55:20; 56:19; 57:2, 9; 58:20; 59:3, 11, 18; 60:2, 10, 19; 61:4, 13; 68:4; 75:4, 11; 76:20; 77:2, 8, 16, 22; 78:5, 14; 121:5; 135:17; 136:15; 137:10, 18;

138:1, 8; 141:19; 142:19; 150:25; 151:9
**withdrawal** [1] 91:21
**within** [3] 60:12; 61:8; 119:18
**without** [7] 39:10; 47:17; 53:23; 71:19; 78:25; 113:24; 117:4
**witness** [44] 5:10; 32:9; 33:10; 34:5; 55:19; 56:11, 18; 57:1, 8; 58:19; 59:2, 10, 18; 60:1, 9, 18; 61:3, 12; 67:16; 68:3; 75:3, 10; 76:19; 77:1, 7, 15, 21; 78:4, 13; 104:11; 123:21; 127:14; 135:16; 136:15; 137:9, 17, 25; 138:7; 141:19; 142:18; 150:24; 151:8; 152:6, 13
**witnesses** [1] 3:1
**wolff** [1] 24:11
**word** [2] 75:24; 141:8
**words** [1] 131:13
**worked** [7] 26:3, 10, 23; 28:6, 20; 29:10; 30:14
**works** [5] 20:17; 90:17; 98:6, 9; 126:10

**world** [1] 122:16
**wright** [6] 124:15; 129:15, 21; 130:10; 131:2
**writing** [1] 99:23
**written** [1] 140:22
**wrong** [2] 21:15; 143:20
**wrote** [1] 100:2

## - Y -

**yank** [2] 40:9, 23
**yanked** [6] 40:6, 7, 23, 25; 42:4, 6
**year** [13] 11:5; 12:23; 15:7; 16:5; 24:18, 19; 25:3; 31:1, 2; 83:2; 89:24; 101:10
**years** [22] 8:10, 18, 24; 10:3; 11:16, 25; 13:14; 15:10; 16:2; 17:13, 23; 26:4, 23; 83:3, 5, 7, 8; 100:2, 19; 104:1; 130:8, 25
**young** [1] 23:25
**younger** [1] 124:6
**yourself** [1] 52:7

## - Z -

**zoom** [1] 122:8



PENGAD 800-631-6989

DEPOSITION
EXHIBIT







(32)
DEPOSITION
EXHIBIT
Bujinsky 3
3/22/24



Havens Production 139

(33)



Havens Production 140

**(34)**



nd Havens Production 141

(35)



Production 142

**(36)**



Production 143

(37)



ns Production 144

**(38)**



ns Production 145

**(39)**



**(40)**



Dent and Havens Production 147

(41)

**LAMPMAN LAW**
2 Public Square
Wilkes-Barre, PA 18701
United States
570-371-3737



**Anthony Barasky**
1534 Louisa Street
Williamsport, PA 17701

| | |
|---|---|
| **Balance** | $0.00 |
| **Invoice #** | 05273 |
| **Invoice Date** | October 9, 2020 |
| **Payment Terms** | Due Date |
| **Due Date** | *See Payment Plan* |

--------------------------------------------------------------------------------

## Barasky, Anthony - Crim Use of Comm Facility - Lycoming (HR) CS

(U 867121-3)

### Flat Fees

| DATE | EE | DESCRIPTION | AMOUNT |
|---|---|---|---|
| 10/09/2020 | BH | Preliminary Hearing Only | $1,000.00 |
| 11/30/2020 | BH | CCP Retainer: Covers the initial 10 hours of legal services. All additional services will be billed at $300 with a maximum fee cap of $7,500 | $3,005.00 |
| 04/26/2021 | CS | Additional CCP Retainer: with a maximum fee cap of $7500.00 | $2,000.00 |
| 05/14/2021 | GL | Pre-Payment for Additional Services | $243.75 |
| | | Flat Fee Total: | **$6,248.75** |

### Expenses

| DATE | EE | ACTIVITY | DESCRIPTION | COST | QUANTITY | LINE TOTAL |
|---|---|---|---|---|---|---|
| 11/30/2020 | BH | Trascription Fee | Preliminary Hearing Transcription | $156.25 | 1.0 | $156.25 |
| | | | | | Expense Total: | **$156.25** |

### Adjustments

| ITEM | APPLIED TO | TYPE | DESCRIPTION | BASIS | PERCENT | LINE TOTAL |
|---|---|---|---|---|---|---|
| Addition | Flat Fees | % - Percentage | Electronic Payment Processing Fee | $1,000.00 | 3.0% | $30.00 |
| | | | | | Addition Total: | **$30.00** |



## Payment Plan

| Due | Status | Amount |
|-----|--------|--------|
| Oct 9, 2020 | Manual payment successful | $1,035.00 |
| Dec 10, 2020 | Manual payment successful | $156.25 |
| Dec 10, 2020 | Manual payment successful | $3,000.00 |
| Apr 26, 2021 | Manual payment successful | $1,400.00 |
| May 26, 2021 | Manual payment successful | $600.00 |
| Jun 27, 2021 | Manual payment successful | $243.75 |

The last payment plan installment amount may not reflect the actual
balance due on the invoice. Note: Automatic payments will charge the
correct balance due amount.

| | |
|---|---|
| Flat Fee Sub-Total: | $6,248.75 |
| Expense Sub-Total: | $156.25 |
| **Sub-Total:** | **$6,405.00** |
| Additions: | $30.00 |
| **Total:** | **$6,435.00** |
| **Amount Paid:** | **$6,435.00** |
| **BALANCE DUE:** | **$0.00** |

## Payment History

| Activity | Date | Payment Method | Amount | Responsible User | Deposited Into |
|----------|------|----------------|--------|------------------|----------------|
| Payment Received | May 14, 2021 | Other | $1,000.00 | Gina LaRose (Legal Secretary) | Trust |
| Payment Received | Apr 26, 2021 | Check | $1,400.00 | Carmen Santiago (Receptionist) | Trust |
| Payment Received | Oct 30, 2020 | Check | $160.00 | Becky Hodle (Office Manager) | Trust |
| Payment Received | Oct 30, 2020 | Check | $500.00 | Becky Hodle (Office Manager) | Trust |
| Payment Received | Oct 30, 2020 | Check | $500.00 | Becky Hodle (Office Manager) | Trust |
| Payment Received | Oct 30, 2020 | Check | $500.00 | Becky Hodle (Office Manager) | Trust |
| Payment Received | Oct 30, 2020 | Check | $500.00 | Becky Hodle (Office Manager) | Trust |
| Payment Received | Oct 30, 2020 | Check | $345.00 | Becky Hodle (Office Manager) | Trust |
| Payment Received | Oct 30, 2020 | Check | $500.00 | Becky Hodle (Office Manager) | Trust |
| Payment Received | Oct 9, 2020 | Visa #B86-C4466 | $1,030.00 | Anthony Barasky (Client) | Trust |

WBP #15



# CITY OF WILLIAMSPORT
## *BUREAU OF POLICE*

**RE: Return of Vehicle (2019 Gray Nissan Pathfinder; FL Tag# DFI S45)**

**Date: 11/10/20**

**TO:**   **Anthony Barasky**
          **1534 Louisa St**
          **Williamsport PA 17701**

A vehicle that belongs to you is currently being held in our Police Impound and it can be returned to you.

Please contact the Williamsport Bureau of Police Property and Evidence Officer (Officer Ananea or Officer Barrett) within (14) days of receipt of this letter or it may be considered abandoned and risks being released back to the towing agency, where it may accrue additional fees.

Also an outstanding tow bill at WOODS TOWING will need to be paid prior to its release.

**Phone #'s to Evidence Officers:  (570)-327-7549 OR (570)-327-7545.**

When making arrangements to release your vehicle, please use the following for reference:

**INC# 20-10100**
**Vehicle # 18437**

                              *Thanks,*

                              Officer Ananea





**West Branch Valley Federal Credit Union**

*Your Community Credit Union*

June 10, 2021

Anthony M. Barasky
1534 Louisa Street
Williamsport, PA 17701

### FINAL NOTICE

Dear Mr. Barasky:

This letter is in reference to your Visa Account # ████████. The Visa Account has remained delinquent for **90 days or more** due to non-payment. The amount due at this time to bring the account up-to-date is **$963.00**. Your total balance owed at this time is **$9,779.05**.

Please contact me at the High Street office or call me at 570-323-9407 ext. 3104 within the next 10 days to make satisfactory arrangements to bring your account to a positive standing.

Your account must be corrected by June 20, 2021.  If satisfactory arrangements are not made, we may proceed with legal action.  This could incur additional fees for which you will be responsible. We have to a credit bureau about a late payment, missed payment or other default on your account. This information may be reflected in your credit report.

Sincerely,

Shanean L. Edmonds
Member Services Officer

PENGAD 800-631-6989

DEPOSITION
EXHIBIT
Barasky  6
3/22/24        ESB



**West Branch Valley Federal Credit Union**

*Your Community Credit Union*

December 31, 2020

Anthony M. Barasky
1534 Louisa Street
Williamsport, PA 17701

Dear Mr. Barasky:

Please be advised that your Share Secured Visa ending in 7087 was seriously past due.  After several attempts to contact you by phone and by mail without success, on December 31, 2020 we transferred the secured funds from your share account on to the visa to pay in full and close.

If you have any questions regarding this notice, please feel free to call me at 323-9407, ext. 3104.

Regards,

Shanean L. Edmonds
Lending/Collection Officer



12/23/20

ANTHONY M. BARASKY
1534 LOUISA ST
WILLIAMSPORT, PA 17701

RE: XXXXXXX74-20

Dear Valued Member:

Your checking account has been overdrawn for more than 20 days.  As of today, it is overdrawn $379.39-, and **your Overdraft Privilege is about to be suspended.**

We value your business, but it is very important that you do one of the following within ten days from the date of this letter:

1. Make a deposit that will bring your account to a positive balance; or
2. Contact us to arrange for a repayment agreement.

Remember, you've already been pre-approved for an Overdraft Repayment Plan So, if you're temporarily short of cash, call us at 570-323-9407. You can pay your overdraft(s) and accumulated fees in easy monthly installments instead of one lump sum.

We MUST receive your deposit or a phone call within ten days from the date of this letter or your Overdraft privilege will be suspended.  We may report information about your account to credit bureaus.  Late payments, missed payments, or other defaults on your account may be reflected in your credit report and you may face additional collection activities. But it doesn't have to happen!  Make a deposit that brings your account to a positive balance or call us TODAY!

Sincerely,


Collections Officer

DEPOSITION EXHIBIT
Barasky 7
3/22/24    ES8

WEST BRANCH VALLEY FCU

 **VISA**

**ANTHONY M BARASKY**
Account Number: ### #### #### 7087

Statement Closing Date:
February 01, 2021

## Summary of Account Activity

| | | |
|---|---|---|
| Previous Balance | | $ 0.00 |
| Payments | - | 0.00 |
| Other Credits | - | 0.00 |
| Other Debits | + | 0.00 |
| Purchases | + | 9,407.41 |
| Cash Advances | + | 0.00 |
| Balance Transfers | + | 0.00 |
| Fees Charged | + | 0.00 |
| Interest Charged | + | 0.00 |
| **NEW BALANCE** | | **$ 9,407.41** |
| Credit Limit | | $ 2,000.00 |
| Available Credit | | 0.00 |
| Available Cash | | 0.00 |
| Amount Disputed | | 0.00 |
| Statement Closing Date | | 02/01/21 |
| Days in Billing Cycle | | 31 |

## Payment Information

| | |
|---|---|
| New Balance | $ 9,407.41 |
| Total Minimum Payment Due | $7596.41 |
| Payment Due Date | 02/26/2021 |

**Late Payment Warning:** IF WE DO NOT RECEIVE YOUR MINIMUM PAYMENT BY THE DATE LISTED ABOVE, YOU MAY HAVE TO PAY A LATE FEE UP TO **$20**.

**Minimum Payment Warning:** If you make only the minimum payment each period, you will pay more in interest and it will take you longer to pay off your balance. For example:

| If you make no additional charges using this card and each month you pay... | You will pay off the balance shown on this statement in about ... | And you will end up paying an estimated total of... |
|---|---|---|
| Only the minimum payment | 22 year(s) | $16,442.00 |
| 306.00 | 3 years | $ 11,031.00 (Savings=$5,411.00) |

If you would like information about credit counseling services, call (866)791-4360.

## Contact Information

**Customer Service:** (800) 903-3927
**Report Lost or Stolen Card:** (570) 323-9407
**After Hours:** (800) 991-4961

**Please send Billing Inquiries and Correspondence to:**
WEST BRANCH VALLEY FCU 1640 HIGH ST
WILLIAMSPORT, PA 17701

**Please Mail Your Payments to:**
WEST BRANCH VALLEY FCU  1640 HIGH ST
WILLIAMSPORT PA 17701-4406

## Important News

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*
* THE TOTAL FINANCE CHARGE PAID ON YOUR ACCOUNT DURING THE PAST YEAR WAS *
* $ 1.71 *
\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

NOTICE: CONTINUED ON PAGE 3
Page 1 of 2

*PLEASE DETACH COUPON AND RETURN PAYMENT USING THE ENCLOSED ENVELOPE - ALLOW UP TO 7 DAYS FOR RECEIPT*   VC - *

WEST BRANCH VALLEY FCU
1640 HIGH STREET
WILLIAMSPORT PA 17701 - 4498

**Account Number**
### #### #### 7087

Check box to indicate name/address change on back of this coupon ☐

AMOUNT OF PAYMENT ENCLOSED

| Closing Date | New Balance | Total Minimum Payment Due | Payment Due Date |
|---|---|---|---|
| 02/01/21 | $9,407.41 | $7596.41 | 02/26/2021 |

$

ANTHONY M BARASKY
1534 LOUISA STREET
WILLIAMSPORT PA 17701 - 1636

31854

MAKE CHECK PAYABLE TO:

WEST BRANCH VALLEY FCU
1640 HIGH ST



WEST BRANCH VALLEY FCU

31854

**ANTHONY M BARASKY**
**Account Number: #### #### #### 7087**

Statement Closing Date:
February 01, 2021

| | | | Transactions | | |
|---|---|---|---|---|---|
| Trans Date | Post Date | MCC Code | Reference Number | Description | Amount |
| 01/04 | 01/26 | 3389 | 24941351026825637452185 | AVIS RENT-A-CAR PHILADELPHIA PA | 9,407.41 |

*!!  Messedup  SS#*

**Fees**

TOTAL FEES FOR THIS PERIOD $  0.00

**Interest Charged**

TOTAL INTEREST FOR THIS PERIOD $  0.00

*FCU*

| 2021 Totals Year To Date | |
|---|---|
| Total Fees Charged in 2021 | $ 0.00 |
| Total Interest Charged in 2021 | $ 0.00 |

## Interest Charge Calculation/Plan Level Information

| Plan Description | ICM[1] | Balance Subject to Interest Rate | Periodic Rate | Annual Percentage Rate (APR)[2] | Interest Charge |
|---|---|---|---|---|---|
| CURRENT | | | | | |
| PURCHASES | G | $ 0.00 | 0.8875% | 10.65% | $ 0.00 |
| CASH | A | $ 0.00 | 0.8875% | 10.65% | $ 0.00 |
| TOTAL | | | | 0.00% | $ 0.00 |

[1] ICM Interest Charge Method: See reverse side of Page 1 for explanation.
[2] Your Annual Percentage Rate (APR) is the annual interest rate on your account.
Annual Percentage Rate (APR) may vary

*WEST BRANCH VALLEY FCU*



**ANTHONY M BARASKY**
**Account Number: #### #### #### 7087**

Statement Closing Date:
March 01, 2021

## Summary of Account Activity

| | | |
|---|---|---|
| Previous Balance | | $ 9,407.41 |
| **(Includes Past Due Amount of $189.00)** | | |
| Payments | - | 0.00 |
| Other Credits | - | 0.00 |
| Other Debits | + | 0.00 |
| Purchases | + | 17.15 |
| Cash Advances | + | 0.00 |
| Balance Transfers | + | 0.00 |
| Fees Charged | + | 0.00 |
| Interest Charged | + | 83.57 |
| **NEW BALANCE** | | **$ 9,508.13** |
| Credit Limit | | $ 2,000.00 |
| Available Credit | | 0.00 |
| Available Cash | | 0.00 |
| Amount Disputed | | 0.00 |
| Statement Closing Date | | 03/01/21 |
| Days in Billing Cycle | | 28 |

## Payment Information

| | |
|---|---|
| **New Balance** | **$ 9,508.13** |
| **Total Minimum Payment Due** | **$7888.13** |
| **(Includes Past Due Amount of $189.00)** | |
| **Payment Due Date** | **03/26/2021** |

**Late Payment Warning:** IF WE DO NOT RECEIVE YOUR MINIMUM PAYMENT BY THE DATE LISTED ABOVE, YOU MAY HAVE TO PAY A LATE FEE UP TO **$20.**

**Minimum Payment Warning:** If you make only the minimum payment each period, you will pay more in interest and it will take you longer to pay off your balance. For example:

| If you make no additional charges using this card and each month you pay... | You will pay off the balance shown on this statement in about ... | And you will end up paying an estimated total of... |
|---|---|---|
| Only the minimum payment | 22 year(s) | $16,624.00 |
| 310.00 | 3 years | $ 11,149.00 (Savings=$5,475.00) |

If you would like information about credit counseling services, call (866)791-4360.

## Contact Information

 Customer Service: (800) 903-3927
**Report Lost or Stolen Card:** (570) 323-9407
**After Hours:** (800) 991-4961

 **Please send Billing Inquiries and Correspondence to:**
WEST BRANCH VALLEY FCU 1640 HIGH ST
WILLIAMSPORT, PA 17701

**$ Please Mail Your Payments to:**
WEST BRANCH VALLEY FCU  1640 HIGH ST
WILLIAMSPORT PA 17701-4406

## Important News

```
*******************************************************************
* THE TOTAL FINANCE CHARGE PAID ON YOUR ACCOUNT DURING THE PAST YEAR WAS *
* $ 1.71                          *
*******************************************************************
```

NOTICE: CONTINUED ON PAGE 3
Page 1 of 2

*PLEASE DETACH COUPON AND RETURN PAYMENT USING THE ENCLOSED ENVELOPE - ALLOW UP TO 7 DAYS FOR RECEIPT*                VC - *

WEST BRANCH VALLEY FCU
1640 HIGH STREET
WILLIAMSPORT PA 17701 - 4498

**Account Number**
#### #### #### 7087

Check box to indicate
name/address change
on back of this coupon ☐

AMOUNT OF PAYMENT ENCLOSED

| Closing Date | New Balance | Total Minimum Payment Due | Payment Due Date | $ |
|---|---|---|---|---|
| 03/01/21 | $9,508.13 | $7888.13 | 03/26/2021 | |

ANTHONY M BARASKY
1534 LOUISA STREET
WILLIAMSPORT PA 17701 - 1636


31456

MAKE CHECK PAYABLE TO:

WEST BRANCH VALLEY FCU
1640 HIGH ST
WILLIAMSPORT PA 17701 - 4406

**VISA**

*WEST BRANCH VALLEY FCU*

31456

**ANTHONY M BARASKY**
**Account Number: #### #### #### 7087**

Statement Closing Date:
March 01, 2021

> PLEASE NOTE MINIMUM PAYMENT DUE. WE MAY REPORT INFORMATION ABOUT YOUR ACCOUNT TO CREDIT BUREAUS. LATE PAYMENTS, MISSED PAYMENTS, OR OTHER DEFAULTS MAY BE REFLECTED IN YOUR CREDIT REPORT.

### Transactions

| Trans Date | Post Date | MCC Code | Reference Number | Description | Amount |
|---|---|---|---|---|---|
| 02/14 | 02/15 | 3389 | 24941351046825637452181 | AVIS RENT-A-CAR E-TOLLS COM NJ | 17 15 |
| | | | | **Interest Charged** | |
| 03/01 | 03/01 | | 74630291060252060064005 | INTEREST CHARGE-PURCHASE | 83 57 |
| | | | | TOTAL INTEREST FOR THIS PERIOD $ | 83 57 |
| | | | | **Fees** | |
| | | | | TOTAL FEES FOR THIS PERIOD $ | 0 00 |

| 2021 Totals Year To Date | |
|---|---|
| Total Fees Charged in 2021 | $ 0.00 |
| Total Interest Charged in 2021 | $ 83.57 |

### Interest Charge Calculation/Plan Level Information

| Plan Description | ICM[1] | Balance Subject to Interest Rate | Periodic Rate | Annual Percentage Rate (APR)[2] | Interest Charge |
|---|---|---|---|---|---|
| **CURRENT** | | | | | |
| PURCHASES | G | $ 9,416.60 | 0.8875% | 10.65% | $ 83.57 |
| CASH | A | $ 0.00 | 0.8875% | 10.65% | $ 0.00 |
| TOTAL | | | | 10.65% | $ 83.57 |

[1] ICM Interest Charge Method: See reverse side of Page 1 for explanation.
[2] Your **Annual Percentage Rate (APR)** is the annual interest rate on your account.
(V) = Variable Rate. If you have a variable rate account the periodic rate and Annual Percentage Rate (APR) may vary.



**Pennsylvania College of Technology**
A Penn State Affiliate

One College Avenue
Williamsport PA 17701-5799
570-326-3761 • 800-367-9222

STUDENT BILL

Printed    2/03/2021
Anthony M Barasky

FALL    2020

FALL    2020 CHARGES:
Tuition and Fees   (WITHDREW 12/17/2020 )
    7.00 Credits In-State Tuition/Fees at $587.00          4,109.00
    3.00 Instructional Lab Hours at  $45.00                 135.00
New Student Enrollment Fee                                  140.00
Bookstore Charges                                           263.10
               Total Charges                                          $4,647.10
FALL    2020 CREDITS:
Deposit Received  4/14/2020                             150.00CR
Financial Aid: Pell Award                      1,587.00CR
               PA State Grant                  1,035.00CR
       Total Pending Financial Aid                     2,622.00CR
Student Loans: Federal Direct Subsidized       1,732.00CR
               Federal Direct Unsubsidized     2,969.00CR
       Total Pending Loans                             4,701.00CR
               Total Pending Credits                                  $7,473.00C
    Refunds Issued to Student                          2,825.90
    Funds Returned to Lender                           2,723.00
               Total Refunds/Returns Issued                           $5,548.90
 Current Balance Due                                                  $2,723.00

To review the current status of your account, including all charges and credit
log in to the Student Information System at www.pct.edu/sis

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -
 ON ACCNT         <return this portion with your payment> SYEAGLE       2/03/20

 Payment Due  2/03/2021        $2,723.00

 Write student's ID Number on check or money order and make payable to
 Penn College.

DEPOSITION
EXHIBIT
Barasky 8
9/12/24  ESP

        Anthony M Barasky                     Payment Amount _____
        1534 Louisa St                        Anthony M Barasky
        Williamsport PA 17701-1636            Student ID:

PO Box 3023
Niagara Falls, NY 14304-7321

**Continental Service Group, Inc.**

 ConServe

A Debt Collection Agency
200 CrossKeys Office Park
Fairport, NY 14450
866-518-0400  www.payconserve.com
585-421-1011  ConServe Mobile App

05-21-2021

1 MB  *A-08-I1L-LM-06795-21

ANTHONY M BARASKY
1534 LOUISA ST
WILLIAMSPORT PA 17701-1636



Creditor: Pennsylvania College Of Technology
FOR: Student Account Balance
Creditor #: ███████
ConServe #: ███████
Principal:                                        $2,723.00
Creditor Assessed Coll Costs:            $813.36
**TOTAL DUE:**                              **$3,536.36**

Dear Anthony M Barasky:

Pennsylvania College Of Technology has assigned your account to ConServe, a professional Collection Agency for collection.

Unless you notify this office within 30 days after receiving this notice that you dispute the validity of this debt or any portion thereof, this office will assume this debt is valid. If you notify this office in writing within 30 days from receiving this notice that you dispute the validity of this debt or any portion thereof, this office will obtain verification of this debt or obtain a copy of a judgment and mail you a copy of such judgment or verification. If you request this office in writing within 30 days after receiving this notice this office will provide you with the name and address of the original creditor, if different from the current creditor. Federal law prohibits unfair collection practices.

Please use the information below to contact us for payment arrangements.

ConServe
P.O. Box 7
Fairport, NY 14450
Toll Free Telephone Number: 866-518-0400

Convenient 24 Hour Account Access Available Online

This communication is from a debt collector and is an attempt to collect a debt.
Any information obtained will be used for that purpose.
Notice: See Reverse Side for Important Information

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -

PLEASE DETACH AND RETURN BOTTOM PORTION WITH YOUR PAYMENT

(____) Enclosed is my checking account information.      (____) Enclosed is my VISA, MASTERCARD, or DISCOVER #:

| If paying by ACH, please complete this section | If paying by Credit Card, please complete this section |
|---|---|
| I, _____ authorize ConServe to electronically debit my checking account for the total amount listed below. | CARD NUMBER / AMOUNT / CVW # (3 or 4 code on Back Card) |
| Bank Routing Number / Checking Account Number | SIGNATURE / EXP. DATE |
| Check Number / Date / Phone / Work Phone | CARDHOLDER NAME (Please Print) / Check Here if cardholder address is same as the address shown on this If not, provide cardholder address on of coupon. |
| Name of Bank / Bank City, State | |
| Authorized name on Check / Amount | |
| Signature | |

Account #: ███████
Balance as of 05-21-2021: $3,536.36
ANTHONY M BARASKY





DEPOSITION
EXHIBIT
Brasky 9
3/22/24   ESQ

PNC Bank, National Association
T7-UCHY-01-3
P.O. Box 2155
Rocky Mount, NC  27802-2155

 **PNC BANK**

March 17, 2021

Anthony M Barasky                    0075
1534 Louisa St
Williamsport, PA 17701-1636

---

  **Please make a deposit to avoid account closure!**

---

**Here's why we are writing:**

As of March 17, 2021 your deposit Account ending in 5584 has been overdrawn for 19 days and has a negative balance of $271.91. It is important that this overdraft be corrected as soon as possible.

**Please be advised that a continued failure to pay may result in additional fees and account closure** and it may be reported to consumer reporting agencies.

---

**Here's what you need to do:**

Please make a deposit immediately to return your account to a positive balance by transferring funds to this account online, by phone, by ATM or by making a deposit in your local PNC Bank branch.

If you have already made a sufficient deposit to cover your overdrawn balance, please disregard this notice and accept our thanks.

---

**How to contact us:** 

We value you as a customer and appreciate your prompt attention to this matter. Please contact us as soon as possible to avoid these actions at 866-235-6330, Monday - Friday, 8 a.m. - 5 p.m. ET.

---

This is an attempt to collect a debt and/or enforce our lien.  Any information obtained will be used for that purpose unless prohibited by applicable law.  However, if this debt has been discharged or if you are protected by the automatic stay in bankruptcy, we are not attempting to collect the debt from you personally, and if we have obtained relief from the automatic stay, we will only exercise our rights against any collateral. By providing this notice we do not waive any applicable exemptions from state or federal collection laws.

If you are requesting modified payments or other loss mitigation, please note that normal collection activity, collection litigation and/or foreclosure activity may continue on your loan to the extent allowed by law while your request is being reviewed.  Any information requested may be necessary to determine your eligibility for loss mitigation options.

Hours of Operation: 8 a.m. to 5 p.m. Monday - Friday ET

DEPOSITION EXHIBIT
Barasky 16
3/22/24
PENGAD 800-631-6989

PNC Bank, National Association
Mailstop: P5-PCLC-A1-R
2730 Liberty Avenue
Pittsburgh, PA 15222



May 1, 2021

Anthony M Barasky                    0094
1534 Louisa St
Williamsport, PA 17701-1636

Re: PNC Bank, National Association Closed Deposit Account Number Ending in 5584 (the "Account")

Dear Customer:

The above referenced deposit Account is closed with a negative balance due of $275.91.

**Here's what you need to do:**

Please pay the outstanding balance due by sending a cashier's check or money order to the following address:

    PNC Bank, N.A.
    Consumer Loan Center
    BR-YB58-01-5
    PO Box 5570
    Cleveland OH 44101

**Here's how to contact us:**
We are here to help. If you are unable to make the full payment, have questions, or would like to speak with someone regarding this matter, please contact our office at 1-800-729-4810.  Our business hours are Monday - Thursday: 8:00 a.m. to 9:00 p.m. and Friday, 8:00 a.m. to 4:30 p.m. ET.

We appreciate your immediate attention regarding this matter.

Respectfully,

Nancy
Recovery Specialist
PNC Bank N.A.

This is an attempt to collect a debt and/or enforce our lien. Any information obtained will be used for that purpose unless prohibited by applicable law. However, if this debt has been discharged or if you are protected by the automatic stay in bankruptcy, we are not attempting to collect the debt from you personally, and if we have obtained relief from the automatic stay, we will only exercise our rights against any collateral. By providing this notice we do not waive any applicable exemptions from state or federal collection laws.

If you are requesting modified payments or other loss mitigation, please note that normal collection activity, collection litigation and/or foreclosure activity may continue on your loan to the extent allowed by law while your request is being reviewed. Any information requested may be necessary to determine your eligibility for loss mitigation options.



# CREDIT COLLECTION SERVICES

725 Canton Street, Norwood, MA 02062
Self-service: www.ccspayment.com
Monday - Friday: 8:30AM-6:00PM, ET

**CALL CENTER: (617) 581-1073**



Date: 05/29
File Number:
Pin Number: 53
Account Number Ending In: 5

09277 1 AB 0.425 T 21
ANTHONY M BARASKY
1534 LOUISA ST
WILLIAMSPORT PA 17701-1636

| CREDITOR: | AMOUNT OF THE DEBT: |
|---|---|
| PNC BANK | $275.91 |

The above referenced creditor has placed your account with this office for collection. We look forward to working with you resolve this matter. Thank you.

**Federal Law:** Unless you notify this office within 30 days after receiving this notice that you dispute the validity of this debt, any portion thereof, this office will assume this debt is valid. If you notify this office in writing within 30 days from receiving th notice that you dispute the validity of this debt, or any portion thereof, this office will obtain verification of the debt or obtain copy of a judgment and mail you a copy of such judgment or verification. If you request of this office in writing within 30 day after receiving this notice, this office will provide you with the name and address of the original creditor, if different from th current creditor. This is an attempt to collect a debt and any information obtained will be used for that purpose. Th communication is from a debt collector.

 **SELF-SERVICE WEBSITE:** You can upload correspondence, request telephone calls to stop, pay by check, debit c arrange a payment plan, and more at our secure website: **www.ccspayment.com**.

 **CALL CENTER:** You can receive personal attention from a Customer Service Agent during the hours referenced at the of this notice: (617) 581-1073.

 **MAIL PAYMENT:** You can mail your check together with the payment stub portion of this notice. You can make your ch payable to: PNC BANK.

 **MAIL OR FAX CORRESPONDENCE:** You can mail correspondence to: CCS P.O. Box 96, Norwood, MA 02062-0096 o to: (617) 762-3044.  You can include a copy of this notice to avoid processing delays.

4001

| File Number: | AMOUNT OF THE DEBT: |
|---|---|
| Pin Number: | $275.91 |
| ANTHONY M BARASKY | |

Important: Do not remit payment via balance transfer check(s). Do nc mail post-dated checks. You can call (617) 581-1073 for personal attention. CCS may process payment as a one-time electronic funds withdrawal using information from your check.

## Go Green

We offer the ability to pay or send correspondence online. It's quick, easy, and helps protect the environment. Please consider visiting our self-service website at: **www.ccspayment.com**.

CCS
PAYMENT PROCESSING CENTER
P.O. BOX 55126
BOSTON, MA 02205-5126



 **AT&T**

ANTHONY MARCUS BARASKY
1534 LOUISA ST
WILLIAMSPORT, PA 17701-1636

Past due amount:     $230.62
Total amount due:    $230.62
Account number:      ▇▇▇▇▇▇▇▇
Date:                06/07/2021

Wireless Number(s): 267-496-5589

### Cancellation Notice

Hi ANTHONY MARCUS BARASKY,

We understand things come up. That's why we're reaching out so you can get back to enjoying your service(s). Due to a past due balance of $230.62, your service(s) have been suspended for all numbers associated with this account. Please take care of your wireless bill today by making a payment for your past due balance so we don't cancel your account.

> **Ways to pay today:**
> - Use the **myAT&T app**
> - Go online at **att.com/pay**
> - Dial *PAY (*729) on your AT&T wireless phone
> - Call 800.947.5096. You'll be charged a $5 convenience fee if you make a payment with our customer service rep.

If you'd prefer, you can also pay the full amount of $230.62 using the enclosed payment slip and envelope.

When services are canceled:
- You'll lose all your current wireless numbers associated with this account.
- The full remaining balance(s) will become due immediately for any devices or accessories purchased under the Next program or installment plans.
- You may also be charged early termination fee(s) if your term commitment hasn't yet expired.
- You may also be charged up to a $35.00 reinstatement fee and/or a deposit if you want to get your service back.

Questions? Call us at 800.947.5096 and we'll be happy to help.

Thank you,

AT&T

TLCAN10

**AMOUNT DUE: $230.62**

Account Number ▇▇▇▇▇▇
Please include account number on your check.

ANTHONY MARCUS BARASKY
1534 LOUISA ST
WILLIAMSPORT, PA 17701-1636

Make checks payable to:     AT&T MOBILITY
                            PO BOX 537104
                            ATLANTA GA 30353-7104



DEPOSITION EXHIBIT
Barasky 12
3/22/24
PENGAD 800-631-6989



PO Box 59207
Minneapolis MN 55459
CHANGE SERVICE REQUESTED



*10050 Crosstown Circle, Ste 300*
*Eden Prairie MN 55344*

*800-291-8217*

June 14, 2021

Anthony Barasky
1534 Louisa St
Williamsport PA 17701-1636

**MAIL ALL CORRESPONDENCE TO:**

**VIKING CLIENT SERVICES, LLC**
PO Box 59207
Minneapolis MN 55459-0207

Our Claim #:  OG3052
Account Balance:  $673.32
Please make all payments payable to "Viking Client Services,
LLC"

---

**Past Due Balance**

***Detach Upper Portion And Return With Payment***

Our Claim Number: OG3052                 Current Creditor: Avis Rent A Car
Account Balance: $673.32

At Viking Client Services, LLC, we understand that unexpected situations may result in financial difficulties for you.  Our Account Representatives will work with you to find the best possible repayment arrangement for your financial situation.

Avis Rent A Car has authorized us to extend an offer to you to resolve your account for 50% of the current amount due.  You can accept this offer by sending in a payment within 30 days from the date of this letter.  If payment by this date is not possible, contact us at (800)272-8958 to discuss other settlement options which may include additional time to respond to this offer.  We are not obligated to renew this offer.  Should your settlement payment(s) be returned for any reason by your banking institution, this settlement offer may be considered null and void.

Upon completion of the settlement, your account will be considered settled with Viking Client Services, LLC and we will notify our client Avis Rent A Car.

Sincerely,
Steve Swannie
Viking Client Services, LLC
(800)272-8958

Please be advised that interest and other fees are not accumulating for this account.

**This communication is from a debt collector and is an attempt to collect a debt.  Any information obtained will be used for that purpose.**

If you wish to pay online, please go to www.payvcs.com or contact us at the number given above for more information.
Please make all payments payable to "Viking Client Services, LLC".

  

Have a comment on Viking Client Services? Viking has an automated comment line available 24 hours a day (800) 201-0050.

NOTICE: SEE REVERSE SIDE FOR IMPORTANT INFORMATION.

2530(5)_51898299

  

*Viking Client Services, LLC ▲ 10050 Crosstown Circle, Ste 300 ▲ Eden Prairie MN 55344 ▲ 800-291-8217*



Skip to main content
Hello

Anthony Barasky

- Home
- Payments
- Maintenance
- Contact Us
- Shared Documents
- Insurance
- Property Details
- Account Profile
- Help
- Log Out



Property Address 967 W Fourth Street - 2E, Williamsport, PA 17701 Log Out

menu

# Account Ledger

IF YOU ARE EXPERIENCING A FINANCIAL HARDSHIP AND CANNOT PAY RENT IN FULL OR ON TIME please click here to learn more about Emergency Rental Assistance. https://www.compass.state.pa.us/Compass.Web/RAP/Application If you make a payment in error, refunds can not be done instantaneously. These refunds cannot be processed until payments have cleared, this may take up to 15 business days. Please watch this video about our maintenance team working in your home. http://vid.us/lx23q7 . We try to get to all of our repair requests quickly, but unfortunately we have to prioritize urgent issues which may mean your request takes some time. Did you know that you can check on the status of your work orders from this tenant portal? Click on active work orders to see the status. *New Feature* Just released, our Tenant Handbook https://www.onefocuspm.com/pdf/OFPM%20-%20Tenant%20Handbook.pdf Maintenance Questions? https://www.onefocuspm.com/maintenance-faq ×

Showing all transactions

Starting Balance
0.00

| Date | Description | Paid By | Charge | Payment | Balance |
|---|---|---|---|---|---|
| 08/16/2020 | Security Deposits - Move In Charge: Security Deposits | | 400.00 | | 400.00 |
| 08/16/2020 | Move In Fee | | 50.00 | | 450.00 |
| 08/16/2020 | Payment (Reference #26660650476) | Anthony Barasky | | 400.00 | 50.00 |
| 08/17/2020 | Payment (Reference #26660650498) | Anthony Barasky | | 604.00 | -554.00 |
| 08/21/2020 | Rent Income - Move In Charge: Rent Income | | 550.00 | | -4.00 |
| 08/21/2020 | Resident Benefits Program - Move In Charge: Resident Benefits Program | | 3.55 | | -0.45 |

| Date | Description | Paid By | Charge | Payment | Balance |
|------|-------------|---------|--------|---------|---------|
| 08/31/2020 | Payment (Reference #26179504571) | Anthony Barasky | | 550.00 | -550.45 |
| 09/01/2020 | Rent Income - September 2020 | | 550.00 | | -0.45 |
| 09/01/2020 | Resident Benefits Program - September 2020 | | 10.00 | | 9.55 |
| 09/10/2020 | Payment (Reference #26660651848) | Anthony Barasky | | 10.00 | -0.45 |
| 09/10/2020 | Payment (Reference #26660651837) | Anthony Barasky | | 10.00 | -10.45 |
| 09/10/2020 | Payment (Reference #26660651826) | Anthony Barasky | | 550.00 | -560.45 |
| 09/21/2020 | Payment (Reference #25408442676) | Anthony Barasky | | 560.00 | -1,120.45 |
| 09/28/2020 | Payment (Reference #25408442687) | Anthony Barasky | | 560.00 | -1,680.45 |
| 10/01/2020 | Rent Income - October 2020 | | 550.00 | | -1,130.45 |
| 10/01/2020 | Resident Benefits Program - October 2020 | | 10.00 | | -1,120.45 |
| 11/01/2020 | Rent Income - November 2020 | | 550.00 | | -570.45 |
| 11/01/2020 | Resident Benefits Program - November 2020 | | 10.00 | | -560.45 |
| 12/01/2020 | Rent Income - December 2020 | | 550.00 | | -10.45 |
| 12/01/2020 | Resident Benefits Program - December 2020 | | 10.00 | | -0.45 |
| 01/01/2021 | Rent Income - January 2021 | | 550.00 | | 549.55 |
| 01/01/2021 | Resident Benefits Program - January 2021 | | 10.00 | | 559.55 |
| 01/04/2021 | Late Fee | | 94.00 | | 653.55 |
| 01/06/2021 | Credit Card Payment (Reference #15CC-3BD0) | Merchelelyn Fisher (Co-Signer) | | 653.55 | 0.00 |
| 01/16/2021 | Credit Card Payment (Reference #B025-6C20) | Merchelelyn Fisher (Co-Signer) | | 560.00 | -560.00 |
| 02/01/2021 | Rent Income - February 2021 | | 550.00 | | -10.00 |
| 02/01/2021 | Resident Benefits Program - February 2021 | | 10.00 | | 0.00 |
| 02/28/2021 | Credit Card Payment (Reference #0105-A8A0) | Merchelelyn Fisher (Co-Signer) | | 560.00 | -560.00 |
| 03/01/2021 | Rent Income - March 2021 | | 550.00 | | -10.00 |
| 03/01/2021 | Resident Benefits Program - March 2021 | | 10.00 | | 0.00 |
| 03/30/2021 | Credit Card Payment (Reference #ED98-2AA0) | Merchelelyn Fisher (Co-Signer) | | 800.00 | -800.00 |
| 04/01/2021 | Rent Income - April 2021 | | 550.00 | | -250.00 |
| 04/01/2021 | Resident Benefits Program - April 2021 | | 10.00 | | -240.00 |
| 04/10/2021 | Credit Card Payment (Reference #5371-98F0) | Merchelelyn Fisher (Co-Signer) | | 400.00 | -640.00 |
| 05/01/2021 | Rent Income - May 2021 | | 550.00 | | -90.00 |
| 05/01/2021 | Resident Benefits Program - May 2021 | | 10.00 | | -80.00 |
| 06/01/2021 | Rent Income - June 2021 | | 550.00 | | 470.00 |
| 06/01/2021 | Resident Benefits Program - June 2021 | | 10.00 | | 480.00 |
| 06/02/2021 | Credit Card Payment (Reference #52E7-4EC0) | Merchelelyn Fisher (Co-Signer) | | 480.00 | 0.00 |
| 07/01/2021 | Rent Income - July 2021 | | 550.00 | | 550.00 |
| 07/01/2021 | Resident Benefits Program - July 2021 | | 10.00 | | 560.00 |
| 07/03/2021 | Credit Card Payment (Reference #3D1D-9430) | Merchelelyn Fisher (Co-Signer) | | 560.00 | 0.00 |
| 08/01/2021 | Rent Income - August 2021 | | 550.00 | | 550.00 |

| Date | Description | Paid By | Charge | Payment | Balance |
|------|-------------|---------|--------|---------|---------|
| 08/01/2021 | Resident Benefits Program - August 2021 | | 10.00 | | 560.00 |
| 08/02/2021 | Payment (Reference #19-232855323) | Anthony Barasky | | 60.00 | 500.00 |
| 08/02/2021 | Payment (Reference #19-232855322) | Anthony Barasky | | 500.00 | 0.00 |
| 08/19/2021 | Payment (Reference #27562607605) | Anthony Barasky | | 400.00 | -400.00 |
| 08/19/2021 | Payment (Reference #27562607616) | Anthony Barasky | | 160.00 | -560.00 |
| 09/01/2021 | Rent Income - September 2021 | | 550.00 | | -10.00 |
| 09/01/2021 | Resident Benefits Program - September 2021 | | 10.00 | | 0.00 |

Ending Balance
0.00

One Focus Property Management®

(570) 505-3347

Visit Our Website · Help · Terms · Privacy



DEPOSITION
EXHIBIT
Barasky 15
3/22/24   ESR

447 RIVER AVE
WILLIAMSPORT PA 17701-3722

ADDRESS SERVICE REQUESTED



**INDIVIDUALLY OWNED AND OPERATED STORE**

ANTHONY BARASKY
967 W 4TH ST  APT2E
WILLIAMSPORT PA 17701-5837

Lease Agreement Number: ███

Balance Due: $1,066.53

09/09/2021

## FINAL DEMAND LETTER

Dear ANTHONY BARASKY,

Aaron's realizes that several things may occur in the course of your lease agreement(s) and prides itself on working through the difficult times our customers sometimes have in keeping their lease agreement(s) current. Aaron's would appreciate the opportunity to work with you regarding the nonrenewed balance that you owe on the above stated lease agreement(s) in pursuit of ownership, however our continued attempts to contact you regarding your lease agreement(s) have gone unanswered.

Since your lease agreement has been expired for some time now, we must now request the voluntary return of our merchandise or for you to pay the amount due, plus any unpaid fees immediately. Unfortunately, if you choose to return the merchandise, an Aaron's representative will be sent as soon as possible.  Remember, per your signed agreement, you retain no equity interest in the merchandise prior to final payment being made.

Should you choose to ignore this request, we must assume that you have chosen not to continue making payments towards ownership and the lack of communication can only mean that you intend to ignore your legal obligation and responsibilities under your lease agreement(s).  Our store will have no other choice but send your agreement for further action if we do not hear from you immediately.  If this occurs, Aaron's may deem it necessary to pursue all remedies allowable and available under applicable law.

To avoid any further action, and to see what possibilities may still be available for ownership, please contact the store by calling 570-326-4707.

Aaron's Sales and Lease Ownership
447 RIVER AVE
WILLIAMSPORT, PA 17701

Thank you for your prompt attention to this matter.
Jason Noble

**IF YOU ARE IN AN ACTIVE BANKRUPTCY CASE OR IF THIS DEBT HAS BEEN DISCHARGED IN A BANKRUPTCY PROCEEDING: This correspondence is for informational purposes only and is not intended to collect, assess, or recover a discharged and/or pre-petition debt, or as a demand for payment from any individuals protected by the United States Bankruptcy Code. If you believe you have received this correspondence in error, please transmit your bankruptcy case information to bankruptcy@aarons.com at your earliest convenience. Please note Aaron's, Inc. reserves the right to exercise its legal rights pursuant to the terms of your agreement, specifically repossession of its**

Form **1040**
Department of the Treasury—Internal Revenue Service    (99)
**U.S. Individual Income Tax Return**

**2021**   OMB No. 1545-0074   IRS Use Only—Do not write or staple in this space.

**Filing Status**
Check only one box.

☒ Single   ☐ Married filing jointly   ☐ Married filing separately (MFS)   ☐ Head of household (HOH)   ☐ Qualifying widow(er) (QW)

If you checked the MFS box, enter the name of your spouse. If you checked the HOH or QW box, enter the child's name if the qualifying person is a child but not your dependent ▶

| | | |
|---|---|---|
| Your first name and middle initial | Last name | Your social security number |
| If joint return, spouse's first name and middle initial | Last name | Spouse's social security number |

Home address (number and street). If you have a P.O. box, see instructions.   Apt. no.

City, town, or post office. If you have a foreign address, also complete spaces below.   State   ZIP code

Foreign country name   Foreign province/state/county   Foreign postal code

**Presidential Election Campaign**
Check here if you, or your spouse if filing jointly, want $3 to go to this fund. Checking a box below will not change your tax or refund.
☐ You   ☐ Spouse

At any time during 2021, did you receive, sell, exchange, or otherwise dispose of any financial interest in any virtual currency?   ☐ Yes   ☐ No

**Standard Deduction**
Someone can claim:   ☐ You as a dependent   ☐ Your spouse as a dependent
☐ Spouse itemizes on a separate return or you were a dual-status alien

**Age/Blindness**   You:   ☐ Were born before January 2, 1957   ☐ Are blind   Spouse:   ☐ Was born before January 2, 1957   ☐ Is blind

**Dependents** (see instructions):
If more than four dependents, see instructions and check here ▶ ☐

| (1) First name    Last name | (2) Social security number | (3) Relationship to you | (4) ✔ if qualifies for (see instructions): | |
|---|---|---|---|---|
| | | | Child tax credit | Credit for other dependents |
| | | | ☐ | ☐ |
| | | | ☐ | ☐ |
| | | | ☐ | ☐ |
| | | | ☐ | ☐ |

Attach Sch. B if required.

| | | | | |
|---|---|---|---|---|
| **1** | Wages, salaries, tips, etc. Attach Form(s) W-2 | | **1** | |
| **2a** | Tax-exempt interest | **2a** | **b** Taxable interest | **2b** |
| **3a** | Qualified dividends | **3a** | **b** Ordinary dividends | **3b** |
| **4a** | IRA distributions | **4a** | **b** Taxable amount | **4b** |
| **5a** | Pensions and annuities | **5a** | **b** Taxable amount | **5b** |
| **6a** | Social security benefits | **6a** | **b** Taxable amount | **6b** |
| **7** | Capital gain or (loss). Attach Schedule D if required. If not required, check here ▶ ☐ | | **7** | |
| **8** | Other income from Schedule 1, line 10 | | **8** | |
| **9** | Add lines 1, 2b, 3b, 4b, 5b, 6b, 7, and 8. This is your **total income** ▶ | | **9** | |
| **10** | Adjustments to income from Schedule 1, line 26 | | **10** | |
| **11** | Subtract line 10 from line 9. This is your **adjusted gross income** ▶ | | **11** | |
| **12a** | **Standard deduction or itemized deductions** (from Schedule A) | **12a** 12,550. | | |
| **b** | Charitable contributions if you take the standard deduction (see instructions) | **12b** | | |
| **c** | Add lines 12a and 12b | | **12c** | 12,550. |
| **13** | Qualified business income deduction from Form 8995 or Form 8995-A | | **13** | |
| **14** | Add lines 12c and 13 | | **14** | 12,550. |
| **15** | **Taxable income.** Subtract line 14 from line 11. If zero or less, enter -0- | | **15** | 0. |

**Standard Deduction for—**
• Single or Married filing separately, $12,550
• Married filing jointly or Qualifying widow(er), $25,100
• Head of household, $18,800
• If you checked any box under *Standard Deduction,* see instructions.

For Disclosure, Privacy Act, and Paperwork Reduction Act Notice, see separate instructions.   Form **1040** (2021)



Form 1040 (2021)                                                                                                              Page **2**

| | | | | |
|---|---|---|---|---|
| 16 | **Tax** (see instructions). Check if any from Form(s): 1 ☐ 8814  2 ☐ 4972  3 ☐ _____ | | 16 | 0. |
| 17 | Amount from Schedule 2, line 3 | | 17 | |
| 18 | Add lines 16 and 17 | | 18 | 0. |
| 19 | Nonrefundable child tax credit or credit for other dependents from Schedule 8812 | | 19 | |
| 20 | Amount from Schedule 3, line 8 | | 20 | |
| 21 | Add lines 19 and 20 | | 21 | |
| 22 | Subtract line 21 from line 18. If zero or less, enter -0- | | 22 | 0. |
| 23 | Other taxes, including self-employment tax, from Schedule 2, line 21 | | 23 | 0. |
| 24 | Add lines 22 and 23. This is your **total tax** ▶ | | 24 | 0. |
| 25 | Federal income tax withheld from: | | | |
| a | Form(s) W-2 | 25a | | |
| b | Form(s) 1099 | 25b | | |
| c | Other forms (see instructions) | 25c | | |
| d | Add lines 25a through 25c | | 25d | |
| 26 | 2021 estimated tax payments and amount applied from 2020 return | | 26 | |
| 27a | Earned income credit (EIC) | | 27a | No |
| | Check here if you were born after January 1, 1998, and before January 2, 2004, and you satisfy all the other requirements for taxpayers who are at least age 18, to claim the EIC. See instructions ▶ ☐ | | | |
| b | Nontaxable combat pay election | 27b | | |
| c | Prior year (2019) earned income | 27c | | |
| 28 | Refundable child tax credit or additional child tax credit from Schedule 8812 | 28 | | |
| 29 | American opportunity credit from Form 8863, line 8 | 29 | | |
| 30 | Recovery rebate credit. See instructions | 30 | | |
| 31 | Amount from Schedule 3, line 15 | 31 | | |
| 32 | Add lines 27a and 28 through 31. These are your **total other payments and refundable credits** ▶ | | 32 | |
| 33 | Add lines 25d, 26, and 32. These are your **total payments** ▶ | | 33 | |

*If you have a qualifying child, attach Sch. EIC.*

| | | | | |
|---|---|---|---|---|
| **Refund** | 34 | If line 33 is more than line 24, subtract line 24 from line 33. This is the amount you **overpaid** | 34 | |
| | 35a | Amount of line 34 you want **refunded to you.** If Form 8888 is attached, check here ▶ ☐ | 35a | |
| Direct deposit? See instructions. | ▶ b | Routing number X X X X X X X X X   ▶ c Type: ☐ Checking  ☐ Savings | | |
| | ▶ d | Account number X X X X X X X X X X X X X X X X X | | |
| | 36 | Amount of line 34 you want **applied to your 2022 estimated tax** ▶ | 36 | |
| **Amount You Owe** | 37 | **Amount you owe.** Subtract line 33 from line 24. For details on how to pay, see instructions ▶ | 37 | 0. |
| | 38 | Estimated tax penalty (see instructions) ▶ | 38 | |

**Third Party Designee**

Do you want to allow another person to discuss this return with the IRS? See instructions ▶ ☐ **Yes. Complete below.**  ☒ No

Designee's name ▶ ___   Phone no. ▶ ___   Personal identification number (PIN) ▢▢▢▢▢

**Sign Here**

Under penalties of perjury, I declare that I have examined this return and accompanying schedules and statements, and to the best of my knowledge and belief, they are true, correct, and complete. Declaration of preparer (other than taxpayer) is based on all information of which preparer has any knowledge.

| | | |
|---|---|---|
| Your signature | Date | Your occupation |

If the IRS sent you an Identity Protection PIN, enter it here (see inst.) ▶ ▢▢▢▢▢▢

| | | |
|---|---|---|
| Spouse's signature. If a joint return, **both** must sign. | Date | Spouse's occupation |

If the IRS sent your spouse an Identity Protection PIN, enter it here (see inst.) ▶ ▢▢▢▢▢▢

*Joint return? See instructions. Keep a copy for your records.*

Phone no. ___   Email address ___

**Paid Preparer Use Only**

| Preparer's name | Preparer's signature | Date | PTIN | Check if: ☐ Self-employed |
|---|---|---|---|---|
| Firm's name ▶  Self-Prepared | | | Phone no. | |
| Firm's address ▶ | | | Firm's EIN ▶ | |

Go to *www.irs.gov/Form1040* for instructions and the latest information.   BAA   REV 09/09/22 Intuit.cg.cfp.sp   Form **1040** (2021)

IMPORTANT DISCLOSURES

If you are owed federal tax refund(s), you have a right to choose how you will receive the refund(s). There are several options available to you. Some options cost money and some options are free. Please read about these options below.

You can file your federal tax return(s) electronically or by paper and obtain your federal tax refund(s) *directly* from the Internal Revenue Service ("IRS") *for free.*    If you file your tax return(s) electronically, you can receive refund checks directly from the IRS through the U.S. Postal Service in 21 to 28 days from the time you file your tax return(s) or the IRS can deposit your refund(s) directly into your bank account in less than 21 days from the time you file your tax return(s) unless there are delays by the IRS. If you file a paper return through the U.S. Postal Service, you can receive refund checks directly from the IRS through the U.S. Postal Service in 6 to 8 weeks from the time the IRS receives your return(s) or the IRS can deposit your refund(s) directly into your bank account in 6 to 8 weeks from the time the IRS receives your return(s). However, if your return(s) contains Earned Income Tax Credit or Additional Child Tax Credit, the IRS will issue your refund(s) no earlier than February 15, 2022.

You can file your federal tax return(s) electronically, select the Refund Processing Service ("RPS") for an additional fee of $ (the "RPS fee"), and have your federal tax refund(s) processed through a processor using banking services of a financial institution. The RPS allows your refund(s) to be deposited into a bank account at Civista Bank ("Bank") and deducts your TurboTax fees and other amounts that you authorize from your federal refund(s). The balance of your federal refund(s) is delivered to you via the disbursement method you select. If you file your tax return(s) electronically and select the RPS, the IRS will deposit your refund(s) with Bank. Upon Bank's receipt of your refund(s), Santa Barbara Tax Products Group, LLC, a division of Green Dot Corporation, a Delaware corporation, a processor, will deduct from your federal refund(s) the RPS fee, any fees charged by TurboTax for the preparation and filing of your tax return(s) and any other amounts authorized by you and disburse the balance of your refund proceeds to you. Unless there are unexpected delays, federal refunds are received in less than 21 days from the time you file your tax return(s) electronically. However, if your return(s) contains Earned Income Tax Credit or Additional Child Tax Credit, the IRS will issue your refund(s) no earlier than February 15, 2022.

The RPS is not necessary to obtain your refund(s). If you have an existing bank account, you do not need to use the RPS, which requires the payment of a fee, in order to receive a direct deposit from the IRS. You may consult the IRS website (IRS.gov) for information about tax refund processing.

If you select the RPS, no prior debt you may owe to Bank will be deducted from your refund(s).

You can change your income tax withholdings which might result in you receiving additional funds throughout the year rather than waiting to receive these funds potentially in tax refund(s) next year. Please consult your employer or tax advisor for additional details.

This Agreement requires all disputes to be resolved by way of binding arbitration.
The terms of the arbitration provision appear in Section 11.

Information regarding low-cost deposit accounts may be available at  www.mymoney.gov

The chart below shows the options for filing your federal tax returns (e-file or paper returns), the RPS product, refund disbursement options, estimated timing for obtaining your federal tax refund proceeds, and costs associated with the various options.

| WHAT TYPE OF FILING METHOD? | WHAT ARE YOUR DISBURSEMENT OPTIONS? | WHAT IS THE ESTIMATED TIME TO RECEIVE REFUND(S)? | WHAT COSTS DO YOU INCUR IN ADDITION TO TAX PREPARATION FEES? |
|---|---|---|---|
| PAPER RETURN<br><br>No Refund Processing Service | IRS direct deposit to your personal bank account. | Approximately 6 to 8 weeks $_1$ | No additional cost. |
|  | Check mailed by IRS to address on tax return(s). | Approximately 6 to 8 weeks $_1$ |  |
| ELECTRONIC FILING (E-FILE)<br><br>No Refund Processing Service | IRS direct deposit to your personal bank account. | Usually within 21 days $_1$ | No additional cost. |
|  | Check mailed by IRS to address on tax return(s). | Approximately 21 to 28 days $_1$ |  |
| ELECTRONIC FILING (E-FILE)<br><br>Refund Processing Service | Direct deposit to your personal bank account. | Usually within 21 days $_1$ | $ _2 |

$_1$You may experience delays with your tax refund(s) if, for example, you enter incorrect bank account or contact information, you enter a bank account in someone else's name, or if possible suspicious activity is detected. If your return(s) contains Earned Income Tax Credit or Additional Child Tax Credit, the IRS will issue your refund(s) no earlier than February 15, 2022.

$_2$The charges here consist of an RPS Fee, a TurboTax fee and any fees for additional products and services purchased. See Section 3 of the Refund Processing Service Agreement for the cost of the service you have chosen.

Questions? Call 877-908-7228

sbia5201.ptform   12/02/21   12/02/2021

```
This form may require an upgrade of TurboTax.
```
## FORM 1040 or FORM 1040-SR WORKSHEET
**NOTE:** Form 1040, 1040-SR and Schedules 1 - 3 are fully calculated.

**2021**

Use this worksheet to enter all data which will flow to the Form 1040 or Form 1040SR and Schedules 1- 3.
Use these QuickZooms to jump to the entry sections for Schedules 1- 3 on this Worksheet:
### Form 1040 or Form 1040SR Worksheet Navigation QuickZooms
**QuickZoom** to Schedule 1 — Additional Income and Adjustments to Income . . . . . . . . . . . . . .▶ _____
**QuickZoom** to Schedule 2 — Additional Taxes . . . . . . . . . . . . . . . . . . . . . . . . . . . . . .▶ _____
**QuickZoom** to Schedule 3 — Additional Credits and Payments . . . . . . . . . . . . . . . . . . . .▶ _____

### Form 1040 or Form 1040-SR — Personal Info, Filing Status, Dependent Info

For the year January 1 - December 31, 2021, or other tax year
beginning _____ , 2021, ending _____ , 20 ____ .

| Your First Name | MI | Last Name | Your Social Security No. |
|---|---|---|---|
| If Joint Return, Spouse's First Name | MI | Last Name | Spouse's Social Security No. |

Home Address (No. and Street). If You Have a P.O. Box, See Instructions.           Apt. No.

City, Town or Post Office. If you have a foreign address, also complete below.   State   ZIP Code

Foreign country name                Foreign province/state/county        Foreign postal code

**QuickZoom** to explanation statement for overseas extension . . . . . . . . . . . . . . . . .▶

### Presidential Election Campaign

Check here if you, or your spouse if filing jointly, want $3 to go to this fund.
Checking a box will not change your tax or refund . . . . . . . . . . . . . . . . . . . . . □ **You**  □ **Spouse**

At any time during 2021, did you receive, sell, exchange, or otherwise
dispose of any financial interest in any virtual currency? . . . . . . . . . . . . . . . . . □ **Yes**  □ **No**

**Filing Status**   Check only one box.
All entries for filing status and dependents should be made on the Federal Information Worksheet.

[X] Single
[ ] Married filing jointly (even if only one had income)
[ ] Married filing separately. Enter spouse's SSN above and full name here.
  _____
[ ] Head of household (with qualifying person). (See instructions) If the qualifying person is a child
  but not your dependent, enter the child's name here . . . . . . ▶ _____
[ ] Qualifying widow(er) (See instructions)

**Dependents** If more than four dependents, see instructions and check here . . . . . . . . . . . ▶ [ ]

| (1) First name | Last name | (2) Social security number | (3) Relationship to you | (4) ✓ if qualifies for: | |
|---|---|---|---|---|---|
| | | | | under age 18 qualifying for child tax credit | Credit for other dependents |
| | | | | [ ] | [ ] |
| | | | | [ ] | [ ] |
| | | | | [ ] | [ ] |
| | | | | [ ] | [ ] |

**QuickZoom** to the Federal Information Worksheet . . . . . . . . . . . . . . . .
**QuickZoom** to the Dependent and Nondependent Information Worksheet . . .

000211

Page 2

**Standard Deduction**

☐ Someone can claim you as a dependent
☐ Someone can claim your spouse as a dependent

**a** Check if:   ☐ **You** were born before January 2, 1957   ☐ Blind
☐ **Spouse** was born before January 2, 1957   ☐ Blind
Total boxes checked . . . . . . . . . . . . . . . ▶ **a** ____
**b** If your spouse itemizes on a separate return or you were a
dual-status alien, check here . . . . . . . . . . . . . . . . . . . . . ▶ **b** ☐

**QuickZoom** to required PPP loan forgiveness statement to report tax-exempt income . . . . . . ▶ _____

### Form 1040 or Form 1040-SR, Lines 1 - 7

| | | | |
|---|---|---|---|
| **1** | Wages, salaries, tips, etc. Attach Form(s) W-2 . . . . . . . . . . . . . . . . | **1** | |
| **2 a** | **Tax-exempt** interest . . . . . . . . . . . . . . . . . **2a** | | |
| **b** | **Taxable** interest . . . . . . . . . . . . . . . . . | **2b** | |
| **3 a** | Qualified dividends . . . . . . . . . . . . . . . . . **3a** | | |
| **b** | Ordinary dividends . . . . . . . . . . . . . . . . . | **3b** | |
| **4 a** | IRA distributions . . . . . . . . . . . . . . . . . **4a** | | |
| **b** | Taxable amount . . . . . . . . . . . . . . . . . | **4b** | |
| **5 a** | Pensions and annuities . . . . . . . . . . . . . . **5a** | | |
| **b** | Taxable amount . . . . . . . . . . . . . . . . . | **5b** | |
| **6 a** | Social security benefits . . . . . . . . . . . . . . **6a** | | |
| **b** | Taxable amount . . . . . . . . . . . . . . . . . | **6b** | |
| **7** | Capital gain or (loss). Attach Schedule D if required. | | |
| | If not required, check here . . . . . . . . . . . . . . . ▶ ☐ | **7** | |

**QuickZoom** to Schedule 1 — Additional Income and Adjustments to Income . . . . . . . . ▶ _____

### Form 1040 or Form 1040-SR, Lines 8 - 11

| | | | |
|---|---|---|---|
| **8** | Other income from Schedule 1, line 10 . . . . . . . . . . . . . . . . . . . . . | **8** | |
| **9** | Add lines 1, 2b, 3b, 4b, 5b, 6b, 7, and 8. This is your **total income** . . . . . . . ▶ | **9** | |
| **10** | Adjustments to income from Schedule 1, line 26 . . . . . . . . . . . . . . | **10** | |
| **11** | Subtract line 10 from line 9. This is your **adjusted gross income**. . . . . . . . ▶ | **11** | |
| | AGI including excludable Puerto Rico Income . . . . . . . . . . . . . . . . . | | |

### Form 1040 or Form 1040-SR, Line 12 — Standard or Itemized Deduction

**12**   **Standard deduction or itemized deductions** (from Schedule A)
**Standard Deduction for —**
● People who checked blind or over 65 **or** who can be claimed
as a dependent, see instructions.
● All others:
  ● Single or Married filing separately: $12,550
  ● Married filing jointly or Qualifying widow(er): $25,100
  ● Head of household: $18,800
  ● If you checked any box under *Standard Deduction,* see instructions.
**QuickZoom** to the Standard Deduction Worksheet . . . . . . . . _____

**a** **Itemized deductions** (from Schedule A) **or** your
**standard deduction**, see above . . . . . . . . . . . . **12 a** | 12,550.
**Enter the smaller of these cash contributions
made or $300 ($600 if married filing jointly)
on line12b below if you take the standard
deduction** . . . . . . . . . . . . . . . . . _____

**b** Charitable contributions if you take the
standard deduction. . . . . . . . . . . . . . . . . **12 b**

**c** Add lines 12a and 12b. . . . . . . . . . . . . . . . . . . . . . . . . . . **12 c** | 12,550.
Subtract itemized or standard deduction from adjusted gross income amount | −12,550.

000212

Page 3

| Form 1040 or Form 1040-SR, Lines 13 - 18 | | |
|---|---|---|
| 13 | Qualified business income deduction from Form 8995 or Form 8995-A . . . . . . | 13 | |
| 14 | Add lines 12c and 13 · · · · · · · · · · · · · · · · · · · · · · · · · · | 14 | 12,550. |
| 15 | **Taxable income.** Subtract line 14 from line 11. If zero or less, enter -0- · · · · · · · · · · · · · · · · · · · · · · · · | 15 | 0. |

| | | | |
|---|---|---|---|
| 16 | **Tax.** Check if any from Forms(s): | | |
| | **1** ☐ 8814 | | |
| | **2** ☐ 4972 | | |
| | **3** ☐ | | 0. |
| 17 | Amount from Schedule 2, line 3 . . . . . . . . . . . . . . . . . . . . . | 17 | |
| 18 | Add lines 16 and 17 · · · · · · · · · · · · · · · · · · · · · · · · · · | 18 | 0. |
| | **QuickZoom** to Schedule 2 — Additional Tax section  · · · · · · · · · · · · · · · ► | | |

| Form 1040 or Form 1040-SR, Line 19 - 24 | | |
|---|---|---|
| 19 | Nonrefundable child tax credit or credit for other dependents from Schedule 8812 · · · · · · · · · · · · · · · · · · · · · | 19 | |
| 20 | Amount from Schedule 3, line 8 . . . . . . . . . . . . . . . . . . . . | 20 | |
| 21 | Add lines 19 and 20 · · · · · · · · · · · · · · · · · · · · · · · · · · | 21 | |
| 22 | Subtract line 21 from line 18. If zero or less, enter -0- · · · · · · · · · · · · | 22 | 0. |
| 23 | Other taxes, including self-employment tax, from Schedule 2, line 21 . . . . . . | 23 | 0. |
| 24 | Add lines 22 and 23. This is your **total tax** . . . . . . . . . . ► | 24 | 0. |
| | **QuickZoom** to Schedule 3 — Additional Credits and Payments . . . . . . . . . . . . . . . . . ► | | |

| Form 1040 or Form 1040-SR, Lines 25 - 33 | | | |
|---|---|---|---|
| 25 | Federal income tax withheld from: | | |
| a | Form(s) W-2 . . . . . . . . . . . . . . . . . . . . . . . | 25 a | |
| b | Form(s) 1099 . . . . . . . . . . . . . . . . . . . . . . . | 25 b | |
| c | Other forms . . . . . . . . . . . . . . . . . . . . . . . | 25 c | |
| d | Add lines 25a through 25c . . . . . . . . . . . . . . . . . . | 25 d | |
| 26 | 2021 estimated tax payments and amount applied from 2020 return . . . . | 26 | |
| 27 | If you have a qualifying child, attach Sch. EIC. | | |
| a | Earned income credit (EIC) . . . . . . .      No | 27 a | |
| | Check here if you were born after January 1, 1998, and before January 2, 2004, and you satisfy all the other requirements for taxpayers who are at least age 18, to claim the EIC . . . . . . . . . . . . . . ► ☐ | | |
| b | Nontaxable combat pay election . . | 27 b | |
| c | Prior year (2019) earned income . . . . . . . | 27 c | |
| 28 | Refundable child tax credit or additional child tax credit from Schedule 8812 · · · · · · · · | 28 | |
| 29 | American opportunity credit from Form 8863, line 8 . . | 29 | |
| 30 | Recovery rebate credit . . . . . . . . . . . . . . . . . | 30 | |
| 31 | Amount from Schedule 3, line 15 . . . . . . . . . . . | 31 | |
| 32 | Add lines 27a and 28 through 31. **These are your other payments and refundable credits** . . . . . . . . . . ► | 32 | |
| 33 | Add Lines 25d, 26, and 32. These are your **total payments** · · · · · · · · · · · · · · · · · · · · · · ► | 33 | |

**QuickZoom** to Schedule EIC Worksheet, pg. 2 if credit is not calculated . . . . . . . . . . . ►
**QuickZoom** to "due diligence checklist" substitute for Form 8867 . . . . . . . . . . . . . . . . ►
**QuickZoom** to Schedule 3 — Additional Credits and Payments  · · · · · · · · · · · · · · · ►

| Form 1040 or Form 1040-SR, Lines 34 - 36 | | |
|---|---|---|
| **Refund:** | | |
| 34  If total Payments is more than total tax, subtract **total tax** from **payments** This is the amount you **overpaid** | 34 | |
| 35 a  Amount of overpayment you want **refunded to you.** If Form 8888 is attached, check here . . . . . . . . . . . . . . . . . . . ► | 35 | |
| Direct deposit? | | |
| ► b  Routing number . . . . <u>XXXXXXXXX</u> | | |
| ► c  Type: | | |
| ☐ Checking | | |
| ☐ Savings | | |
| ► d  Account number . . . . <u>XXXXXXXXXXXXXXXX</u> | | |
| 36  Amount of overpayment on line 34 you want **applied to your 2022 estimated tax** . . . . . . . . ► | 36 | |
| Form 1040 or Form 1040-SR, Lines 37 and 38 | | |
| **Amount You Owe:** | | |
| 37  Subtract total payments from total tax . . . . . . . . . . . . . . . . . . ► | 37 | 0. |
| **Note:** Schedule H and Schedule E SE filers, line 37 may not represent all of the taxes you owe for 2021. See Schedule 3, line 12e, and its instructions for details. | | |
| 38  Estimated tax penalty . . . . . . . . . . . . . . . . . . ► | 38 | |
| QuickZoom to Late Penalties and Interest Worksheet . . . . . . . . . . . . . . ► QuickZoom . . ► | | |

## Schedule 1 — Additional Income and Adjustments to Income

**Part I**   Additional Income

| 1  Taxable refunds, credits, or offsets of state and local income taxes . . . . . . . . . | 1 | |
|---|---|---|

### Alimony Received Smart Worksheet

| | Taxpayer | Spouse | Date of divorce/sep | * |
|---|---|---|---|---|
| A | | | | |
| B | | | | |

* Check the box if the pre-2019 decree was modified after 2018 to treat the payments as nontaxable

| 2 a  Alimony received. . . . . Taxpayer _____ Spouse _____ | 2 a | |
|---|---|---|
| b  Date of original divorce or separation agreement . . . . . . . . ► | | |
| 3  Business income or (loss). Attach Schedule C . . . . . . . . . . . . . . . . . . . . | 3 | |
| 4  Other gains or (losses). Attach Form 4797 . . . . . . . . . . . . . . . . . . . . . | 4 | |
| 5  Rental real estate, royalties, partnerships, S corporations, trusts, etc. Attach Schedule E . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . | 5 | |
| 6  Farm income or (loss). Attach Schedule F . . . . . . . . . . . . . . . . . . . . | 6 | |
| 7  Unemployment compensation . . . . . . . . . . . . . . . . . . . . . . . . | 7 | |
| 8  Other income: | | |
| a  Net operating loss . . . . . . . . . . . . . . . | 8 a | |
| b  Gambling income . . . . . . . . . . . . . . . . | 8 b | |
| c  Cancellation of debt . . . . . . . . . . . . . . . | 8 c | |
| d  Foreign earned income exclusion from Form 2555 . . . . | 8 d | |
| e  Taxable Health Savings Account distribution . . . . . . | 8 e | |
| f  Alaska Permanent Fund dividends . . . . . . . . . . . | 8 f | |
| g  Jury duty pay . . . . . . . . . . . . . . . . . . | 8 g | |
| h  Prizes and awards . . . . . . . . . . . . . . . . | 8 h | |
| i  Activity not engaged in for profit income . . . . . . . . . | 8 i | |
| j  Stock options . . . . . . . . . . . . . . . . . . | 8 j | |
| k  Income from the rental of personal property if you engaged in the rental for profit but were not in the business of renting such property . . . . . . . . | 8 k | |
| l  Olympic and Paralympic medals and USOC prize money . . . . . . . . . . . . . . . . . | 8 l | |
| m  Section 951(a) inclusion . . . . . . . . . . . . . . | 8 m | |
| n  Section 951A(a) inclusion . . . . . . . . . . . . . . | 8 n | |
| o  Section 461(l) excess business loss adjustment . . . . . | 8 o | |
| p  Taxable distributions from an ABLE account . . . . . . . | 8 p | |
| 8 z  Other income. List type and amount: | | |
| _____ | | |
| _____ | 8 z | |
| 9  Total other income. Add lines 8a through 8z . . . . . . . . . . . . . . . . . | 9 | |
| 10  Combine lines 1 through 7 and 9. Enter here and on Form 1040, 1040-SR, or 1040-NR, line 8. . . . . . . . . . . . . | 10 | |
| **Total Income.** Combine Form 1040 lines 1- 7 and Schedule 1, line 10, enter on Form 1040, line 9. . . . . . . . . ► | | |
| Quickzoom to 1040 Worksheet, line 9 — Total Income . . . . . . . . . ► QuickZoom. . ► | | |

Page 5

## Part II  Adjustments to Income

| | | | |
|---|---|---|---|
| 11 | Educator expenses . . . . . . . . . . . . . . . . . . . . . . . . . . . . | 11 | |
| 12 | Certain business expenses of reservists, performing artists, and fee-basis government officials. Attach Form 2106 . . . . . . . . . . . . . . . . | 12 | |
| 13 | Health savings account deduction. Attach Form 8889 . . . . . . . . . . | 13 | |
| 14 | Moving expenses for members of the Armed Forces. Attach Form 3903 . . . . . . . . . . . . . . . . . . . . . . . . . . | 14 | |
| 15 | Deductible part of self-employment tax. Attach Schedule SE | 15 | |
| 16 | Self-employed SEP, SIMPLE, and qualified plans . . . . . . . . . . . . | 16 | |
| 17 | Self-employed health insurance deduction . . . . . . . . . . . . . . | 17 | |
| 18 | Penalty on early withdrawal of savings. . . . . . . . . . . . . . . . . | 18 | |

### Alimony Paid Smart Worksheet

| | Recipient's name | Recipient's SSN | Date of divorce/sep | * | Alimony paid |
|---|---|---|---|---|---|
| A | | | | | |
| B | | | | | |

* Check the box if the pre-2019 decree was modified after 2018 to treat the payments as nondeductible

| | | | |
|---|---|---|---|
| 19 a | Alimony paid . . . . . . . . . . . . . . . . . . . . . . . . . . . | 19 a | |
| b | Recipient's SSN . . . . . . . . . . . . . . . . . . . . . ▶ | | |
| c | Date of original divorce or separation agreement . . . . . . . . ▶ | | |
| 20 | IRA deduction . . . . . . . . . . . . . . . . . . . . . . . . . . | 20 | |
| 21 | Student loan interest deduction. . . . . . . . . . . . . . . . . . . | 21 | |
| 22 | Reserved for future use . . . . . . . . . . . . . . . . . . . . . . | 22 | |
| 23 | Archer MSA deduction . . . . . . . . . . . . . . . . . . . . . . . | 23 | |
| 24 | Other adjustments: | | |
| a | Jury duty pay. . . . . . . . . . . . . . . . . . . . . . . | 24 a | |
| b | Deductible expenses related to income reported on line 8k from the rental of personal property engaged in for profit . . . . . . . . . . . . . . . . . . . . . . . | 24 b | |
| c | Nontaxable amount of the value of Olympic and Paralympic medals and USOC prize money reported on line 8l . . . . . . . . . . . . . . . . . . . . . . | 24 c | |
| d | Reforestation amortization and expenses . . . . . . . . . | 24 d | |
| e | Repayment of supplemental unemployment benefits under the Trade Act of 1974 . . . . . . . . . | 24 e | |
| f | Contributions to section 501(c)(18)(D) pension plans. . . | 24 f | |
| g | Contributions by certain chaplains to section 403(b) plans . . . . . . . . . . . . . . . . . . . . . | 24 g | |
| h | Attorney fees and court costs for actions involving certain unlawful discrimination claims . . . . . . . . . . | 24 h | |
| i | Attorney fees and court costs you paid in connection with an award from the IRS for information you provided that helped the IRS detect tax law violations . . | 24 i | |
| j | Housing deduction from Form 2555 . . . . . . . . . . . | 24 j | |
| k | Excess deductions of section 67(e) expenses from Schedule K-1 (Form 1041) . . . . . . . . . . . . . . | 24 k | |
| z | Other adjustments. List type and amount: ▶ | 24 z | |
| 25 | Total other adjustments. Add lines 24a through 24z . . . . . . . . . . | 25 | |
| 26 | Add lines 11 through 23 and 25 These are your **adjustments to income.** Enter here and on Form 1040 or 1040-SR, line 10, or Form 1040-NR, line 10a . . . . . . . . . . | 26 | |

## Schedule 2 — Additional Taxes

## Part I  Tax

| | | | |
|---|---|---|---|
| 1 | **Alternative minimum tax** (see instructions). Attach Form 6251 . . . . . . . . . . | 1 | |
| 2 | Excess advance premium tax credit repayment. Attach Form 8962. . . . . . . . . | 2 | |
| 3 | Add lines 1 and 2. Enter here and include on Form 1040, 1040-SR, or 1040-NR, line 17 . . . . . . . . | 3 | |

Page 6

| | **Part II** | **Other Taxes** | | |
|---|---|---|---|---|
| **4** | Self-employment tax. Attach Schedule SE . . . . . . . . . . . . . . . . . . . . . . . . . . . . . | | **4** | |
| **5** | Social security and Medicare tax on unreported tip income. Attach Form 4137 . . . . . . . . . | **5** | | |
| **6** | Uncollected social security and Medicare tax on wages. Attach Form 8919 . . . . . . . . . . . . . . . . . | **6** | | |
| **7** | Total additional social security and Medicare tax. Add lines 5 and 6 . . . . . . . . | | **7** | |
| **8** | Additional tax on IRAs or other tax-favored accounts. Attach Form 5329 if required . . . . . . . . . . . . . . . | | **8** | |
| **9** | Household employment taxes from Schedule H . . . . . . . . . . . . . . . . . | | **9** | |
| **10** | Repayment of first-time homebuyer credit. Attach Form 5405 if required . . . . . . | | **10** | |
| **11** | Additional Medicare Tax. Attach Form 8959 . . . . . . . . . . . . . . . . . . . | | **11** | |
| **12** | Net investment income tax. Attach Form 8960 . . . . . . . . . . . . . . . . . . | | **12** | |
| **13** | Uncollected social security and Medicare or RRTA tax on tips or group-term life insurance from W-2, box 12 . . . . . . . . . . . . . . . . . . . . . . . | | **13** | |
| **14** | Interest on tax due on installment income from the sale of certain residential lots and timeshares . . . . . . . . . . . . . . . . . . . . . . . | | **14** | |
| **15** | Interest on the deferred tax on gain from certain installment sales with a sales price over $150,000 . . . . . . . . . . . . . . . . . . . . . . . . . . | | **15** | |
| **16** | Recapture of low-income housing credit. Attach Form 8611 . . . . . . . . . . . . | | **16** | |
| **17** | Other additional taxes: | | | |
| **a** | Recapture of other credits. List type, form number, and amount: ▶ _____ _____ | **17 a** | | |
| **b** | Recapture of federal mortgage subsidy. If you sold your home in 2021, see instructions . . . . . . . . . . | **17 b** | | |
| **c** | Additional tax on HSA distributions. Attach Form 8889 . . | **17 c** | | |
| **d** | Additional tax on an HSA because you didn't remain an eligible individual. Attach Form 8889 . . . . . . . . . | **17 d** | | |
| **e** | Additional tax on Archer MSA distributions. Attach Form 8853 . . . . . . . . . . . . . . . . . . . | **17 e** | | |
| **f** | Additional tax on Medicare Advantage MSA distributions. Attach Form 8853 . . . . . . . . . . . . . | **17 f** | | |
| **g** | Recapture of a charitable contribution deduction related to a fractional interest in tangible personal property . . . . . . . . . . . . . . . . . . | **17 g** | | |
| **h** | Income you received from a nonqualified deferred compensation plan that fails to meet the requirements of section 409A . . . . . . . . . . . . . . . . . | **17 h** | | |
| **i** | Compensation you received from a nonqualified deferred compensation plan described in section 457A . . . . . . . . . . . . . . . . . . . . | **17 i** | | |
| **j** | Section 72(m)(5) excess benefits tax . . . . . . . . . . | **17 j** | | |
| **k** | Golden parachute payments . . . . . . . . . . . . . . | **17 k** | | |
| **l** | Tax on accumulation distribution of trusts . . . . . . . | **17 l** | | |
| **m** | Excise tax on insider stock compensation from an expatriated corporation . . . . . . . . . . . . . . . . | **17 m** | | |
| **n** | Look-back interest under section 167(g) or 460(b) from Form 8697 or 8866 . . . . . . . . . . . . . . | **17 n** | | |
| **o** | Tax on non-effectively connected income for any part of the year you were a nonresident alien from Form 1040-NR . . . . . . . . . . . . . . . . . . . . | **17 o** | | |
| **p** | Any interest from Form 8621, line 16f, relating to distributions from, and dispositions of, stock of a section 1291 fund . . . . . . . . . . . . . . . . | **17 p** | | |
| **q** | Any interest from Form 8621, line 24 . . . . . . . . . . | **17 q** | | |
| **z** | Any other taxes. List type and amount: ▶ _____ _____ | **17 z** | | |
| **18** | Total additional taxes. Add lines 17a through 17z. . . . . . . . . . . . . . . . . | | **18** | |
| **19** | Additional tax from Schedule 8812 . . . . . . . . . . . . . . . . . . . . . . . | | **19** | |
| **20** | Section 965 net tax liability installment from Form 965-A . . . . . . . . . . . . . . . . . . . . | **20** | | |
| **21** | Add lines 4, 7 through 16, 18, and 19. These are your **total other taxes.** Enter here and on Form 1040 or 1040-SR, line 23, or Form 1040-NR, line 23b . . . | | **21** | 0. |
| | **Total tax** (add line 21 and Schedule 3, line 7b) . . . . . . . . . . . . . . . . . | | | 0. |

## Schedule 3 — Additional Credits and Payments

### Part I   Nonrefundable Credits

| | | |
|---|---|---|
| 1 | Foreign tax credit. Attach Form 1116 if required . . . . . . . . . . . . . . . . . | 1 |
| 2 | Credit for child and dependent care expenses from Form 2441, line 11. | |
| 2 | Attach Form 2441 . . . . . . . . . . . . . . . . . . . . . . . . . . . . . | 2 |
| 3 | Education credits from Form 8863, line 19 . . . . . . . . . . . . . . . . . | 3 |
| 4 | Retirement savings contributions credit. Attach Form 8880 . . . . . . . . . . | 4 |
| 5 | Residential Energy Credit.  Attach Form 5695 . . . . . . . . . . . . . . . . . | 5 |
| 6 | Other nonrefundable credits: | |

| | | | |
|---|---|---|---|
| a | General business credit. Attach Form 3800 . . . . . . . | 6 a | |
| b | Credit for prior year minimum tax. Attach Form 8801 . . . | 6 b | |
| c | Adoption credit. Attach Form 8839 . . . . . . . . . . . | 6 c | |
| d | Credit for the elderly or disabled. Attach Schedule R . . . | 6 d | |
| e | Alternative motor vehicle credit. Attach Form 8910 . . . . | 6 e | |
| f | Qualified plug-in motor vehicle credit. | | |
| | Attach Form 8936 . . . . . . . . . . . . . . . . . | 6 f | |
| g | Mortgage interest credit. Attach Form 8396 . . . . . . . | 6 g | |
| h | District of Columbia first-time homebuyer credit. | | |
| | Attach Form 8859 . . . . . . . . . . . . . . . . . | 6 h | |
| i | Qualified electric vehicle credit. Attach Form 8834 . . . . | 6 i | |
| j | Alternative fuel vehicle refueling property credit. | | |
| | Attach Form 8911 . . . . . . . . . . . . . . . . . | 6 j | |
| k | Credit to holders of tax credit bonds. Attach Form 8912 | 6 k | |
| l | Amount on Form 8978, line 14 . . . . . . . . . . . | 6 l | |
| z | Other nonrefundable credits. List type and amount: | | |
| | ► | | |
| | _____  _____ | 6 z | |

| | | |
|---|---|---|
| 7 | Total other nonrefundable credits. Add lines 6a through 6z . . . . . . . . . . . | 7 |
| 8 | Add lines 1 through 5 and 7. | |
| | Enter here and on Form 1040, 1040-SR, or 1040-NR, line 20 . . . . . . . . . . . | 8 |
| a | Add line 8 plus child tax/other dep. credit on line 19 above . . . . | |
| b | Subtract total credits on line 8a from tax on line 18 above . . . . 0. | |

**Quickzoom to 1040 Worksheet, line 24 — Total Tax** . . . . . . . . . . ► **QuickZoom** . . ► _____

### Part II   Other Payments and Refundable Credits

| | | |
|---|---|---|
| 9 | Net premium tax credit. Attach Form 8962 . . . . . . . . . . . . . . . . . | 9 |
| 10 | Amount paid with request for extension to file . . . . . . . . . . . . . . . . . . | 10 |
| 11 | Excess social security and tier 1 RRTA tax withheld . . . . . . . . . . . . . . . | 11 |
| 12 | Credit for federal tax on fuels. Attach Form 4136 . . . . . . . . . . . . . . . . | 12 |
| 13 | Other payments or refundable credits: | |

| | | | |
|---|---|---|---|
| a | Form 2439 . . . . . . . . . . . . . . . . . . . . . | 13 a | |
| b | Qualified sick and family leave credits from | | |
| | Schedule(s) H and Form(s) 7202 for leave | | |
| | taken before April 1, 2021 . . . . . . . . . . . . . . | 13 b | |
| c | Health coverage tax credit from Form 8885 . . . . . . . | 13 c | |
| d | Credit for repayment of amounts included in | | |
| | income from earlier years . . . . . . . . . . . . . . | 13 d | |
| e | Reserved for future use . . . . . . . . . . . . . . . | 13 e | |
| f | | 13 f | |
| g | Credit for child and dependent care expenses from | | |
| | Form 2441, line 10. Attach Form 2441 . . . . . . . . . | 13 g | |
| h | Qualified sick and family leave credits from | | |
| | Schedule(s) H and Form(s) 7202 for leave | | |
| | taken after March 31, 2021 . . . . . . . . . . . . . | 13 h | |
| z | Other payments or refundable credits. List type and | | |
| | amount . ► _____  _____ | | |
| | _____  _____ | 13 z | |

| | | |
|---|---|---|
| 14 | Total other payments or refundable credits. Add lines 13a through 13z . . . . . . . | 14 |
| 15 | **Total Payments:** Part II, lines 9 through 12 and 14, | |
| | **Withholding** (Form 1040, line 25d), | |
| | **Estimated Tax Payments**  (Form 1040, line 26) **and** Form 1040, lines 27-30 . . . . | 15 |
| | **Other Payments and Refundable Credits** (Form 1040, line 32) . ► _____ | |

Page 8

## Third Party Designee

Do you want to allow another person to discuss this return
with the IRS (see instructions)? . . . . . . . . . . . . . . . . . . ☐ **Yes.** Complete the following.   ☒ **No**
Designee's Name . . . . . . . . . . ▶ _____
Phone Number . . . . . . . . . . . ▶ _____    Personal Identification Number (PIN) . . ▶ _____

## Signature and Paid Preparer

### Sign Here
Joint return? See instructions.
Keep a copy of this return for your records.

Under penalties of perjury, I declare that I have examined this return and accompanying schedules and
statements, and to the best of my knowledge and belief, they are true, correct, and accurately list all
amounts and sources of income I received during the year. Declaration of preparer (other than taxpayer)
is based on all information of which preparer has any knowledge.

|  |  | | If the IRS sent you an Identity Protection PIN, enter it here |
|---|---|---|---|
| Your Signature | Date | Your Occupation | ▶ _____ |
| Spouse's Signature. If joint, **both** must sign. | Date | Spouse's Occupation | ▶ _____ |
| Daytime Phone No. | | Email Address | |

### Paid Preparer's Use Only

| Print/Type Preparer's name | Preparer's PTIN | Check if: |
|---|---|---|
| Preparer's Signature | Date | ☐ Self-employed |
| Firm's Adress (or yours if self-employed)<br>Self-Prepared | Firm's EIN. | Phone No. |
|  | State | ZIP Code |

---

### Filing Address Information

Send Form 1040 to:   Department of the Treasury
Internal Revenue Service
Austin, TX 73301-0215
USA

| Form 8960<br>Lines 4b, 5b, 7, 9, 10 | Form 8960 Worksheet | 2021 |

| Name(s) Shown on Return | Your SSN |

## Line 4b - Adjustment for trade or business income or loss

| (a) Activity name | (b) Gain or loss |
|---|---|
| | |
| | |
| | |

Enter additional adjustments not included above:

| | |
|---|---|
| | |

Adjustment for trade or business income not subject to net investment tax . . . . . . . . .

## Line 5b - Adjustment for gain or loss on dispositions

| (a) Activity name | (b) Gain or loss |
|---|---|
| | |
| | |
| | |

Capital loss carryover adjustment from 2020 for net investment tax purposes

Enter additional adjustments not included above and check the box if a capital gain or loss:

| | |
|---|---|
| | |

Net gain or loss from disposition of property not subject to net investment tax . . . . . . .

## Capital gain/loss not included in net investment income

| (a) Activity name | (b) Capital Gain or Loss |
|---|---|
| | |
| | |
| | |

Capital gain or loss from sale of property not subject to net investment income tax . . . .

## Calculation of line 5b adjustment due to capital loss carryforward

| | | | |
|---|---|---|---|
| 1 | Net capital loss not included in net investment income . . . . . . . . . . . . . . | 1 | 0. |
| 2 | Capital loss carryover to next year . . . . . . . . . . . . . . . . . . . . . . . | 2 | |
| 3 | Lesser of line 1 or line 2 (Included as an adjustment on line 5b table above). . . | 3 | 0. |

## Line 7 - Other modifications to investment income

| | | | |
|---|---|---|---|
| 1 | Casualty and theft losses reported on Schedule A, line 15. . . . . . . . . . . . | 1 | |
| 2 | Amounts reported on Form 8814, line 12 . . . . . . . . . . . . . . . . . . . . | 2 | |
| 3 | Adjustment for distributions from estates and trusts . . . . . . . . . . . . . . . | 3 | |
| 4 | Schedules C and F income/loss included in net investment income. . . . . . . . | 4 | |
| 5 | Substitute interest and dividend payments . . . . . . . . . . . . . . . . . . . | 5 | |
| 6 | Recovery of a prior year deduction. . . . . . . . . . . . . . . . . . . . . . . | 6 | |
| 7 | | 7 | |
| 8 | Total other modifications to investment income . . . . . . . . . . . . . . . . . | 8 | |

000219

## Line 9b - State, local, and foreign income taxes allocable to net investment income

| | | | |
|---|---|---|---|
| 1 | State and local income taxes | 1 | |
| 2 | Investment income | 2 | |
| 3 | Total adjusted gross income | 3 | |
| 4 | Divide line 2 by line 3. Enter result as a decimal amount | 4 | |
| 5 | State and local income taxes allocable to investment income | 5 | |
| 6 | State and local taxes (Schedule A, line 5e) | 6 | |
| 7 | Lesser of line 5 or line 6 | 7 | |
| 8 | Foreign income taxes | 8 | |
| 9 | Foreign income taxes allocable to investment income. Line 8 times line 4. | 9 | |
| 10 | Add lines 7 and 9. State, local and foreign income taxes allocable to investment income | 10 | |

## Lines 9 and 10 - Application of Itemized Deduction Limitations  Worksheet

### Part III - Application of Section 68 to Deductions Properly Allocable to Investment Income

| | | | |
|---|---|---|---|
| 1 | Reserved | 1 | |
| 2 | Enter the amount of state, local, and foreign income taxes that are properly allocable to investment income | 2 | |
| 3 | Enter the amount of other Itemized Deductions subject to the section 68 limitation and properly allocable to investment income before any itemized deduction limitation: | 3 | |
| 4 | Enter the total deductions properly allocable to investment income subject to the section 68 limitation.  Enter the sum of lines 1 through 3. | 4 | |
| 5 | Enter the amount of total itemized deductions allowed after the section 68 limitation.  Form 1040, line 12 | 5 | |
| 6 | Enter all other itemized deductions allowed but not subject to the section 68 deduction limitation: | 6 | |
| 7 | Subtract line 6 from line 5 | 7 | |
| 8 | Enter the lesser of line 7 or line 4 | 8 | |

**Part IV - Reconciliation of Schedule A Deductions to Form 8960 plus additional expenses, lines 9 and 10**

| (A) | (B) | (C) |
|---|---|---|
| Reenter the amounts and descriptions from Part III, lines 1-3 | Fraction (see Help) | Column A times B |

Miscellaneous Itemized Deductions properly allocable to Investment Income reportable on Form 8960, line 9c:

1  Reserved. . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . .  _____

2  State, local, and foreign income taxes. . . . . . . . . . . . .  _____ x _____ = _____

Itemized Deductions Subject to Section 68 reportable on Form 8960, line 10:

3  _____  _____ x _____ = _____
   _____  _____ x _____ = _____
   _____  _____ x _____ = _____
   _____  _____ x _____ = _____

Penalty on early withdrawal of savings . . . . . . . . . . . . . . . . . . . . . . . . . . .  _____
Other modifications:

_____

Total additional modifications to Form 8960, line 10 . . . . . . . . . . . . . . . . . . . . .  _____

## Calculation of Former Passive Activity Suspended Losses Allowed as Deduction Against NII

### 1) Former Passive Activity Suspended Losses

| (a) Activity name | (b) Suspended 12/31/2020 | (c) Suspended 12/31/2021 | (d) Used against activity | (e) Used against other passive |
|---|---|---|---|---|
|  |  |  |  |  |
|  |  |  |  |  |
|  |  |  |  |  |
|  |  |  |  |  |

### 2) Former Passive Activity Suspended Losses - Schedule D

| (a) Activity name | (b) Suspended 12/31/2020 | (c) Suspended 12/31/2021 | (d) Used against activity | (e) Used against other passive |
|---|---|---|---|---|
|  |  |  |  |  |
|  |  |  |  |  |
|  |  |  |  |  |
|  |  |  |  |  |

### 3) Former Passive Activity Suspended Losses - Form 4797

| (a) Activity name | (b) Suspended 12/31/2020 | (c) Suspended 12/31/2021 | (d) Used against activity | (e) Used against other passive |
|---|---|---|---|---|
|  |  |  |  |  |
|  |  |  |  |  |
|  |  |  |  |  |
|  |  |  |  |  |

**Federal Information Worksheet**  **2021**
► Keep for your records

## Part I — Personal Information
Information in Part I is **completely calculated** from entries on Personal Information Worksheets.

| **Taxpayer:** | | **Spouse:** | |
|---|---|---|---|
| First name . . . . . . | | First name . . . . . . | |
| Middle initial . . . . . . | Suffix . . . . . | Middle initial . . . . . | Suffix . . . . |
| Last name . . . . . . | | Last name . . . . . | |
| Social security no. . . | | Social security no. . . . | |
| Occupation . . . . . | | Occupation . . . . . | |
| Date of birth . . . . . | (mm/dd/yyyy) | Date of birth . . . . . | (mm/dd/yyyy) |
| Age as of 1-1-2022 . . | | Age as of 1-1-2022 . . | |
| Daytime phone . . . . | Ext | Daytime phone . . . . | Ext |
| Legally blind . . . . . | | Legally blind . . . . . | |
| Date of death . . . . . | | Date of death . . . . . | |

**Dependent of Someone Else:**
**Can** taxpayer be claimed as dependent of another
person (such as parent)? . . ☐ Yes ☐ No
If yes, **was** taxpayer claimed as dependent on that
person's return? . . ☐ Yes ☐ No

**Dependent of Someone Else:**
**Can** spouse be claimed as dependent of another
person (such as parent)? . . ☐ Yes ☐ No
If yes, **was** spouse claimed as dependent on that
person's return? . . ☐ Yes ☐ No

**Credit for the Elderly or Disabled (Schedule R):**
Is the taxpayer retired on total
and permanent disability? . . ☐ Yes ☐ No

**Credit for the Elderly or Disabled (Schedule R):**
Is the spouse retired on total
and permanent disability? . . ☐ Yes ☐ No

**Presidential Election Campaign Fund:**
Does the taxpayer want $3 to go to the Presidential
Election Campaign Fund? . . ☐ Yes ☐ No

**Presidential Election Campaign Fund:**
Does the spouse want $3 to go to the Presidential
Election Campaign Fund?. . ☐ Yes ☐ No

## Part II — Address and Federal Filing Status (enter information in this section)

**US Address:**
Address . . . . . . _____ Apt no.. . _____
City . . . . . . _____ State . . . . ____ ZIP code . . _____
**Foreign Address:** Check this box to use foreign address . . ► ☐
Address . . . . . . _____ Apt no... _____
City. . . . . . . . _____
Foreign code . . . ___ Foreign country . . . _____
Foreign province/county _____ Foreign postal code _____

APO/FPO/DPO address, check if appropriate . . . . . . . . . . . . . . APO ☐   FPO ☐   DPO ☐

Home phone . . . .
Check to print phone number on Form 1040 . . . . ☐ Home   ☐ Taxpayer daytime   ☐ Spouse daytime

Print Form 1040-SR instead of Form 1040 . . . . . . . . . . . . . ☐ Yes ☒ No

**Federal filing status:**
☒ **1** Single
☐ **2** Married filing jointly
☐ **3** Married filing separately
    Check this box if you **did not** live with your spouse at any time during the year . . . . . . . . ► ☐
    Check this box if you are eligible to claim your spouse's exemption/blind/over age 65 (see Help) . . . . . ► ☐
☐ **4** Head of household
    If the 'qualifying person' is your child but **not** your dependent:
    Child's First name ___ MI ___ Last Name _____ Suff ___
    Child's social security number . . _____
☐ **5** Qualifying widow(er)
    Check the appropriate box for the year your spouse died . . . . . . . 2019 ► ☐   2020 ► ☐
    Are you a dependent with a qualifying child . . . . . . . . . . . . . Yes ► ☐   No ► ☐
    Enter qualifying person's name:
    Child's First name ___ MI ___ Last Name _____ Suff ___
    Child's social security number . . _____

## Part III — Dependent/Earned Income Credit/Child and Dependent Care Credit Information
Information in Part III is completely calculated from entries on Dependent/Nondependent Info Worksheets.

| First name / Last name | MI / Suff | Social security number / Relationship | Age | Code | Not qual for child tax cr | Qualified child/dep care exps incurred and paid 2021 | EIC | Lived with taxpyr in U.S. | Not qual credit other dep Educ Tuitn and Fees | * Dep |
|---|---|---|---|---|---|---|---|---|---|---|
| | | | | | | | | | | |
| | | | | | | | | | | |
| | | | | | | | | | | |
| | | | | | | | | | | |

\* "Yes" - qualifies as dependent, "No" - does not qualify as dependent

Use the PIN that you signed last year's tax return with.
Taxpayer's Prior year PIN . .  _____
Spouse's Prior year PIN . . .  _____

These signature PINs are chosen by the taxpayer and spouse and used for e-filing your tax return
Taxpayer's PIN used to sign the return . . . . .  _____
Spouse's PIN used to sign the return . . . . . .  _____

**Taxpayer:**
Drivers license or state ID number      _____
Issued by what state      _____
License or ID      license . ▶ ☐      ID . ▶ ☐      neither . ▶ ☐      decline . ▶ ☐

**Spouse**
Drivers license or state ID number      _____
Issued by what state
License or ID      license . ▶ ☐      ID . ▶ ☐      neither . ▶ ☐      decline . ▶ ☐

## Personal Information Worksheet
## For the Taxpayer

**2021**

► Keep for your records

**QuickZoom** to another copy of Personal Information Worksheet  . . . . . . . . . . . . . . . . . . . . ►
**QuickZoom** to Federal Information Worksheet  . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . ►

## Part I — Taxpayer's Personal Information

First name . . .  _____     Middle initial  .  ___   Last name  .  .  _____
Suffix  .  .  .  .  .
Social security no.  .  .  _____     Member of U.S. Armed Forces in 2021?  . .  [  ]   Yes   [  ]   No

Date of birth . . . . .  _____ (mm/dd/yyyy)     age as of 1-1-2022 . . . . . . . . . .  ____

Occupation  . . . .  _____     Daytime phone . . . .  _____   Ext  _____

Marital status  . . .  _____
If widowed, check the appropriate box for the year your spouse died:
After 2021  ► [  ]     2021  . ► [  ]     2020  . ► [  ]     2019  . ► [  ]     Before 2019  . ► [  ]

Are you retired on total and permanent disability? (for Schedule R, see Help) . . . . . . ► [  ]   Yes   [  ]   No
Check if this person is legally blind . . . . . . . . . . . . . . . . . . . . . . . . . . ► [  ]   Yes   [  ]   No
If deceased, enter the date of death  . . . . . . . . . . . . . . . . . ► (mm/dd/yyyy)  _____

Were you under the age of 16 as of 1-1-2022 and this is the first year you
are filing a tax return? . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . ► [  ]   Yes   [  ]   No

Language in which you want the IRS to communicate with you  . . . . . . . . . . . . ► _____

Do you want $3 to go to Presidential Election Campaign Fund? . . . . . . . . . . . . ► [  ]   Yes   [  ]   No

## Part II — Questions for Individuals Who Could Be Or Are Dependents of Another Taxpayer

1   **Can** someone (such as your parent) claim you as a dependent? . . . . . . . . . ► [  ]   Yes   [  ]   No
2   If you answered 'Yes' to question 1, are you actually claimed as a dependent
    on that person's tax return?. . . . . . . . . . . . . . . . . . . . . . . . . ► [  ]   Yes   [  ]   No
    *Questions 3 through 5 are only required for individuals who claim the*
    *American Opportunity Credit.*
3   Were you a full-time student during any part of five months during 2021? . . . . ► [  ]   Yes   [  ]   No
4   Did your earned income exceed one-half of your support? . . . . . . . . . . . ► [  ]   Yes   [  ]   No
5   Was at least one of your parents alive on December 31, 2021?. . . . . . . . . . ► [  ]   Yes   [  ]   No

## Part III — Taxpayer's State Residency Information

Enter this person's state of residence as of December 31, 2021 . . . . . . . . . . . . . . . . . . . . . . . ____
Check the appropriate box:
This person is a resident of the state above for the entire year . . . . . . . . . . . . . . . . . . . . . [  ]
This person is a resident of the state above for only part of year . . . . . . . . . . . . . . . . . . . . [  ]
     Date this person established residence in state above  . . . . . . . . . . . . . . . . . ► _____
     In which state (or foreign country) did this person reside before this change?  . . . . . . . . . . . . ► ____

## Part IV — Dependent Care Expenses

Qualified dependent care expenses incurred and paid for this person in 2021 . . . . . . . . . .  _____
Unreimbursed medical expenses paid for qualifying person in 2021 . . . . . . . . . . . . . . . .  _____
Employment taxes paid for dependent care providers in 2021 . . . . . . . . . . . . . . . . . . .  _____
Full-time student for 5 calendar months during 2021? . . . . . . . . . . . . . . . ► [  ]   Yes   [  ]   No
Disabled person who was not physically or mentally capable of self-care? . . . . . . ► [  ]   Yes   [  ]   No
This person is a qualifying person for the child and dependent care credit . . . . . . ► [  ]   Yes   [X]   No

## Part-Year Resident State Allocation Worksheet   2021

► Keep for your records

Check the box to activate this worksheet . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . ► ☐

| Name(s) Shown on Return | Social Security Number |
|---|---|

| INCOME | Federal Amount | Resident State | Source State | Allocated Amount |
|---|---|---|---|---|
| 1 T Wages, salaries, tips . . . . . . . | _____ | ⎯ ⎯ ⎯ | ⎯ ⎯ ⎯ | _____ _____ _____ |
| S Wages, salaries, tips . . . . . . . | _____ | ⎯ ⎯ ⎯ ⎯ | ⎯ ⎯ ⎯ ⎯ | _____ _____ _____ _____ |

*Enter state of source only if income is associated with a trade or a business* ▼

| | Federal Amount | Residency Info | | | * | Allocated Amount |
|---|---|---|---|---|---|---|
| | | From mm/dd | To mm/dd | Res St | Src St | |
| 2 T Taxable interest . . . . . . . . . | _____ | ⎯ ⎯ ⎯ ⎯ | ⎯ ⎯ ⎯ ⎯ | ⎯ ⎯ ⎯ ⎯ | ⎯ ⎯ ⎯ ⎯ | _____ _____ _____ _____ |
| S Taxable interest . . . . . . . . . | _____ | ⎯ ⎯ ⎯ | ⎯ ⎯ ⎯ | ⎯ ⎯ ⎯ | ⎯ ⎯ ⎯ | _____ _____ _____ |
| 3 T Dividends . . . . . . . . . . . . . | _____ | ⎯ ⎯ ⎯ ⎯ | ⎯ ⎯ ⎯ ⎯ | ⎯ ⎯ ⎯ ⎯ | ⎯ ⎯ ⎯ ⎯ | _____ _____ _____ _____ |
| S Dividends . . . . . . . . . . . . . | _____ | ⎯ ⎯ ⎯ | ⎯ ⎯ ⎯ | ⎯ ⎯ ⎯ | ⎯ ⎯ ⎯ | _____ _____ _____ |
| 4 T State/local tax refund . . . . . . . | _____ | ⎯ ⎯ ⎯ ⎯ | ⎯ ⎯ ⎯ ⎯ | ⎯ ⎯ ⎯ ⎯ | ▓ | _____ _____ _____ _____ |
| S State/local tax refund . . . . . . . | _____ | ⎯ ⎯ ⎯ | ⎯ ⎯ ⎯ | ⎯ ⎯ ⎯ | ▓ | _____ _____ _____ |
| 5 T Alimony received . . . . . . . . . | _____ | ⎯ ⎯ ⎯ ⎯ | ⎯ ⎯ ⎯ ⎯ | ⎯ ⎯ ⎯ ⎯ | ▓ | _____ _____ _____ _____ |
| S Alimony received . . . . . . . . . | _____ | ⎯ ⎯ ⎯ ⎯ | ⎯ ⎯ ⎯ ⎯ | ⎯ ⎯ ⎯ ⎯ | ▓ | _____ _____ _____ _____ |

Page 2

| | | | * Enter the state of source for this income ▼ | | | | | |

| INCOME (continued) | Federal Amount | | Residency Info | | | * | Allocated Amount |
|---|---|---|---|---|---|---|---|
| | Total | Subtotal | From mm/dd | To mm/dd | Res St | Src St | |
| 6  T  Business inc or loss . | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| S  Business inc or loss . | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| 7  T  Farm income or loss . | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| S  Farm income or loss . | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| 8  Total Schedule E.  T | | See Sch E Income Allocation Smart Worksheet | | | | | |
| S | | | | | | | |

| | | * Enter the state of source for this income (See Tax Help) ▼ | | | |

| INCOME (continued) | Federal Amount | Residency Info | | | * | Allocated Amount |
|---|---|---|---|---|---|---|
| | | From mm/dd | To mm/dd | Res St | Src St | |
| 9  T  Capital gain or loss . . . . . . . | | | | | | |
| | | | | | | |
| | | | | | | |
| S  Capital gain or loss . . . . . . . | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| 10  T  Other gains/losses . . . . . . . . | | | | | | |
| | | | | | | |
| | | | | | | |
| S  Other gains/losses . . . . . . . . | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| 11  T  Unemployment compensation . | | | | | | |
| | | | | | | |
| | | | | | | |
| S  Unemployment compensation . | | | | | | |
| | | | | | | |
| | | | | | | |

| | Federal Amount | Residency Info | | | Allocated Amount |
| | | From mm/dd | To mm/dd | Res State | |
|---|---|---|---|---|---|
| **12 T** Taxable IRA distributions . . . . . | | | | | |
| **S** Taxable IRA distributions . . . . . | | | | | |
| **13 T** Taxable pensions/annuities . . . . | | | | | |
| **S** Taxable pensions/annuities . . . . | | | | | |
| **14a T** Taxable social security benefits . | | | | | |
| **S** Taxable social security benefits . | | | | | |
| **b T** Taxable railroad retirements  . . | | | | | |
| **S** Taxable railroad retirements  . . | | | | | |
| **15** Total other income . . . . . . . T | | | | | |
| S | | | | | |
| **16** **Total Income**. . . . . . . . . T | | | | | |
| S | | | | | |

| ADJUSTMENTS | Federal Amount | Residency Info | | | Allocated Amount |
| | | From mm/dd | To mm/dd | Res St | |
|---|---|---|---|---|---|
| 17  T  Educator expenses . . . . . . . . . . | | | | | |
| | | | | | |
| | | | | | |
| S  Educator expenses . . . . . . . . . . | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| 18      Certain business expenses . . . . .  T | | | | | |
| S | | | | | |
| 19  T  Health savings account deduction . . . | | | | | |
| | | | | | |
| | | | | | |
| S  Health savings account deduction . . . | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| 20  T  Moving expenses . . . . . . . . . . . | | | | | |
| | | | | | |
| | | | | | |
| S  Moving expenses . . . . . . . . . . . | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| 21  T  Penalty - early withdrawal of savings . . | | | | | |
| | | | | | |
| | | | | | |
| S  Penalty - early withdrawal of savings . . | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |

| ADJUSTMENTS (continued) | Federal Amount | Residency Info | | | Allocated Amount |
|---|---|---|---|---|---|
| | | From mm/dd | To mm/dd | Res St | |
| **22 T** Alimony paid . . . . . . . . . . . . . . . | _____ | _____ | _____ | _____ | _____ |
| | | _____ | _____ | _____ | _____ |
| | | _____ | _____ | _____ | _____ |
| **S** Alimony paid . . . . . . . . . . . . . . | _____ | _____ | _____ | _____ | _____ |
| | | _____ | _____ | _____ | _____ |
| | | _____ | _____ | _____ | _____ |
| | | _____ | _____ | _____ | _____ |
| **23 T** IRA deduction . . . . . . . . . . . . . | _____ | _____ | _____ | _____ | _____ |
| | | _____ | _____ | _____ | _____ |
| | | _____ | _____ | _____ | _____ |
| **S** IRA deduction . . . . . . . . . . . . | _____ | _____ | _____ | _____ | _____ |
| | | _____ | _____ | _____ | _____ |
| | | _____ | _____ | _____ | _____ |
| | | _____ | _____ | _____ | _____ |
| **24 T** Student loan interest deduction . . . . . | _____ | _____ | _____ | _____ | _____ |
| | | _____ | _____ | _____ | _____ |
| | | _____ | _____ | _____ | _____ |
| **S** Student loan interest deduction . . . . . | _____ | _____ | _____ | _____ | _____ |
| | | _____ | _____ | _____ | _____ |
| | | _____ | _____ | _____ | _____ |
| | | _____ | _____ | _____ | _____ |

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| | | | \* *Enter the state of source for this adjustment* ▼ | | | | |

| ADJUSTMENTS (continued) | Federal Amount | Residency Info | | | \* Src St | Allocated Amount |
|---|---|---|---|---|---|---|
| | | From mm/dd | To mm/dd | Res St | | |
| **25** **T** Self-employment tax . . . . . . . . . | _____ | ____ | ____ | ____ | ____ | _____ |
| | | ____ | ____ | ____ | ____ | _____ |
| **S** Self-employment tax . . . . . . . . | _____ | ____ | ____ | ____ | ____ | _____ |
| | | ____ | ____ | ____ | ____ | _____ |
| | | ____ | ____ | ____ | ____ | _____ |
| | | ____ | ____ | ____ | ____ | _____ |
| **26** **T** SEP, SIMPLE and qualified plans . | _____ | ____ | ____ | ____ | ____ | _____ |
| | | ____ | ____ | ____ | ____ | _____ |
| **S** SEP, SIMPLE and qualified plans . | _____ | ____ | ____ | ____ | ____ | _____ |
| | | ____ | ____ | ____ | ____ | _____ |
| | | ____ | ____ | ____ | ____ | _____ |
| | | ____ | ____ | ____ | ____ | _____ |
| **27** **T** Self-employed health insurance . . | _____ | ____ | ____ | ____ | ____ | _____ |
| | | ____ | ____ | ____ | ____ | _____ |
| **S** Self-employed health insurance . . | _____ | ____ | ____ | ____ | ____ | _____ |
| | | ____ | ____ | ____ | ____ | _____ |
| | | ____ | ____ | ____ | ____ | _____ |
| | | ____ | ____ | ____ | ____ | _____ |
| **28** **T** Reserved . . . . . . . . . . . . . | _____ | ____ | ____ | ____ | ____ | _____ |
| | | ____ | ____ | ____ | ____ | _____ |
| **S** Reserved . . . . . . . . . . . . . | _____ | ____ | ____ | ____ | ____ | _____ |
| | | ____ | ____ | ____ | ____ | _____ |
| | | ____ | ____ | ____ | ____ | _____ |
| | | ____ | ____ | ____ | ____ | _____ |

| | | | | | | |
|---|---|---|---|---|---|---|
| **29** Other adjustments . . . . . . . . . . **T** | _____ | | | | | |
| **S** | _____ | | | | | |

| | Federal Amount | Residency Info | | | Allocated Amount |
|---|---|---|---|---|---|
| | | From mm/dd | To mm/dd | Res St | |
| **30** **Total adjustments** . . . . . . . . **T** | _____ | | | | |
| **S** | _____ | | | | |
| **31** **Adjusted gross income** . . . . . . **T** | _____ | | | | |
| **S** | _____ | | | | |

**Form 1040**    **Forms W-2 & W-2G Summary**    **2021**

► Keep for your records

| Name(s) Shown on Return | Social Security Number |
|---|---|

## Form W-2 Summary

| Box No. | Description | Taxpayer | Spouse | Total |
|---|---|---|---|---|
| 1 | Total wages, tips and compensation: | | | |
| | Non-statutory & statutory wages not on Sch C | | | |
| | Statutory wages reported on Schedule C | | | |
| | Foreign wages included in total wages | | | |
| | Unreported tips | | | |
| 2 | Total federal tax withheld | | | |
| 3 & 7 | Total social security wages/tips | | | |
| 4 | Total social security tax withheld | | | |
| 5 | Total Medicare wages and tips | | | |
| 6 | Total Medicare tax withheld | | | |
| 8 | Total allocated tips | | | |
| 9 | Not used | | | |
| 10 a | Total dependent care benefits | | | |
| b | Offsite dependent care benefits | | | |
| c | Onsite dependent care benefits | | | |
| 11 | Total distributions from nonqualified plans | | | |
| 12 a | Total from Box 12 | | | |
| b | Elective deferrals to qualified plans | | | |
| c | Roth contrib. to 401(k), 403(b), 457(b) plans | | | |
| d | Deferrals to government 457 plans | | | |
| e | Deferrals to non-government 457 plans | | | |
| f | Deferrals 409A nonqual deferred comp plan | | | |
| g | Income 409A nonqual deferred comp plan | | | |
| h | Uncollected Medicare tax | | | |
| i | Uncollected social security and RRTA tier 1 | | | |
| j | Uncollected RRTA tier 2 | | | |
| k | Income from nonstatutory stock options | | | |
| l | Non-taxable combat pay | | | |
| m | QSEHRA benefits | | | |
| n | Total other items from box 12 | | | |
| 14 a | Total deductible mandatory state tax | | | |
| b | Total deductible charitable contributions | | | |
| c | This line does not apply to TurboTax | | | |
| d | Total RR Compensation | | | |
| e | Total RR Tier 1 tax | | | |
| f | Total RR Tier 2 tax | | | |
| g | Total RR Medicare tax | | | |
| h | Total RR Additional Medicare tax | | | |
| i | Total RRTA tips | | | |
| j | Total other items from box 14 | | | |
| k | Total sick leave subject to $511 limit | | | |
| l | Total sick leave subject to $200 limit | | | |
| m | Total emergency family leave wages | | | |
| 16 | Total state wages and tips | | | |
| 17 | Total state tax withheld | | | |
| 19 | Total local tax withheld | | | |

# Wages, Salaries, & Tips Worksheet          2021

► Keep for your records

| Name(s) Shown on Return | Social Security Number |
|---|---|

The following amounts are included in the total entered on line 1 of Form 1040 or on line 8 of Form 1040NR:

|   |   | Taxpayer | Spouse | Total |
|---|---|---|---|---|
| 1 | Wages, from Form W-2 . . . . . . . . . . . . | _____ | _____ | _____ |
| 2 | Miscellaneous income, from Form 8919 . . . . | _____ | _____ | _____ |
| 3 | Items from Form 1099-R: | | | |
| a | Disability before minimum retirement age . . . | _____ | _____ | _____ |
| b | Return of contributions  . . . . . . . . . . . . | _____ | _____ | _____ |
| 4 | Excess reimbursement, from Form 2106  . . . | _____ | _____ | _____ |
| 5 a | Taxable tips, from Form 4137 . . . . . . . . . | _____ | _____ | _____ |
| b | Noncash tips . . . . . . . . . . . . . . . . . | _____ | _____ | _____ |
| 6 | Excess moving expense reimbursement, from Form 3903 . . . . . . . . . . . . . . . | _____ | _____ | _____ |
| 7 | Wages earned as a household employee (if less than $2,100 and without a Form W-2)  . . | _____ | _____ | _____ |
| 8 | Items not on Form W-2 or Form 1099-R: | | | |
| a | Sick pay or disability payments . . . . . . . . | _____ | _____ | _____ |
| b | Total foreign source income  . . . . . . . . . . | _____ | _____ | _____ |
| c | Check this box if the amount on line 8b is eligible for the foreign exclusion/deduction  . ► | ☐ | ☐ | |
| d | Ordinary income from employer stock transactions not reported on Form W-2 . . . . | _____ | _____ | _____ |
| 9 | Other earned income: | | | |
| a | Non-gov unemployment received/repaid 2021 | _____ | _____ | _____ |
| b | _____ | _____ | _____ | _____ |
|   | _____ | _____ | _____ | _____ |
|   | _____ | _____ | _____ | _____ |
| 10 | **Subtotal.** **Add lines 1 through 9** . . . . . . . . . . . . | _____ | _____ | _____ |
| 11 | Taxable employer-provided dependent care benefits, from Form 2441 . . . . . . . . . . | _____ | _____ | _____ |
| 12 | Taxable employer-provided adoption benefits less any excluded benefits from Form 8839 . . | _____ | _____ | _____ |
| 13 | Scholarship/fellowship income not on Form W-2 . . . . . . . . . . . . . . . . . . | _____ | _____ | _____ |
| 14 | Other non-earned income: | | | |
|   | _____ | _____ | _____ | _____ |
|   | _____ | _____ | _____ | _____ |
|   | _____ | _____ | _____ | _____ |
| 15 | **Total of lines 10 through 14** . . . . . . . . . | _____ | _____ | _____ |

| | | |
|---|---|---|
| **Schedule D**<br>**Line 19** | **Unrecaptured Section 1250 Gain Worksheet**<br>► Keep for your records | **2021** |

| Name(s) Shown on Return | Social Security Number |
|---|---|
| | |

| | | | Regular<br>Tax | Alternative<br>Minimum Tax |
|---|---|---|---|---|
| | **If you are not reporting a gain on Form 4797, line 7, skip lines 1 through 9 and go to line 10.** | | | |
| 1 | If you have a section 1250 property in Part III of Form 4797 for which you made an entry in Part I of Form 4797 (but not Form 6252), enter the **smaller** of line 22 or line 24 of Form 4797 for that property. If you did not have any such property, go to line 4 . . . | 1 | _____ | _____ |
| 2 | Enter the amount from Form 4797, line 26g, for the property for which you made an entry on line 1 . . . . . . . . . . . . . | 2 | _____ | _____ |
| 3 | Subtract line 2 from line 1 . . . . . . . . . . . . . . . . . | 3 | _____ | _____ |
| 4 | Enter the total unrecaptured section 1250 gain included on lines 26 or 37 of Form(s) 6252 from installment sales of trade or business property held more than one year . . . . . . . . | 4 | _____ | _____ |
| 5 | Enter the total of any amounts reported on a Schedule K-1 from a partnership or an S corporation as "unrecaptured section 1250 gain". . . . . . . . . . . . . . . . . . . . . . . . . | 5 | _____ | _____ |
| 6 | Add lines 3 through 5 . . . . . . . . . . . . . . . . . . . | 6 | _____ | _____ |
| 7 | Enter the **smaller** of line 6 or the gain from Form 4797, line 7 . . . . . . . . . . . . . . . . . . . . . . . | 7 | _____ | _____ |
| 8 | Enter the amount, if any, from Form 4797, line 8 . . . . . . . . | 8 | _____ | _____ |
| 9 | Subtract line 8 from line 7. If zero or less, enter -0- . . . . . . . . . . . | 9 | _____ | _____ |
| 10 | Enter the amount of any gain from sale of an interest in a partnership attributable to unrecaptured section 1250 gain. . . . . . . | 10 | _____ | _____ |
| 11 | Enter the total of any amounts reported to you as "unrecaptured section 1250 gain" from an estate, trust, real estate investment trust or mutual fund | | | |

| | | Regular | AMT |
|---|---|---|---|
| **a** | On Form 1099-DIV . . . . . . | _____ | _____ |
| **b** | On Form 2439 . . . . . . . . | _____ | _____ |
| **c** | On Schedule(s) K-1 . . . . . . | _____ | _____ |
| **d** | On Form 1099-R . . . . . . . | _____ | _____ |
| **e** | From Form 8814 . . . . . . . | _____ | _____ |
| **f** | Other. . . . . . . . . . . . | _____ | _____ |

| | | | Regular<br>Tax | Alternative<br>Minimum Tax |
|---|---|---|---|---|
| | Total . . . . . . . . . . . . . . . . | 11 | _____ | _____ |
| 12 | Enter the total of any unrecaptured section 1250 gain from sales (including installment sales) or other dispositions of section 1250 property held more than 1 year for which you did not make an entry in Part I of Form 4797 for the year of sale . . . . . . . . . . . | 12 | _____ | _____ |
| 13 | Add lines 9 through 12. . . . . . . . . . . . . . . . . . | 13 | _____ | _____ |
| 14 | If you had any section 1202 gain or collectibles gain or (loss), enter the total of lines 1 thru 4 of the **28% Rate Gain Worksheet**. Otherwise, enter -0- . . . . . . . . . . . . . . . . . . | 14 | 0. | 0. |
| 15 | Enter the (loss), if any, from Schedule D, line 7. If Schedule D, line 7, is zero or a gain, enter -0- . . . . . . . . . . . . . . . | 15 | 0. | 0. |
| 16 | Enter your long-term capital loss carryovers from Schedule D, line 14, and Schedule K-1 (Form 1041), line 11, code D . . . . . . . | 16 | _____ | _____ |
| **a** | Enter your capital gain excess, if you are filing Form 2555 . . . . . . . . | a | | 0. |
| 17 | Combine lines 14 through 16a. If the result is a (loss), enter it as a positive amount. If the result is zero or a gain, enter -0- . . . . . | 17 | 0. | 0. |
| 18 | **Unrecaptured section 1250 gain.** Subtract line 17 from line 13. If zero or less, enter -0-. If more than zero, enter the result here and on Schedule D, line 19. . . . . . . . . . . . . . . . . . . . . | 18 | | |

000233

| Schedule D<br>Line 18 | 28% Rate Gain Worksheet<br>► Keep for your records | | | 2021 |
|---|---|---|---|---|

| Name(s) Shown on Return | | | | Social Security Number |
|---|---|---|---|---|

| | | | Regular<br>Tax | Alternative<br>Minimum Tax |
|---|---|---|---|---|

**1** Enter the total of all collectibles gain or (loss) from items you reported on Form 8949, Part II . . . . . . . . . . . . . . . . . . **1** _____

**2** Enter as a positive number the amount of any section 1202 exclusion you reported in column (g) of Form 8949, Part II, with code "Q" in column (f), that is 50% of the gain, plus 2/3 of any section 1202 exclusion you reported in column (g) of Form 8949, Part II, with code "Q" in column (f), that is 60% of the gain, plus 1/3 of any section 1202 exclusion you reported in column (g) of Form 8949, Part II, with code "Q" in column (f), that is 75% of the gain.

| | 50 %<br>Exclusion | 60 %<br>Exclusion | 75%<br>Exclusion |
|---|---|---|---|
| **a** Schedule D . . . | _____ | _____ | _____ |
| **b** Form 8814 . . . | _____ | _____ | _____ |
| **c** Schedule B . . . | _____ | _____ | _____ |
| **d** Form 6252 . . . | _____ | _____ | _____ |
| **e** Form 2439 . . . | _____ | _____ | _____ |
| **f** Other . . . . . . | _____ | _____ | _____ |

Total . . . . . . . . . . . . . . . . . . . . . . . . . . . . **2** _____ _____

**3** Enter the total of all collectibles gain or (loss) from:

| | Regular | AMT |
|---|---|---|
| **a** Form 4684, line 4 (but only if line 15 is more than zero) . | _____ | _____ |
| **b** Form 6252 . . . . . . . . . | _____ | _____ |
| **c** Form 6781, Part II . . . . . . | _____ | _____ |
| **d** Form 8824 . . . . . . . . . | _____ | _____ |

Total . . . . . . . . . . . . . . . . . . . . . . . . . . . . **3** _____ _____

**4** Enter the total of any collectibles gain reported to you on:

| | Regular | AMT |
|---|---|---|
| **a** Form 1099-DIV, box 2d . . . | _____ | _____ |
| **b** Form 2439, box 1d . . . . . . | _____ | _____ |
| **c** Schedule K-1 from a partnership, S corporation, estate, or trust . . . . . . . | _____ | _____ |
| **d** Disposition of interest in partnership or S corporation . | _____ | _____ |
| **e** Other . . . . . . . . . . . . | _____ | _____ |

Total . . . . . . . . . . . . . . . . . . . . . . . . . . . . **4** _____ _____

**5** Enter your long-term capital loss carryovers from Schedule D, line 14, and Schedule K-1 (Form 1041), line 11, code C . . . . . . **5** _____ _____

**6** If Schedule D, line 7, is a (loss), enter that (loss) here. Otherwise, enter -0-. . . . . . . . . . . . . . . . . . . . . . . . . **6** _____ _____

**7** Combine lines 1 through 6. If zero or less, enter -0-. If more than zero, also enter this amount on Schedule D, line 18 . . . . . . **7** _____ _____

**8** Enter the amount of any capital gain excess . . . . . . . . . . . . . **8** _____ 0.

**9** Subtract line 8 from line 7. If zero or less, enter -0-. . . . . . . . . . Enter this amount on Schedule D Tax Worksheet, line 11a . . . . . **9** 0. 0.

**Form 1040**
**Line 16**

# Schedule D Tax Worksheet

► Keep for your records

**2021**

| Name(s) Shown on Return | Social Security Number |
|---|---|

1 a Enter your taxable income from Form 1040, line 15. . . . . . . . . . . . . . . . **1 a** _____0._____
  b Enter amount on line 2c of your (and spouse's) Foreign Earned Income Tax Wksht . . . **b** _____
  c Add lines 1a and 1b . . . . . . . . . . . . . . . . . . . . . . . . . . . . . **1 c** _____0._____
2 a Enter your qualified dividends
    from Form 1040, line 3a . . . . . **2 a** _____
  b Enter any capital gain excess
    attributable to qualified dividends . **b** _____
  c Subtract line 2b from line 2a. . . . . . . . . . . . **2 c** _____
3 Amount from Form 4952, line 4g   **3** _____
4 a Amount from Form 4952, line 4e   **4 a** _____
  b Amount from the dotted line
    next to Form 4952, line 4e. . . . **b** _____
  c Line 4b, if applicable, 4a, if not . **c** _____
5 Subtract line 4c from line 3. . . . . . . . . . . . . . . **5** _____0._____
6 Subtract line 5 from line 2c. If zero or less, enter -0- . . . . . . . . . **6** _____0._____
7 a Enter line 15 of Schedule D . . . **7 a** _____
  b Enter line 16 of Schedule D . . . **b** _____
  c Enter the **smaller** of line 7a or line 7b . . . . . . . **7 c** _____0._____
8 Enter the **smaller** of line 3 or line 4c . . . . . . . . **8** _____0._____
9 a Subtract line 8 from line 7. . . . . . . . . . . . . . **9 a** _____0._____
  b Enter any capital gain excess attributable to
    capital gains . . . . . . . . . . . . . . . . . . . **b** _____
  c Subtract line 9b from line 9a. . . . . . . . . . . . . **9 c** _____0._____
10 Add lines 6 and 9c . . . . . . . . . . . . . . . . . . . . . . . . . . . . . **10** _____0._____
11 a Enter the amount from Schedule D, line 18 . . . . . **11 a** _____0._____
  b Enter the amount from Schedule D, line 19 . . . . . **b** _____
  c Add lines 11a and 11b . . . . . . . . . . . . . . . . . . . . . . **11 c** _____0._____
12 Enter the **smaller** of line 9c or line 11c . . . . . . . . . . . . . . **12** _____0._____
13 Subtract line 12 from line 10 . . . . . . . . . . . . . . . . . . . . . . . . . . **13** _____0._____
14 Subtract line 13 from line 1c. If zero or less, enter -0-. . . . . . . . . . . . . . . . . **14** _____0._____
15 Enter:
   • $40,400  if single or married filing separately,
   • $80,800  if married filing jointly or qualifying widow(er), or  ⎤ **15**   40,400.
   • $54,100  if head of household.  ⎦
16 Enter the **smaller** of line 1c or line 15 . . . . . . . . . . . . . . . . . . **16** _____0._____
17 Enter the **smaller** of line 14 or line 16 . . . . . . . . . . . **17** _____0._____
18 Subtr ln 10 from ln 1c. If zero or less, enter -0- . . . **18** _____0._____
19 Enter the **smaller** of line 1c or:
   • $164,925  if single or married filing sep,
   • $329,850  if MFJ or qual widow(er), or  ⎤ **19**    _____0._____
   • $164,900  if head of household.  ⎦
20 Enter the **smaller** of line 14 or line 19 . . . . . . . **20** _____0._____
21 Enter the **larger** of line 18 or line 20 . . . . . . . . . . . . . . . . . . . . . **21** _____0._____
22 Subtract line 17 from line 16. This amount is taxed at 0% . . . . . . . . . . **22** _____0._____
  **If lines 1c and 16 are the same, skip lines 23 through 43 and go to line 44. Otherwise, go to line 23.**
23 Enter the **smaller** of line 1c or line 13 . . . . . . . . . . **23** _____
24 Enter the amount from line 22 (if line 22 is blank, enter -0-) . . . . . . **24** _____
25 Subtract line 24 from line 23. If zero or less, enter -0-. . . . . . . . . . **25** _____
26 Enter:
   • $445,850  if single,
   • $250,800  if married filing separately,
   • $501,600  if married filing jointly or qualifying widow(er), or  ⎤ **26** _____
   • $473,750  if head of household.  ⎦
27 Enter the smaller of line 1c or line 26 . . . . . . . . . . . . . . . **27** _____
28 Add lines 21 and 22 . . . . . . . . . . . . . . . . . . . . . . . . . . . . **28** _____
29 Subtract line 28 from line 27. If zero or less, enter -0-. . . . . . . . . . **29** _____
30 Enter the **smaller** of line 25 or line 29 . . . . . . . . . . . . . . . **30** _____
31 Multiply line 30 by **15%** (0.15) . . . . . . . . . . . . . . . . . . . . . . . . . **31** _____
32 Add lines 24 and 30 . . . . . . . . . . . . . . . . . . . . . . . . . **32** _____
  **If lines 1 and 32 are the same, skip lines 33 through 43 and go to line 44. Otherwise, go to line 33**
33 Subtract line 32 from line 23 . . . . . . . . . . . . . . . . . . . . . **33** _____
34 Multiply line 33 by **20%** (0.20) . . . . . . . . . . . . . . . . . . . . . . . . . **34** _____
  **If Schedule D, line 19, is zero or blank, skip lines 35 through 40 and go to line 41. Otherwise, go to line 35.**
35 Enter the **smaller** of line 9c above or Schedule D, line 19 . . . . . . . **35** _____
36 Add lines 10 and 21 . . . . . . . . . . . . . . . . . **36** _____
37 Enter the amount from line 1c above . . . . . . . . **37** _____

| 38 | Subtract line 37 from line 36. If zero or less, enter -0-. . . . . . . . . . **38** _____ | | |
|---|---|---|---|
| 39 | Subtract line 38 from line 35. If zero or less, enter -0-. . . . . . . . . . . . . . . . . . . **39** _____ | | |
| 40 | Multiply line 39 by **25%** (0.25) . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . **40** _____ | | |
| | **If Schedule D, line 18, is zero or blank, skip lines 41 through 43 and go to line 44. Otherwise, go to line 41.** | | |
| 41 | Add lines 21, 22, 30, 33, and 39  . . . . . . . . . . . . . . . . . . . . . . . . . . . . **41** _____ | | |
| 42 | Subtract line 41 from line 1c. . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . **42** _____ | | |
| 43 | Multiply line 42 by **28%** (0.28) . . . . . . . . . . . . . . . . . . . . . . . . . . . . . **43** _____ | | |
| 44 | Figure the tax on the amount on **line 21**. If the amount on line 21 is less than $100,000, use the Tax Table to figure this tax. If the amount on line 21 is $100,000 or more, use the Tax Computation Worksheet . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . **44** _____ | | |
| 45 | Add lines 31, 34, 40, 43, and 44  . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . **45** _____ 0. | | |
| 46 | Figure the tax on the amount on **line 1c**. If the amount on line 1c is less than $100,000, use the Tax Table to figure this tax. If the amount on line 1c is $100,000 or more, use the Tax Computation Worksheet . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . **46** _____ | | |
| 47 | **Tax on all taxable income (including capital gains and qualified dividends).** Enter the **smaller** of line 45 or line 46. Also include this amount on Form 1040, line 16 . . . . . . . . . . . **47** _____ | | |

**Form 1040**      **Qualified Dividends and Capital Gain Tax Worksheet**      **2021**
**Line 16**                          ► Keep for your records

| Name(s) Shown on Return | Social Security Number |
|---|---|
| | |

1   Enter the amount from Form 1040 or 1040-SR, line 15. . . . . .  **1** _____

2   Enter the amount from Form
    1040 or 1040-SR, line 3a . . . . . . . .  **2** _____

3   Are you filing Schedule D?
    [ ] **Yes**. Enter the smaller of line 15
         or 16 of Schedule D. If
         either line 15 or 16 is blank
         or loss, enter -0- . . . . . . .  **3** _____
    [ ] **No**. Enter the amount from Form
         1040 or 1040-SR, line 7.

4   Add lines 2 and 3 . . . . . . . . . . . .  **4** _____

5   Subtract line 4 from line 1. If zero or less, enter -0- . . . . . . . .  **5** _____

6   Enter:
    $40,400  if single or married filing separately,
    $80,800  if married filing jointly or qualifying widow(er),   ┐ **6** _____
    $54,100  if head of household.                                ┘

7   Enter the smaller of line 1 or line 6 . . . . . . . . . . . . . . . .  **7** _____

8   Enter the smaller of line 5 or line 7 . . . . . . . . . . . . . . . .  **8** _____

9   Subtract line 8 from line 7 (this amount taxed at 0%) . . . . . . .  **9** _____

10  Enter the smaller of line 1 or line 4 . . . . . . . . . . . . . . . .  **10** _____

11  Enter the amount from line 9 . . . . . . . . . . . . . . . . . .  **11** _____

12  Subtract line 11 from line 10. . . . . . . . . . . . . . . . . . .  **12** _____

13  Enter:
    $445,850  if single,
    $250,800  if married filing separately,                                ┐ **13** _____
    $501,600  if married filing jointly or qualifying widow(er),
    $473,750  if head of household.                                        ┘

14  Enter the smaller of line 1 or line 13 . . . . . . . . . . . . . . .  **14** _____

15  Add lines 5 and 9 . . . . . . . . . . . . . . . . . . . . . . . .  **15** _____

16  Subtract line 15 from line 14. If zero or less, enter -0- . . . . . .  **16** _____

17  Enter the smaller of line 12 or line 16 . . . . . . . . . . . . . .  **17** _____

18  Multiply line 17 by 15% (0.15) . . . . . . . . . . . . . . . . . . . . . . . . . . . . . .  **18** _____

19  Add lines 9 and 17. . . . . . . . . . . . . . . . . . . . . . .  **19** _____

20  Subtract line 19 from line 10 . . . . . . . . . . . . . . . . . .  **20** _____

21  Multiply line 20 by 20% (0.20) . . . . . . . . . . . . . . . . . . . . . . . . . . . . . .  **21** _____

22  Figure the tax on the amount on line 5. If the amount on line 5 is less than
    $100,000, use the Tax Table to figure the tax. If the amount on line 5 is
    $100,000 or more, use the Tax Computation Worksheet. . . . . . . . . . . . . . . . . . .  **22** _____

23  Add lines 18, 21, and 22 . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . .  **23** _____

24  Figure the tax on the amount on line 1. If the amount on line 1 is less than
    $100,000, use the Tax Table to figure this tax. If the amount on line 1 is
    $100,000 or more, use the Tax Computation Worksheet. . . . . . . . . . . . . . . . . . .  **24** _____

25  **Tax on all taxable income.** Enter the **smaller** of line 23 or line 24 here and on
    Form 1040 or 1040-SR, line 16. . . . . . . . . . . . . . . . . . . . . . . . . . . . . . .  **25** _____

## IRA Contributions Worksheet

**2021**

► Keep for your records

| Name(s) Shown on Return | Social Security Number |
|---|---|
| | |

### Traditional IRA Contributions

| Regular Traditional IRA Contributions | | Taxpayer | Spouse |
|---|---|---|---|
| 1 | Enter **traditional** IRA contributions made for 2021, including any made between 1/1/2022 and 4/18/2022, any amounts later recharacterized to a Roth IRA, and any excess contributions, but not including any rollovers. Also include any contributions to deemed IRAs under an employer plan . . . . . . . | | |
| 2 | Contributions recharacterized **from** a Roth IRA (from line 24) . . . | | |
| 3 | **Traditional** IRA contributions, from Schedule(s) K-1 . . . . . . . . | | |
| 4 | Contributions recharacterized (not converted) **to** a Roth IRA. . . . | | |
| ► | If there is a recharacterization indicated on line 4, an explanation must be attached to the tax return. | | |
| 5 | **Traditional** IRA contributions. Combine lines 1 through 4 . . . . . | | |
| 6 | Enter any contribution included on line 5 withdrawn before the due date of the tax return. *See Help* . . . . . . . . . . . . . . | | |
| 7 | Excess traditional IRA contribution credit. . . . . . . . . . . . . . | | |
| 8 | Repayments of qualified reservist distributions . . . . . . . . . . | | |
| 9 | Total **traditional** IRA contributions. . . . . . . . . . . . . . . . . | | |

| Additional Traditional IRA Contribution Information | | Taxpayer | Spouse |
|---|---|---|---|
| 10 | Check if covered by a retirement plan at work. If married filing a separate return, check box in spouse column, if applicable . . . | ☐ | ☐ |
| 11 | Enter any contributions included on line 9 that were made during 1/1/2022 to 4/18/2022 *(See Help)*. . . . . . . . . . . . . . | | |

| Deductible and Non-deductible Traditional IRA Contributions | | Taxpayer | Spouse |
|---|---|---|---|
| 12 | Deductible **traditional** IRA contributions from worksheet . . . . . . | | |
| 13 | Nondeductible **traditional** IRA contributions from worksheet. . . . | | |
| | **QuickZoom** to worksheet indicated by the check: | | |
| | ____   IRA deduction worksheet . . . . . . . . . . . ► | | |
| | ____   Worksheet for social security recipients . . . . ► | | |
| 14 | Amount on line 13 you elect to make nondeductible  . . . . . . . . | | |
| 15 | Excess **traditional** IRA contributions, to Form 5329, line 15 . . . . | | |
| | **Note:** *You may avoid a penalty by withdrawing the amount on line 15 before due date of return, including extensions.* | | |
| 16 | Deductible **traditional** IRA contributions, to Schedule 1 (Form 1040), Line 19. . . . . . . . . . . . . . . . . . . . . . . . | | |
| 17 | Qualified reservist repayments . . . . . . . . . . . . . . . . . . . | | |
| 18 | Nondeductible **traditional** IRA contributions, to Form 8606, ln 1 . . | | |

## IRA Contributions Worksheet     2021

► Keep for your records

Page 2

## Roth IRA Contributions

| Regular Roth IRA Contributions | | Taxpayer | Spouse |
|---|---|---|---|
| 19 | Enter regular **Roth** IRA contributions made for 2021, including any made between 1/1/2022 and 4/18/2022, any amounts later recharacterized to a traditional IRA, and any excess contributions, but not including any rollovers or conversions. Also include any contributions to deemed Roth IRAs under an employer plan. . . . . . . . . . . . . . . . . . . . . . . . . . . . . | _____ | _____ |
| 20 | Contributions recharacterized **from** a traditional IRA, (from ln 4). . | _____ | _____ |
| 21 | **Roth** IRA contributions, from Schedule(s) K-1 . . . . . . . . . . . . | _____ | _____ |
| 22 | Enter contributions recharacterized **to** a traditional IRA. . . . . . . | _____ | _____ |
| ► | If there is a recharacterization indicated on line 23, an explanation must be attached to the tax return. | | |
| 23 | Disallowed **Roth** IRA conversions  . . . . . . . . . . . . . . . . . | _____ | _____ |
| 24 | **Roth** IRA contributions. Combine lines 20 through **23** . . . . . . . | _____ | _____ |
| 25 | Enter any contribution included on line 24 withdrawn before the due date of the tax return. *See Help* . . . . . . . . . . . . . . | _____ | _____ |
| 26 | Excess Roth IRA contribution credit . . . . . . . . . . . . . . . . | _____ | _____ |
| 27 | Total **Roth** IRA contributions . . . . . . . . . . . . . . . . . . . | _____ | _____ |
| 28 | Repayments of qualified Roth reservist distributions . . . . . . . . | _____ | _____ |

| Roth IRA Contributions After Limitations | | Taxpayer | Spouse |
|---|---|---|---|
| 29 | **Roth** IRA contributions after limitation . . . . . . . . . . . . . . . | _____ | _____ |
| 30 | Excess **Roth** IRA contributions, to Form(s) 5329, line 23  . . . . . | _____ | _____ |
| | **Note:** *You may avoid a penalty by withdrawing the amount on line 31 before due date of return, including extensions.* | | |

## Coverdell Education Savings Account (Education IRA) Contributions

| Excess Coverdell Education Savings Account Contributions | | Taxpayer | Spouse |
|---|---|---|---|
| 31 | Enter any **excess** contributions made to Coverdell Education Savings Accounts (ESAs) of which you are the beneficiary. . . . . | _____ | _____ |
| | **Note:** *You do not need to report any Coverdell ESA contributions which are not excess contributions..* | | |

| Schedule A<br>Lines 5 - 12 | **Tax and Interest Deduction Worksheet**<br>► Keep for your records | **2021** |
|---|---|---|

| Name(s) Shown on Return | Social Security Number |
|---|---|

## Tax Deductions

**1** **State and local taxes:**

Optional Sales Tax Tables

**a** **Available Income:**

**(1)** Income from Form 1040, line 7 . . . . . . . . . . . . . . . . . . . . . . . . _____

**(2)** Nontaxable income entered elsewhere on return . . . . . . . . . . . . . . . . . . _____

**(3)** Available income: 2020 refundable credits in excess of tax . . . . . . . . . . . _____ 0.

**(4)** **Enter** any additional nontaxable income . . . . . . . . . . . . . . . . . . . . . _____

**(5)** Total available income . . . . . . . . . . . . . . . . . . . . . . . . . . . . . _____ 0.

**b** **Sales Tax Per State of Residence:**

Enter state in column (1), then enter total (combined) state and local sales tax rate in column (4).

*Arizona, Colorado, Louisiana, Mississippi, New York or South Carolina only:*

Double-click in column (4) to select your locality for each state entered.

| (1)<br>S<br>t<br>a<br>t<br>e | (2)<br>Date<br>Lived in<br>State<br>From | (3)<br>Date<br>Lived in<br>State<br>To | (4)<br>**Enter**<br>Total<br>State &<br>Local<br>Rate (%) | (5)<br>State<br>Sales<br>Tax<br>Rate<br>(%) | (6)<br>Local<br>Sales<br>Tax<br>Rate (%)<br>(4) - (5) | (7)<br>State<br>Sales<br>Tax<br>Table<br>Amount | (8)<br>Local<br>Sales<br>Tax<br>Amount | (9)<br>Prorated<br>or Total<br>Amount |
|---|---|---|---|---|---|---|---|---|
| | | | | | | | | |
| | | | | | | | | |
| | | | | | | | | |
| | | | | | | | | |

**c** Total general sales tax using tables . . . . . . . . . . . . . . . . . . . . . . . . _____

**d** **Sales Tax Paid on Specific Items (see help):**

| (1)<br>ST | (2)<br>Total<br>State &<br>Local<br>Rate | (3)<br>Description | (4)<br>Type | (5)<br>Cost | (6)<br>Rate if<br>Different | (7)<br>Actual<br>Sales Tax<br>Amount<br>Paid | (8)<br>Specific<br>Item<br>Deduction |
|---|---|---|---|---|---|---|---|
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |

**e** Total sales tax deduction on specific items . . . . . . . . . . . . . . . . . . . . _____

**f** Total general sales tax per tables plus sales tax on specific items . . . . . . . . . . . . _____

**g** **Actual State and Local General Sales Tax:**

Actual sales taxes (enter the total sales taxes paid during the year on all items) . . . . . _____

**h** **State and Local Income Taxes:**

State and Local Income taxes . . . . . . . . . . . . . . . . . . . . . . . . . . . _____

**i** **State and Local Tax Deduction to Schedule A, line 5a:**

Greater of line 1f, line 1g, or line 1h (to Schedule A, line 5a). . . . . . . . . . . . . _____

**j** Check a box to choose to use income taxes paid, sales taxes paid, or whichever

provides the greater deduction:

Income Taxes . . [ ]   Sales Taxes . . . . [ ]   Greater amount . [ X ]

**2** **State and local real estate taxes:**

**a** Real estate taxes paid on principal residence **not** entered on Form 1098 . . . . . . . . _____

**b**   Real estate taxes paid on principal residence entered on Home Mortgage Int. Wks . . . . _____
**c**   Real estate taxes paid on additional homes or land  . . . . . . . . . . . . . . . . . . . . . _____
    Personal portion of real estate taxes from Schedule E Worksheet for:
**d**   Principal residence  . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . _____
**e**   Vacation home . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . _____
**f**   Less real estate taxes deducted on Form 8829 . . . . . . . . . . . . . . . . . . . . . . _____
**g**   Foreign real propety taxes included in lines 2a-2f above . . . . . . . . . . . . . . . . . . _____
**h**   Add lines 2a through 2f, less line 2g (to Schedule A, line 5b)  . . . . . . . . . . . . . . . _____
**3**   **State and local personal property taxes:**
**a**   Auto registration fees based on the value of the vehicle.
    2020 Amount           Enter 2021 description:

    _____       _____     _____
    _____       _____     _____
    _____       _____     _____
    _____       _____     _____

**b**   Non-business portion of personal property taxes from Car & Truck Exp Wks . . . . . . _____
**c**   Other personal property taxes . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . _____
**d**   Add lines 3a through 3c (to Schedule A, line 5c) . . . . . . . . . . . . . . . . . . . . _____
**4**   **Other taxes:**
**a**   Other taxes from Schedule(s) K-1 . . . . . . . . . . . . . . . . . . . . . . . . . . . . _____
**b**   Foreign taxes from interest and dividends . . . . . . . . . . . . . . . . . . . . . . . . _____
**c**   Foreign taxes from Schedule(s) K-1 . . . . . . . . . . . . . . . . . . . . . . . . . . . _____
**d**   Other foreign taxes (not used to claim a foreign tax credit) . . . . . . . . . . . . . . . _____
**e**   Other taxes.
    2020 Amount           Enter 2021 description:

    _____       _____     _____
    _____       _____     _____
    _____       _____     _____

**f**   Foreign real propety taxes included in lines 4a-4e above  . . . . . . . . . . . . . . . . _____
**g**   Add lines 4a through 4e, less line 4f (to Schedule A, line 6) . . . . . . . . . . . . . . . _____

## Interest Deductions

**5**   **Home mortgage interest and points reported on Form 1098:**
**a**   Mortgage interest and points from the Home Mortgage Interest Worksheet . . . . . . . _____
**b**   Qualified mortgage interest from Schedule E  Worksheet . . . . . . . . . . . . . . . . . _____
**c**   Less home mortgage interest/points deducted on Form 8829 . . . . . . . . . . . . . . _____
**d**   Less home mortgage interest from Form 8396, line 3  . . . . . . . . . . . . . . . . . . _____
**e**   Add lines 5a through 5d (to Sch A, line 8a) or line A2 from above . . . . . . . . . . . . _____
**6**   **Home mortgage interest not reported on Form 1098:**
**a**   Mortgage interest from the Home Mortgage Interest Worksheet . . . . . . . . . . . . . _____
**b**   Less home mortgage interest deducted on Form 8829 . . . . . . . . . . . . . . . . . . _____
**c**   Add lines 6a and 6b (to Sch A, line 8b)  or line B2 from above  . . . . . . . . . . . . . _____
**7**   **Points not reported on Form 1098:**
**a**   Amortizable points from the Home Mortgage Interest Worksheet . . . . . . . . . . . . _____
**b**   Other points not on Form 1098 from the Home Mortgage Interest Worksheet . . . . . . _____
**c**   Less points deducted on Form 8829 . . . . . . . . . . . . . . . . . . . . . . . . . . . _____
**d**   Add lines 7a through 7c (to Schedule A, line 8c) or line C2 from above . . . . . . . . . _____

| Schedule A<br>Line 5 | **State and Local Tax Deduction Worksheet**<br>► Keep for your records | **2021** |

| Name(s) Shown on Return | Social Security Number |
|---|---|
| | |

## State and Local Income Taxes

| | | | |
|---|---|---|---|
| | **State income taxes:** | | |
| 1 | State income tax withheld. . . . . . . . . . . . . . . . . . . . . . . . . . . . . . | 1 | _____ |
| 2 | 2021 state estimated taxes paid in 2021 . . . . . . . . . . . . . . . . . . . . . | 2 | _____ |
| 3 | 2020 state estimated taxes paid in 2021 . . . . . . . . . . . . . . . . . . . . | 3 | _____ |
| 4 | Amount paid with 2020 state application for extension . . . . . . . . . . . . . . | 4 | _____ |
| 5 | Amount paid with 2020 state income tax return . . . . . . . . . . . . . . . . . . | 5 | _____ |
| 6 | Overpayment on 2020 state income tax return applied to 2021 tax . . . . . . . . | 6 | _____ |
| 7 | Other amounts paid in 2021 (amended returns, installment payments, etc.) . . . . | 7 | _____ |
| 8 | State estimated tax from Schedule(s) K-1 (Form 1041) . . . . . . . . . . . . . . | 8 | _____ |
| | **Local income taxes:** | | |
| 9 | Local income tax withheld . . . . . . . . . . . . . . . . . . . . . . . . . . . . | 9 | _____ |
| 10 | 2021 local estimated taxes paid in 2021. . . . . . . . . . . . . . . . . . . . . . | 10 | _____ |
| 11 | 2020 local estimated taxes paid in 2021. . . . . . . . . . . . . . . . . . . . . . | 11 | _____ |
| 12 | Amount paid with 2020 local application for extension . . . . . . . . . . . . . . | 12 | _____ |
| 13 | Amount paid with 2020 local income tax return . . . . . . . . . . . . . . . . . . | 13 | _____ |
| 14 | Overpayment on 2020 local income tax return applied to 2021 tax . . . . . . . . | 14 | _____ |
| 15 | Other amounts paid in 2021 (amended returns, installment payments, etc.) . . . . | 15 | _____ |
| 16 | Local estimated tax from Schedule(s) K-1 (Form 1041) . . . . . . . . . . . . . . | 16 | _____ |
| | **Other:** | | |
| 17 | | 17 | _____ |
| 18 | **Total** Add lines 1 through 17 . . . . . . . . . . . . . . . . . . . . . . . . | 18 | _____ |
| 19 | State and local refund allocated to 2021. . . . . . . . . . . . . . . . . . . . . | 19 | _____ |
| 20 | Nondeductible state income tax from line 28 . . . . . . . . . . . . . . . . . . . | 20 | _____ |
| 21 | **Total reductions** Add lines 19 and 20. . . . . . . . . . . . . . . . . . . . . | 21 | _____ |
| 22 | **Total state and local income tax deduction** Line 18 less line 21 . . . . . . . . | 22 | _____ |

## Nondeductible State Income Tax (Hawaii Only)

| | | | |
|---|---|---|---|
| 23 | Nontaxable federal employee cost of living allowance . . . . . . . . . . . . . . | 23 | _____ |
| 24 | Adjusted gross income . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . | 24 | _____ |
| 25 | Add lines 23 and 24 . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . | 25 | _____ |
| 26 | Nondeductible percent.  Line 23 divided by line 25 . . . . . . . . . . . . . . . . | 26 | _____ % |
| 27 | Hawaii state income tax included in line 18 . . . . . . . . . . . . . . . . . . . | 27 | _____ |
| 28 | Nondeductible Hawaii state income tax.  Multiply line 26 by line 27. . . . . . . . | 28 | _____ |

## Charitable Deduction Limits Worksheet
## For Current Year Contributions

**2021**

► Keep for your records

| Name(s) Shown on Return | Social Security Number |
|---|---|
| | |

**Step 1 — Enter your other charitable contributions made during the year.**

| | | | |
|---|---|---|---|
| 1 | Enter your cash contributions to 100% limit organizations . . . . . . . . . . . . . . . . | 1 | |
| 2 | Enter your contributions of capital gain property "for the use of" any qualified organization . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . | 2 | |
| 3 | Enter your other contributions "for the use of" any qualified organization. Don't include any contributions you entered on a previous line . . . . . . . . . . | 3 | |
| 4 | Enter your other contributions to qualified organizations that aren't 50% limit organizations. Don't include any contributions you entered on a previous line . . . . | 4 | |
| 5 | Enter your contributions of capital gain property to 50% limit organizations deducted at fair market value. Don't include any contributions you entered on a previous line. . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . | 5 | |
| 6 | Enter your noncash contributions to 50% limit organizations other than capital gain property you deducted at fair market value. Be sure to include contributions of capital gain property to 50% limit organizations if you reduced the property's fair market value. Don't include any contributions you entered on a previous line . . . . . . . . . . . . . . . . . . . . . . | 6 | |
| 7 | Enter your cash contributions to 50% limit organizations. Don't include any contributions you entered on a previous line . . . . . . . . . . . . . . . . | 7 | |

**Step 2 — Figure your deduction for the year (if any result is zero or less, enter -0-)**

| | | | |
|---|---|---|---|
| 8 | Enter your adjusted gross income (AGI) . . . . . . . . . . . . . . . . . . . . . . . . | 8 | |

**A** *Cash contributions subject to the limit based on 60% of AGI*
(If line 7 is zero, leave lines 9 through 11 blank)

| | | | |
|---|---|---|---|
| 9 | Multiply line 8 by 0.6. . . . . . . . . . . . . . . . . . | 9 | |
| 10 | **Deductible amount**. Enter the smaller of line 7 or line 9. . . . . | 10 | |
| 11 | Carryover. Subtract line 10 from line 7 . . . . . . . . . . | 11 | |

**B** *Noncash contributions subject to the limit based on 50% of AGI*
(If line 6 is zero, leave lines 12 through 15 blank)

| | | | |
|---|---|---|---|
| 12 | Multiply line 8 by 0.5. . . . . . . . . . . . . . . . . . | 12 | |
| 13 | Subtract line 10 from line 12 . . . . . . . . . . . . . . | 13 | |
| 14 | **Deductible amount**. Enter the smaller of line 6 or line 13 . . . . | 14 | |
| 15 | Carryover. Subtract line 14 from line 6 . . . . . . . . . . | 15 | |

**C** *Contributions (other than capital gain property) subject to limit based on 30% of AGI*
(If lines 3 and 4 are both zero, leave lines 16 through 22 blank)

| | | | |
|---|---|---|---|
| 16 | Multiply line 8 by 0.5. . . . . . . . . . . . . . . . . . . . . . . . . . | 16 | |
| 17 | Add lines 5, 6, and 7. . . . . . . . . . . . . . . . . . . . . . . . . . | 17 | |
| 18 | Subtract line 17 from line 16 . . . . . . . . . . . . . . . | 18 | |
| 19 | Multiply line 8 by 0.3. . . . . . . . . . . . . . . . . . . . . . . . . . | 19 | |
| 20 | Add lines 3 and 4 . . . . . . . . . . . . . . . . . . . . . . . . . . | 20 | |
| 21 | **Deductible amount**. Enter the smallest of  line 18, 19, or 20 . . | 21 | |
| a | Cash portion of deductible amount - for Sch A line 11 . . . . . . | a | |
| b | Non-cash portion of deductible amount - for Sch A line 12. . . . . | b | |
| 22 | Carryover. Subtract line 21 from line 20 . . . . . . . . . . . . . | 22 | |

**D** *Contributions of capital gain property subject to limit based on 30% of AGI*
(If line 5 is zero, leave lines 23 through 28 blank)

| | | | |
|---|---|---|---|
| 23 | Multiply line 8 by 0.5. . . . . . . . . . . . . . . . . . . . . . . . . | 23 | |
| 24 | Add lines 6 and 7 . . . . . . . . . . . . . . . . . . . . . . . . . | 24 | |
| 25 | Subtract line 24 from line 23 . . . . . . . . . . . . . . . | 25 | |
| 26 | Multiply line 8 by 0.3. . . . . . . . . . . . . . . . . . . . . . . . . | 26 | |
| 27 | **Deductible amount**. Enter the smallest of line 5, 25, or 26 . . . | 27 | |
| 28 | Carryover. Subtract line 27 from line 5. . . . . . . . . . . . . . | 28 | |

**E** *Contributions subject to the limit based on 20% of AGI*
(If line 2 is zero, leave lines 29 through 37 blank)

| | | | |
|---|---|---|---|
| **29** | Multiply line 8 by 0.5 . . . . . . . . . . . . . . . . . . . . . . . . | **29** | |
| **30** | Add lines 10, 14, 21, and 27 . . . . . . . . . . . . . . . . . | **30** | |
| **31** | Subtract line 30 from line 29 . . . . . . . . . . . . . . . . . | **31** | |
| **32** | Multiply line 8 by 0.3 . . . . . . . . . . . . . . . . . . . . . | **32** | |
| **33** | Subtract line 21 from line 32 . . . . . . . . . . . . . . . . . | **33** | |
| **34** | Subtract line 27 from line 32 . . . . . . . . . . . . . . . . . | **34** | |
| **35** | Multiply line 8 by 0.2 . . . . . . . . . . . . . . . . . . . . . | **35** | |
| **36** | **Deductible amount.** Enter the smallest of line 2, 31, 33, 34, or 35 . . . . . . . . . . . . . . . . . . . . . . . . . . . . | **36** | |
| **37** | Carryover. Subtract line 36 from line 2 . . . . . . . . . . . . . | **37** | |

**F** *Qualified contributions subject to limit based on 100% of AGI*
(If line 1 is zero, leave lines 38 through 42 blank)

| | | | |
|---|---|---|---|
| **38** | Enter the amount from line 8 . . . . . . . . . . . . . . . . . | **38** | |
| **39** | Add lines 10, 14, 21, 27, and 36 . . . . . . . . . . . . . . . . | **39** | |
| **40** | Subtract line 39 from line 38 . . . . . . . . . . . . . . . . . | **40** | |
| **41** | **Deductible amount.** Enter the smaller of line 1 or line 40 . . . . | **41** | |
| **42** | Carryover. Subtract line 41 from line 1 . . . . . . . . . . . . . | **42** | |

**G** *Deduction for the year*

| | | | |
|---|---|---|---|
| **43** | Add lines 10, 14, 21, 27, 36 and 41. Enter the total here and include the deductible amounts on Schedule A (Form 1040), line 11 or line 12 whichever is appropriate. | **43** | |
| **44** | Carryover to next year. Add lines 11, 15, 22, 28 and 37 | **44** | |

**Note:** Any amounts in the carryover column are not deductible this year but can be carried over to next year. See Carryovers, later, for more information about how you will use them next year.

## Charitable Deduction Limits Worksheet
### For Carryover Contributions
**2021**

► Keep for your records

| Name(s) Shown on Return | Social Security Number |
|---|---|
| | |

**Step 1 — Enter your other charitable contributions made during the year.**

| | | | |
|---|---|---|---|
| 1 | Enter your cash contributions to 100% limit organizations . . . . . . . . . . . . . . | **1** | |
| 2 | Enter your contributions of capital gain property "for the use of" any qualified organization. . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . | **2** | |
| 3 | Enter your other contributions "for the use of" any qualified organization. Don't include any contributions you entered on a previous line . . . . . . . . . . . | **3** | |
| 4 | Enter your other contributions to qualified organizations that aren't 50% limit organizations. Don't include any contributions you entered on a previous line . . . . | **4** | |
| 5 | Enter your contributions of capital gain property to 50% limit organizations deducted at fair market value. Don't include any contributions you entered on a previous line. . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . | **5** | |
| 6 | Enter your noncash contributions to 50% limit organizations other than capital gain property you deducted at fair market value. Be sure to include contributions of capital gain property to 50% limit organizations if you reduced the property's fair market value. Don't include any contributions you entered on a previous line . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . | **6** | |
| 7 | Enter your cash contributions to 50% limit organizations. Don't include any contributions you entered on a previous line . . . . . . . . . . . . . . . . . . . . . . | **7** | |

**Step 2 — Figure your deduction for the year (if any result is zero or less, enter -0-)**

| | | | | | |
|---|---|---|---|---|---|
| 8 | Enter your adjusted gross income (AGI) . . . . . . . . . . . . . . . . . . . . | | | **8** | |

| | | Percentage of line 8 | | Used in Current Year | | |
|---|---|---|---|---|---|---|
| | a | 60% AGI limit to line 9 . . . . . . . . . . . | 0. | Less | 0. | **a** | 0. |
| | b | 50% AGI limit to line 12 . . . . . . . . . . | 0. | Less | 0. | **b** | 0. |
| | c | 30% AGI limit, Section C to line 19 . . . . . | 0. | Less | 0. | **c** | 0. |
| | d | 30% AGI limit, Section D to line 26 . . . . . | 0. | Less | 0. | **d** | 0. |
| | e | 20% AGI limit to line 35 . . . . . . . . . . | 0. | Less | 0. | **e** | 0. |

**A**  *Cash contributions subject to the limit based on 60% of AGI*
(If line 7 is zero, leave lines 9 through 11 blank)

| | | | |
|---|---|---|---|
| 9 | Multiply line 8 by 0.6. . . . . . . . . . . . . . . . . | **9** | |
| 10 | **Deductible amount**. Enter the smaller of line 7 or line 9. . . . . | **10** | |
| 11 | Carryover. Subtract line 10 from line 7 . . . . . . . . . . . . . | **11** | |

**B**  *Noncash contributions subject to the limit based on 50% of AGI*
(If line 6 is zero, leave lines 12 through 15 blank)

| | | | |
|---|---|---|---|
| 12 | Multiply line 8 by 0.5. . . . . . . . . . . . . . . . . | **12** | |
| 13 | Subtract line 10 from line 12 . . . . . . . . . . . . . . . . | **13** | |
| 14 | **Deductible amount**. Enter the smaller of line 6 or line 13 . . . | **14** | |
| 15 | Carryover. Subtract line 14 from line 6 . . . . . . . . . . . . | **15** | |

**C**  *Contributions (other than capital gain property) subject to limit based on 30% of AGI*
(If lines 3 and 4 are both zero, leave lines 16 through 22 blank)

| | | | |
|---|---|---|---|
| 16 | Multiply line 8 by 0.5. . . . . . . . . . . . . . . . . . . . | **16** | |
| 17 | Add lines 5, 6, and 7. . . . . . . . . . . . . . . . . . . . | **17** | |
| 18 | Subtract line 17 from line 16 . . . . . . . . . . . . . . . | **18** | |
| 19 | Multiply line 8 by 0.3. . . . . . . . . . . . . . . . . . . . | **19** | |
| 20 | Add lines 3 and 4 . . . . . . . . . . . . . . . . . . . . . | **20** | |
| 21 | **Deductible amount**. Enter the smallest of line 18, 19, or 20 . . | **21** | |
| | a | Cash portion of deductible amount - for Sch A line 11 . . . . . . | **a** | |
| | b | Non-cash portion of deductible amount - for Sch A line 12. . . . | **b** | |
| 22 | Carryover. Subtract line 21 from line 20 . . . . . . . . . . . | **22** | |

**D**  *Contributions of capital gain property subject to limit based on 30% of AGI*
(If line 5 is zero, leave lines 23 through 28 blank)

| | | | |
|---|---|---|---|
| 23 | Multiply line 8 by 0.5. . . . . . . . . . . . . . . . . . . . | **23** | |
| 24 | Add lines 6 and 7 . . . . . . . . . . . . . . . . . . . . . | **24** | |
| 25 | Subtract line 24 from line 23 . . . . . . . . . . . . . . . . | **25** | |
| 26 | Multiply line 8 by 0.3. . . . . . . . . . . . . . . . . . . . | **26** | |
| 27 | **Deductible amount**. Enter the smallest of line 5, 25, or 26 . . . | **27** | |
| 28 | Carryover. Subtract line 27 from line 5. . . . . . . . . . . . | **28** | |

**E**  *Contributions subject to the limit based on 20% of AGI*
(If line 2 is zero, leave lines 29 through 37 blank)

000245

| 29 | Multiply line 8 by 0.5 . . . . . . . . . . . . . . . . . . . . . . . . | 29 | |
| 30 | Add lines 10, 14, 21, and 27 . . . . . . . . . . . . . . . . . . | 30 | |
| 31 | Subtract line 30 from line 29 . . . . . . . . . . . . . . . . . . | 31 | |
| 32 | Multiply line 8 by 0.3 . . . . . . . . . . . . . . . . . . . . . . . . | 32 | |
| 33 | Subtract line 21 from line 32 . . . . . . . . . . . . . . . . . . | 33 | |
| 34 | Subtract line 27 from line 32 . . . . . . . . . . . . . . . . . . | 34 | |
| 35 | Multiply line 8 by 0.2 . . . . . . . . . . . . . . . . . . . . . . . . | 35 | |
| 36 | **Deductible amount.** Enter the smallest of line 2, 31, 33, 34, or 35 . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . | 36 | |
| 37 | Carryover. Subtract line 36 from line 2 . . . . . . . . . . . . | 37 | |

**F  Qualified contributions for certain disaster relief efforts (Not applicable for carryovers)**
(If line 1 is zero, leave lines 38 through 42 blank)

| 38 | Enter the amount from line 8 . . . . . . . . . . . . . . . . . . | 38 | |
| 39 | Add lines 10, 14, 21, 27, and 36 . . . . . . . . . . . . . . . . | 39 | |
| 40 | Subtract line 39 from line 38 . . . . . . . . . . . . . . . . . . | 40 | |
| 41 | **Deductible amount.** Enter the smaller of line 1 or line 40 . . . . | 41 | |
| 42 | Carryover. Subtract line 41 from line 1 . . . . . . . . . . . . . | 42 | |

**G  Deduction for the year**

| 43 | Add lines 10, 14, 21, 27, 36 and 41. Enter the total here and include the deductible amounts on Schedule A (Form 1040), line 11 or line 12 whichever is appropriate. | 43 | |
| 44 | Carryover to next year. Add lines 11, 15, 22, 28 and 37 | 44 | |

**Note:** Any amounts in the carryover column are not deductible this year but can be carried over to next year. See Carryovers, later, for more information about how you will use them next year.

# Charitable Contributions Summary   2021

► Keep for your records

| Name(s) Shown on Return | Social Security Number |
|---|---|
| | |

## Part I   Cash Contributions Summary

| Name of Charitable Organization | (a) Total | (b) 60% Limit | (c) 30% Limit | (d) 100% Limit | |
|---|---|---|---|---|---|
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| Totals: | | | | | |

## Part II   Non-Cash Contributions Summary

| | Total | Other Property | | Capital Gain Property | |
|---|---|---|---|---|---|
| Name of Charitable Organization | (a) Total | (b) 50% Limit | (c) 30% Limit | (d) 30% Limit | (e) 20% Limit |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| Totals: | | | | | |

## Part III   Contribution Carryovers to 2022

| | Total | Cash and Other Non-Capital Gain Property | | | | Capital Gain Property | |
|---|---|---|---|---|---|---|---|
| | (a) Total | (b) 100% Limit | (c) 60% Limit | (d) 50% Limit | (e) 30% Limit | (f) 30% Limit | (g) 20% Limit |
| 1 2021 contributions . | | | | | | | |
| 2 2021 contributions allowed | | | | | | | |
| 3 Carryovers from: | | | | | | | |
| a 2020 tax year . . . | | N/A | | | | | |
| b 2019 tax year . . . | | N/A | | | | | |
| c 2018 tax year . . . | | N/A | | | | | |
| d 2017 tax year . . . | | N/A | | | | | |
| e 2016 tax year . . . | | N/A | | | | | |
| 4 Carryovers allowed in 2021 | | N/A | | | | | |
| 5 Carryovers disallowed in 2021 | | N/A | | | | | |
| 6 Carryovers to 2022: | | | | | | | |
| a From 2021. . . . . | | | | | | | |
| b From 2020. . . . . | | N/A | | | | | |
| c From 2019. . . . . | | N/A | | | | | |
| d From 2018. . . . . | | N/A | | | | | |
| e From 2017. . . . . | | N/A | | | | | |
| f From 2016. . . . . | | N/A | | | | | |

## Part IV   Special Situations in Your Return for Current Year Donations

| | | |
|---|---|---|
| 1 | Was the **entire interest** given for all property donated to all charities? . . . . . . . | [X] Yes  [ ] No |
| 2 | Were **restrictions** attached to any charities's right to use or dispose of any property donated to any charity? . . . . . . . . . . . . . ► | [ ] Yes  [X] No |
| 3 | Did you give to anyone other than the charity the right to income from any of the donated property or to possession of any of the donated property? . . . . . ► | [ ] Yes  [X] No |
| 4 | Was any charity other than a 60%/50% charity? | [ ] Yes  [X] No |

000247

| Form 1040 or 1040-SR, Line 12 | Standard Deduction Worksheet for Dependents | 2021 |
|---|---|---|
| | ► Keep for your records | |

| Name(s) Shown on Return | Social Security Number |
|---|---|
| | |

Use this worksheet **only** if someone can claim you, or your spouse if filing jointly, as a dependent.

**1**    Is your **earned income*** more than $750?

     ☐   **Yes.** Add $350 to your earned income. Enter the total

     ☐   **No.**   Enter $1,100      ►   . . . . . **1** _____

**2**    Enter the amount shown below for your filing status.

     ● Single or married filing separately — $12,550

     ● Married filing jointly — $25,100      ►   . . . . . **2**    12,550.

     ● Head of household — $18,800

**3**    **Standard deduction.**

**3 a**   Enter the **smaller** of line 1 or line 2. If born after January 1, 1956, and not

     blind, **stop here** and enter this amount on Form 1040 or 1040-SR, line 12.

     Otherwise, go to line 3b . . . . . . . . . . . . . . . . . . . . . . . . . . . **3 a** _____

**3 b**   If born before January 2, 1956, or blind, multiply the number claimed on top of

     page 2 of Form 1040 Wkst by $1,350 ($1,700 if single or head of household) . . . . . . **3 b** _____

**3 c**   Add lines 3a and 3b. Enter the total here and on Form 1040 or 1040-SR, line 12 . . . . **3 c** _____

***Earned income*** *includes wages, salaries, tips, professional fees, and other compensation received for personal services you performed. It also includes any taxable scholarship or fellowship grant. Generally, your earned income is the total of the amount(s) you reported on Form 1040 or 1040-SR, line 1, and Schedule 1, lines 3 and 6, minus the amount, if any, on Schedule 1, line 14. Earned income, for the purpose of figuring your standard deduction, doesn't include qualified disability trust distributions.*

## Earned Income Worksheet          2021
► Keep for your records

| Name(s) Shown on Return | Social Security Number |
|---|---|
| | |

### Part I — Earned Income Credit Worksheet Computation

| | | Taxpayer | Spouse | Total |
|---|---|---|---|---|
| 1 | **If filing Schedule SE:** | | | |
| a | Net self-employment income . . . . . . . . . . . | | | |
| b | Optional Method and Church Employee income . | | | |
| c | Add lines 1a and 1b . . . . . . . . . . . . . . . | | | |
| d | One-half of self-employment tax . . . . . . . . . | | | |
| e | Subtract line 1d from line 1c . . . . . . . . . . . | | | |
| 2 | **If not required to file Schedule SE:** | | | |
| a | Net farm profit or (loss) . . . . . . . . . . . . . . | | | |
| b | Net nonfarm profit or (loss) . . . . . . . . . . . . | | | |
| c | Add lines 2a and 2b . . . . . . . . . . . . . . . | | | |
| 3 | **If filing Schedule C as a statutory employee,** enter the amount from line 1 of that Schedule C . . . . . . . . . . . . . . . . . . . | | | |
| 4 | Add lines 1e, 2c and 3. To EIC Wks, line 5 . . . . | | | |

### Part II — Form 2441 and Standard Deduction Worksheet Computations

| | | Taxpayer | Spouse | Total |
|---|---|---|---|---|
| 5 | Net self-employment earnings (line 4 above) . . . | | | |
| 6 | Wages, salaries, and tips less distributions from nonqualified or section 457 plans, etc . . . . | | | |
| 7 a | Taxable employer-provided adoption benefits. . . | | | |
| b | Foreign earned income exclusion . . . . . . . . . | | | |
| 8 | Add lines 5 through 7b. To Form 2441, lines 18 and 19 . . . . . . . . . . . . . . . . . . . . . . . . | | | |
| 9 a | Taxable dependent care benefits. . . . . . . . . . | | | |
| b | Nontaxable combat pay . . . . . . . . . . . . . . | | | |
| 10 | Add lines 8, 9a & 9b . To Form 2441, lines 4 and 5 . . . . . . . . . . . . . . . . . . . . . . . | | | |
| 11 | Scholarship or fellowship income not on W-2 . . . | | | |
| 12 | SE exempt earnings less nontaxable income . . . | | | |
| 13 | Distributions from nonqualified/Sec. 457 plans . . | | | |
| 14 | Add lines 5, 6, 7a, 9a and 11 through 13. To Standard Deduction Worksheet . . . . . . . | | | |

### Part III — IRA Deduction Worksheet Computation

| | | Taxpayer | Spouse | Total |
|---|---|---|---|---|
| 15 | Net self-employment income or (loss) . . . . . . . | | | |
| 16 | Wages, salaries, tips, etc . . . . . . . . . . . . . | | | |
| 17 | Net self-employment loss . . . . . . . . . . . . . . | | | |
| 18 | Alimony received. . . . . . . . . . . . . . . . . . . | | | |
| 19 | Nontaxable combat pay . . . . . . . . . . . . . . . | | | |
| 20 | Foreign earned income exclusion . . . . . . . . . | | | |
| 21 | Keogh, SEP or SIMPLE deduction . . . . . . . . . | | | |
| 22 | Combine lines 15 through 21. To IRA Wks, ln 2. . | | | |

### Part IV — Schedule 8812 and Child Tax Credit Line 14 Worksheet Computations

| | | Taxpayer | Spouse | Total |
|---|---|---|---|---|
| 23 | Self-employed, church and statutory employees . | | | |
| 24 | Wages, salaries, tips, etc . . . . . . . . . . . . . | | | |
| 25 | Nontaxable combat pay . . . . . . . . . . . . . . . | | | |
| 26 | Combine lines 23 through 25.  To Schedule 8812, line 6a & Line 14 Wks, line 2. . . . . . . . | | | |

000249

| Form **1040**<br>Line 27 | **Earned Income Credit Worksheet**<br>► Keep for your records | **2021** |
|---|---|---|

| Name(s) Shown on Return | Social Security Number |
|---|---|
| | |

**QuickZoom** to Schedule EIC  . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . ►
**QuickZoom** to Dependent Information Worksheet to enter qualifying children information. . . . . ► _____
**QuickZoom** to Wages, Salaries, & Tips Worksheet to enter earned and non-earned income . . . ►
**QuickZoom** to page 2 of this worksheet, if credit is not calculated on line 7. . . . . . . . . . . . . ►

| | | | | |
|---|---|---|---|---|
| 1 | Enter the amount from Form 1040 line 1 | | | |
| | less amounts considered **not** earned for EIC purposes  . . . . . . . . . . . . . . . | **1** | |
| 2 | Adjustments to line 1 amount: | | | |
| a | Income reported as wages **and** as self-employment income. . . . . . . . . . . . . | **2 a** | |
| b | Other income entered as wages that is not considered earned income  . . . . . . . | **b** | |
| c | Distributions from section 457 and other nonqualified plans reported on W-2 . . . . | **c** | |
| 3 | Subtract lines 2a, 2b and 2c from line 1 . . . . . . . . . . . . . . . . . . . . . . . . | **3** | |
| 4 a | Taxpayer's nontaxable combat pay election for EIC | **4 a** | | |
| b | Spouse's nontaxable combat pay election for EIC | **b** | | |
| c | Total nontaxable combat pay election . . . . . . . . . . . . . . . . . . . . . . . . | **4 c** | |
| 5 | If you were self-employed **or** used Schedule C | | | |
| | as a statutory employee, enter the amount from the | | | |
| | Earned Income Worksheet, line 4  . . . . . . . . . . . . . . . . . . . . . | **5** | |
| 6 | Medicaid Waiver Payments reported as nontaxable  . . . . . . . . . . . . . . . . . . | **6** | |
| 7 | **Earned income.** Add lines 3, 4, 5, and 6  . . . . . . . . . . . . . . . . . . . . . . . | **7** | 0. |
| 8 | Enter the credit, from the **EIC Table,** for the amount on line 7. Be sure to use | | | |
| | the correct column for filing status and number of children . . . . . . . . . . . . . | **8** | 0. |
| | | | | |
| | If line 8 is zero, **stop.** You **cannot** take the credit. | | | |
| | Enter "No" on the dotted line next to Form 1040, line 27. | | | |
| 9 | Enter your **AGI** from Form 1040, line 11 . . . . . . . . . . . . . . . . . . . . . . . | **9** | |
| 10 | If you have: | | | |
| | ● No qualifying children, is the amount on line 9 less than $11,650 | | | |
| | ($17,600 if married filing jointly)? | | | |
| | ● 1 or more qualifying children, is the amount on line 9 less than $19,550 | | | |
| | ($25,500 if married filing jointly)? | | | |
| | ☒ **Yes.** Go to line 11 now. | | | |
| | **No.** Enter the credit, from the **EIC Table,** for the amount on line **9.** Be | | | |
| | sure to use the correct column for filing status and number of children  . . . . | **10** | |
| 11 | **Earned income credit.** | | | |
| | ● If 'Yes' on line 10, enter the amount from line 8 | | | |
| | ● If 'No' on line 10, enter the **smaller** of line 8 or line 10  . . . . . . . . . . . . . | **11** | |

Enter line 11 amount on Form 1040, line 27.

**Compliance and Due Diligence Information**

**1**   Is this how long your dependents lived with you in the U.S in 2021?

☐ **Yes**, all of the above is correct.
☐ **No**, I'll go back and review my dependent information.
The IRS may ask you for documents to prove you lived with anyone you're claiming for the Earned Income Credit.

Is this where you lived with your dependents the longest in 2021?

**2**   ☐ **Yes**, my dependents lived with me at this address.
☐ **No**, I'd like to add an additional address where I lived with my dependents.  Use the Interview to add an additional address where you lived with your dependents the longest in 2021.

Compliance and Due Diligence Indicator . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . X
Disqualified from Earned Income Credit . . . . . . . . . . . . . . . . . . . . . . . . . X **Yes** ☐ **No**

Potential qualifying child count . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . ► 0
Non dependent potential qualifying child count . . . . . . . . . . . . . . . . . . . . . . . . . . . . ► 0
Qualifying child count (max 3) . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . ► 0

Form 6251
Line 37

**Schedule D Tax Worksheet
as refigured for the
Alternative Minimum Tax**

2021

► Keep for your records

| Name(s) Shown on Return | Social Security Number |
|---|---|

|  | (a) Before Allocation of Capital Gain Excess * | (b) Allocation of Capital Gain Excess * | (c) After Allocation of Capital Gain Excess |
|---|---|---|---|
| **1** Not applicable . . . . . . . . . . . . . . . . . . . . . | | | |
| **2** Enter your total qualified dividends as refigured for the Alternative Tax (AMT): | | | |
| **a** Total qualified dividends. . . . . . . . . . . _____ | | | |
| **b** Adjustment from Schedules K-1 . . . . . . . _____ | | | |
| **c** Other adjustments to qualified dividends . . _____ | | | |
| **d** Total. Combine lines 2a, 2b, and 2c . . . . . . . . . . . . | | 0. | 0. |
| **3** Enter the amount from Form 4952 for AMT, line 4g. . . . . | | | |
| **4** Enter the amount from Form 4952 for AMT, line 4e. . . . . | | | |
| **5** Subtract line 4 from line 3. If zero or less, enter -0- . . . . | 0. | | 0. |
| **6** Subtract line 5 from line 2. If zero or less, enter -0- . . . . | 0. | | 0. |
| **7** Net long-term capital gain: | | | |
| **a** Enter the gain from line 15 of Schedule D as refigured for the AMT . . . . . . . . . . _____ 0. | | | |
| **b** Enter the gain from line 16 of Schedule D as refigured for the AMT . . . . . . . . . . _____ 0. | | | |
| **c** Enter the **smaller** of line 7a or line 7b . . . . . . . . . . . | 0. | | 0. |
| **8** Enter the **smaller** of line 3 or line 4 . . . . . . . . . . . . | | | |
| **9** Subtract line 8 from line 7c. If zero or less, enter -0- . . . . | 0. | 0. | 0. |
| **10** Add lines 6 and 9 . . . . . . . . . . . . . . . . . . . . . | 0. | | 0. |
| **A** Enter the amount from Form 6251, line 6. . . . . . . . | 0. | | |
| **B** **Capital gain excess**. Subtract line A from line 10. * . . | 0. | | |
| **11** Total 28% rate and unrecaptured section 1250 gain: | | | |
| **a** Enter the gain from line 18 of Schedule D as refigured for the AMT . . . . . . . . . . _____ 0. | | | |
| **b** Enter the gain from line 19 of Schedule D as refigured for the AMT . . . . . . . . . . _____ | | | |
| **c** Add lines 11a and 11b. . . . . . . . . . . . . . . . . . . . | | | 0. |
| **12** Enter the **smaller** of line 9 or line 11c . . . . . . . . . . . | | | 0. |
| **13** Subtract line 12 from line 10. Also enter this amount on Form 6251, line 13. . . . . . . . . . . . . . . . . . | | | 0. |

\* Capital gain excess applies only if filing Form 2555, Foreign Earned Income.

| Form 6251 | **Alternative Minimum Tax  Worksheet** | **2021** |
|---|---|---|

► Keep for your records

| Name(s) Shown on Return | Social Security Number |
|---|---|

## Taxable Income — Line 1

| | | | |
|---|---|---|---|
| 1 | Enter the amount from Form 1040 or 1040-SR, line 15, if more than zero. If Form 1040 or 1040-SR, line 15, is zero, subtract line 14 of Form 1040 of 1040-SR from line 11 of Form 1040 or 1040-SR and enter the result here. (If less than zero, enter as a negative amount.) . . . . . . . . . . . . . . . . | 1 | −12,550. |
| 2 | Additions to income . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . | 2 | |
| 3 | Add lines 1 and 2 . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . | 3 | −12,550. |
| 4 | Subtractions from income . . . . . . . . . . . . . . . . . . . . . . . . . . . . . | 4 | |
| 5 | Subtract line 4 from line 3. Enter on Form 6251, line 1 . . . . . . . . . . . . . . . . | 5 | −12,550. |

## Taxes — Line 2a

| | | | |
|---|---|---|---|
| 1 | Generation skipping transfer taxes included on Schedule A, line 6 . . . . . . . . . . | 1 | |

## Refund of Taxes — Line 2b

| | | | |
|---|---|---|---|
| 1 | Taxable refund of state and local income tax . . . . . . . . . . . . . . . . . . . . . | 1 | |
| 2 | Amount and description of any refund of state and local personal property taxes, foreign income or real property taxes . . . . . . . . . . . . . . . . . . . . | 2 | |
| 3 | Total tax refund adjustment. Enter on Form 6251, line 2b . . . . . . . . . . . . . . | 3 | |

## Alternative Tax Net Operating Loss Deduction (ATNOLD) — Line 2f

| | | | |
|---|---|---|---|
| 1 | Alternative minimum taxable income (AMTI) without ATNOLD . . . . . . . . . . . | 1 | 0. |
| 2 | Enter adjustments . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . | 2 | |
| 3 | Adjustment for domestic production activities deduction . . . . . . . . . . . . . . . | 3 | |
| 4 | Adjusted AMTI without ATNOLD. Add lines 1-3 . . . . . . . . . . . . . . . . . . . | 4 | 0. |
| 5 | ATNOLD limitation. Multiply line 4 by 90%. . . . . . . . . . . . . . . . . . . . . | 5 | 0. |
| 6 | Enter ATNOL carried to 2020 from other year(s) . . . . . . . . . . . . . . . . . . | 6 | |
| 7 | Enter ATNOL included above attributable to qualified disaster losses . . . . . . . . | 7 | |
| 8 | ATNOL above not attributable to qualified disaster losses. Line 6 minus 7 . . . . . . | 8 | |
| 9 | ATNOL deduction other than qualified disaster losses. Lesser of line 5 or 8 . . . . . | 9 | |
| 10 | ATNOL Disaster Deduction. Lesser of line 7 or (line 4 minus line 9) . . . . . . . . | 10 | |
| 11 | ATNOLD. Add lines 9 and 10. Enter on Form 6251, line 2f, as neg . . . . . . . . . | 11 | |

## Incentive Stock Options — Line 2i

| | | | |
|---|---|---|---|
| 1 | Incentive stock options adjustment from Schedule K-1 worksheets . . . . . . . . . . | 1 | |
| 2 | Incentive stock options from Employer Stock Transaction Worksheets . . . . . . . . | 2 | |
| 3 | Incentive stock options from Exercise of Stock Options Worksheets . . . . . . . . . | 3 | |
| 4 | Other incentive stock options . . . . . . . . . . . . . . . . . . . . . . . . . . . . | 4 | |
| 5 | Total incentive stock options. Enter on Form 6251, line 2i . . . . . . . . . . . . . . | 5 | |

## Alternative Minimum Taxable Income — Line 4

| | | | |
|---|---|---|---|
| If married filing separately and Form 6251, line 4, is more than $752,800: | | | |
| 1 | Alternative minimum taxable income, Form 6251 . . . . . . . . . . . . . . . . . . . | 1 | |
| 2 | Threshold amount . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . | 2 | |
| 3 | Subtract line 2 from line 1 . . . . . . . . . . . . . . . . . . . . . . . . . . . | 3 | |
| 4 | Multiply line 3 by 25% (.25) . . . . . . . . . . . . . . . . . . . . . . . . . . | 4 | |
| 5 | **Smaller** of line 4 or $57,300 . . . . . . . . . . . . . . . . . . . . . . . . . | 5 | |
| 6 | Add line 1 and line 5.  Enter on Form 6251, line 4 . . . . . . . . . . . . . . . | 6 | |

## Exemption — Line 5

| | | | |
|---|---|---|---|
| 1 | Enter $73,600 if single or head of household, $114,600 if married filing jointly or qualifying widow(er), $57,300 if married filing separately . . . . . . . . . . . . | 1 | 73,600. |
| 2 | Enter your alternative minimum taxable income from Form 6251, line 4 . . . . . . . | 2 | 0. |
| 3 | Enter $523,600 if single or head of household, $1,047,200 if married filing jointly or qualifying widow(er), $523,600 if married filing separately . . . . . . . . . | 3 | 523,600. |
| 4 | Subtract line 3 from line 2. If zero or less, enter -0- . . . . . . . . . . . . . . . . . | 4 | 0. |
| 5 | Multiply line 4 by 25% (.25) . . . . . . . . . . . . . . . . . . . . . . . . . . . . | 5 | 0. |
| 6 | Subtract line 5 from line 1. If zero or less, enter -0-. Enter on 6251, line 5 . . . . . . | 6 | 73,600. |

| Form 6251<br>Line 7 | **Foreign Earned Income<br>Alternative Minimum Tax Worksheet**<br>► Keep for your records | 2021 |
|---|---|---|

| Name(s) Shown on Return | Social Security Number |
|---|---|

| | | |
|---|---|---|
| **1** | Enter the amount from Form 6251, line 6 . . . . . . . . . . . . . . . . . . . . . . . | **1** |
| **2 a** | Enter the amount from your (and your spouse's if filing jointly) Form 2555, | |
| | lines 45 and 50 . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . | **2a** |
| **b** | Enter the total amount of any itemized deductions or exclusions you couldn't | |
| | claim because they are related to excluded income . . . . . . . . . . . . . . . . | **2b** |
| **c** | Subtract line 2b from line 2a.  If zero or less, enter 0 . . . . . . . . . . . . . . . | **2c** |
| **3** | Add line 1 and line 2c . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . | **3** |
| **4** | **Tax on the amount on line 3.** | |
| | ● If you reported capital gain distributions directly on Form 1040 or 1040-SR, line 7; **or** you reported qualified dividends on Form 1040 or 1040-SR, line 3a; **or** you had a gain on both lines 15 and 16 of Schedule D (Form 1040 or 1040-SR) (as refigured for the AMT, if necessary), enter the amount from line 3 of this worksheet on Form 6251, line 12. Complete the rest of Part III of Form 6251. However, before completing Part III, see *Form 2555*, later, to see if you must complete Part III with certain modifications. Then enter the amount from Form 6251, line 40, here. | |
| | ● **All Others:**  If line 3 is $199,900 or less ($99,950 or less if married filing separately), multiply line 3 by 26% (0.26). Otherwise, multiply line 3 by 28% (0.28) and subtract $3,998 ($1,999 if married filing separately) from the result . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . | **4** |
| **5** | **Tax on amount on line 2c.** If line 2c is $199,900 or less ($99,950 or less if married filing separately), multiply line 2c by 26% (0.26). Otherwise, multiply line 2c by 28% (0.28) and subtract $3,998 ($1,999 if married filing separately) from the result . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . | **5** |
| **6** | Subtract line 5 from line 4. Enter the result here and on Form 6251, line 7. . . . . . | **6** |

# Federal Carryover Worksheet

**2021**

► Keep for your records

| Name(s) Shown on Return | Social Security Number |
|---|---|
| | |

## 2020 State and Local Income Tax Information

| (a) State or Local ID | (b) Paid With Extension | (c) Estimates Pd After 12/31 | (d) Total With-held/Pmts | (e) Paid With Return | (f) Total Over-payment | (g) Applied Amount |
|---|---|---|---|---|---|---|
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| Totals . . | | | | | | |

### 2020 State Extension Information

| (a) State | (b) Paid With Extension |
|---|---|
| | |
| | |
| | |

### 2020 Locality Extension Information

| (a) Locality | (b) Paid With Extension |
|---|---|
| | |
| | |
| | |

### 2020 State Estimates Information

| (a) State | (c) Estimates Paid After 12/31 |
|---|---|
| | |
| | |
| | |

### 2020 Locality Estimates Information

| (a) Locality | (c) Estimates Paid After 12/31 |
|---|---|
| | |
| | |
| | |

### 2020 State Taxes Due Information

| (a) State | (e) Paid With Return |
|---|---|
| | |
| | |
| | |

### 2020 Locality Taxes Due Information

| (a) Locality | (e) Paid With Return |
|---|---|
| | |
| | |
| | |

### 2020 State Refund Applied Information

| (a) State | (g) Applied Amount |
|---|---|
| | |
| | |
| | |

### 2020 Locality Refund Applied Information

| (a) Locality | (g) Applied Amount |
|---|---|
| | |
| | |
| | |

### 2020 State Tax Refund Information

| (a) State | (d) Total Withheld/Pmts | (f) Total Overpayment |
|---|---|---|
| | | |
| | | |
| | | |

### 2020 Locality Tax Refund Information

| (a) Locality | (d) Total Withheld/Pmts | (f) Total Overpayment |
|---|---|---|
| | | |
| | | |
| | | |

**Federal Carryover Worksheet page 2**                                   **2021**

| Other Tax and Income Information | | | 2020 | 2021 |
|---|---|---|---|---|
| 1 | Filing status . . . . . . . . . . . . . . . . . . . . . . . . . . | 1 | | 1 Single |
| 2 | Number of exemptions for blind or over 65 (0 - 4). . . . . . . . | 2 | | |
| 3 | Itemized deductions . . . . . . . . . . . . . . . . . . . . . . | 3 | | 0. |
| 4 | Check box if required to itemize deductions . . . . . . . . . . . | 4 | ☐ | ☐ |
| 5 | Adjusted gross income . . . . . . . . . . . . . . . . . . . . . | 5 | | |
| 6 | Tax liability for Form 2210 or Form 2210-F . . . . . . . . . . . | 6 | | 0. |
| 7 | Alternative minimum tax . . . . . . . . . . . . . . . . . . . . | 7 | | |
| 8 a | Federal overpayment applied to next year estimated tax . . . . . | 8 a | | |
| b | Federal extension payment for 2020 return | b | | |

QuickZoom to the IRA Information Worksheet for IRA information . . . . . . . . . . . . . . . . . ▶

| Excess Contributions | | | 2020 | 2021 |
|---|---|---|---|---|
| 9 a | Taxpayer's excess Archer MSA contributions as of 12/31 . . . . | 9 a | | |
| b | Spouse's excess Archer MSA contributions as of 12/31 . . . . . | b | | |
| 10 a | Taxpayer's excess Coverdell ESA contributions as of 12/31 . . . | 10 a | | |
| b | Spouse's excess Coverdell ESA contributions as of 12/31 . . . . | b | | |
| 11 a | Taxpayer's excess HSA contributions as of 12/31 . . . . . . . . | 11 a | | |
| b | Spouse's excess HSA contributions as of 12/31 . . . . . . . . . | b | | |

| Loss and Expense Carryovers<br>Note: Enter all entries as a positive amount | | | | 2020 | 2021 |
|---|---|---|---|---|---|
| 12 a | Short-term capital loss . . . . . . . . . . . . . . . . . . . . . | | 12 a | | |
| b | AMT Short-term capital loss . . . . . . . . . . . . . . . . . . . | | b | | |
| 13 a | Long-term capital loss . . . . . . . . . . . . . . . . . . . . . | | 13 a | | |
| b | AMT Long-term capital loss . . . . . . . . . . . . . . . . . . . | | b | | |
| 14 a | Net operating loss available to carry forward . . . . . . . . . . | | 14 a | | |
| b | AMT Net operating loss available to carry forward . . . . . . . | | b | | |
| 15 a | Investment interest expense disallowed . . . . . . . . . . . . . | | 15 a | | |
| b | AMT Investment interest expense disallowed . . . . . . . . . . | | b | | |
| 16 | Nonrecaptured net Section 1231 losses from: | a | 2021 . . . | 16 a | | |
| | | b | 2020 . . . | b | | |
| | | c | 2019 . . . | c | | |
| | | d | 2018 . . . | d | | |
| | | e | 2017 . . . | e | | |
| | | f | 2016 . . . | f | | |
| 17 | AMT Nonrecap'd net Sec 1231 losses from: | a | 2021 . . . | 17 a | | |
| | | b | 2020 . . . | b | | |
| | | c | 2019 . . . | c | | |
| | | d | 2018 . . . | d | | |
| | | e | 2017 . . . | e | | |
| | | f | 2016 . . . | f | | |

| Form 8582<br>Line 7 | Modified Adjusted Gross Income Worksheet<br>► Keep for your records | 2021 |
|---|---|---|

| Name(s) Shown on Return | Social Security Number |
|---|---|

| Description | Amount |
|---|---|

**Income**

| Description | Amount |
|---|---|
| Wages | _____ |
| Interest income before Series EE bond exclusion | _____ |
| Dividend income | _____ |
| Tax refund | _____ |
| Alimony received | _____ |
| Nonpassive business income or loss | _____ |
| Royalty and nonpassive rental activities income or loss | _____ |
| Nonpassive partnership income or loss | _____ |
| Nonpassive S corporation income or loss | _____ |
| Nonpassive farm rental income or loss | _____ |
| Nonpassive farm income or loss | _____ |
| Nonpassive estate and trust income or loss | _____ |
| Real estate mortgage investment conduits | _____ |
| Business gains and losses from nonpassive activities | _____ |
| Capital gains and losses | _____ |
| Taxable IRA distributions | _____ |
| Taxable pension distributions | _____ |
| Unemployment compensation | _____ |
| Other income | _____ |
| Total income | _____ |

**Adjustments**

| Description | Amount |
|---|---|
| Educator expenses | _____ |
| Certain business expenses of reservists, performing artists, and government officials | _____ |
| Health savings account deduction | _____ |
| Moving expenses | _____ |
| Self-employed SEP, SIMPLE, and qualified plans | _____ |
| Self-employed health insurance deduction | _____ |
| Penalty on early withdrawals of savings | _____ |
| Alimony paid | _____ |
| Other adjustments | _____ |
| Total adjustments | _____ |
| **Modified adjusted gross income** | _____ |

| | |
|---|---|
| **Tax Summary** | **2021** |
| ► Keep for your records | |

Name (s)

| | |
|---|---|
| **Total income** . . . . . . . . . . . . . . . . . . . . . . . . . . . | |
| **Adjustments to income** . . . . . . . . . . . . . . . . . . . . | |
| **Adjusted gross income** . . . . . . . . . . . . . . . . . . . . | |
| **Itemized/standard deduction** . . . . . . . . . . . . . . . . | 12,550. |
| **Qualified business income deduction** . . . . . . . . . | |
| **Taxable income** . . . . . . . . . . . . . . . . . . . . . . . . . | 0. |
| **Tentative tax** . . . . . . . . . . . . . . . . . . . . . . . . . . . | 0. |
| **Additional taxes** . . . . . . . . . . . . . . . . . . . . . . . . . | |
| **Alternative minimum tax** . . . . . . . . . . . . . . . . . . . | |
| **Total credits** . . . . . . . . . . . . . . . . . . . . . . . . . . . | |
| **Other taxes** . . . . . . . . . . . . . . . . . . . . . . . . . . . | |
| **Total tax** . . . . . . . . . . . . . . . . . . . . . . . . . . . . . | 0. |
| **Total payments** . . . . . . . . . . . . . . . . . . . . . . . . . | |
| **Estimated tax penalty** . . . . . . . . . . . . . . . . . . . . | |
| **Amount Overpaid** . . . . . . . . . . . . . . . . . . . . . . . . | |
| **Refund** . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . | |
| **Amount Applied to Estimate** . . . . . . . . . . . . . . . . | |
| **Balance due** . . . . . . . . . . . . . . . . . . . . . . . . . . . | |

| **Recovery Rebate Credit Worksheet** | | **2021** |
|---|---|---|

| Name(s) Shown on Return | | Social Security No. |
|---|---|---|

**This worksheet is used to compute the allowed recovery rebate credit for line 30 of Form 1040 or 1040-SR after accounting for any economic stimulus payment previously received.**

1  Can you be claimed as a dependent on another person's 2021 return?
    [X]  **No.** Go to line 2
    [ ]  **Yes. Stop**. You can't take the credit. Don't complete the rest of this worksheet
2  Does your 2021 return include a social security number that was issued on or before the due date of your 2021 return (including extensions) for you and, if filing a joint return, your spouse?
    [X]  **Yes.** Go to line 6
    [ ]  **No.** If you are filing a joint return, go to line 3.
           If you aren't filing a joint return, go to line 5.
3  Was at least one of you a member of the U.S. Armed Forces at any time during 2020, and does at least one of you have a social security number that was issued on or before the due date of your 2021 return (including extensions)?
    [ ]  **Yes.** Your credit is not limited. Go to line **6**.
    [ ]  **No.** Go to line 4.
4  Does one of you have a social security number that was issued on or before the due date of your 2021 return (including extensions?)
    [ ]  **Yes.** Your credit is limited. Go to line **6**.
    [ ]  **No.** Go to line 5
5  Do you have any dependents listed in the Dependents section on page 1 of Form 1040 or 1040-SR for whom you entered a social security number that was issued on or before the due date of your 2021 return (including extensions) or an adoption taxpayer identification number?
    [ ]  **Yes.** Enter 0 on line 6 and go to line 7.
    [ ]  **No. Stop**. You can't take the credit. Don't complete the rest of this worksheet and don't enter any amount on Form 1040, line 30.

| | | |
|---|---|---|
| 6  Enter:  • $1,400 if single, head of household, married filing separately, qualifying widow(er).<br>          • $1,400 if married filing jointly and you answered "Yes" to question 4, or<br>          • $2,800 if married filing jointly and you answered "Yes" to question 2 or 3 | 6 | 1,400. |
| 7  Multiply $1,400 by the number of dependents listed in the Dependents section on page 1 of Form 1040 or 1040-SR for whom you entered a social security number that was issued on or before the due date of your 2021 return (including identification number . . . . . . . . . . . . . . . . . . . . . . . . . . . . | 7 | |
| 8  Add lines 6 and 7 . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . | 8 | 1,400. |
| 9  Is the amount on line 11 of Form 1040 or 1040-SR more than the amount shown below for your filing status?<br>    • Single or married filing separately-$75,000<br>    • Married filing jointly or qualifying widow(er)-$150,000<br>    • Head of household-$112,500<br>    [ ]  **Yes.** Enter the amount from line 11 of Form 1040 or 1040-SR and go to line 10<br>    [X]  **No.** Enter the amount from line 8 on line 12 and skip lines 10 and 11 | 9 | |
| 10  Is line 9 more than the amount shown below for your filing status?<br>    • Single or married filing separately-$80,000<br>    • Married filing jointly or qualifying widow(er)-$160,000<br>    • Head of household-$120,000<br>    [ ]  **Yes. Stop**. You can't take the credit. Don't complete the rest of this worksheet and don't enter any amount on Form 1040, line 30.<br>    [ ]  **No.** Subtract line 9 from the amount shown above for your filing status . . . . . . . | 10 | |
| 11  Divide line 10 by the amount shown below for your filing status. Enter the result as a decimal (rounded to at least 2 places).<br>    • Single or married filing separately-$5,000<br>    • Married filing jointly or qualifying widow(er)-$10,000<br>    • Head of household-$7,500 . . . . . . . . . . . . . . . . . . . . . . . . | 11 | |
| 12  Multiply line 8 by line 11 . . . . . . . . . . . . . . . . . . . . . . . . . . . | 12 | 1,400. |
| 13  Enter the amount, if any, of EIP 3 that was issued to you. If filing a joint return, include the amount, if any, of your spouse's EIP 3. You may refer to Notice 1444-C or your tax account information at IRS.gov/Account for the amount to enter here . . . . . . | 13 | |
| 14  **Recovery rebate credit**. Subtract line 13 from line 12. If zero or less, enter -0-. If line 13 is more than line 12, you don't have to pay back the difference. Enter the result here and, if more than zero, on line 30 of Form 1040 or 1040-SR . . . . . . . . . . | 14 | |

000261

## ELECTRONIC POSTMARK - CERTIFICATION OF ELECTRONIC FILING

**Taxpayer:** _____
**Primary SSN:** _____

**Federal Return Submitted:** _____
**Federal Return Acceptance Date:** _____

Your return has not been electronically transmitted yet

The Intuit Electronic Postmark shows the date and time Intuit received your federal tax return. The Intuit Electronic Postmark documents the filing date of your income tax return, and the electronic postmark information should be kept on file with your tax return and other tax-related documentation.

There are two important aspects of the Intuit Electronic Postmark:

**1. THE INTUIT ELECTRONIC POSTMARK.**
The electronic postmark shows the date and time Intuit received the federal return, and is deemed the filing date if the date of the electronic postmark is on or before the date prescribed for filing of the federal individual income tax return.

**TIMELY FILING:**
For your federal return to be considered filed on time, your return must be postmarked on or before midnight _____. Intuit's electronic postmark is issued in the Pacific Time (PT) zone. If you are not filing in the PT zone, you will need to add or subtract hours from the Intuit Electronic Postmark time to determine your local postmark time. For example, if you are filing in the Eastern Time (ET) zone, and you electronically file your return at 9 AM on _____, your Intuit electronic postmark will indicate _____, 6 AM. If your federal tax return is rejected, the IRS still considers it filed on time if the electronic postmark is on or before _____ and a corrected return is submitted and accepted before _____. If your return is submitted after _____, a new time stamp is issued to reflect that your return was submitted after the IRS deadline, and consequently, is no longer considered to have been filed on time.

If you request an automatic six-month extension, your return must be electronically postmarked by midnight _____. If your federal tax return is rejected, the IRS will still consider it filed on time if the electronic postmark is on or before _____, and the corrected return is submitted and accepted by _____

**2. THE ACCEPTANCE DATE.**
Once the IRS accepts the electronically filed return, the acceptance date will be provided by the Intuit Electronic Filing Center. This date is proof that the IRS accepted the electronically filed return.

**We need your consent - Early Access**
This is an IRS requirement

_____
_____
_____
_____
_____
_____

IRS regulations require the following statements:

"Federal law requires this consent form be provided to you. Unless authorized by law, we cannot use your tax return information for purposes other than the preparation and filing of your tax return without your consent.

You are not required to complete this form to engage our tax return preparation services. If we obtain your signature on this form by conditioning our tax return preparation services on your consent, your consent will not be valid. Your consent is valid for the amount of time that you specify. If you do not specify the duration of your consent, your consent is valid for one year from the date of signature."

If you believe your tax return information has been disclosed or used improperly in a manner unauthorized by law or without your permission, you may contact the Treasury Inspector General for Tax Administration (TIGTA) at https://www.treasury.gov/tigta/.

_____

To agree, enter your name and date in the boxes below and select the "I Agree" button on the bottom of the page.

```
_____
_____
_____
```

First Name                     Last Name

Please type the date below:

Date

_____

F7216U01 SBIA5001

**Read and accept this Disclosure Consent**
This is an IRS requirement

---

## IRS regulations require the following statements:

"Federal law requires this consent form be provided to you. Unless authorized by law, we cannot disclose your tax return information to third parties for purposes other than the preparation and filing of your tax return without your consent.  If you consent to the disclosure of your tax return information, Federal law may not protect your tax return information from further use or distribution.

You are not required to complete this form to engage our tax return preparation services. If we obtain your signature on this form by conditioning our tax return preparation services on your consent, your consent will not be valid.  If you agree to the disclosure of your tax return information, your consent is valid for the amount of time that you specify. If you do not specify the duration of your consent, your consent is valid for one year from the date of signature."

If you believe your tax return information has been disclosed or used improperly in a manner unauthorized by law or without your permission, you may contact the Treasury Inspector General for Tax Administration (TIGTA) at https://www.treasury.gov/tigta/.

---

To agree, enter your name and date in the boxes below and select the "I Agree" button on the bottom of the page.

Sign this agreement by entering your name:

Please type the date below:

Date

sbia5101  05/16/22

000265

## Read and accept this Disclosure Consent
This is an IRS requirement

To, enable the Tax Identity restoration protection service that you purchased
as part of a bundle, we need your consent to send some of your
personal information to our partner, ID Notify.

Entering your name and date below allows us to disclose the data below to IDNotify,
provided by CSIdentity Corp., an Experian company. With your consent, we will send the following:
First Name, Middle Initial, Last Name, Date of Birth, Phone Number, Street Address, City, State,
Zip, Social Security Number, Email Address, Username, and a randomly generated Subscriber Number.

## IRS regulations require the following statements:

"Federal law requires this consent form be provided to you. Unless authorized by law, we cannot
disclose your tax return information to third parties for purposes other than the preparation and filing of
your tax return without your consent.  If you consent to the disclosure of your tax return information,
Federal law may not protect your tax return information from further use or distribution.

You are not required to complete this form to engage our tax return preparation services. If we obtain
your signature on this form by conditioning our tax return preparation services on your consent, your
consent will not be valid.  If you agree to the disclosure of your tax return information, your consent is
valid for the amount of time that you specify. If you do not specify the duration of your consent, your
consent is valid for one year from the date of signature."

If you believe your tax return information has been disclosed or used improperly in a manner
unauthorized by law or without your permission, you may contact the Treasury Inspector General for
Tax Administration (TIGTA) at https://www.treasury.gov/tigta/.

To agree, enter your name and date in the boxes below and select the "I Agree" button on the
bottom of the page.

I authorize Intuit to send my information listed above to CSIdentity Corporation.

Sign this agreement by entering your name:

Please type the date below:

Date

sbia5102  05/16/22

000266

IMPORTANT DISCLOSURES

If you are owed federal tax refund(s), you have a right to choose how you will receive the refund(s). There are several options available to you. Please read about these options below.

You can file your federal tax return(s) electronically or by paper and obtain your federal tax refund(s) _directly_ from the Internal Revenue Service ("IRS") _for free._   If you file your tax return(s) electronically, you can receive refund checks directly from the IRS through the U.S. Postal Service in 21 to 28 days from the time you file your tax return(s) or the IRS can deposit your refund(s) directly into your bank account in less than 21 days from the time you file your tax return(s) unless there are delays by the IRS. If you file a paper return through the U.S. Postal Service, you can receive refund checks directly from the IRS through the U.S. Postal Service in 6 to 8 weeks from the time the IRS receives your return(s) or the IRS can deposit your refund(s) directly into your bank account in 6 to 8 weeks from the time the IRS receives your return(s). However, if your return(s) contains Earned Income Tax Credit or Additional Child Tax Credit, the IRS will issue your refund(s) no earlier than February 15, 2022.

You can file your federal tax return(s) electronically, select the Refund Processing Service ("RPS"), and have your federal tax refund(s) processed through a processor using banking services of a financial institution. The RPS allows your refund(s) to be deposited into a bank account at Civista Bank ("Bank") and deducts your TurboTax fees and other amounts that you authorize from your federal refund(s). The balance of your federal refund(s) is delivered to you via the disbursement method you select. If you file your tax return(s) electronically and select the RPS, the IRS will deposit your refund(s) with Bank. Upon Bank's receipt of your refund(s), Santa Barbara Tax Products Group, LLC, a division of Green Dot Corporation, a Delaware corporation, a processor, will deduct from your federal refund(s) any fees charged by TurboTax for the preparation and filing of your tax return(s) and any other amounts authorized by you and disburse the balance of your refund proceeds to you. Unless there are unexpected delays, federal refunds are received in less than 21 days from the time you file your tax return(s) electronically. However, if your return(s) contains Earned Income Tax Credit or Additional Child Tax Credit, the IRS will issue your refund(s) no earlier than February 15, 2022.

The RPS is not necessary to obtain your refund(s). If you have an existing bank account, you do not need to use the RPS in order to receive a direct deposit from the IRS. You may consult the IRS website (IRS.gov) for information about tax refund processing.

If you select the RPS, no prior debt you may owe to Bank will be deducted from your refund(s).

You can change your income tax withholdings which might result in you receiving additional funds throughout the year rather than waiting to receive these funds potentially in tax refund(s) next year. Please consult your employer or tax advisor for additional details.

This Agreement requires all disputes to be resolved by way of binding arbitration.
The terms of the arbitration provision appear in Section 10.

Information regarding low-cost deposit accounts may be available at  www.mymoney.gov

The chart below shows the options for filing your federal tax returns (e-file or paper returns), the RPS product, refund disbursement options, estimated timing for obtaining your federal tax refund proceeds, and costs associated with the various options.

| WHAT TYPE OF FILING METHOD? | WHAT ARE YOUR DISBURSEMENT OPTIONS? | WHAT IS THE ESTIMATED TIME TO RECEIVE REFUND(S)? | WHAT COSTS DO YOU INCUR IN ADDITION TO TAX PREPARATION FEES? |
|---|---|---|---|
| PAPER RETURN<br><br>No Refund Processing Service | IRS direct deposit to your personal bank account. | Approximately 6 to 8 weeks [1] | Free |
| | Check mailed by IRS to address on tax return(s). | Approximately 6 to 8 weeks [1] | |
| ELECTRONIC FILING (E-FILE)<br><br>No Refund Processing Service | IRS direct deposit to your personal bank account. | Usually within 21 days [1] | Free |
| | Check mailed by IRS to address on tax return(s). | Approximately 21 to 28 days [1] | |
| ELECTRONIC FILING (E-FILE)<br><br>Refund Processing Service | Direct deposit to your personal bank account. | Usually within 21 days [1] | Free option with your purchase of a Tax Product [2] |

[1] You may experience delays with your tax refund(s) if, for example, you enter incorrect bank account or contact information, you enter a bank account in someone else's name, or if possible suspicious activity is detected. If your return(s) contains Earned Income Tax Credit or Additional Child Tax Credit, the IRS will issue your refund(s) no earlier than February 15, 2022.

[2] The charges here consist of a TurboTax Fee, the cost of the Tax Product, and any fees for additional products and services purchased. Note that the cost of the Tax Product may vary depending on the edition of TurboTax purchased. See Section 3 of the Refund Processing Service Agreement for the cost of the service you have chosen.

Questions? Call 877-908-7228

sbia5202.ptform   12/02/21   12/02/2021

# Pro Delegation Worksheet                    2021

Check this box if you are preparing this return as a PRO preparer . . . . . . . . . . . . . . . . . . . . . ☐

## Preparer / Electronic Return Originator (ERO) Information

Print name in signature area? ☐

Preparer Name _____

Preparer Tax ID # (PTIN)    _____

NY Tax Preparer Registration # _____ or NY Exclusion Code ____

For NM, OR Preparers Only: State ID# _____

Preparer E-mail _____     Print date on return? ☐

Preparer Phone _____          CAF # _____

**Electronic Filing Only:**   ERO Practitioner PIN

## Electronic Filing and Printing of Tax Return Information

**Electronic Filing:**
- ☐ File **federal** return electronically
- ☐ File **state** returns electronically
- ☐ File **other** returns electronically

**Print and Mail Selections (use only if e-file ineligible):**
- ☐ Federal return printed and mailed to IRS
- ☐ State return printed and mailed to state agency
- ☐ Other return printed and mailed

Select state returns to file electronically:

| State(s) |
|---|
| _____ |
| _____ |
| _____ |
| _____ |

Select state returns to file by mail:

| State(s) |
|---|
| _____ |
| _____ |
| _____ |
| _____ |

Select other returns to file electronically:

| Other Return(s) |
|---|
| _____ |
| _____ |
| _____ |
| _____ |

Select other returns to file by mail:

| Other Return(s) |
|---|
| _____ |
| _____ |
| _____ |
| _____ |

## Electronic Filing and Printing of Amended Return Information

**Electronic Filing:**
- ☐ File **federal** amended return(s) electronically
- ☐ File **state** amended return(s) electronically

**Print and Mail Selections (use only if e-file ineligible):**
- ☐ Federal amended return printed and mailed
- ☐ State amended return printed and mailed

Select state amended return(s) to file electronically:

| State(s) |
|---|
| _____ |
| _____ |
| _____ |

Select state amended return(s) to file by mail:

| State(s) |
|---|
| _____ |
| _____ |
| _____ |

**New! State e-file disclosure consent:**

By using a computer system and software to prepare and transmit my client's return electronically, I consent to the disclosure of all information pertaining to my use of the system and software to create my client's return and to the electronic transmission of my client's return to the state Department of Revenue, as applicable by law.

**Practitioner PIN Program:**

☐ Sign return electronically using Practitioner PIN

**Choose one:**

☐ Automatically generate PIN equal to last 5 digits of taxpayer(s) SSN (See help)

☐ Taxpayer(s) entered own PIN(s)

☐ Preparer entered PIN(s) on behalf of taxpayer(s)

Taxpayer's PIN (enter any 5 numbers). . . . . . . . . . . . . . _____

Spouse's PIN filing a joint return (enter any 5 numbers) . . . . _____

Date PIN entered. . . . . . . . . . . . . . . . . . . . . . . . _____

---

## Identity Verification Information

**Driver's License and/or State Id:**

Taxpayer and Spouse (if applicable) driver's license and/or state identification must be completed on the federal information worksheet prior to e-filing the return.

**Documents Used to Verify Primary Taxpayer Identity:**

☐ Driver's license

☐ State issued identification card

☐ Passport

☐ Account statement from financial institution

☐ Utility billing statement

☐ Credit card billing statement

**Finish and File Info:**

☐ To indicate a client return download in FnF

☐ New Finish and File enabled

**PDF ATTACHMENTS**

_____

_____

_____

| Attachment Description | Type | File Name | PDF Name | Entity Key | Version |
|---|---|---|---|---|---|
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |

## Pro Expert Suggestions                                                    2021

**Please fill out the survey at the link below to help us better understand your experience working with the tax optimization features.**

## https://forms.gle/ugi2CxnyuAXNW2Kb7

**Suggestions For Customer**

Suggestion ID   Suggestion

0000            No pilot project expert suggestion was determined for this customer

**Pro Notes About Suggestions**

Suggestion ID   Suggestion

fdiv8003.SCR  02/20/20

1

# Smart Worksheets From 2021 Federal Tax Return

SMART WORKSHEET FOR: 1040/1040SR Wks: Form 1040 or Form 1040-SR Worksheet

| **Tax Smart Worksheet** | |
|---|---|
| A | Tax . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . | 0. |
| | Check if from: | |
| 1 | Tax table . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . | X |
| 2 | Tax Computation Worksheet (see instructions) . . . . . . . . . . . . . . . . . | |
| 3 | Schedule D Tax Worksheet . . . . . . . . . . . . . . . . . . . . . . . . . . . | |
| 4 | Qualified Dividends and Capital Gain Tax Worksheet . . . . . . . . . . . . . . . | |
| 5 | Schedule J . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . | |
| 6 | Form 8615 . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . | |
| 7 | Foreign Earned Income Tax Worksheet . . . . . . . . . . . . . . . . . . . . . | |
| B | Additional tax from Form 8814 . . . . . . . . . . . . . . . . . . . . . . . . . . . . | |
| C | Additional tax from Form 4972 . . . . . . . . . . . . . . . . . . . . . . . . . . . . | |
| D | Tax from additional Form(s) 4972 . . . . . . . . . . . . . . . . . . . . . . . . . . | |
| E | Recapture tax from Form 8863 . . . . . . . . . . . . . . . . . . . . . . . . . . . | |
| F | IRC Section 197(f)(9)(B)(ii) election for an additional tax . . . . . . . . . . . . . . | |
| G | Health Coverage Tax Credit Recovery, Form 8885, Line 5, if negative . . . . . . . | |
| H | Additional tax from Form 8621 . . . . . . . . . . . . . . . . . . . . . . . . . . . | |
| I | **Tax.** Add lines A through G. Enter the result here and include in tax below. . . . . | 0. |
| J | Form 8621 tax deferal from line 9c (to line 24) . . . . . . . . . . . . . . . . . . . | |

SMART WORKSHEET FOR: 1040/1040SR Wks: Form 1040 or Form 1040-SR Worksheet

| **Excess Social Security and Tier I RRTA Tax Withheld Smart Worksheet** | |
|---|---|
| The calculated amount for Excess social security and tier 1 RRTA tax withheld could include a portion that needs to be removed. When a taxpayer has multiple W-2's, each with the same EIN, excess withholding can only be claimed if the Employer's Name's in box c of the W-2's reflect separate business entities. This could occur when a parent company has multiple subsidiaries, or when a temp agency issues W-2's for distinctly different jobs. If you have multiple W-2's with the same EIN, for the same taxpayer, and for the same job, reduce the amount calculated on Line A below by the excess withholdings from only those W-2's. | |
| A | Total Excess Social Security or Tier I RRTA tax withheld claimed as a credit . . . | 0. |

SMART WORKSHEET FOR: Federal Information Worksheet

| **TurboTax for the Web Filing Status Smart Worksheet** | |
|---|---|
| Check this box to override the filing status selected thru Interview . . | ☐ |
| Marital Status . . . . . . . . . . . . . . . . . . . . . . . . . . . . . | |
| Filing Status Selected . . . . . . . . . . . . . . . . . . . . . . . . . | |

SMART WORKSHEET FOR: Part-Year State Allocation Worksheet

**Additional Other Income Allocation Smart Worksheet**
*\* Enter the state of source for this income (See Tax Help)* ▼

| | Federal Amount | Residency Info | | | | Allocated Amount |
|---|---|---|---|---|---|---|
| | | From mm/dd | To mm/dd | Res St | \* Src St | |
| Y   Not-for-profit (hobby) income . . T | | | | | | |
| | | | | | | |
| | | | | | | |
|      Not-for-profit (hobby) income . . S | | | | | | |
| | | | | | | |
| | | | | | | |
| Z   Stock options            T | | | | | | |
| | | | | | | |
| | | | | | | |
|      Stock options            S | | | | | | |
| | | | | | | |
| | | | | | | |
| AA  Miscellaneous other income  . . T | | | | | | |
| | | | | | | |
| | | | | | | |
|      Miscellaneous other income  . . S | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |

SMART WORKSHEET FOR: Tax and Interest Deduction Worksheet

---

**Mortgage Interest Limited Smart Worksheet**

If your mortgage interest deduction needs to be limited for one of the following reasons, use the Deductible Home Mortgage Interest Worksheet to determine the amount to be reported on lines **A**, **B**, and **C** below:

— The principal amount of your mortgage and home equity debt is over $750,000 ($375,000 if married filing separate), or

— You had home debt that was **not** used to buy, build or substantially improve your home that secures the loan

**QuickZoom** to Deductible Home Mortgage Interest Worksheet . . . . . . . . . . . . . . . . . . ▶

**Does your mortgage interest need to be limited:**      Yes . . . [ ]      No . . . [ X ]

**A**   **Home mortgage interest and points reported on Form 1098:**
  **1** Sum of lines 5a through 5d below · · · · · · · · · · · · · · · · · · · · · · · · · · · · · _____
  **2** Limited amount to report on line 5a below · · · · · · · · · · · · · · · · · · · · · · · · _____
**B**   **Home mortgage interest not reported on Form 1098:**
  **1** Sum of lines 6a and 6b below · · · · · · · · · · · · · · · · · · · · · · · · · · · · · · · _____
  **2** Limited amount to report on line 6a below · · · · · · · · · · · · · · · · · · · · · · · · _____
**C**   **Points not reported on Form 1098:**
  **1** Sum of lines 7a through 7c below · · · · · · · · · · · · · · · · · · · · · · · · · · · · · _____
  **2** Limited amount to report on line 7a below · · · · · · · · · · · · · · · · · · · · · · · · _____

SMART WORKSHEET FOR: Earned Income Credit Worksheet

**Nontaxable Combat Pay Election Smart Worksheet**

**QuickZoom** to enter nontaxable combat pay on Form W-2 . . . . . . . . . . . . . . . . ►

**A  Taxpayer:**
  **1**  Taxpayer, nontaxable combat pay  . . . . . . . . . . . . . . . . . . . . . . . . . _____
  **1a** Taxpayer, prior year nontaxable combat pay from 2019  . . . . . . . . . . . . _____
  **2  Election for earned income credit (EIC):**
    Elect taxpayer's nontaxable combat pay as earned income for EIC?  . . . . ►☐ Yes  ☐ No
  **3  Election for dependent care benefits (DCB):**
    Elect taxpayer's nontaxable combat pay as earned income for DCB? . . . . ►☐ Yes  ☐ No
  **4  Election for child and dependent care credit:**
    Elect taxpayer's nontaxable combat pay as earned income
    for child and dependent care credit?  . . . . . . . . . . . . . . . . . . . . . ►☐ Yes  ☐ No

**B  Spouse:**
  **1**  Spouse, nontaxable combat pay  . . . . . . . . . . . . . . . . . . . . . . . . . _____
  **1a** Spouse, prior year nontaxable combat pay from 2019  . . . . . . . . . . . . . _____
  **2  Election for earned income credit (EIC):**
    Elect spouse's nontaxable combat pay as earned income for EIC? . . . . . ►☐ Yes  ☐ No
  **3  Election for dependent care benefits (DCB):**
    Elect spouse's nontaxable combat pay as earned income for DCB?. . . . . ►☐ Yes  ☐ No
  **4  Election for child and dependent care credit:**
    Elect spouse's nontaxable combat pay as earned income
    for child and dependent care credit?  . . . . . . . . . . . . . . . . . . . . . ►☐ Yes  ☐ No

**C**  You may compare the tax benefit of electing or not electing by checking a box on line A or
  line B and reviewing the overpayment or amount due below:

  Overpayment   _____      Amount due   _____ 0.

SMART WORKSHEET FOR: Earned Income Credit Worksheet

**Prior Year Earned Income Election Smart Worksheet**
Election to use 2019 earned income for Earned Income Credit

  The "Yes" box must be marked on Line A for 2019 earned income to be used
  for EIC calculations.
**A  Elect to use 2019 earned income for  EIC** . . . . . . . . . . . . . . . . . . ►☐ Yes  ☐ No
**B**  Earned income for EIC from your 2019 return . . . . . . . . . . . . . . . . . . _____
**C**  Current year earned income for EIC  . . . . . . . . . . . . . . . . . . . . . . . _____ 0.
  If Line C is equal to or greater than Line B the taxpayer is not eligible
  to use 2019 earned income for EIC calculations.

**D**  You may compare the tax benefit of electing to use 2021 Earned
  Income by checking the boxes on line A

  Overpayment   _____      Amount due   _____ 0.

SMART WORKSHEET FOR: Earned Income Credit Worksheet

**Investment Income Smart Worksheet**

| | | |
|---|---|---|
| **A** | Taxable and tax exempt interest . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . | _____ |
| **B** | Dividend income . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . | _____ |
| **C** | Capital gain net **income** . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . | _____ |
| **D** | Royalty and rental of personal property net **income** . . . . . . . . . . . . . . . . . . . . . | _____ |
| **E** | Passive activity net **income**: | |
| **1** | Rental real estate net income or loss . . . . . . . . . . . . . . . . _____ | |
| **2** | Farm rental net income or loss . . . . . . . . . . . . . . . . . . . _____ | |
| **3** | Partnerships and S corporations net income or loss . . . . . . _____ | |
| **4** | Estates and trusts net income or loss . . . . . . . . . . . . . . . _____ | |
| **5** | Total of lines 1 through 4 . . . . . . . . . . . . . . . . . . . . . . _____ | |
| **6** | Total passive activity net **income**, line 5 if greater than zero . . . . . . . . . . . . . | _____ |
| **F** | Interest and dividends from Forms 8814 . . . . . . . . . . . . . . . . . . . . . . . . . . . . | _____ |
| **G** | Adjustments . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . | _____ |
| **H** | **Total investment income**, add lines A through G . . . . . . . . . . . . . . . . . . . . . | 0. |

Is line H, **total investment income** over $10,000?
☒ **No.** You may take the credit.
☐ **Yes. Stop.** You **cannot** take the credit.

SMART WORKSHEET FOR: Earned Income Credit Worksheet

**Age Requirements Smart Worksheet**
Filers without a qualifying child have certain age requirements. Answer the questions below:

☐ Taxpayer is a qualified former foster youth, or a qualified homeless youth
☐ Spouse is a qualified former foster youth, or a qualified homeless youth

You qualify as a specified student if you were enrolled in a program that leads to a degree, certificate, or other recognized educational credential and carried at least one-half the normal workload for your course of study during at least 5 calendar months of the year. For purposes of determining whether you were enrolled during at least 5 calendar months, count any month during which you were enrolled for at least part of the month. The 5 months do not need to be consecutive.

☐ Taxpayer qualifies as a specified student for EIC purposes when filing without a qualifying child
☐ Spouse qualifies as a specified student for EIC purposes when filing without a qualifying child

SMART WORKSHEET FOR: Earned Income Credit Worksheet

**Married Filing Separately Smart Worksheet (with one or more qualifying child)**
MFS filers with a qualifying child have additional requirements. Answer the questions below:

Did you and your spouse have the same principal residence for the last 6 months of 2021? . . . . . ☐ Yes   ☐ No
Are you legally separated according to your state law under a written separation agreement or a
decree of separate maintenance and you lived apart from your spouse at the end of 2021? . . . . . ☐ Yes   ☐ No



# Internal Revenue Service
### United States Department of the Treasury

DEPOSITION
EXHIBIT
*Busty* 17
3/22/24 CSB
PENGAD 800-631-6989

This Product Contains Sensitive Taxpayer Data

Request Date: 08-31-2023
Response Date: 08-31-2023
Tracking Number: 104947893590

Account Transcript

FORM NUMBER: 1040          TAX PERIOD: Dec. 31, 2022

TAXPAYER IDENTIFICATION NUMBER:          XXX-XX-8426

ANTH M BARA
2001 N

```
        --- ANY MINUS SIGN SHOWN BELOW SIGNIFIES A CREDIT AMOUNT ---

ACCOUNT BALANCE:        0.00
ACCRUED INTEREST:       0.00          AS OF: Mar. 13, 2023
ACCRUED PENALTY:        0.00          AS OF: Mar. 13, 2023

ACCOUNT BALANCE
   PLUS ACCRUALS
   (this is not a
   payoff amount):     0.00

        ** INFORMATION FROM THE RETURN OR AS ADJUSTED **

EXEMPTIONS:             01
FILING STATUS:          Single
ADJUSTED GROSS
   INCOME:              60,239.00
TAXABLE INCOME:         47,289.00
TAX PER RETURN:         6,252.00
SE TAXABLE INCOME
   TAXPAYER:            0.00
SE TAXABLE INCOME
   SPOUSE:              0.00
TOTAL SELF
   EMPLOYMENT TAX:      0.00

RETURN DUE DATE OR RETURN RECEIVED DATE (WHICHEVER IS LATER)  Apr. 15, 2023
PROCESSING DATE                                              Mar. 06, 2023
```

TRANSACTIONS

| CODE | EXPLANATION OF TRANSACTION | CYCLE | DATE | AMOUNT |
|------|---------------------------|-------|------|--------|
| 150  | Tax return filed<br>14221-432-21975-3 | 20230705 | 03-06-2023 | $6,252.00 |
| 806  | W-2 or 1099 withholding | | 04-15-2023 | -$6,717.00 |
| 846  | Refund issued | | 02-23-2023 | $465.00 |

This Product Contains Sensitive Taxpayer Data

# INMATE MESSAGES REPORT

Date Range:    From:      10/02/2020
               To:        10/14/2020

| Date Sent | Direction | Booking Number | Inmate Name | Contact Name | Subject | Body |
|-----------|-----------|----------------|-------------|--------------|---------|------|
| 10/03/2020 11:53 AM | Incoming | 05-23910 | BARASKY, ANTHONY | moore, jacquia | As salaamu alaikum | I knew something was wrong because I called you a couple times and you didnt even txt back or even call back and I was no this not him he at least call me back when he get a chance or answer and tell me he busy. Whats up what happen are you okay let me know whats goin on Im sick. I was just writing you to check up on you. |
| 10/03/2020 01:35 PM | Incoming | 05-23910 | BARASKY, ANTHONY | | New Contact: jacquia moore | Hi ANTHONY BARASKY, You have received a new contact. jacquia moore has decided to contact you and has been added to your contact list. |
| 10/03/2020 01:35 PM | Incoming | 05-23910 | BARASKY, ANTHONY | | New Message Vouchers | Hi ANTHONY BARASKY, jacquia moore has sent you Message Vouchers to send messages. The credit has been added to your account and can be viewed in GTL Message Link under "View Credit History". |
| 10/03/2020 04:04 PM | Incoming | 05-23910 | BARASKY, ANTHONY | | New Contact: Derrick Fisher | Hi ANTHONY BARASKY, You have received a new contact. Derrick Fisher has decided to contact you and has been added to your contact list. |
| 10/03/2020 07:27 PM | Incoming | 05-23910 | BARASKY, ANTHONY | barasky, kimberly | Mom | 2673843536 peanut cell hope u r ok I love u everything is going to be ok send me info so I can keep pua going write me and call when can love u son |

Total Messages: 34

PENGAD 800-631-6989

DEPOSITION
EXHIBIT
Barasky B
7/12/24  ESR

| Date/Time | Direction | Number | Contact | Name | Subject | Message |
|---|---|---|---|---|---|---|
| 10/03/2020 09:20 PM | Incoming | 05-23910 | BARASKY, ANTHONY | | New Contact: kimberly barasky | Hi ANTHONY BARASKY, kimberly barasky has decided to contact you and has been added to your contact list. |
| | | | | | | You have received a new contact. |
| 10/03/2020 09:20 PM | Incoming | 05-23910 | BARASKY, ANTHONY | | New Message Vouchers | Hi ANTHONY BARASKY, kimberly barasky has sent you Message Vouchers to send messages. The credit has been added to your account and can be viewed in GTL Message Link under "View Credit History". |
| 10/06/2020 09:10 AM | Outgoing | 05-23910 | BARASKY, ANTHONY | moore, jacquia | RE:As salaamu alaikum | Lol..im cool sum bs about a phone smh..i got court in like 2 weeks i should slide then...If you can its 2 books on amazon invisible influence by jonah berger and ways of the superior man i dont remember the author if u can get them for me and send them here cool thanks other than that i aint do nothing i jus gotta chill until court also i might need that lady we used for the power of attorney info if u can other than that im cool quilly millz lol this aint nothing they jus tryna steal my shine thats all lol! |
| 10/07/2020 04:52 PM | Incoming | 05-23910 | BARASKY, ANTHONY | Kieser, Martin | Yooo | What's good bro? U iight? U need a check if so let me know. Hope everything okay. Hit me back |
| 10/07/2020 07:14 PM | Incoming | 05-23910 | BARASKY, ANTHONY | | New Contact: Martin Kieser | Hi ANTHONY BARASKY, |
| | | | | | | Martin Kieser has decided to contact you and has been added to your contact list. |
| | | | | | | You have received a new contact. |
| 10/07/2020 07:14 PM | Incoming | 05-23910 | BARASKY, ANTHONY | | New Message Vouchers | Hi ANTHONY BARASKY, Martin Kieser has sent you Message Vouchers to send messages. The credit has been added to your account and can be viewed in GTL Message Link under "View Credit History". |
| 10/08/2020 09:18 AM | Outgoing | 05-23910 | BARASKY, ANTHONY | Kieser, Martin | RE:Yooo | Yo bro yeah im good its a bs situation i should be out next week... I appreciate the luv for sure! Stay safe out there kid its wild out lol... |

Total Messages: 34

| Date/Time | Direction | Number | Name | Contact | Subject | Message |
|---|---|---|---|---|---|---|
| 10/08/2020 09:25 AM | Outgoing | 05-23910 | BARASKY, ANTHONY | moore, jacquia | REAs salaamu alaikum | Quilly Millz! How yall doing? Were u able to get those books for me? If not, lmk so i can get somebody to get them for me lol other than that im chillin you kno im used to this by now sad to say... Have a great day ! |
| 10/08/2020 10:08 AM 10:08 AM | Incoming | 05-23910 | BARASKY, ANTHONY | Coates, Shenique | Call me | I don't know what's wrong with the phone try to call me again.... call me. What happened?! |
| 10/08/2020 12:16 PM | Incoming | 05-23910 | BARASKY, ANTHONY | | New Contact: Shenique Coates | Hi ANTHONY BARASKY, |
| 10/08/2020 12:16 PM | Incoming | 05-23910 | BARASKY, ANTHONY | | | You have received a new contact. Shenique Coates has decided to contact you and has been added to your contact list. |
| 10/08/2020 12:16 PM | Incoming | 05-23910 | BARASKY, ANTHONY | | New Message Vouchers | Hi ANTHONY BARASKY, Shenique Coates has sent you Message Vouchers to send messages. The credit has been added to your account and can be viewed in GTL Message Link under "View Credit History". |
| 10/08/2020 01:31 PM | Incoming | 05-23910 | BARASKY, ANTHONY | moore, jacquia | REAs salaamu alaikum | The crazy thing is Im on my way to the book store for you to get them ordered and shipped to you but we okay and the person that does the thing for us does not do lycoming county prison but I called the county for you and they said they got somebody there that does it I dont know what you need done but at least I can help you with that lol. Im doing good though start work on Monday Im kinda nerves Im excited because I need to keep my mind straight and I miss goin to work. Lol how you doing though inshallah you okay. How they do visit there you can put me and Ibrahim on ur list and we can set one up for you. But then that Im tryin this nursing program is no joke Im telling you. But I can do it. Whats goin to happen with school. Smh Im mad they got you in there. |
| 10/08/2020 05:27 PM | Incoming | 05-23910 | BARASKY, ANTHONY | | New Message Vouchers | Hi ANTHONY BARASKY, jacquia moore has sent you Message Vouchers to send messages. The credit has been added to your account and can be viewed in GTL Message Link under "View Credit History". |

| Date/Time | Direction | Number | Name | Subject | Message |
|---|---|---|---|---|---|
| 10/08/2020 10:15 PM | Incoming | 05-23910 | BARASKY, ANTHONY | Wright, Kera | I responded to your letter this morning. I been trying to get in contact with your mother all day but she's been ignoring me. I was going to get the key and I needed to ask her something else I forget. Oh yea I wanted to tell her to call me today. I tried adding time to my phone but I can't cause she got me on her jown. Can you just add some please. I am broke smh i don't get my PUA for some reason. I been in a bad mood all day I just wanted to go be alone. Well hopefully I hear from you tomorrow goodnight I love you |
| 10/08/2020 11:06 PM | Incoming | 05-23910 | BARASKY, ANTHONY | moore, jacqula | I ordered ur books for you 3 - 7 days I meant to write you back to tell you. |
| 10/09/2020 12:16 AM | Incoming | 05-23910 | BARASKY, ANTHONY | As salaamu alaikum | Hi ANTHONY BARASKY, |
| 10/09/2020 12:16 AM | Incoming | 05-23910 | BARASKY, ANTHONY | New Contact: Kera Wright | You have received a new contact.

Kera Wright has decided to contact you and has been added to your contact list. |
| 10/09/2020 12:17 AM | Incoming | 05-23910 | BARASKY, ANTHONY | New Message Vouchers | Hi ANTHONY BARASKY, Kera Wright has sent you Message Vouchers to send messages. The credit has been added to your account and can be viewed in GTL Message Link under "View Credit History". |
| 10/09/2020 12:35 PM | Outgoing | 05-23910 | BARASKY, ANTHONY | Wright, Kera | REhiii | Hey pootie sorry so short luv you too punk imma try to call tmmrw nite im still on quarantine so its whenever they let me out smh miss u! Talk to you soon dont worry i got court wednesday so i should b home then...i havent talked to my mom because of this covid stuff but im cool tho dont worry everything is goin b ok pootie pebble lol muah muah |

| Date/Time | Direction | Number | Name | Contact | Message |
|---|---|---|---|---|---|
| 10/10/2020 08:37 AM | Outgoing | 05-23910 | BARASKY, ANTHONY | moore, jacquia | RE:RE:As salaamu alaikum I appreciate it! Awe man you kno whatchu gotta do stay focused dont let em see you sweat..im cool tho im used to these environments sadly lol..wassup wit bro? I got court on wednesday i should be out by then inshallah its a bs situation so im not worried at all its jus more of an inconvience than anything right now im on quarantine until thursday so i cant really do much how ibrahim doing? Is he running his mouth yet lol? I was hype when he said Ant lol..but nah im straight for sure jus waiting on my moment either way you kno im built ford tough...if u can see what exactly i need for the county ppl to be able to get my property released then lmk thanks but i should b outta here inna couple but chu kno these ppl is crazy u see how they doing me m so i dont put anything past them but we'll see only time will tell..stay focused dont let em trick u out of your spot! Have a great day its not about how u start its how you finish! |
| 10/10/2020 10:59 AM | Incoming | 05-23910 | BARASKY, ANTHONY | Wright, Kera | Heyy Hey, I'm at your house taking a poop. Sorry, TMI? lol I just got the key from your mom. It's a little dusty in here and cobwebs lol you haven't been gone that long have you? Ima dust and put your clean clothes away. Hopefully I don't find any poop stains in ya draws lol sike naw. Meghans in town. Mauras having a party tonight so me n Megs gunna pregame here if you don't mind lol. We got bottles but if we run out I might need to pop yours lol. It really got a home feeling in here. Welp make sure you do your push ups and eat a chichi lol. I know jail sucks and them cells small is shit but I hope you have a good rest of your day. I love you and I will be in this jown with no clothes on just in case you need to visualize something lol. Sorry I didn't send a credit this my last one ima get some more later |
| 10/10/2020 06:58 PM | Incoming | 05-23910 | BARASKY, ANTHONY | Myguyzz, Free | Lil cuz Yo dis lil cuz Wasup witchu u ugh? I meant to be get wit u when u was out here I be on sum bs I gotta tighten up on dat tip I ain't even gon lie. Believe it or not I be crossin my mind a lot, I learnt a lot in da little bit of time we spent together. U actually somebody I can not look up to but definitely learn from, I should of been on dat tip witchu. But I jus wanted to get wit u and let u kno I'm here if u need anything get wit me ima make somethin happen jus hit cuz up he kno my math and everything. I love u cuz keep ya head up! |

Total Messages: 34

| Date/Time | Direction | Number | Name | Contact | Subject | Message |
|---|---|---|---|---|---|---|
| 10/10/2020 06:59 PM | Incoming | 05-23910 | BARASKY, ANTHONY | Myguyzz, Free | Lil cuz | Yo dis lil cuz Wasup witchu u lgh? I meant to be get wit u when u was out here I be on sum bs I gotta tighten up on dat tip I ain't even gon lie. Believe it or not I be crossin my mind a lot, I learnt a lot in da little bit of time we spent together. U actually somebody I can not look up to but definitely learn from, I should of been on dat tip witchu. But I jus wanted to get wit u and let u kno I'm here if u need anything get wit me ima make somethin happen jus hit cuz up he kno my math and everything. I love u cuz keep ya head up! |
| 10/10/2020 08:16 PM | Incoming | 05-23910 | BARASKY, ANTHONY | | | Hi ANTHONY BARASKY, You have received a new contact. |
| 10/10/2020 08:16 PM | Incoming | 05-23910 | BARASKY, ANTHONY | | New Contact: Free Myguyzz | Free Myguyzz has decided to contact you and has been added to your contact list. |
| 10/10/2020 08:16 PM | Incoming | 05-23910 | BARASKY, ANTHONY | | New Message Vouchers | Hi ANTHONY BARASKY, Free Myguyzz has sent you Message Vouchers to send messages. The credit has been added to your account and can be viewed in GTL Message Link under "View Credit History". |
| 10/10/2020 08:16 PM | Incoming | 05-23910 | BARASKY, ANTHONY | | New Message Vouchers | Hi ANTHONY BARASKY, Free Myguyzz has sent you Message Vouchers to send messages. The credit has been added to your account and can be viewed in GTL Message Link under "View Credit History". |
| 10/11/2020 08:42 AM | Outgoing | 05-23910 | BARASKY, ANTHONY | Wright, Kera | RE:Heyy | Im ctfu in real tears!!!!! I cried today too i feel so much better it came outta nowhere for no reason at all idk lol but i got a million credits dont worry about those im not even goin be in here long enough to use em anyway i got to go i only get a couple mins out luv ya poot! Muah! |
| 10/11/2020 08:45 AM | Outgoing | 05-23910 | BARASKY, ANTHONY | Myguyzz, Free | RE:Lil cuz | Awe man I appreciate it my guy! Im coolin i should b outta here wednesday so see you then! Again i appreciate tha luv bro for sure! Stay focused and remember it aint about how you start its how you finish feel me? |

Dent and Havens Production 324

| 10/14/2020 05:35 PM | Incoming | 05-23910 | BARASKY, ANTHONY | moore, jacquia | As salaamu alaikum | I was just checking in to see if everything is okay and I started work again and I like it. But anyways did you get ur books cause it said it got delivered todays day also how court go inshallah good. It I was just checking on you thats all. |
| 10/14/2020 09:22 PM | Incoming | 05-23910 | BARASKY, ANTHONY | | New Message Vouchers | Hi ANTHONY BARASKY, jacquia moore has sent you Message Vouchers to send messages. The credit has been added to your account and can be viewed in GTL Message Link under "View Credit History". |

Total Messages: 34

Dent and Havens Production 325

3/22/24, 4:06 PM                    Convicted Drug Dealer Leads Police on Pursuit and Crashes Into Kmart | Crime Reports | northcentralpa.com

https://www.northcentralpa.com/news/crime/convicted-drug-dealer-leads-police-on-pursuit-and-crashes-into-kmart/article_defd8b27-8773-50f3-b757-02af8f916dc1.html

# Convicted Drug Dealer Leads Police on Pursuit and Crashes Into Kmart

Sep 19, 2016



Image of a car that crashed into Kmart in Loyalsock on Monday afternoon. Photo by Kathy Kolb.
Picasa

DEPOSITION EXHIBIT
PENGAD 800-631-6989
Barasky 19
3/22/24          EB

A convicted drug dealer was arrested this afternoon after fleeing from police and crashing his vehicle into Kmart in Loyalsock Township. According to State Police in Montoursville, Anthony Barasky, 26, of Philadelphia, was driving a black Dodge Durango east on High

3/22/24, 4:06 PM

Case 4:21-cv-02041-KM   Document 92-17   Filed 07/09/24   Page 179 of 184
Convicted Drug Dealer Leads Police on Pursuit and Crashes Into Kmart | Crime Reports | northcentralpa.com

Street near Herdic Place around 12:25 p.m. September 19 while an officer was on patrol in the area. The officer recognized Barasky as being involved in a recent vehicle pursuit in the City of Williamsport in the same vehicle, and knew that he did not have a valid driver's license. The officer activated his lights and sirens in an attempt to pull over Barasky, but Barasky turned north onto Campbell Street and accelerated while passing on the left in a no passing zone toward oncoming traffic. He then turned east onto Louisa Street and traveled at speeds in excess of 80 miles per hour as he blew past several stop signs. Barasky's vehicle went airborne while he was traveling at high speeds. Due to the high rate of speed and time of the day, the officer decided to terminate the pursuit for fear of innocent people getting hurt.

A second officer observed the Durango traveling at a high rate of speed at Northway Road and Northway Road Extension, and tried to pull him over but Barasky continued to flee. As the second officer pursued him, Barasky went through the red light at Four Mile Drive and Northway Road causing vehicles to scatter. Barasky then drove past Loyalsock Township High School where he allegedly disposed of 70 bags of heroin on the road in front of the school. Barasky continued the pursuit down Sheridan Street and then Homewood Avenue before crashing the front end of the Durango into a western concrete block wall at Kmart, where the children's department is located.  A witness saw Barasky flee the scene on foot through the Kmart/Giant Plaza toward Staples. He disposed of nine bags of heroin in a garbage can in front of Staples while running through. Barasky attempted to jump a rear fence at Willard's on Westminster Drive and was then taken into custody in the parking lot. Law enforcement recovered the bags of heroin when canvasing the area shortly after the pursuit.

At the time of arrest, Barasky had on him $500, two cellular phones and two additional cellular phones that were found in the crashed Durango. A test of Barasky's hands revealed the presence of heroin. He was charged with possession with intent to deliver heroin, fleeing or attempting to elude police, hit and run and approximately 20 other traffic summary offeneses. Barasky was arraigned before Distrist Magistrate Gary Whiteman and jailed on $250,000 bail. Barasky is currently on state parole for a 2009 drug delivery conviction.

3/22/24, 4:06 PM

Case 4:21-cv-02041-KM   Document 92-17   Filed 07/09/24   Page 180 of 184
Convicted Drug Dealer Leads Police on Pursuit and Crashes Into Kmart | Crime Reports | northcentralpa.com

# WILLIAMSPORT SUN-GAZETTE

**BREAKING NEWS**   Two Williamsport men killed in violent early-morning Williamsport...

# Police: Fleeing motorist tossed bags of drugs before crash

After tossing dozens of bags of heroin out a window during a high-speed pursuit on Northway Road on Monday afternoon, motorist Anthony Marcus Barasky, a convicted drug dealer, turned down Homewood Avenue and cashed into the west wall of Kmart in the Giant Plaza in Loyalsock Township, state police said.

DEPOSITION EXHIBIT

Barasky 20
1/22/24   ESB

PENGAD 800-631-6989

No one in the store or the parking lot was injured, police said.

Barasky, 26, of Philadelphia, then bailed out of the 2013 Dodge Durango, ran east through the plaza, allegedly disposing of an additional nine bags

heroin in a trash can near one of the stores, police said.

The crash occurred about 12:40 p.m., about 15 minutes after two state troopers riding together attempted to stop him for vehicle violations in the area of Campbell and High streets in the city, according to an affidavit filed by Trooper Tyson Havens.

"I recognized him and I was aware that he had been in a vehicle pursuit with Williamsport police in the same vehicle just last week. I also knew that he did not have a valid driver's license," Havens said of Barasky, who is on state parole as a result of a drug conviction in Philadelphia.



SoftwaresOrigin

Havens activated his cruiser's emergency lights and siren, but Barasky refused to stop.

With Barasky reaching speeds of 80 mph as he ran at least two stop signs, Havens decided to end his involvement in the pursuit. Other state troopers and officers from other departments were told to be on the lookout for the Durango.

In a matter of minutes, Trooper Tyler Morse, traveling in another cruiser, spotted the vehicle in the area of Northway Road and Northway Road Extension in Loyalsock Township, Havens said, adding that Barasky "ran a red light at Northway Road and Four Mile Drive, causing oncoming vehicles" to get out of the way.

Like Havens, Morse also abandon the pursuit, but as he approached the Loyalsock Township Volunteer Fire Co. on Northway Road, emergency

responders at the firehouse told him they saw a Durango traveling east on Homewood Avenue at a high rate of speed.

Morse came upon the crash moments later.

"The entire front half of the vehicle crashed through the block wall in the children's department," Havens wrote in the affidavit.

Barasky was nabbed near Westminster Drive and was put in the back of a cruiser, which returned him to the crash scene. There he was evaluated by paramedics, placed on a litter and taken by ambulance to the Williamsport Regional Medical Center.

Police recovered the heroin bags that were tossed on Northway Road and in the plaza.

Upon being discharged from the hospital, Barasky was arraigned before District Judge Gary A. Whiteman about 5 p.m. on charges of possession with intent to deliver heroin, fleeing police, both felonies, and several other offenses, including careless driving, reckless driving, possession of heroin and drug paraphernalia as well as other charges. He was committed to the Lycoming County Prison in lieu of $250,000 bail.

## NEWSLETTER
### Today's breaking news and more in your inbox

EMAIL ADDRESS

I'm interested in (please check all that apply)

☐ Daily Newsletter          ☐ Breaking News
☐ Obituaries

Are you a paying subscriber to the newspaper? *

○ Yes                       ○ No

SUBSCRIBE